IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* BNSF RAILWAY COMPANY,<br><br>           Plaintiff/Relator,<br><br>vs.<br><br>THE CENTER FOR ASBESTOS RELATED DISEASE, INC.,<br><br>           Defendant. | CV 19–40–M–DLC<br><br>ORDER |

Plaintiff, by and through its attorney Chad M. Knight of the law firm Knight Nicastro MacKay, LLC, again move for the admission of Brendan M. Johns to practice before this Court in the above-captioned matter. (Doc. 33.) Mr. Knight represents that he intends to act as local counsel. (*Id.*) The Court has reviewed Mr. Johns' amended affidavit (Doc. 33-1) which now complies with the District of Montana's Local Rules, *see* D. Mont. L.R. 83.1(d)(3), and otherwise appears to be in order.

Accordingly, IT IS ORDERED that the motion (Doc. 33) is GRANTED on the condition that Mr. Johns do his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Johns shall take steps to register in the Court's

electronic filing system ("CM-ECF").  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Johns, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

Dated this 21st day of May, 2021.

*/s/ Dana L. Christensen*

Dana L. Christensen, District Judge
United States District Court