IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY, on behalf of THE UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE CENTER FOR ASBESTOS RELATED DISEASE, INC.,<br><br>　　　　　Defendant. | CV19–40–M–DLC<br><br><br><br>ORDER |

On October 18, 2021, Nadia Patrick entered her appearance in this matter on behalf of Plaintiff BNSF Railway Company. (Doc. 47.) Attached to this filing is a proposed order which requests that this Court take some affirmative action in relation to her filing. (Doc. 47-1.) Confusingly, although it appears Ms. Patrick is a member of this Court's bar, her proposed order cites to the provisions of this district's local rules related to *pro hac vice* admissions. (*Id.* at 1.) No *pro hac vice* application has been filed with respect to Ms. Patrick, presumably because she is admitted to practice before this Court. There is nothing for the Court to do. L.R. 83.1(b)(1) ("Member attorneys on active status may appear in any case").[1]

---

[1] The Court is, of course, presuming that the provisions of Local Rule 83.1(a)(3), or (b)(3) have not been triggered. If Ms. Patrick is no longer eligible for membership of this Court's bar, she shall promptly notify the Court of such.

Accordingly, IT IS ORDERED that to the extent Ms. Patrick requests that this Court take some sort of judicial action in relation to her notice of appearance (Doc. 47), such request is DENIED. Because Ms. Patrick is admitted to this Court's bar, no additional action is necessary.

DATED this 19th day of October, 2021.

_____
Dana L. Christensen, District Judge
United States District Court