Timothy Bechtold
Bechtold Law Firm, PLLC
P.O. Box 7051
Missoula, MT 59807
406-721-1435
tim@bechtoldlaw.net

    Attorneys for CARD

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BNSF,<br><br>  Plaintiff<br><br>vs.<br><br>CARD,<br><br>  Defendant. | CV-19-40-M-DLC<br><br>**CARD'S MOTION FOR SUMMARY JUDGMENT** |

The Center for Asbestos Related Disease, Inc. (CARD) now moves for summary judgment. Pursuant to LR 7.1(c)(1), this is a dispositive motion.

DATED this 15th day of April, 2022.

                /s/ Timothy M. Bechtold
                   BECHTOLD LAW FIRM, PLLC