Timothy Bechtold
Bechtold Law Firm, PLLC
P.O. Box 7051
Missoula, MT 59807
406-721-1435
tim@bechtoldlaw.net

Attorneys for CARD

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| BNSF, | CV-19-40-M-DLC |
|---|---|
| Plaintiff | **DECLARATION OF TIMOTHY BECHTOLD** |
| vs. | |
| CARD, | |
| Defendant. | |

Pursuant to 28 USC §1746, I declare as follows:

1. My name is Timothy Bechtold. I am over 18 years of age and competent to provide this declaration.

2. I am the attorney of record for the Center for Asbestos Related Disease, Inc. (CARD) in this matter.

3. Exhibits 301-347 and Exhibits 1 and 2 to CARD's Statement of Undisputed Facts are true and correct copies of the original documents.

DATED this 15th day of April, 2022.

/s/Timothy M. Bechtold