IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY, on behalf of THE UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>THE CENTER FOR ASBESTOS RELATED DISEASE, INC.,<br><br>　　　　　　Defendant. | CV 19–40–M–DLC<br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion to Appear by Telephone. (Doc. 115.) Assistant United States Attorney Michael A. Kakuk seeks leave to appear at the July 28, 2022, motion hearing telephonically. (*Id.*) This motion is unopposed. (*Id.*) The Court will permit Mr. Kakuk to appear by Zoom.

Accordingly, IT IS ORDERED the motion (Doc. 115), to the extent it seeks leave for Mr. Kakuk to appear remotely, is GRANTED. Mr. Kakuk may appear via Zoom at the hearing. The Clerk of Court shall notify counsel via e-mail of the meeting ID and password within 24 hours of the hearing. Zoom Guidance and Setup available at: https://www.mtd.uscourts.gov/zoom-hearings.

DATED this 26th day of July, 2022.

Dana L. Christensen, District Judge
United States District Court

1