```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF MONTANA

 3

 4   BNSF RAILWAY COMPANY, on        )
     behalf of THE UNITED STATES     )
 5   OF AMERICA,                     )     Civil Action
                                     )     No. CV-19-40-M-DLC
 6           Plaintiff,              )
                                     )
 7   vs.                             )
                                     )
 8   THE CENTER FOR ASBESTOS         )
     RELATED DISEASE, INC.,          )
 9                                   )
             Defendant.              )
10   _____)

11

12

13

14        REMOTE VIDEO RECORDED EXPERT DEPOSITION

15                          OF

16                  ALBERT MILLER, M.D.

17         (Taken on behalf of the Plaintiff.)

18

19

20

21

22

23              Taken Remotely Via Zoom
            Monday, July 25, 2022 - 8:01 a.m.
24

25      Reported by Beth Gilman, RPR and Notary Public
         for the State of Montana, County of Flathead
```

**Asa & Gilman Reporting, Inc. - asagilman@centurytel.net**
**P.O. Box 394 - Kalispell, MT   59903-0394 / (406)752-5751**

Exhibit 69-1

Case 9:19-cv-00040-DLC   Document 120-3   Filed 09/07/22   Page 2 of 9

REMOTE VIDEO RECORDED EXPERT DEPOSITION OF ALBERT MILLER, M.D.

**Page 25**

1  that that I considered myself objective and impartial.
2  I had been appointed by the Court of the Commonwealth
3  of Pennsylvania to serve as an impartial expert on
4  asbestos matters, and I thought that was a valuable
5  role so I made it clear that I was available for
6  honest review of the defendants or the plaintiffs. In
7  only one situation did I get a request to review a
8  case from the defense counsel.
9      Q.  Okay. So is it fair to -- sorry. Go ahead,
10 sir.
11     A.  Also, that as a treating physician, many of
12 my first involvements in these legal issues were on
13 behalf of my own patients, so they were automatically
14 plaintiffs. I was both the treating and the expert
15 witness.
16     Q.  Understood, sir. So with the exception of
17 that one case for the defense, you've testified 100
18 percent for plaintiffs in asbestos-related lawsuits;
19 correct?
20     A.  Yes. For the reasons I made clear.
21     Q.  Understood. Sir, during those hundreds of
22 times that you either wrote a report on behalf of a
23 plaintiff in an asbestos-related lawsuit, or in
24 testimony either at deposition or trial, have you ever
25 testified on behalf of a plaintiff in an asbestos case

**Page 26**

1  when you knew that that individual patient had no
2  diagnosis of asbestos-related disease?
3      A.  Where I reviewed the case and I found no
4  evidence for disease?
5      Q.  Correct.
6      A.  I never testified in such a case, nor would
7  I expect to be asked. And if I were asked, I would
8  refuse.
9      Q.  And why would you refuse to testify on
10 behalf of a plaintiff in a case where you knew the
11 plaintiff had no diagnosis of asbestos-related
12 disease?
13     A.  Because I value my objectivity and
14 impartiality.
15     Q.  Right.
16     A.  And my opinion is only of value because of
17 that.
18     Q.  And -- and not to be pedestrian, sir, but in
19 your mind what would testifying on behalf of a patient
20 you knew didn't have asbestos-related disease do to
21 the value of your opinions?
22     A.  That if I did so, it would call into
23 question the credibility of what I -- what I say.
24     Q.  Yes. Sir, would it -- would it call into
25 credibility to question of your opinions or the

**Page 27**

1  validity of your opinions if you were to do that on
2  even one occasion, and that is, would you have
3  difficulties with your own credibility if you had
4  testified knowingly on even one case that a patient
5  had asbestos-related disease when in fact they did
6  not?
7      A.  I -- I believe so. Obviously the more you
8  do it, the more it becomes known. But I -- I believe
9  I have not done so in even one case in all those
10 years.
11     Q.  All right. And I think it goes without
12 saying, but I'll ask it anyway. If you were aware of
13 a medical expert who had been willing to state that a
14 patient had asbestos-related disease when -- when that
15 medical expert or that medical provider knew the
16 patient did not have a diagnosis of any
17 asbestos-related disease, would that cause you
18 trouble?
19     A.  My opinion of that person would markedly
20 diminish.
21     Q.  Understood. Doctor, in terms of the number
22 of patients that you treat as a medical care provider
23 today, how many patients do you treat today?
24     A.  Well, in exactly three days I will mark my
25 86th birthday, so I no longer have a private practice;

**Page 28**

1  I no longer see patients. In my academic experience I
2  see patients in order to train future pulmonologists.
3  So I am not the physician of record; the trainee,
4  called a pulmonary fellow, is the physician of record.
5  So technically I don't see patients at all.
6      Q.  Okay.
7      A.  I do see many patients in that capacity as a
8  teacher and a supervisor.
9      Q.  Understood. Sir, if you can estimate for me
10 when you regularly treated individual patients, that
11 would be helpful.
12     A.  Up until 1995.
13     Q.  Okay.
14     A.  And somewhat for the -- up until 2005 much
15 less.
16     Q.  If you could explain that difference, that
17 would be helpful, sir.
18     A.  Well, I had -- in addition to my academic
19 appointment at a medical school, I had a private
20 practice, and I gave up most of that. I retained just
21 the ability to see a few patients a week from '95 to
22 2005.
23     Q.  All right. Were most of the patients that
24 you saw during that time frame from '95 to 2005
25 patients with some issue with asbestos-related

**45**

1 died in the ER after being administered Narcan?
2    A.   No.
3    Q.   Have you reviewed any of the individual
4 opioid scrips at CARD to verify that prescription
5 practices, vis-a-vis a wet signature, were being
6 adhered to at the clinic?
7    A.   I believe you asked me that question, and
8 the answer is still no.
9    Q.   All right. Sir, in terms of any of the
10 individual CARD patients on opioid pain meds. that you
11 reviewed, did you see any indication from those
12 patient records that any of those individual opioid
13 CARD patients did not have an asbestos-related
14 disease?
15    A.   No.
16    Q.   Okay. Doctor, in terms of your own patients
17 when you were seeing them in practice, did you ever
18 have any patients who were Medicare patients?
19    A.   Of course. Yes.
20    Q.   To the best of your recollection, did you or
21 anyone at any clinic that you were ever involved with
22 submit any Medicare claim forms for patients on the
23 basis of an asbestos-related disease when you knew the
24 patient did not have asbestos-related disease?
25    A.   I did not do so with Medicare claim forms or

**46**

1 any other claim forms.
2    Q.   And, again, not to be basic here, but why
3 not, sir?
4    A.   I would not put a known false diagnosis on a
5 claim form. There would be diagnoses I was not yet
6 sure of; that's always the case. But I would say
7 sometimes "suspect" or "most likely" or -- sometimes
8 insurance companies would not accept that.
9    Q.   Right. But to the best of your knowledge,
10 you didn't ever sign and date a Medicare claim form
11 listing a diagnosis for asbestosis when the patient
12 did not have a diagnosis of asbestosis.
13    A.   When I did not believe that that was the
14 diagnosis, no, I have never done so.
15    Q.   All right. And it sounds from your answers
16 today that you would never do so; is that correct?
17    A.   As much as I could tell what would happen, I
18 would never do so, yes.
19    Q.   Okay. And, Doctor, why would you never sign
20 and date a Medicare claim form listing asbestosis as a
21 diagnosis when you knew the patient didn't have a
22 diagnosis of any asbestos-related disease?
23    A.   Well, you've asked me similar questions.
24 I -- I believe my -- my own regard of myself as a
25 physician and as a person, as well as the stature I

**47**

1 have in the medical world, are based on my
2 credibility, and I would not do anything to -- to
3 diminish my credibility.
4    Q.   And signing and dating a Medicare claim form
5 suggesting a patient had a diagnosis of asbestosis
6 when they did not would put that credibility at risk.
7 Fair?
8    A.   "When they did not." When I did not believe
9 that that was the diagnosis. I am sure I have stated
10 diagnoses that I believed to be the case that other
11 physicians didn't believe was the diagnosis.
12 Obviously there's other cases where the other side --
13 the insurance company says, Our review -- our
14 reviewing physician says the patient doesn't have
15 that.
16    Q.   Right.
17    A.   I -- I sincerely believed that the patient
18 did.
19    Q.   Okay. But in cases where you believed the
20 patient did not have any diagnosis of any
21 asbestos-related disease, you have not and would not
22 sign and date a Medicare claim form; correct?
23    A.   I would not.
24    Q.   All right. Sir, in terms of the review that
25 you did in this particular case, did you review any

**48**

1 Medicare claim forms or EHH checklists submitted by
2 the CARD Clinic?
3    A.   No.
4    Q.   Do you know what an EHH checklist, Medicare
5 claim form is?
6    A.   I recently was informed. I think it means
7 Environmental Health -- I actually had to write it
8 down. Environmental Health Hazard, I think.
9    Q.   Okay. And what --
10    A.   I still have no clear -- I have no clear
11 idea what that means.
12    Q.   Okay. What piece of paper were you
13 referencing that showed what an EHH is?
14    A.   I think it was in that report from the CARD
15 Clinic.
16    Q.   Okay. Which report from the CARD Clinic?
17 Sorry, sir.
18    A.   The one I mentioned that was dated '20 to
19 '21.
20    Q.   Okay. Have you ever reviewed the EHH
21 provisions in the Affordable Care Act?
22    A.   No.
23    Q.   Okay. Do you know what is required in order
24 for a CARD patient or any patient to be designated as
25 an environmental health hazard-exposed patient?

Exhibit 69-3

Case 9:19-cv-00040-DLC   Document 120-3   Filed 09/07/22   Page 4 of 9

REMOTE VIDEO RECORDED EXPERT DEPOSITION OF ALBERT MILLER, M.D.

**57**

1 this line, the bright line between a diagnosis, and
2 until a patient has a diagnosis of asbestos-related
3 disease, you're in the wait and see posture in some
4 situations where you continue to monitor them;
5 correct?
6     A.    Yes.
7     Q.    Okay.  And you were --
8     A.    That's true -- that's true of all diseases
9 other than asbestos as well.
10     Q.    Right.  Yeah.  And if you think you have a
11 patient who is at some risk for a condition, you
12 continue to monitor them, but you wouldn't diagnose
13 them until you were sure that they had the disease;
14 correct?
15     A.    I would not say that that is the diagnosis.
16 You have to -- you have to give -- when you are
17 filling out the insurance claim form, you have to give
18 the reason why you saw the patient.
19     Q.    Right.
20     A.    If you don't do that, the patient doesn't
21 get reimbursed or you don't get paid.
22     Q.    Sure.
23     A.    So you might say to rule out, or to --
24 because of suspect --
25     Q.    Yes.  And you would -- you would indicate on

**58**

1 that insurance claim form that you suspect
2 asbestos-related disease.
3     A.    Yes.
4     Q.    But you would indicate on that form that you
5 are seeing that patient for the purpose of determining
6 whether they have a diagnosis.
7     A.    Yes.
8     Q.    Yeah.  So --
9     A.    If -- if the insurance company accepts those
10 reasons.  I don't --
11     Q.    Right.
12     A.    I don't believe I ever did so, but I could
13 see that if the patient comes to you and says, Hey,
14 I -- I saw you, you billed me for a consult, you
15 ordered all these expensive tests, and the insurance
16 company wouldn't cover it because you didn't say what
17 I had, I could see, in the reality of the world, a
18 physician saying, Asbestos pleurisy, or something.
19     Q.    Sure.
20     A.    Just so the patient gets paid.
21 I don't believe I did so, but it is possible that I
22 did at some time for those reasons.
23     Q.    But, sir, in terms of your practice, if you
24 believed the patient did not have a diagnosis of
25 asbestos-related disease, you would not sign a form

**59**

1 saying that they did; correct?
2     A.    Except with that caveat I gave, I would not.
3     Q.    Okay.  Sir, what if you had a patient who
4 had a fractured rib and you knew that that patient had
5 a fractured rib on a CT scan, and in this hypothetical
6 you knew that that patient only had a fractured rib,
7 not any -- any signs consistent with asbestos-related
8 disease; you have a patient with a fractured rib.
9 Would you ever check a Medicare claim form, sign it
10 and date it, saying the patient had a diagnosis of
11 asbestosis?
12     MR. BECHTOLD:  Asked and answered.
13 BY MR. DUERK:
14     Q.    Go ahead, Doctor.
15     A.    I think that -- I don't know if that was
16 Mr. Bechtold speaking.  I would -- I would stay with
17 what he said.  I think you discussed that with me.
18     There are many times -- and I -- where
19 patients have both, because -- in fact, on the
20 standard -- going back to the world of just chest
21 x-rays and the B-reading of chest x-rays, the
22 B-reading form includes a check box for fractured
23 ribs.  So there are many patients who have
24 asbestos-related pleural disease and who have
25 fractured ribs.  They have both.

**60**

1     Q.    Yeah.  And --
2     A.    There are times when it is difficult to tell
3 one from the other.  If the only finding is something
4 near the fractured rib, it could be a matter of
5 judgment whether that is asbestos-related pleural
6 disease or a fractured rib.  When I encounter that --
7 that doesn't happen so -- so often where that is the
8 only finding -- I would say, I cannot distinguish;
9 additional studies are necessary, etc.
10     Q.    Yes.  And so in that instance you would say,
11 This is a tentative diagnosis and I won't diagnose
12 absent further followup.  Fair?
13     A.    Yeah.  To the extent that these forms allow
14 you to do so.  They don't --
15     Q.    Right.
16     A.    They don't make it -- they don't give you
17 the -- the option.  You have to write and you hope
18 somebody pays attention to what you write.
19     Q.    Right.  But in this -- in followup to what
20 you have said about a rib fracture patient, I'd like
21 you for the moment to assume you have a patient where
22 you know that that patient, based on their CT scan,
23 only has a rib fracture, and when you look at the CT
24 scan you do not see any sign of asbestos-related
25 disease; in your mind you believe that patient does

Case 9:19-cv-00040-DLC   Document 120-3   Filed 09/07/22   Page 5 of 9

REMOTE VIDEO RECORDED EXPERT DEPOSITION OF ALBERT MILLER, M.D.

**61**

1  not have asbestos-related disease. At that point
2  would you submit a Medicare claim form saying they
3  have asbestosis, a condition you know they do not
4  have?
5        MR. BECHTOLD: Again, asked and answered.
6        THE WITNESS: Yes. I would not.
7  BY MR. DUERK:
8     Q.  You would not do that. And why not?
9     A.  For the reasons -- those reasons I have
10 already annunciated clearly and repeatedly.
11    Q.  All right.
12    A.  I would not need -- I would not diminish my
13 credibility.
14    Q.  Fair enough. In terms of lamellar pleural
15 thickening, that was a topic that came up at the July
16 2018 hearing in Montana. Fair?
17    A.  Yes.
18    Q.  All right. And I'll orient you to the
19 transcript, sir. I'm looking at pages 81, 82, and 83.
20 At the bottom of page 81, lines 23 and on, Lamellar
21 pleural thickening is not mentioned in any literature
22 until 2014.
23        Correct?
24    A.  Yes.
25    Q.  And you were a co-author in that 2014

**62**

1  article mentioning lamellar pleural thickening;
2  correct?
3     A.  Yes.
4     Q.  The other author was Dr. Black and other
5  colleagues from the CARD Clinic; correct?
6     A.  Yes. I believe the chief author was
7  Dr. Szeinuk.
8     Q.  All right. So aside from articles authored
9  by Dr. Szeinuk, Dr. Black, or other physicians who
10 were colleagues of Mount Sinai or the CARD Clinic,
11 there are no other peer-reviewed articles that
12 describe a condition as lamellar pleural thickening
13 that you're aware of; correct?
14    A.  Yes, to the best of my knowledge.
15    Q.  Okay.
16    A.  For reasons that I went into at that trial,
17 and many other times as well, it is difficult to see.
18 Many physicians who do not have the -- the opportunity
19 to follow the case would not recognize it, so they --
20 they would not diagnose something they don't
21 recognize.
22        And the term -- a term we came -- we were,
23 the authors of that article, were discussing, How do
24 we describe this? What are we to call it? What do we
25 call it? Call it thin? Call it difficult to

**63**

1  differentiate? And a medical word which means just
2  about that is "lamellar". "Lamellar" means thin,
3  difficult to appreciate, so we say, Hey, that's a good
4  word to use.
5     Q.  All right. So you and Dr. Black and other
6  colleagues at Mount Sanai came up with this term
7  "lamellar pleural thickening"?
8     A.  Yes.
9     Q.  Okay. And would you agree that the
10 diagnosis of lamellar pleural thickening is a novel
11 diagnosis?
12    A.  Yes. In its early presentation, yes.
13    Q.  All right. In 2018 you agreed that the idea
14 of lamellar pleural thickening was a novel diagnosis;
15 correct?
16    A.  Yes.
17    Q.  Okay. In terms of some of the specifics of
18 lamellar pleural thickening -- I'm looking at page 96
19 of your transcript. You've seen an article that
20 describes lamellar pleural thickening, or Libby
21 disease, as having a rapid progression; is that right?
22    A.  Looking -- give me a line. I'm on page 96.
23    Q.  Sure. Ninety-six. Ninety-six, line 3. The
24 question, You said, generally, impairment will
25 progress within about three to five years of the

**64**

1  diagnosis into pleural disease; right?
2     A.  That's what I -- yes.
3     Q.  Okay. And that sometimes pleural disease in
4  Libby could take longer, up to 15 years; is that
5  right?
6     A.  Yes.
7     Q.  And you would see -- you also were asked
8  about severe impairment from pleural disease related
9  to Libby pleural disease, and in terms of signs of
10 severe impairment from pleural disease in Libby, you
11 would see that in about five to 10 years from
12 diagnosis; right?
13    A.  Yes.
14    Q.  Okay. In order to diagnose a patient with
15 asbestos-related disease, you need to have an exposure
16 history and to conduct a physical examination; is that
17 correct?
18    A.  Yes. Take a thorough medical history.
19    Q.  Right. And in your report you talk about
20 the three prongs of the American Thoracic Society
21 guidelines from 2004; is that right?
22    A.  Yes.
23    Q.  In terms of diagnosing someone with an
24 asbestos-related disease, according to ATS guidelines
25 you need to have evidence of structural pathology

Case 9:19-cv-00040-DLC   Document 120-3   Filed 09/07/22   Page 6 of 9

REMOTE VIDEO RECORDED EXPERT DEPOSITION OF ALBERT MILLER, M.D.

**69**

1 happen very often, if at all.
2 Q. So if you have a CT scan as opposed to a
3 chest -- chest x-ray, would you consider that to be a
4 more definitive reading?
5 A. Again, CT scan is just as difficult for
6 early disease as -- as an x-ray. So you could have
7 very early changes of either lung or pleural fibrosis
8 and think that that is early pleural thickening or
9 asbestosis, and you were wrong.
10 Q. In terms of patients who fall into that
11 category, where you don't have a definitive finding,
12 have you ever submitted patients for Medicare benefits
13 on the basis of an asbestos-related disease diagnosis?
14 A. No.
15 Q. Why not?
16 A. For -- for many reasons. One is, if I still
17 consider it tentative, then we've discussed that. And
18 generally asbestosis and asbestos pleural thickening
19 are not covered, except for Libby, by Medicare, so
20 those patients don't come under Medicare
21 administration.
22 Q. In terms of the B-reader ethics, are the
23 B-reader ethics a document you've read as a certified
24 NIOSH B-reader?
25 A. Yes. I've been a B-reader for probably 45

**70**

1 years now, so, yes. And I have to be recertified
2 every four years. So I am too familiar with it.
3 Q. Okay. In terms of those B-reader ethics, is
4 it your understanding that B-readers shall recognize
5 the limitations of chest radiograph classifications
6 and shall not make clinical diagnoses about
7 pneumoconiosis based on chest radiographic
8 classification alone?
9 A. That -- you know, I have that somewhere if
10 you let me dig it out. Here it is.
11 Q. Yes. We'll make this an exhibit to your
12 deposition. We'll -- is this document published from
13 the Center -- sorry -- Centers for Disease Control and
14 Prevention?
15 A. That particular sentence, B-readers shall
16 recognize limitations of chest radiograph --
17 radiograph classifications, I certainly agree with
18 recognizing the limitations of the chest x-ray.
19 Q. Okay.
20 A. And shall not make -- my printout is missing
21 a line. And shall not make a diagnosis, I guess, of
22 pneumoconiosis based on chest -- chest radiographic
23 classification alone.
24     That is absurd. I mean, you may -- you --
25 you certainly can make a diagnosis based on the chest

**71**

1 radiograph alone, recognizing that you cannot deal
2 with the other issues of exposure; you don't know the
3 patient was exposed and how. And you don't know
4 whether he has another disease that could explain
5 that.
6 Q. Right.
7 A. But you could certainly say the -- the
8 B-reading shows irregular opacities of profusion
9 three, slash, two, which would be severe asbestosis.
10 It could be severe some other fibrosis as well.
11 Q. Sure.
12 A. So you do -- you do need to know. But as
13 far as the disease, you could diagnose a disease based
14 on the radiograph.
15 Q. Okay. That is not what the ethical
16 considerations for B-readers as published by the
17 Centers For Disease Control states; however; correct?
18 A. They don't properly discuss the matter.
19 Q. Okay. The --
20 A. I would agree with what they say in its
21 limitation because the chest radiograph alone doesn't
22 tell you about exposure or other disease.
23 Q. Okay. So absent some of the other required
24 information referenced by the American Thoracic
25 Society guidelines, those required pieces of

**72**

1 information --
2 A. Yes.
3 Q. -- exposure history and the ability to make
4 a clinical diagnosis by ruling out other signs and
5 symptoms in a patient apparent on physical exam, the
6 B-readers' ethics here state that absent those pieces
7 of information, a B-reader is not the one making the
8 diagnosis. Fair?
9 A. Yes.
10 Q. Okay. And so if a B-reader only receives a
11 film of a patient and does not receive any information
12 about exposure history or any other information about
13 the patient -- patient's health status at all, it's
14 fair to say that a B-reader is not providing a
15 diagnosis; correct?
16 A. Right. It says on the B-reader form,
17 Changes consistent with pneumoconiosis.
18 Q. Right. So that would -- in that instance
19 the B-reader is not diagnosing; correct?
20 A. He's reading changes consistent with such a
21 reading, but cannot state that that is the case.
22 Q. So he cannot -- the B-reader cannot state a
23 diagnosis in that situation; correct?
24 A. Yeah. The B-- that's why the B-reader form
25 has that -- that qualification at the very top of it;

Case 9:19-cv-00040-DLC   Document 120-3   Filed 09/07/22   Page 7 of 9

REMOTE VIDEO RECORDED EXPERT DEPOSITION OF ALBERT MILLER, M.D.

## 73

1  that these are changes consistent with, not
2  definitively establishing the diagnosis.
3      Q.   Okay.  So in this situation where a B-reader
4  isn't receiving any clinical information, isn't
5  receiving any exposure history, isn't receiving any
6  information along those lines, B-readers -- you would
7  agree B-readers do not diagnose; correct?
8      A.   Well, does the form they complete say that?
9  It says, Changes consistent with.  And a B-reader
10 should not receive that information before his
11 reading, because he should not -- he should read the
12 film objectively without being influenced by other
13 considerations, like, Oh, this guy was heavily
14 exposed; and, therefore, he should be positive, or
15 something like that.
16     Q.   In terms of those dynamics involving
17 B-readers, is it fair to say that B-readers in this
18 context should be blind, so to speak, as to the
19 patient's history?
20     A.   To the extent they can be.  In the real
21 world you're sent 50 x-rays to read that come from the
22 clinic of the sheetmetal workers, so you already --
23 you know that they were in an occupation where there
24 was a risk of asbestos exposure.  So ideally you
25 should not know these things, but the way the world

Asa & Gilman Reporting, Inc. - asagilman@centurytel.net
P.O. Box 394 - Kalispell, MT  59903-0394 / (406)752-5751

## 74

1  operates, you often have some of that information.
2      Q.   Understood.  In a situation where B-readers
3  are truly blind and do not have any of that
4  information, it is not the B-reader's job to diagnose;
5  that job falls to the treating provider; correct?
6      A.   Right.  And his -- his only role is to fill
7  out the B-reading form, and the B-reading form does
8  not say, This is asbestosis.
9      Q.   Right.
10     A.   It says, Changes consistent with.
11     Q.   Right.  And the treating physician, or the
12 diagnosing physician, would then take into account
13 that B-reader form in forming a diagnosis; correct?
14     A.   Yes.
15     Q.   Okay.  But the B-reader does not diagnose;
16 correct?
17     A.   Yes.
18     Q.   Okay.  Doctor, how are you doing?  We are
19 now at ten o'clock.  We've been going for two hours.
20 I'm happy to continue or we can take a break.
21     A.   Let's do another half hour and then take a
22 break.
23     Q.   Sounds good.
24     A.   Can you give me some indication of how much
25 further we will be going, so I'll know --

Asa & Gilman Reporting, Inc. - asagilman@centurytel.net
P.O. Box 394 - Kalispell, MT  59903-0394 / (406)752-5751

## 75

1      Q.   I'd say -- yes, sir.  In terms of lawyer
2  estimates often I'm incorrect, so please -- I'll
3  qualify it, but I think we're about halfway through.
4      A.   All right.  So let's do another half hour
5  and take a break.
6      Q.   All right.  Thank you, sir.
7           Doctor, have you reviewed a piece of
8  information called CARD's Libby screening dataset?
9      A.   Not -- no, not that I'm aware of.  I think
10 the only -- I reviewed that document, which was the
11 report for the dates I told you.  That's the only
12 specific CARD document I reviewed.
13     Q.   And how many pages was that specific report
14 that you mentioned?
15     A.   Last page is 15 -- 16.
16     Q.   And what does the title page of that report
17 say?
18     A.   Libby, Montana's Public Health Emergency,
19 Asbestos Health Screening, Center for Asbestos-Related
20 Disease, Year Two, Quarter Two, December 1, 2020
21 through February 28th, 2021.
22     Q.   What do you recall reading from that
23 particular document?
24     A.   The number of cases they evaluated, the
25 number of cases they ran into asbestos-related

Asa & Gilman Reporting, Inc. - asagilman@centurytel.net
P.O. Box 394 - Kalispell, MT  59903-0394 / (406)752-5751

## 76

1  disease, the types of disease, other things involved
2  with surveying for occupational disease, fecal occult
3  blood testing.  So not everything is about lungs.
4      Q.   Okay.  Do you --
5      A.   Yeah, go ahead.
6      Q.   That's okay.  Doctor, do you recall seeing
7  anything in that document, or any other, that shows
8  CARD's diagnosis dissension rate when compared to
9  other outside CT readers'?
10     A.   Yes.  There's a section here called Outside
11 Radiology Reads.
12     Q.   Okay.  And what does that section have to
13 say about CARD's dissension rate involving outside
14 readers?
15     A.   Yeah, it's a very -- the table is extremely
16 small type.  I'm trying to -- it gives the readings by
17 the outside panel, but I don't readily see how they
18 compare with readings from CARD itself.
19     Q.   As you sit here --
20     A.   I'm aware of the fact, and I've -- it's been
21 discussed many times, that the readings, especially
22 for pleural disease, are much less so by the outside
23 panel than by the CARD physicians; that many cases
24 where pleural thickening was read by CARD, it was not
25 confirmed by the outside radiologist.

Asa & Gilman Reporting, Inc. - asagilman@centurytel.net
P.O. Box 394 - Kalispell, MT  59903-0394 / (406)752-5751

Exhibit 69-7

Case 9:19-cv-00040-DLC   Document 120-3   Filed 09/07/22   Page 8 of 9

REMOTE VIDEO RECORDED EXPERT DEPOSITION OF ALBERT MILLER, M.D.

**101**

1   A.   No.
2   Q.   Dr. Miller, did you ever hear anything about
3   Dr. Whitehouse testifying in federal court related to
4   asbestos exposure in Libby?
5   A.   No.
6   Q.   In terms of Dr. Whitehouse's work on the
7   mortality study, the early work on the mortality
8   study, did you ever hear about Federal Judge
9   Fitzgerald's Order related to Dr. Whitehouse's
10   mortality study in the bankruptcy hearings involving
11   W.R. Grace?
12   A.   No.
13   Q.   Were you aware that a Montana Workers'
14   Compensation judge found Dr. Black's opinions about
15   lamellar pleural thickening to be unconvincing?
16   A.   No.
17   Q.   Were you aware of any case in which
18   Dr. Black offered an opinion about lamellar pleural
19   thickening that was contrary to the opinion of
20   Dr. Jaime Szeinuk?
21   A.   No.
22   Q.   Do you recall discussing any topic along
23   these lines with Dr. Black or anyone at CARD?
24   A.   About disagreements between Drs. Black and
25   Szeinuk?

Asa & Gilman Reporting, Inc. - asagilman@centurytel.net
P.O. Box 394 - Kalispell, MT  59903-0394 / (406)752-5751

**102**

1   Q.   Yes, or prior court testimony for
2   Dr. Whitehouse's mortality study being funded in part
3   by plaintiffs' lawyers.
4   A.   No.
5   Q.   Has Dr. Black ever told you that CARD has
6   submitted EHH Medicare claim forms to the Social
7   Security Administration when CARD providers were aware
8   that the individual patient did not have a diagnosis
9   of asbestos-related disease?
10   A.   No.  And as I said, until just a day or two
11   ago I didn't even know what EHH was.
12   Q.   Right.  Has anyone at CARD ever told you
13   that Dr. Black, Tanis Hernandez, and Tracy McNew knew
14   about CARD's practice of submitting patient EHH forms
15   for Medicare benefits to Social Security for patients
16   who did not have a diagnosis of asbestos-related
17   disease?
18   A.   No.  Again, my answer is no.
19   Q.   Okay.  Has anyone at CARD ever told you that
20   CARD continues its practice of submitting patients'
21   EHH forms to the Social Security Administration who
22   did not have a diagnosis of asbestos-related disease?
23   A.   I -- I didn't -- I don't understand,
24   actually, this question and the others, because my --
25   my limited understanding of EHH was that it was a

Asa & Gilman Reporting, Inc. - asagilman@centurytel.net
P.O. Box 394 - Kalispell, MT  59903-0394 / (406)752-5751

**103**

1   measure of -- of exposure, not of disease.  So you
2   could certainly have exposure and not have disease.
3   Q.   Right.
4   A.   I don't know the relationship of -- you
5   could have -- so if they say somebody had exposure
6   according to the specifications of the EHH, that
7   doesn't mean that they have disease resulting from
8   that.
9   Q.   Okay.  Sir, you haven't reviewed the EHH
10   Medicare provisions in the Affordable Care Act
11   yourself; correct?
12   A.   Correct.
13   Q.   Okay.  Did anyone at CARD ever tell you that
14   CARD has submitted patients without a diagnosis of
15   asbestos-related disease to the Social Security
16   Administration for Medicare benefits since at least
17   2013?
18   A.   Would you restate that question?
19   Q.   Sure.  Has anyone at CARD ever told you that
20   CARD has submitted patients without a diagnosis of
21   asbestos-related disease to the Social Security
22   Administration for Medicare benefits since at least
23   2013?
24   A.   I have no knowledge of any of that.
25   Q.   Okay.  Did anybody at CARD ever tell you

Asa & Gilman Reporting, Inc. - asagilman@centurytel.net
P.O. Box 394 - Kalispell, MT  59903-0394 / (406)752-5751

**104**

1   that CARD submitted an EHH form in multiple patients'
2   cases when CARD staff knew those patients did not have
3   an asbestos-related disease?
4   A.   As I said, I don't know that an EHH form
5   requires your having disease.  I thought it only
6   applied to exposure.
7   Q.   Okay.  Are you aware that an EHH form has a
8   box for the asbestos-related conditions of asbestosis,
9   pleural thickening, and pleural plaquing?
10   A.   I have never seen that form.
11   Q.   Okay.  Are you aware, or did anyone at CARD
12   ever tell you, that CARD has been signing EHH forms
13   for patients without a clinical diagnosis since the
14   federal grant started?
15   A.   I have no knowledge.
16   Q.   In terms of individual patients where CARD
17   submitted a Medicare claim form to the Social Security
18   Administration, did anybody at CARD ever discuss the
19   process of submitting claims to Medicare with you?
20   A.   No.
21   Q.   Has anyone at CARD discussed with you any
22   instances where the clinic diagnosed family members of
23   CARD providers or staff with asbestos-related disease?
24   A.   I am not aware of a specific instance, but I
25   know in reviewing cases with Dr. Black that some of

Asa & Gilman Reporting, Inc. - asagilman@centurytel.net
P.O. Box 394 - Kalispell, MT  59903-0394 / (406)752-5751

Exhibit 69-8

Case 9:19-cv-00040-DLC   Document 120-3   Filed 09/07/22   Page 9 of 9

REMOTE VIDEO RECORDED EXPERT DEPOSITION OF ALBERT MILLER, M.D.

**117**

saying.

And I did get knowledgeable people who didn't believe it existed to change their minds when I completed my presentation, but until then they would have not read lamellar pleural thickening. So I can understand why there is this discrepancy.

Q. And any time any physician veers from objectives and confirm -- confirmable statements for science, they're at risk of destroying their own case; is that right?

A. Yes.

Q. So if a physician misrepresents or misstates or inflates diagnosis rates, or anything along those lines, relating to a condition that is novel, they're at risk of destroying their own case that that novel condition is valid. Would you agree?

A. Yes, if they're -- if they're stating what is in their own best judgment, if they're stating that that is not the case, then they are doing a disservice.

Q. And is --

A. If they are stating what they believe to be the case based on their own experience and other people don't agree, then they have the right to state what they believe is the case.

**118**

Q. In terms of a physician having the right to say what they believe is the case is, I imagine, perfectly acceptable in an academic setting; however, is it acceptable in the real world to state your case involving the diagnosis of a lethal disease with actual patients when the majority of other scientists, other physicians, disagree with that diagnostic methodology entirely?

A. I could answer that speaking for myself, not speaking for Dr. Black or anyone else. If -- since we're talking about lamellar pleural thickening as an example, what the example of is, if I were reviewing a CT scan on somebody exposed to Libby amphibole, let's say in -- in Ohio or in Minnesota where processing plants worked with Libby amphibole, and I looked at the CT and I saw an abnormality that I was sure was there, I would state what I believed, and if five other people didn't agree with me, so be it.

Q. Understood. And if you --

A. I would not make up things that I saw that I did not see. I would not state I saw pleural thickening when I did not see pleural thickening.

Q. Right. You would not state there was a diagnosis of asbestos-related disease when you knew there was not a diagnosis of asbestos-related disease?

**119**

A. And I didn't see -- when I saw no evidence for it.

Q. Right.

A. The evidence I see may not be agreed to by other people.

Q. Right. But when you knew there wasn't asbestosis, for example, you would not state that person has been diagnosed with asbestosis; correct?

A. Absolutely correct.

Q. Okay. And, Doctor, in terms of opening the discussion about a patient's asbestos-related disease, say, in the Ohio hypothetical, if -- if you believed there was asbestos-related disease but there were other doctors who did not believe asbestos-related disease was present, you would not do anything to minimize or hide the fact that other doctors disagreed with you; correct?

A. I would not. I -- I guess if I were more insecure I might, but, no, I would not.

Q. All right. And in a situation with the patient, likewise if there were doctors who disagreed with you, you would tell the patient that those other doctors disagreed with your diagnosis of asbestosis, or asbestos-related disease. Fair?

A. To the extent I knew that, yes. This --

**120**

this has been part of my experience in medicine for over 60 years. I frequently -- I -- I was required by the hospital where I was the chief of the pulmonary division to review certain Workers' Compensation cases of asbestos disease, where one of our own staff made readings of the x-rays which were markedly abnormal, and I was asked to review them, and I said, No, I don't see anything; these are normal x-rays.

So, yeah, I have no -- I have no problem reading accurate -- as accurately as I can when I find things or I don't find things.

Q. Dr. Miller, were you aware that in terms of the physicians who over-read CARD's CT interpretations, that the clinic diagnoses patients before those CT over-reads ever make it back to CARD?

A. Yeah. Well, that -- that's by virtue of how the over-reads are done. I mean, CARD has a CT that has to be read so you know what to do with the patient, and those CT's are sent around to five other radiologists around the country who often take weeks to do the reading, and then they send their reading back weeks later. So, yes -- so the CARD reads without knowing what the outside radiologists read.

Q. And are you aware that CARD diagnoses the patient right after CARD performs the read rather than