

**CARD**
Center for Asbestos Related Disease

214 East 3rd Street  Libby, Montana  59923  (406)293-9274  fax:(406)293-9280

05/18/2015 04:08 PM



Dear ▮

You participated in asbestos health screening on 12/11/2014 and at that time you were not diagnosed with an asbestos related disease (ARD). You received a letter at the conclusion of your appointment that informed you that your chest x-ray and CT would be sent out for a second read by other doctors specially trained in reading radiographic images for dust diseases (like asbestos).

One of these doctors did identify a small abnormality on your CT image. It is nothing that has significant health implications nor is it considered a diagnosis of an asbestos related disease.

A diagnosis of asbestos related disease is based on exposure histories, time since exposure, medical provider assessment, and radiographic images. The reader who identified the abnormality did not have the rest of this information.

We are notifying you of this finding because any type of abnormality identified by the outside reader, even if it is not a diagnosis of asbestos related disease, qualifies you for certain medical benefits. You are now eligible for Medicare benefits, regardless of your age, based on these findings. If you choose to enroll in Medicare, you would also be eligible for the Medicare Pilot Program for ARD that covers medically necessary services not covered by usual medical insurance programs (ex. mileage, fitness club memberships, assistance with daily living). Information about these programs is enclosed.

In addition, you continue to be eligible for free ongoing screening for asbestos related disease through the CARD screening program.

If you would like more information or if you would like to enroll in the above Medicare programs, contact Mary Karen Caraway, CARD Case Manager at 406-293-9274 x139.

Sincerely,

The CARD Clinic team
(406) 293-9274



EXHIBIT
123

Exhibit 71-1