Chad M. Knight
James E. Roberts
Nadia Patrick
W. Adam Duerk
Brendan M. Johns (*Admitted Pro Hac Vice*)
KNIGHT NICASTRO MACKAY, LLC
283 W. Front Street, Suite 203
Missoula, Montana 59802
Telephone:  (406) 206-7052
Facsimile: (816) 396-6233
knight@knightnicastro.com
roberts@knightnicastro.com
npatrick@knightnicastro.com
duerk@knightnicastro.com
johns@knightnicastro.com
*Attorneys for BNSF Railway Company*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY, on behalf of THE UNITED STATES OF AMERICA | Civil Action No.: CV-19-40-M-DLC |
| Plaintiff, | **AFFIDAVIT OF JEFFREY KANNE, MD** |
| vs. | |
| THE CENTER FOR ASBESTOS RELATED DISEASE, INC., | |
| Defendant. | |

STATE OF WISCONSIN     )
                                              ) ss.
County of Dane                 )

I, Jeffrey Kanne, being first duly sworn upon my oath, deposes and states:

1.      I am over the age of 18 and competent to provide this sworn Affidavit.

Exhibit 72-1

2.      I am a NIOSH certified B-reader radiologist.

3.      I have been a certified B-reader continuously since 2004.

4.      In 2011, the Center for Asbestos Related Disease (CARD) contracted to have me serve on CARD's panel of NIOSH certified B-readers.

5.      In that capacity, I have reviewed de-identified CARD patients' radiographic studies, consisting of Chest X-rays and, for some individuals, also a CT scan, for the purpose of classifying those images for findings that may be consistent with pneumoconiosis.

6.      The only materials I receive in forming my radiographic classifications are these images referenced above, a B-reader classification form, and a return envelope to send the B-reader form back to CARD.

7.      I do not have any information about the de-identified CARD patients related to asbestos exposure history, nor any other information about that CARD patient.

8.      In my capacity as a B-reading radiologist on CARD's outside panel of NIOSH certified B-readers, I do not have a patient-physician relationship with any individual whose radiographic images were presented to me by CARD for classification, nor is it not my job to diagnose any CARD patient, including for any asbestos related disease. The responsibility for diagnosing lies with the CARD patient's physician(s).

Exhibit 72-2

### B-reader form for CARD patient J.P.
### (Exhibit A)

9.      I have reviewed the CT B-reader classification report completed by me related to a CT image taken on August 20, 2013, bearing a Facility Identification Code of 3T057.  I apparently signed and dated this form, which is attached to this affidavit as Exhibit A, on or about August 21, 2014.

10.      This B-reader classification form, by itself, does not, nor could it, constitute a diagnosis of an asbestos-related disease.

11.      This B-reader form indicates the presence of "Emphysema."

12.      Although this classification form can be read as saying that this patient had lung abnormalities on the date that this CT image was taken, this report does not conclude or even attempt to opine as to the cause of these lung abnormalities, this report does not conclude that this patient has "asbestosis," nor does this report conclude that the abnormalities are related specifically to asbestos exposure.

13.      After the deposition of my colleague, Christoper Meyer, it has come to my attention that the CARD clinic has apparently cited my B-read classification report or the B-read classification report of others of its NIOSH-certified B-reader panel as the sole basis for submitting claims for Medicare benefits for CARD patients.

14.      After the deposition of my colleague, Dr. Cristopher Meyer, MD, it has also come to my attention that the CARD clinic apparently cited my B-read

3

Exhibit 72-3

classification report for this individual (attached as Exhibit A) as the sole basis for submitting a claim for Medicare benefits for this individual.

15.     Specifically, CARD has apparently represented to the Social Security Administration that my B-read report alone constitutes a "diagnosis" of asbestos related disease for this individual.

16.     This is not true. As noted in paragraph 8 above, my role as a B-reader was not to diagnose any CARD patient, nor did my completion of any B-reader classification form constitute a diagnosis of any CARD patient.

17.     B-readers do not diagnose any individual, including those individuals who were patients of CARD within the context of CARD's screening program.

18.     To suggest that my B-read classification report, for patient J.P. (or any other CARD patient for that matter) constitutes a "diagnosis" of any kind, including any diagnosis of "Asbestosis" or any other asbestos-related disease, is false.

### *Notice of Termination of B-reader Agreement*
### *(Exhibit B)*

19.      Based on information presented at Dr. Cristopher Meyer's recent deposition related to CARD's practice of using of B-readers' reports as a basis for making Medicare claims for their patients, my employer, the University of Wisconsin, has notified CARD that it intends to terminate its B-reader contract with CARD.

Exhibit 72-4

20.    Information that CARD has submitted patients for Medicare benefits using my B-read classifications as a basis for that submission, was unknown to me until after Dr. Meyer's deposition of August 17, 2022.

21.    A true and accurate copy of that Notice of Termination is attached as Exhibit B.

DATED this _____ day of September, 2022.


_____
Jeffrey Kanne


SUBSCRIBED AND SWORN to before me on _____, 2022, by Jeffrey Kanne.


_____
Notary Signature
My Commission Expires:_____

5

Exhibit 72-5

| DATE OF IMAGE | FILM READER |
|---|---|
| 08/20/13 | Kanne |

| Worker's ID # | FACILITY IDENTIFICATION |
|---|---|
| 721351 | 3T057 |

Image quality [ 0 | 1 | 2 | 3 ]   If not grade 1, give reason _____

**1A. ARE THERE ANY LUNG ABNORMALITIES PRESENT?** [ NO | YES ]  IF NO GO TO #7A

**1B. ARE THERE ANY WELL DEFINED OPACITIES PRESENT?** [ NO | YES ]  IF NO GO TO #2

| | No | Yes | Predominant Size (Choose one) |
|---|---|---|---|
| P = 1.5mm | | | |
| Q=1.5-3mm | | | |
| R = 3-10mm | | | |

Zones/Profusion

| | R | | | | | L | | | |
|---|---|---|---|---|---|---|---|---|---|
| U | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| M | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| L | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |

SUM GRADE

**2. ARE THERE ANY IRREGULAR AND/OR LINEAR OPACITIES PRESENT?** [ NO | YES ]  IF NO GO TO #3

| | No | Yes | Predominant Type (Choose one) |
|---|---|---|---|
| Intralobular | | | |
| Interlobular | | | |
| Reticular | | | |

Grade

| | R | | | | | L | | | |
|---|---|---|---|---|---|---|---|---|---|
| U | A | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| M | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| L | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |

SUM GRADE

**3. GROUND GLASS OPACITY PRESENT?** [ NO | YES ]  IF NO GO TO #4

Grade

| | R | | | | | L | | | |
|---|---|---|---|---|---|---|---|---|---|
| U | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| M | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| L | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |

1 = 25%
2 = 25%-50%
3 = 50%

**4. IS THERE ANY HONEYCOMBING PRESENT?** [ NO | YES ]  IF NO GO TO #5

Grade

| | R | | | | | L | | | |
|---|---|---|---|---|---|---|---|---|---|
| U | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| M | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| L | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |

1 = 25%
2 = 25%-50%
3 = 50%

**5. EMPHYSEMA PRESENT?** [ NO | YES ]  IF NO GO TO #6

Grade

| | R | | | | | L | | | |
|---|---|---|---|---|---|---|---|---|---|
| U | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| M | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| L | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |

1 = 25%
2 = 25%-50%
3 = 50%

**6. ARE THERE LARGE OPACITIES PRESENT?** [ A | B | C ]

Zones

| | R | L |
|---|---|---|
| U | | |
| M | | |
| L | | |

**7A. ARE THERE ANY PLEURAL ABNORMALITIES PRESENT?** [ NO | YES ]  IF NO GO TO # 9

Extent/width

| | R | | | | | L | | | |
|---|---|---|---|---|---|---|---|---|---|
| U | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| | 0 | a | b | c | 0 | a | b | c |
| M | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| | 0 | a | b | c | 0 | a | b | c |
| L | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| | 0 | a | b | c | 0 | a | b | c |

| | | No | Yes | Predominant Type (choose one) |
|---|---|---|---|---|
| W | parietal type | | | |
| | visceral type | | | |
| M | mediastinum | | | |
| D | diaphragm | | | |

**7B. IS THERE ROUNDED ATELECTASIS?** [ 0 | 1 | 2 | 3 ]

**8A. ARE ANY PLEURAL CALCIFICATIONS PRESENT?** [ NO | YES ]  IF NO GO TO # 9   **8B. LOCATION** [ 0 | W | M | D ]

**9. SYMBOLS** [ 0 | AK | BU | BT | BU | CA | CG | CV | DI | DO | EF | ES | FP | FR | HI | ME | MP | OD | PB | RA | SC | TB ]

**10A. ARE NON-CALCIFIED NODULES PRESENT?** [ NO | YES ]  IF NO GO TO #11   **10B. NO. OF NODULES PRESENT** [   ]   **10C. MAXIMUM DIAMETER OF NODULES** mm [   ]

**11. OTHER COMMENTS** _____

**12. READER INITIALS:** JPK

**DATE OF READING** 8/28/2014   **4-DIGIT IMAGE ID, AS READ FROM IMAGE (NOT FROM LABEL)** N/A

**FOR BTLUM ONLY**

| SITE EDIT | SITE FAIL | SITE PASS |
|---|---|---|
| SCANNED | RECVD | KEYED |

EXHIBIT
124
PENGAD 800-631-6989

Exhibit A-1

Exhibit 72-6