IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BNSF,<br><br>Plaintiff<br><br>vs.<br><br>CARD,<br><br>Defendant. | CV-19-40-M-DLC<br><br>**DECLARATION OF JOHN DAY** |

Pursuant to 28 U.S.C. §1746, I declare as follows:

1. My name is John Day.

2. My office address and contact information are as follows:

   John Day
   The John Day Law Office
   505 Cerrillos Rd. #205
   Santa Fe, NM 87501
   505-780-8326
   jday@johndaylaw.com

3. I have applied for admission pro hac vice to the United States District Court for the District of Montana in the above-captioned case.

4. I certify that, except as to Rules 6.1 through 6.4, I will be bound by the Montana Rules of Professional Conduct in my practice of law in this State and will be subject to the disciplinary authority of this State.

I declare under penalty of perjury that the foregoing is true and correct.

Dated ____5-31-2023____

_____/s/ John Day_____
John Day

Timothy Bechtold
Bechtold Law Firm, PLLC
P.O. Box 7051
Missoula, MT 59807
406-721-1435
tim@bechtoldlaw.net

Attorneys for CARD

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BNSF,<br><br>Plaintiff<br><br>vs.<br><br>CARD,<br><br>Defendant. | CV-19-40-M-DLC<br><br>**DECLARATION OF JOHN DAY** |

Pursuant to 28 U.S.C. §1746, I declare as follows:

1. My name is John Day.

2. My office address and contact information are as follows:

   John Day
   The John Day Law Office
   505 Cerrillos Rd. #205
   Santa Fe, NM 87501
   505-780-8326
   jday@johndaylaw.com

3. I received my J.D. from the University of New Mexico Law School in 1995.

4. I was admitted to the State Bar of New Mexico in 1995. I remain an active member in good standing.

5. I have not been disciplined, suspended, or disbarred by any court.

6. I have never applied to appear in this Court *pro hac vice* before.

7. I understand that pro hac vice admission to this Court is personal to myself and does not extend to others in my firm. I understand that I will be held fully accountable for the conduct of the litigation in this Court.

8. I have filed a certificate with the State Bar of Montana in compliance with Montana Professional Conduct Rule 8.5.

9. I am proficient in electronic filing in federal courts, and have previously completed online training for electronic filing.

10. I am submitting the Court's pro hac vice fee with this application.

I declare under penalty of perjury that the foregoing is true and correct.

Dated  5-31-2023

_____
John Day