IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BNSF,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARD,<br><br>　　　　Defendant. | CV 19–40–M–DLC<br><br><br>ORDER |

　　　　Before the Court is CARD's motion for the admission of attorney John Day of the John Day Law Office, *pro hac vice*, in the above-captioned matter. (Doc. 152.) It appears that Tim Bechtold of the Bechtold Law Firm, PLLC, will serve as local counsel in this matter. (*Id.* at 1.) Mr. Day's application (Doc. 152-1 at 3–4) complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. L.R. 83.1(d)(4).

　　　　Accordingly, IT IS ORDERED that the motion (Doc. 152) is GRANTED on the condition that Mr. Day does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Day shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Day files a separate pleading acknowledging his admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 2nd day of June, 2023.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court