Chad M. Knight
James E. Roberts
W. Adam Duerk
Seamus Molloy
KNIGHT NICASTRO MACKAY, LLC
283 W. Front Street, Suite 203
Missoula, Montana 59802
Telephone:  (406) 206-7052
Facsimile: (816) 396-6233
knight@knightnicastro.com
roberts@knightnicastro.com
duerk@knightnicastro.com
molloy@knightnicastro.com
*Attorneys for BNSF Railway Company*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY, on behalf of THE UNITED STATES OF AMERICA | Civil Action No.: CV-19-40-M-DLC |
| Plaintiff, | **RELATOR'S AMENDED EXHIBIT LISTS** |
| vs. | |
| THE CENTER FOR ASBESTOS RELATED DISEASE, INC., | |
| Defendant. | |

Relator, BNSF Railway Company ("BNSF"), by and through its attorneys of record, Knight Nicastro MacKay, LLC, files its Amended Exhibit Lists – Will Offer (**Exhibit A**) and May Offer (**Exhibit B**).

DATED this 9th day of June, 2023.

1

KNIGHT NICASTRO MACKAY, LLC


By: _/s/ W. Adam Duerk_____
      W. Adam Duerk
      *Attorneys for BNSF Railway Company*

## <u>CERTIFICATE OF SERVICE</u>

I certify on this 9th day of June, 2023, a copy of the foregoing document was

served upon the following persons by the following means:

| | |
|---|---|
| 1-3 | CM/ECF |
| _____ | Mail |
| _____ | Hand Delivery |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | Email |

1.    Clerk, U.S. District Court

2.    Michael Kakuk
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
michael.kakuk@usdoj.gov

3.    Timothy Bechtold
Bechtold Law Firm, PLLC
PO Box 7051
Missoula, MT 59807
Facsimile: 406-830-3085
tim@bechtoldlaw.net

KNIGHT NICASTRO MACKAY, LLC

By:   */s/ W. Adam Duerk*
      W. Adam Duerk
      *Attorneys for BNSF Railway Company*

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION2432

BNSF RAILWAY COMPANY,                          Cause No. CV-19-40-M-DLC
On behalf of THE UNITED STATES                 Hon. Dana L. Christensen
OF AMERICA,

      Relator,

v.

THE CENTER FOR ASBESTOS
RELATED DISEASE, INC.,

      Defendant.

## RELATOR'S AMENDED EXHIBIT LIST – WILL OFFER

| No. | Description | Δ's Objection (Y or N) | Date Offered | Date Reserved | Date Admitted | Refused/ WD |
|---|---|---|---|---|---|---|
| 1 | Medicare Pilot Program Docs | N | | | | |
| 2 | Catherine (Sullivan) Clarke – Patient Packet | N | | | | |
| 2A | Catherine (Sullivan) Clarke – Medical Records | N | | | | |
| 3 | Done Tab Disability Docs | N | | | | |
| 4 | Work Comp Disability Docs | N | | | | |
| 5 | Pending Tab Disability Docs | Y | | | | |
| 6 | EHH Checklists Completed at CARD | Y | | | | |
| 7 | Denied EHH Checklists Completed by CARD | Y | | | | |
| 8 | Pilot Auto Report 1 | N | | | | |
| 9 | Attorney Donations E-Mail | N | | | | |
| 10 | Attorney Referrals E-Mail | N | | | | |

| No. | Description | Δ's Objection (Y or N) | Date Offered | Date Reserved | Date Admitted | Refused/ WD |
|---|---|---|---|---|---|---|
| 11 | Grant Report Dx Diff. | N | | | | |
| 12 | 2018.03.06 McGarvey to CARD Requesting Patrick W. dxd | N | | | | |
| 13 | Patrick W. – Patient Packet | N | | | | |
| 14 | ATS Criteria and Database Documents | N | | | | |
| 15 | CARD Newsletter | N | | | | |
| 16 | Terry S. – Patient Packet | N | | | | |
| 17 | Daniel Q. – Patient Packet | N | | | | |
| 18 | Old Cheat-Sheet | N | | | | |
| 19 | Current Cheat-Sheet | N | | | | |
| 20 | Libby Screening Dataset query page _7-29-2010 | N | | | | |
| 21 | Libby Screening Dataset query page for Patrick W. ID 657827_3-28-2012 | N | | | | |
| 22 | Libby Screening Dataset query page for Patrick W. ID 657827_6-11-2015 | N | | | | |
| 23 | Joey S. – Patient Packet | N | | | | |
| 24 | Kelli C. – Patient Packet | N | | | | |
| 25 | Sandy R. – Patient Packet | N | | | | |
| 26 | Humana Patient Report and Communications | N | | | | |
| 27 | Medicare Part D Prescriber Look-up on Charles Black, MD | Y | | | | |

| No. | Description | Δ's Objection (Y or N) | Date Offered | Date Reserved | Date Admitted | Refused/ WD |
|---|---|---|---|---|---|---|
| 28 | ProPublica Prescriber Checkup on Providers in Libby, Montana | N | | | | |
| 29 | ProPublica Prescriber Checkup on Prescribers of Fentanyl in Montana | Y | | | | |
| 30 | ProPublica Prescriber Checkup on Prescribers of Morphine Sulfate ER in Montana | Y | | | | |
| 31 | CDC Prescriber Map Libby MT 2014-2019 | Y | | | | |
| 32 | David H. – Patient Packet | N | | | | |
| 33 | Jason Clark – Patient Packet | N | | | | |
| 33A | Jason Clark – Medical Records | N | | | | |
| 34 | *The Apical Cap*, McLoud et al., AJP 137:299-306, Aug. 1981 | Y | | | | |
| 35 | James K. –Patient Packet | N | | | | |
| 35A | James K. – Chest CT 6.11.2013 | N | | | | |
| 36 | Lenora R. – Patient Packet | N | | | | |
| 37 | Kerry B. – Patient Packet | N | | | | |
| 38 | Montana Prescription Drug Registry Overview | N | | | | |
| 39 | Calculating Total Daily Dose of Opioids | N | | | | |
| 40 | Marilyn E. – Patient Packet | N | | | | |
| 41 | Jason Clark – Prescription Records | N | | | | |
| 42 | Daniel Q. – Prescription Records | N | | | | |

| No. | Description | Δ's Objection (Y or N) | Date Offered | Date Reserved | Date Admitted | Refused/ WD |
|---|---|---|---|---|---|---|
| 43 | Definition of Controlled Substance Schedules | N | | | | |
| 44 | Medicare's Medical Necessity Documentation | N | | | | |
| 45 | Sondra B. – Patient Packet | N | | | | |
| 46 | Judy P. – Patient Packet | N | | | | |
| 47 | David S. – Patient Packet | N | | | | |
| 48 | Overall Screening Program at CARD, Morrissette and McNew, 08.1702021 | N | | | | |
| 49 | CARD's Vision for Education & Outreach, Morrissette and McNew, 08.17.2021 | N | | | | |
| 50 | CARD's Final Grant Report re Grant Number 5U61TS000179 04 | N | | | | |
| 51 | Pain Management Protocol for ERMC Family Practice | N | | | | |
| 52 | Jay J. – Patient Packet | N | | | | |
| 53 | Tonsie J. –Patient Packet | N | | | | |
| 54 | CARD Donation, Aug. 2019 (Libby Montana News) | N | | | | |
| 55 | CARD Medicare List of Billed Encounters from 1.1.2010 to 11.15.2021 | N | | | | |
| 56 | CARD's Master Data Sheet regarding patient visits for Charles B. Black | N | | | | |
| 57 | Libby Doctor's License Suspended for Overprescribing, Dec. 27, 2015 | N | | | | |
| 58 | Keith C. – Patient Packet | N | | | | |

| No. | Description | Δ's Objection (Y or N) | Date Offered | Date Reserved | Date Admitted | Refused/ WD |
|---|---|---|---|---|---|---|
| 59 | Federal Law Regarding Scripts for Opioids | Y | | | | |
| 60 | Bozeman doctor sentenced, fined for illegal drug dispensing at weight loss clinics, Feb. 2, 2021 (USAO, Dist. Mont. News) | N | | | | |
| 61 | Newsletter entitled "CARD News Fall 2009" | N | | | | |
| 62 | Email from Tanis Hernandez to Vinicius Antao, Sept. 18, 2009 | N | | | | |
| 63 | Email from Tanis Hernandez to Vinicius Antao, Oct. 29, 2009 | N | | | | |
| 64 | Email from Tanis Hernandez to Vinicius Antao, Dec. 21, 2009 | N | | | | |
| 65 | Email from Tanis Hernandez to Jon Heberling, May 5, 2010 | N | | | | |
| 66 | Letter from Tanis Hernandez on CARD letterhead, May 10, 2010 | N | | | | |
| 67 | Email from Tanis Hernandez to Cheryl Williams dated May 18, 2010 | N | | | | |
| 68 | Email from Tanis Hernandez to Cheryl Williams, May 24, 2010 | N | | | | |
| 69 | Newsletter entitled "CARD News Summer 2010" | N | | | | |
| 70 | Email from Tanis Hernandez to Jim Capp, July 12, 2010 | N | | | | |
| 71 | Letter from the CARD Board, Staff, Patients and Community addressed to Michael J. Astrue, Oct. 20, 2010 | N | | | | |
| 72 | Letter from CARD addressed to "MASA participant", May 23, 2011 | N | | | | |

| No. | Description | Δ's Objection (Y or N) | Date Offered | Date Reserved | Date Admitted | Refused/ WD |
|---|---|---|---|---|---|---|
| 73 | Letter from CARD addressed to "FLASH beneficiary" | N | | | | |
| 74 | Brochure from the Medicare Pilot Program for Asbestos Related Disease | N | | | | |
| 75 | SSA - POMS  HI 00803.001 | N | | | | |
| 76 | SSA – POMS  HI 00803.050 | N | | | | |
| 77 | Email from Tanis Hernandez to Sonya Petersen, June 16, 2016 | N | | | | |
| 78 | Email from Sonya Lloyd to Tim Stuckey, July 29, 2013 | N | | | | |
| 79 | Email from Tim Stuckey to Sonya Lloyd, Sept. 10, 2013 | N | | | | |
| 80 | Email from Sonya Hymas to Mary Karen Caraway, Feb. 18, 2015 | N | | | | |
| 81 | Email from Sonya Petersen to Mary Karen Caraway, March 28, 2016 | N | | | | |
| 82 | Email from Sonya Petersen to Kayla Friss, Dec. 4, 2018 | N | | | | |
| 83 | Email from Sonya Petersen to Stephanie Moore, July 8, 2019 | N | | | | |
| 84 | Website printout with the title "Health Care Benefits – Understanding Asbestos Related Medical Coverage" | N | | | | |
| 85 | Email from Sonya Petersen to Mary Karen Caraway, Sept. 1, 2016 | N | | | | |

| No. | Description | Δ's Objection (Y or N) | Date Offered | Date Reserved | Date Admitted | Refused/ WD |
|---|---|---|---|---|---|---|
| 86 | Email from Tracy McNew to the CDC and cc: Tanis Hernandez, Sept. 30, 2015, with a 30-page document entitled "Libby Montana's Public Health Emergency, Asbestos Health Screening Center for Asbestos Related Disease Grant Number 5U61TS000179-04 Final Report" | N | | | | |
| 87 | Email from Tanis Hernandez to the CDC and cc: Theodore Larson and Tracy McNew, Oct. 6, 2015, with 30 pages of the partial Grant Final Report and other documents | N | | | | |
| 88 | Email from Jon Heberling to Tanis Hernandez, Nov. 18, 2011 | N | | | | |
| 89 | Email from Annie Miller to Jon Heberling, Jan. 23, 2012 | N | | | | |
| 90 | Email from Jon Heberling to Allan McGarvey, Apr. 10, 2012 | N | | | | |
| 91 | Email from Jon Heberling to Tanis Hernandez, Apr. 10, 2012 | N | | | | |
| 92 | Email from Jon Heberling to Brad Black, Sept. 26, 2012 | N | | | | |
| 93 | Document entitled "Grand Fraud Awareness" | N | | | | |
| 94 | Excerpts of CARD's spreadsheet of Medicare payments received by CARD | N | | | | |
| 95 | False Claims Act charge sheet | Y | | | | |

| No. | Description | Δ's Objection (Y or N) | Date Offered | Date Reserved | Date Admitted | Refused/ WD |
|---|---|---|---|---|---|---|
| 96 | Noridian's Beneficiary Enrollment information for Medicare Pilot Program | N | | | | |
| 97 | Noridian's instructions "How to Enroll in the Medical Pilot Program" | N | | | | |
| 98 | Noridian's Benefits of the Medicare Pilot Program | N | | | | |
| 99 | Noridian's Overview of the Medicare Pilot Program | N | | | | |
| 100 | Noridian's Beneficiary Guide to the Medicare Pilot Program - Issue 1 | N | | | | |
| 101 | Noridian's Beneficiary Guide to the Medicare Pilot Program - Issue 2 | N | | | | |
| 102 | Noridian's Most Commonly Asked Questions about the Medicare Pilot Program | N | | | | |
| 103 | Notice of Rule 30(b)(6) Deposition | N | | | | |
| 104 | Diagnostic Differential Calculations | Y | | | | |
| 105 | CARD's Initial Disclosure First Supplement | N | | | | |
| 106 | Schedule A to Notice of Deposition with Dr. Frank's notes | N | | | | |
| 107 | YouTube screenshot of Dr. Frank and Dr. Black | N | | | | |
| 108 | Declaration of Max Baucus | N | | | | |
| 109 | CARD's Statement of Undisputed Facts (Doc 99) | N | | | | |
| 110 | 155 Cong Rec S13490-02_Redacted | N | | | | |
| 111 | CARD's Expert Disclosure | N | | | | |

| No. | Description | Δ's Objection (Y or N) | Date Offered | Date Reserved | Date Admitted | Refused/ WD |
|---|---|---|---|---|---|---|
| 112 | 155 Cong Rec S13647-03_Redacted | N | | | | |
| 113 | Expert report by Dr. Black | N | | | | |
| 114 | *Warboys* decision | N | | | | |
| 115 | Bankruptcy Order in WR Grace | N | | | | |
| 116 | CARD's General Ledger as of Dec 31 2014 | N | | | | |
| 117 | Heberling email to Tanis Hernandez re CARD Mortality Study, Nov. 18, 2011 | N | | | | |
| 118 | Dr. Black's email re External Advisory Group Update, Apr. 15, 2022 | N | | | | |
| 119 | Emails from McNew re CARD's Documentary Film | N | | | | |
| 120 | OAO's Report on Dr. Black and CARD | N | | | | |
| 121 | B-Reader Ethics | N | | | | |
| 122 | CARD emails with Dr. Meyer | N | | | | |
| 123 | No Diagnosis letter | N | | | | |
| 124 | Kanne Bread re Judy P. | N | | | | |
| 125 | Affidavit of Jeffrey Kanne MD | N | | | | |
| 126 | B-reader contract termination ltr from UW Health to CARD | N | | | | |
| 127 | Gary Heyne Medical Records | N | | | | |
| 128 | Marsha McCann Medical Records | N | | | | |
| 128A | CARD Clinic Staff Website Page | N | | | | |
| 129 | Gina Huffman Medical Records and Scripts | N | | | | |

| No. | Description | Δ's Objection (Y or N) | Date Offered | Date Reserved | Date Admitted | Refused/ WD |
|---|---|---|---|---|---|---|
| 130 | Meeting Summary and Recommendations from National Jewish Health Faculty 4.26.2013 | N | | | | |
| 131 | Email from Dr. Black to Dr. Cecile Rose with 4.26.2013 Denver Meeting Agenda (Apr. 23, 2013) | N | | | | |
| 135 | Subpoena to SSA for 30(b)(6) | | | | | |
| 136 | Declaration of Heather Hillman | | | | | |
| 137 | CARD's Revised Statement of Disputed Facts (Doc 110) | | | | | |
| 138 | Tera Whiteman email to Stephanie Shaw re EHH Medicare, Apr. 6, 2023 | | | | | |
| 139 | Tera Whiteman emails with Tracy McNew re EHH Medicare and CARD, Apr. 2023 | | | | | |
| 160 | Email re Baucus Mailing | | | | | |
| 161 | Baucus Mailing | | | | | |
| 162 | Subpoena Duces Tecum to Kootenai Drug Pharmacy | | | | | |
| 163 | Kootenai Drug Records (FCA017350-017354) | | | | | |
| 164 | Kootenai Drug's Medicare Payors List (FCA016393-016394) | | | | | |
| 200 | Social Security Act §1881A | | | | | |
| 201 | YouTube Video:  2019 CARD - Tracy McNew presents an overview of CARD | | | | | |
| 202 | Dr. Black's EHH form submitted to SSA | | | | | |
| 203 | Medicare Report 2013-2022 | | | | | |

| No. | Description | Δ's Objection (Y or N) | Date Offered | Date Reserved | Date Admitted | Refused/ WD |
|---|---|---|---|---|---|---|
| 204 | Medicare Secondary 2013-2022 | | | | | |
| 205 | CARD letters in support of disability | | | | | |
| 206 | Grant Award excerpts (USDOJ 000096-000097) | | | | | |
| 207 | Excerpts of CARD's Master Data Set | | | | | |
| 208 | Noridian Records (HHS001-015481) | | | | | |
| 209 | Granity Pharmacy Records (FCA017006-017349) | | | | | |
| 210 | Documents from Dr. Becker (FCA000001-000338) | | | | | |
| 211 | Mental Health Stretegic Plan - FY 2018-2020 (FCA016395-016409) | | | | | |
| 212 | Death Certificate – R. Siefke (FCA016410) | | | | | |
| 213 | Sample Pain Management Plan (FCA016411-016414) | | | | | |
| 214 | Email re Expert readers for the screening grant, Aug. 17, 2011 | | | | | |
| 215 | Email from T. Hernandez to M. Lewandowski re EHH checklist question, Sept. 2, 2011 | | | | | |
| 216 | Email between CARD and S. Lloyd at SSA, Apr. 2, 2012 | | | | | |
| 217 | Emails between CARD and ATSDR re Screening instruments, May 2012 | | | | | |
| 218 | Email from T. Hernandez to Suarez at SSA with Medicare Pilot Social Security Role 12_19_2013, Dec. 19, 2013 | | | | | |

| No. | Description | Δ's Objection (Y or N) | Date Offered | Date Reserved | Date Admitted | Refused/ WD |
|---|---|---|---|---|---|---|
| 219 | Email from T. Hernandez to Lewandowski and Smith at SSA with Medicare Pilot Social Security Role 12_19_2013, Dec. 23, 2013 | | | | | |
| 220 | Libby FOA Logic Model and Potential Performance Measures, July 16, 2014 (Draft) | | | | | |
| 221 | Emails from T. Hernandez to T. Larson (ATSDR) re Patient request, Aug. 14, 2014 | | | | | |
| 222 | Emails from T. Hernandez to CDC re Grant 5U61TX000179-03 CARD Year 03 Final, Sept. 2014 | | | | | |
| 223 | Emails from T. Hernandez to T. Whiteman at SSA re Working with CARD regarding EHH's, Feb. 13, 2017 | | | | | |
| 224 | Email from CARD to Sonya at SSA w Brochure – Medicare Pilot Program for Asbestos Related Disease, Aug. 20, 2019 | | | | | |
| 225 | CARD Screening Brocure – 2023 | | | | | |
| 226 | CARD Newsletter – Spring 2023 | | | | | |
| 227 | *MPH internships push students to develop as professionals*, by Rebecca Ayer, 2022 | | | | | |
| 228 | *Report on Dr. Black and the Center for Asbestos Related Disease* by the Office of Appellate Operations Division of Quality (Dec. 5, 2019) | | | | | |

| No. | Description | Δ's Objection (Y or N) | Date Offered | Date Reserved | Date Admitted | Refused/ WD |
|-----|-------------|------------------------|--------------|---------------|---------------|-------------|
| 229 | Joyce L. – Patient Packet | | | | | |
| 230 | Keith C. – Disability File (USDOJ_019719-019782) | | | | | |
| 231 | Jason Clark – Disability File (USDOJ_019783-019851) | | | | | |
| 232 | Randolph C. – Disability File (USDOJ_019852-019898) | | | | | |
| 233 | Vivian D. – Disability File (USDOJ_020780-020858) | | | | | |
| 234 | Patrick G. – Disability File (USDOJ_021476-021581) | | | | | |
| 235 | Tanya G. – Disability File (USDOJ_021582-021756) | | | | | |
| 236 | Gary Heyne – Disability File (USDOJ_022383-022428) | | | | | |
| 237 | George H. – Disability File (USDOJ_022755-023054) | | | | | |
| 238 | Jeff L. – Disability File (USDOJ_024073-024196) | | | | | |
| 239 | Dale O. – Disability File (USDOJ_025941-026008) | | | | | |
| 240 | Michael R. – Disability File (USDOJ_026706-026740) | | | | | |
| 241 | Timothy S. – Disabilty File (USDOJ_027733-027776) | | | | | |
| 242 | Cindy W. – Disability File (USDOJ_028690-029179) | | | | | |
| 243 | Laurie W. – Disability File (USDOJ_029180-029338) | | | | | |
| 244 | Richard W. – Disability File (USDOJ_029739-029807) | | | | | |
| 245 | Kirk W. – Disability File (USDOJ_0029952-029997) | | | | | |
| 246 | Sharon W. – Disability File (USDOJ_029998-030117) | | | | | |
| 247 | Clayton A. – Patient Packet | | | | | |
| 248 | Sheila B. – Patient Packet | | | | | |
| 249 | Donna B. – Patient Packet | | | | | |

| No. | Description | Δ's Objection (Y or N) | Date Offered | Date Reserved | Date Admitted | Refused/ WD |
|---|---|---|---|---|---|---|
| 250 | Amanda F. – Patient Packet | | | | | |
| 251 | David H. – Prescriptions | | | | | |
| 252 | Regina H. – Patient Packet | | | | | |
| 253 | Carolyn J. – Patient Packet | | | | | |
| 254 | Kimberly L. – Patient Packet | | | | | |
| 255 | Shelley O. – Patient Packet | | | | | |
| 256 | Joyce L. – Patient Packet | | | | | |
| 257 | Email from S. Shaw to T. McNew re: EHH Medicare and CARD, Apr. 26, 2023 | | | | | |
| 258 | CARD's Master Data Set Screening Field Key | | | | | |
| | Any other depositions exhibits | | | | | |
| | Any depositions taken in this matter together with any deposition exhibits | | | | | |
| | Any and all discovery responses served in this matter | | | | | |
| | Any and all documents produced by the parties in this matter | | | | | |
| | Any and all documents produced in response to subpoenas in this matter | | | | | |
| | Demonstrative exhibits | | | | | |
| | Any exhibits for foundation, impeachment or rebuttal | | | | | |
| | Any exhibits listed by Defendant | | | | | |

| No. | Description | Δ's Objection (Y or N) | Date Offered | Date Reserved | Date Admitted | Refused/ WD |
|---|---|---|---|---|---|---|
| | Any exhibits relied upon by experts | | | | | |

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

BNSF RAILWAY COMPANY,                          Cause No. CV-19-40-M-DLC
On behalf of THE UNITED STATES                 Hon. Dana L. Christensen
OF AMERICA,

     Relator,

v.

THE CENTER FOR ASBESTOS
RELATED DISEASE, INC.,

     Defendant.

**RELATOR'S AMENDED EXHIBIT LIST – MAY OFFER**

| No. | Description | Δ's Objection | Date Offered | Date Reserved | Date Admitted | Refused/ Withdrawn |
|-----|-------------|---------------|--------------|---------------|---------------|--------------------|
| 259 | James K. – Medical Records (FCA016687-016966) | | | | | |
| 260 | James K. – Mayo Clinic Records (FCA016673-016686) | | | | | |
| 261 | Albertsons Pharmacy Records (FCA016969-016970) | | | | | |
| 262 | Costco Pharmacy Records (FCA016971-017005) | | | | | |
| 263 | NWCHC Pharmacy Records (FCA017366-017442) | | | | | |
| 264 | Rosauers Pharmacy Records (SDT 1-1123) | | | | | |
| 265 | Smith Drug Pharmacy Records (FCA017355-017365) | | | | | |
| 266 | Excel spreadsheet:  CARD Clinic Medicare Claims and Summaries 2009-2013 (USDOJ 2432) | | | | | |
| 267 | Excel spreadsheet:  CARD Clinic Medicare Claims and Summaries 2014-2019 (USDOJ 2431) | | | | | |

| No. | Description | Δ's Objection | Date Offered | Date Reserved | Date Admitted | Refused/ Withdrawn |
|---|---|---|---|---|---|---|
| 268 | Excel spreadsheet:  DQ Analysis breakdown 05.19.20 (USDOJ 30250) | | | | | |