IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

BNSF RAILWAY COMPANY,      Cause No. CV-19-40-M-DLC
     Hon. Dana L. Christensen

    Relator,

v.

THE CENTER FOR ASBESTOS
RELATED DISEASE, INC.,

    Defendant.

## CARD's EXHIBITS – WILL/MAY OFFER

| No. | Description | BNSF Objection (Y or N) | Date Offered | Date Reserved | Date Admitted | Refused/ WD |
|---|---|---|---|---|---|---|
| 301 | 2011 ATSDR Funding Opportunity Announcement | | | | | |
| 302 | 2015 ATSDR Funding Opportunity Announcement | | | | | |
| 303 | 2019 ATSDR Funding Opportunity Announcement | | | | | |
| 304 | Declaration of Max Baucus, February 11, 2022 | | | | | |
| 305 | Public Law 111-148, March 23, 2010 (excerpt) | | | | | |
| 306 | Email exchange w SSA employee Sonia Hymas | | | | | |
| 307 | ATSDR Notice of Award for 2011 grant | | | | | |
| 308 | ATSDR Notice of Award for 2015 grant | | | | | |
| 309 | ATSDR Notice of Award for 2019 grant | | | | | |
| 310 | 2012 Progress Report to ATSDR | | | | | |
| 311 | 2012 Budget Justification | | | | | |
| 312 | 2013 Progress Report to ATSDR | | | | | |
| 313 | 2013 Budget Justification | | | | | |

| No. | Description | BNSF Objection (Y or N) | Date Offered | Date Reserved | Date Admitted | Refused/ WD |
|---|---|---|---|---|---|---|
| 314 | 2014 Progress Report to ATSDR | | | | | |
| 315 | 2014 Budget Justification | | | | | |
| 316 | 2015 Progress Report to ATSDR | | | | | |
| 317 | 2015 Budget Justification | | | | | |
| 318 | 2016 Progress Report to ATSDR | | | | | |
| 319 | 2016 Budget Justification | | | | | |
| 320 | 2017 Progress Report to ATSDR | | | | | |
| 321 | 2017 Budget Justification | | | | | |
| 322 | 2018 Progress Report to ATSDR | | | | | |
| 323 | 2018 Budget Justification | | | | | |
| 324 | 2019 Progress Report to ATSDR | | | | | |
| 325 | 2019 Budget Justification | | | | | |
| 326 | 2020 Progress Report to ATSDR | | | | | |
| 327 | 2020 Budget Justification | | | | | |
| 328 | 2021 Progress Report to ATSDR | | | | | |
| 329 | 2021 Budget Justification | | | | | |
| 330 | 2022 Progress Report to ATSDR | | | | | |
| 331 | 2022 Budget Justification | | | | | |
| 332 | SSA email w EHH | | | | | |
| 333 | Tracy McNew Declaration | | | | | |

| No. | Description | BNSF Objection (Y or N) | Date Offered | Date Reserved | Date Admitted | Refused/ WD |
|---|---|---|---|---|---|---|
| 334 | Tracy McNew Deposition | | | | | |
| 335 | Brad Black Deposition | | | | | |
| 336 | SSA Award | | | | | |
| 337 | ATSDR emails re 2015 OIG investigation | | | | | |
| 338 | ATSDR email re 2015 OIG investigation | | | | | |
| 339 | CMS letter to OIG re investigation | | | | | |
| 340 | 2015 OIG investigation proposal | | | | | |
| 341 | 2021 NOA for supplement | | | | | |
| 342 | 2019 SSA OIG Report | | | | | |
| 343 | CARD P&L 2016-2021 | | | | | |
| 344 | CARD 2015 ATSDR Final Report | | | | | |
| 345 | HHS OIG subpoena duces tecum | | | | | |
| 346 | CARD subpoena duces tecum response | | | | | |
| 347 | CARD 2020 Supplement Narrative | | | | | |
| 348 | Max Baucus deposition | | | | | |
| 349 | ATSDR Touhy request | | | | | |
| 350 | Theodore Larson Declaration | | | | | |
| 500 | B-Reader Imaging Classification Form – November 19, 2012 | | | | | |
| 501 | Roentgenographic Interpretation Reading – August 20, 2013 | | | | | |
| 502 | Roentgenographic Interpretation Reading – October 17, 2012 | | | | | |

| No. | Description | BNSF Objection (Y or N) | Date Offered | Date Reserved | Date Admitted | Refused/ WD |
|---|---|---|---|---|---|---|
| 503 | B-Reader Imaging Classification Forms – August 31, 2011 to October 4, 2021 | | | | | |
| 504 | Consulting Agreement between CARD and UW Radiology | | | | | |
| 505 | CT Parenchymal and Pleural Data Reports | | | | | |
| 506 | Year 1 – 1st Peer Review Summary of CT Readings | | | | | |
| 507 | Physician CT Comparison Chart 1-2012 | | | | | |
| 508 | Year 2 – 2nd Peer Review Summary of CT Readings | | | | | |
| 509 | Year 3 – 1st Peer Review Summary of CT Readings | | | | | |
| 510 | Year 3 – 2nd Peer Review Summary of CT Readings | | | | | |
| 511 | Year 4 – 1st Peer Review Summary of CT Readings | | | | | |
| 512 | Year 5 – 1st Peer Review Summary of CT Readings | | | | | |
| 513 | Tracy McNew's CARD Peer Review Summary Follow-up and Results Email | | | | | |
| 514 | Physician CT Comparison Chart 2 – 2019 to 2020 | | | | | |
| 515 | January 2011 – December 2022 CARD Expense by Vendor Detail and Billing Reports | | | | | |
| 516 | Lynch CT read | | | | | |
| 517 | Screening Criteria Clarification – 08/03/2010 | | | | | |
| 518 | ATSDR Trial Subpoena | | | | | |
| 519 | Email to outside readers | | | | | |
| 520 | | | | | | |
| 521 | ACA Data Request - 2014 | | | | | |

| No. | Description | BNSF Objection (Y or N) | Date Offered | Date Reserved | Date Admitted | Refused/ WD |
|---|---|---|---|---|---|---|
| 522 | Peer Review Reminder Email - 2015 | | | | | |
| 523 | Year 5 – 2nd Peer Review Summary of CT Readings | | | | | |
| 524 | Publication Notification of PALS Manuscript – December 1, 2016 | | | | | |
| 525 | Ted Larson email 6-27-2014 | | | | | |
| 526 | Year 3; 2nd Quarter – CARD Findings Report – December 1, 2021 – February 28, 2022 | | | | | |
| 527 | Year 4; 2nd Quarter – CARD Findings Report – December 1, 2022 – February 28, 2023 | | | | | |
| 528 | Julia Bryan Email – April 15, 2010 | | | | | |
| 529 | Marianna LaCanfora Email – April 15, 2010 | | | | | |
| 530 | Cheryl Williams Email – April 15, 2010 | | | | | |
| 531 | Cheryl Williams Email – April 19, 2010 | | | | | |
| 532 | Tanis Email – April 19, 2010 | | | | | |
| 533 | Julia Bryan "Transition Letter" Email – April 19, 2010 | | | | | |
| 534 | Julia Bryan Email – April 19, 2010 | | | | | |
| 535 | Tanis Hernandez "FLASH Criteria" Email – April 19, 2010 | | | | | |
| 536 | Laura Jack Email – April 20, 2010 | | | | | |
| 537 | Cheryl Williams Email – April 20, 2010 | | | | | |
| 538 | Loretta Hill Email – April 22, 2010 | | | | | |
| 539 | Mary Lisa Lewandowski Email – April 26, 2010 | | | | | |
| 540 | Cheryl Williams Email – April 27, 2010, to April 28, 2010 | | | | | |
| 541 | Mary Lisa Email – May 3, 2010, to May 4, 2010 | | | | | |
| 542 | Tanis Email – May 3, 2010 – May 4, 2010 | | | | | |

| No. | Description | BNSF Objection (Y or N) | Date Offered | Date Reserved | Date Admitted | Refused/ WD |
|---|---|---|---|---|---|---|
| 543 | Tanis Email – May 5, 2010 | | | | | |
| 544 | Mary Lisa Email – May 5, 2010 | | | | | |
| 545 | Cheryl Williams Email – May 5, 2010 | | | | | |
| 546 | Cheryl Williams Email – May 6, 2010 | | | | | |
| 547 | Tanis Email – May 6, 2010 | | | | | |
| 548 | Mary Lisa Email – May 7, 2010, to May 10, 2010 | | | | | |
| 549 | Cheryl Williams Email – May 8, 2010, to May 10, 2010 | | | | | |
| 550 | Nancy Berryhill Email – May 12, 2010 | | | | | |
| 551 | Mary Lisa Email – May 12, 2010 | | | | | |
| 552 | Cheryl Williams Email – May 13, 2010 | | | | | |
| 553 | Mark Fredenberg Email – May 13, 2010 | | | | | |
| 554 | Mary Lisa "Confirmation" Email – May 14, 2010 | | | | | |
| 555 | Mary Lisa "Future Appointments: Email – May 14, 2010 | | | | | |
| 556 | Mary Lisa Email – May 17, 2010 | | | | | |
| 557 | Tanis Email – May 18, 2010 | | | | | |
| 558 | Cheryl Williams Email – May 18, 2010 | | | | | |
| 559 | Tanis Email – May 18, 2010, to May 19, 2010 | | | | | |
| 560 | Cheryl Williams "SSA Staff" Email – May 19, 2010 | | | | | |
| 561 | Cheryl Williams "She left a VM" Email – May 19, 2010 | | | | | |
| 562 | Cheryl Williams Email – May 21, 2010, to May 23, 2010 | | | | | |
| 563 | Cheryl Williams Email – May 24, 2010 | | | | | |
| 564 | Cheryl Williams Email – May 28, 2010, to June 2, 2010 | | | | | |

| No. | Description | BNSF Objection (Y or N) | Date Offered | Date Reserved | Date Admitted | Refused/ WD |
|---|---|---|---|---|---|---|
| 565 | Shayla Hadley Email – June 1, 2010 | | | | | |
| 566 | Tanis "Dr. Black's Diagnosis" Email – June 3, 2010 | | | | | |
| 567 | Tanis "Correspondents" Email – June 3, 2010 | | | | | |
| 568 | Kent Averett Email – June 7, 2010 | | | | | |
| 569 | Shawn Reid Email – June 8, 2010 | | | | | |
| 570 | Kent Averett Email – June 8, 2010 | | | | | |
| 571 | Tanis Email – June 9, 2010 | | | | | |
| 572 | Kent Averett "Do you have time…" Email – June 10, 2010 | | | | | |
| 573 | Kent Averett "Meeting at CARD" Email – June 10, 2010 | | | | | |
| 574 | Kent Averett "Mary would like…" Email – June 10, 2010 | | | | | |
| 575 | Cheryl Williams Email – June 14, 2010 | | | | | |
| 576 | Mary Lisa Email – June 15, 2010 | | | | | |
| 577 | Kent Email – June 15, 2010 | | | | | |
| 578 | Cheryl Email – June 14, 2010, to June 15, 2010 | | | | | |
| 579 | Tanis Email – June 15, 2010 | | | | | |
| 580 | Shawn Reid Email – June 14, 2010, to June 16, 2010 | | | | | |
| 581 | Tanis Email – June 17, 2010 | | | | | |
| 582 | Kent Email – June 18, 2010, to July 6, 2010 | | | | | |
| 583 | Mary Lisa Email – June 24, 2010 | | | | | |
| 584 | Tanis Email – July 1, 2010 | | | | | |
| 585 | Tanis Email – July 2, 2010 | | | | | |
| 586 | Mary Lisa Email – July 6, 2010 | | | | | |
| 587 | Tanis Email – July 8, 2010 | | | | | |
| 588 | Mary Lisa Email – July 9, 2010 | | | | | |

| No. | Description | BNSF Objection (Y or N) | Date Offered | Date Reserved | Date Admitted | Refused/ WD |
|---|---|---|---|---|---|---|
| 589 | Jim Capp Email – July 12, 2010 | | | | | |
| 590 | Tanis Email – July 12, 2010, to July 16, 2010 | | | | | |
| 591 | Cheryl Email – July 29, 2010 | | | | | |
| 592 | Mary Lisa Email – August 10, 2010 | | | | | |
| 593 | Mary Lisa Email – August 23, 2010, to August 24, 2010 | | | | | |
| 594 | Cheryl Email – September 20, 2010, to September 21, 2010 | | | | | |
| 595 | Mary Lisa Email – September 22, 2010, to September 29, 2010 | | | | | |
| 596 | Tanis Email – October 14, 2010 | | | | | |
| 597 | Mary Lisa Email – October 19, 2010 | | | | | |
| 598 | Tanis Email – November 19, 2010 | | | | | |
| 599 | Mary Lisa Email – December 23, 2010 | | | | | |
| 600 | Tracy McNew Email – January 5, 2011 | | | | | |
| 601 | Mary Lisa Email – January 6, 2011 | | | | | |
| 602 | Tanis Email – January 24, 2011, to January 25, 2011 | | | | | |
| 603 | Mary Lisa Email – May 25, 2011 | | | | | |
| 604 | Tanis Email – May 25, 2011 | | | | | |
| 605 | Mary Lisa Email – June 1, 2011 | | | | | |
| 606 | Mary Lisa Email – June 8, 2011 | | | | | |
| 607 | Tanis Email – July 6, 2011, to July 26, 2011 | | | | | |
| 608 | Tanis Email – August 15, 2011 | | | | | |
| 609 | Sonya Lloyd Email – August 31, 2011 | | | | | |
| 610 | Sonya Lloyd Email – August 31, 2011, to September 1, 2011 | | | | | |
| 611 | Tanis Email – September 2, 2011 | | | | | |
| 612 | Tanis Email – September 23, 2011, to September 26, 2011 | | | | | |

| No. | Description | BNSF Objection (Y or N) | Date Offered | Date Reserved | Date Admitted | Refused/ WD |
|---|---|---|---|---|---|---|
| 589 | Jim Capp Email – July 12, 2010 | | | | | |
| 590 | Tanis Email – July 12, 2010, to July 16, 2010 | | | | | |
| 591 | Cheryl Email – July 29, 2010 | | | | | |
| 592 | Mary Lisa Email – August 10, 2010 | | | | | |
| 593 | Mary Lisa Email – August 23, 2010, to August 24, 2010 | | | | | |
| 594 | Cheryl Email – September 20, 2010, to September 21, 2010 | | | | | |
| 595 | Mary Lisa Email – September 22, 2010, to September 29, 2010 | | | | | |
| 596 | Tanis Email – October 14, 2010 | | | | | |
| 597 | Mary Lisa Email – October 19, 2010 | | | | | |
| 598 | Tanis Email – November 19, 2010 | | | | | |
| 599 | Mary Lisa Email – December 23, 2010 | | | | | |
| 600 | Tracy McNew Email – January 5, 2011 | | | | | |
| 601 | Mary Lisa Email – January 6, 2011 | | | | | |
| 602 | Tanis Email – January 24, 2011, to January 25, 2011 | | | | | |
| 603 | Mary Lisa Email – May 25, 2011 | | | | | |
| 604 | Tanis Email – May 25, 2011 | | | | | |
| 605 | Mary Lisa Email – June 1, 2011 | | | | | |
| 606 | Mary Lisa Email – June 8, 2011 | | | | | |
| 607 | Tanis Email – July 6, 2011, to July 26, 2011 | | | | | |
| 608 | Tanis Email – August 15, 2011 | | | | | |
| 609 | Sonya Lloyd Email – August 31, 2011 | | | | | |
| 610 | Sonya Lloyd Email – August 31, 2011, to September 1, 2011 | | | | | |
| 611 | Tanis Email – September 2, 2011 | | | | | |
| 612 | Tanis Email – September 23, 2011, to September 26, 2011 | | | | | |

| No. | Description | BNSF Objection (Y or N) | Date Offered | Date Reserved | Date Admitted | Refused/ WD |
|---|---|---|---|---|---|---|
| 613 | Tanis Email – September 26, 2011, to September 27, 2011 | | | | | |
| 614 | Terra Treweek (Whiteman) Email – November 7, 2011, to November 9, 2011 | | | | | |
| 615 | Lori Staska Email – December 14, 2011 | | | | | |
| 616 | Lori Staska Email – December 29, 2011 | | | | | |
| 617 | Tanis Email – January 31, 2012 | | | | | |
| 618 | Tanis Email – February 10, 2012 | | | | | |
| 619 | Tawn Borcyckowski Email – February 13. 2012 | | | | | |
| 620 | Lori Staska Email – March 6, 2012 | | | | | |
| 621 | Tanis Email – August 1, 2012 | | | | | |
| 622 | Mary Lisa Email – August 3, 2012 | | | | | |
| 623 | Dr. Black Email – August 26, 2013 | | | | | |
| 624 | Tanis Email – December 19, 2013 | | | | | |
| 625 | Mary Lisa Email – December 19, 2013 | | | | | |
| 626 | Kathy Suarez Email – December 20, 2013, to December 23, 2013 | | | | | |
| 627 | Tanis Email – December 23, 2013 | | | | | |
| 628 | Tanis Email – January 20, 2014, to January 21, 2014 | | | | | |
| 629 | Sonya Email – January 22, 2014 | | | | | |
| 630 | Terra Whiteman Email – April 23, 2014 | | | | | |
| 631 | Terra Whiteman Email – August 26, 2014 | | | | | |
| 632 | Sonya Email – October 16, 2014 | | | | | |
| 633 | Sonya Email – April 29, 2015 | | | | | |
| 634 | Terra Whiteman Email – June 4, 2015, to June 18, 2015 | | | | | |

| No. | Description | BNSF Objection (Y or N) | Date Offered | Date Reserved | Date Admitted | Refused/ WD |
|---|---|---|---|---|---|---|
| 635 | Mary Karen Email – December 7, 2015 | | | | | |
| 636 | Mary Karen Email – February 8, 2016 | | | | | |
| 637 | Mary Karen Caraway Email – August 4, 2016 | | | | | |
| 638 | Mary Karen Caraway Email – January 17, 2017 | | | | | |
| 639 | Tanis Email – February 8, 2017, to February 15, 2017 | | | | | |
| 640 | Sonya Email – March 27, 2017 | | | | | |
| 641 | Mary Karen Caraway Email – January 9, 2018 | | | | | |
| 642 | Mary Karen Caraway Email – January 10, 2018 | | | | | |
| 643 | Terra Whiteman Email – May 8, 2018 | | | | | |
| 644 | Kayla Friss Email – May 17, 2018 | | | | | |
| 645 | Kayla Friss Email – December 4, 2018 | | | | | |
| | | | | | | |
| | | | | | | |
| | Any depositions taken in this matter together with any deposition exhibits | | | | | |
| | Any and all discovery responses served in this matter | | | | | |
| | Any and all documents produced by the parties in this matter | | | | | |
| | Any and all documents produced in response to subpoenas in this matter | | | | | |
| | Demonstrative exhibits | | | | | |
| | Any exhibits for foundation, impeachment or rebuttal | | | | | |
| | Any exhibits listed by Defendant | | | | | |
| | Any exhibits relied upon by experts | | | | | |
| | | | | | | |