UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY, on behalf of THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THE CENTER FOR ASBESTOS RELATED DISEASE, INC.,<br><br>Defendant. | CV 19-40-M-DLC<br><br>ORDER |

IT IS HEREBY ORDERED that the Clerk of Court may provide meals for the jurors during their deliberations in the above entitled case.

DATED this 28th day of June, 2023.

_____
Honorable Dana L. Christensen
United States District Judge