

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY, on behalf of THE UNITED STATES OF AMERICA, | CV 19–40–M–DLC |
| Plaintiff, | VERDICT FORM |
| vs. | |
| THE CENTER FOR ASBESTOS RELATED DISEASE, INC., | |
| Defendant. | |

1. Do you find by a preponderance of the evidence that Defendant knowingly presented, or caused to be presented, a false or fraudulent claim to the United States?

    YES __X__            NO_____

2. Do you find by a preponderance of the evidence that Defendant knowingly made, used, or caused to be made or used, a false record or statement material to a false or fraudulent claim?

    YES __X__            NO_____

*If you answered "NO" to BOTH Question 1 and Question 2, do not answer the remaining questions.  Please have the presiding juror sign and date the verdict form and notify the bailiff you have completed your deliberation.*

*If you answered "YES" to EITHER or BOTH of Questions 1 and/or 2, proceed to Questions 3 and 4.*

3. How many violations of the False Claims Act do you find Defendant committed?

    Number of Violations: __337__



a. How many of these violations occurred after November 2, 2015?

Number of Violations: ___91___

4. What amount of money, if any, do you find, from a preponderance of the evidence, to be the damages that the United States of America has sustained because of the acts of the Defendant that you have found to have violated the False Claims Act? Answer in dollars.

$ 1,081,265.00

*You are finished. Please have the presiding juror sign and date the verdict form and notify the bailiff you have completed your deliberation.*

Signed: ██████████████████

Presiding Juror (Printed Name): ██████████████████

Dated: ___6/28/2023___