UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY, on behalf of the United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>CENTER FOR ASBESTOS RELATED DISEASE, INC.,<br><br>Defendant. | Case No. CV-19-040-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

__X__   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

     **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

     IT IS ORDERED AND ADJUDGED that Judgment is entered in accordance with the Jury Verdict rendered on June 28, 2023, document number 216, Judgment is entered in favor of Plaintiff.

     Dated this 29th day of June, 2023.

                                     TYLER P. GILMAN, CLERK

                                     By: /s/ Sarah Nagy
                                     Sarah Nagy, Deputy Clerk