Chad M. Knight
James E. Roberts
W. Adam Duerk
Seamus Molloy
KNIGHT NICASTRO MACKAY, LLC
283 W. Front Street, Suite 203
Missoula, Montana 59802
Telephone:  (406) 206-7052
Facsimile: (816) 396-6233
knight@knightnicastro.com
roberts@knightnicastro.com
duerk@knightnicastro.com
molloy@knightnicastro.com
*Attorneys for BNSF Railway Company*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY, on behalf of THE UNITED STATES OF AMERICA | Civil Action No.: CV-19-40-M-DLC |
| Plaintiff, | **BNSF'S NOTICE OF FILING TRIAL EXHIBITS 2 THROUGH 25** |
| vs. | |
| THE CENTER FOR ASBESTOS RELATED DISEASE, INC., | |
| Defendant. | |

Relator, BNSF Railway Company ("BNSF"), by and through its attorneys of record, Knight Nicastro MacKay, LLC, files herewith electronic versions of Trial Exhibits 2 through 25 offered by BNSF and admitted into evidence during the trial of this matter.

DATED this 8th day of July, 2023.

    KNIGHT NICASTRO MACKAY, LLC


   By: */s/ W. Adam Duerk*
     W. Adam Duerk
     *Attorneys for BNSF Railway Company*

## Environmental Health Hazards Checklist
Medicare Coverage for Individuals Exposed to Environmental Health Hazards

**Step 1: Identify the individual.**
(Completed by the field office.)

| First Name – Middle Initial – Last Name | Cathie A. Sullivan |
| Social Security Number | ███████ | Date of Birth | ███ '54 |

**Step 2: Identify the asbestos-related condition(s) and its date of diagnosis.**
(Completed by the provider)

Check the box next to the diagnosed impairment(s) and print the date of diagnosis.

| Impairment | Diagnosis Code | Minimum Medical Evidence Required |
|---|---|---|
| ☐ Asbestosis | 5010 | Interpretation by a B reader qualified physician of a plain chest x-ray or interpretation of computed tomographic radiograph of the chest by a qualified physician |
| ☒ Pleural thickening Pleural plaques | 5010 | Interpretation by a B reader qualified physician of a plain chest x-ray or interpretation of computed tomographic radiograph of the chest by a qualified physician |
| ☐ Mesothelioma | 1630 | Established by pathologic examination of biopsy tissue or cytology from bronchoalveolar lavage or bronchoscopy report |
| ☐ Malignancy of the lung | 1620 | Established by pathologic examination of biopsy tissue, cytology from bronchoalveolar lavage or bronchoscopy report |
| ☐ Malignancy of the colon | 1530 | Established by pathologic examination of biopsy tissue or cytology from bronchoalveolar lavage |
| ☐ Malignancy of the rectum | 1530 | Established by pathologic examination of biopsy tissue or cytology from bronchoalveolar lavage |
| ☐ Malignancy of the larynx | 1610 | Established by pathologic examination of biopsy tissue or cytology from bronchoalveolar lavage |
| ☐ Malignancy of the stomach | 1510 | Established by pathologic examination of biopsy tissue or cytology from bronchoalveolar lavage |
| ☐ Malignancy of the esophagus | 1500 | Established by pathologic examination of biopsy tissue or cytology from bronchoalveolar lavage |
| ☐ Malignancy of the pharynx | 1490 | Established by pathologic examination of biopsy tissue or cytology from bronchoalveolar lavage |
| ☐ Malignancy of the ovary | 1830 | Established by pathologic examination of biopsy tissue or cytology from bronchoalveolar lavage |
| ☐ Individual does not have an impairment listed above | | |
| Date of Diagnosis: | | |

**Step 3: Identify presence in Lincoln County, Montana.**
(Completed by the provider)

This individual was present in Lincoln County, Montana, during the following time period(s): **1998 To Present**

Do your records dated prior to March 23, 2010, indicate the individual was present in Lincoln County, Montana, for a total of at least 6 months during a period ending 10 years or more before the date of his or her diagnosis of the impairment(s) checked above?  ☒ Yes   ☐ No (SSA will develop presence.)

| Printed Name | Physician's Signature | Date |
|---|---|---|
| Brad Black M.D. | Brad Black, M.D. | 07/02/13 |

0001



**Exhibit 2-1**

**Authorization for Services through the**

**Medicare Pilot Program for Asbestos Related Disease**

A health maintenance program has been requested for Cathie Sullivan due to the presence of Asbestos Related Disease.  This service has been determined to be medically necessary by Dr. B. Black and has been incorporated into the care plan established.

The care plan has been reviewed by the Care Coordinator for the Medicare Pilot Program for Asbestos Related Disease. This service has been determined to be medically necessary for the condition described above and has been approved for payment through the Medicare Pilot Program for Asbestos Related Disease. This prior authorization is effective from 2/1/14 to 2/1/15 and will require review of the care plan and further authorization at that time.

Pilot Effective Date: 2/1/14

Services By: MT Athletic Club

Approved:

Date: 1/10/14

Name: Sullivan, Catherine                    DOB:     /1954                                        Date:

0002

**Exhibit 2-2**

WHOSE *Records to be Disclosed*

Form Approved
OMB No. 0960-0623

NAME *(First, Middle, Last)*

SSN                     Birthday
                        *(mm/dd/yy)*      154

# AUTHORIZATION TO DISCLOSE INFORMATION TO
# THE SOCIAL SECURITY ADMINISTRATION (SSA)

** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW **

I voluntarily authorize and request disclosure (including paper, oral, and electronic interchange):

**OF WHAT**    All my medical records; also education records and other information related to my ability to perform tasks. This includes specific permission to release:

1. All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) including , and not limited to :
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   - Gene-related impairments (including genetic test results)

2. Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.

3. Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.

4. Information created within 12 months after the date this authorization is signed, as well as past information.

**FROM WHOM**

- All medical sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

THIS BOX TO BE COMPLETED BY SSA/DDS (as needed) Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:

**TO WHOM**    The Social Security Administration and to the State agency authorized to process my case (usually called "disability determination services"), including contract copy services, and doctors or other professionals consulted during the process. [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE**    Determining my eligibility for benefits, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability, and whether I can manage such benefits.
☐ Determining whether I am capable of managing benefits ONLY (check only if this applies)

**EXPIRES WHEN**    This authorization is good for 12 months from the date signed (below my signature).

- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosures above from the types of sources listed.

**PLEASE SIGN USING BLUE OR BLACK INK ONLY**

**INDIVIDUAL** authorizing disclosure

IF not signed by subject of disclosure, specify basis for authority to sign
☐ Parent of minor  ☐ Guardian  ☐ Other personal representative (explain)

SIGN ►

(Parent/guardian/personal representative sign here if two signatures required by State law) ►

Date Signed   6/2/13          Street Address

SSN (or Date of Birth)        City              State   Zip
                              Libby             MT      59923

**WITNESS**    I know the person signing this form or am satisfied of this person's identity.

SIGN ►                        IF needed, second witness sign here (e.g., if signed with "X" above)
                              SIGN ►

Phone Number (or Address)     Phone Number (or Address)

This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.

Form SSA-827 (4-2009) ef (04-2009) Use 2-2003 and Later Editions Until Supply is Exhausted          Page 1 of 2

0003

**Exhibit 2-3**



### CARD
Center for Asbestos Related Disease

214 East 3rd Street  Libby, Montana 59923  (406)293-9274  fax:(406)293-9280

Date: 06/25/13

Patient Name: Catherine A. Sullivan

D.O.B. ████/54

Patient was confirmed to have a positive radiographic read consistent with an asbestos related disease. Results differed from CARD read, which was read as negative. Patient was contacted and given outside read results and offered benefits.

This read does not constitute a clinical diagnosis but is considered a diagnosis based on legislative language found in The Affordable Health Care Act. By law this CT/B read allows patient access to various benefits such as Medicare. Patient also qualifies for the Medicare Pilot program for Asbestos related Disease in Lincoln and Flathead Counties.

*Jennie Hernandez, MSN, LCSW*

0004

**Exhibit 2-4**

SULLIVAN_CATHIE_CARD_2-22-10 - 6-25-13-0001

**Exhibit 2-5**

1544192534

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**PUBLIC HEALTH SERVICE**

OMB No : 0920-0020

**DATE OF RADIOGRAPH**

**CENTERS FOR DISEASE CONTROL & PREVENTION**
National Institute for Occupational Safety and Health
Federal Mine Safety and Health Act of 1977
Medical Examination Program

Coal Workers' Health Surveillance Program
NIOSH
PO Box 4258
Morgantown, West Virginia 26504

| MONTH | DAY | YEAR |
|---|---|---|
| 1 1 | 0 5 | 2 0 1 2 |

**WORKER'S Social Security Number ID#**

4 7 4 2 6

Note: Please record your interpretation of a single film by placing an "x" in the appropriate boxes on this form.

**ROENTGENOGRAPHIC INTERPRETATION**

**TYPE OF READING**

☐ A ☒ B ☐ F

**FACILITY IDENTIFICATION**

2 X 0 4 9

**1. FILM QUALITY**

☒ 1 ☐ 2 ☐ 3 ☐ UR
(If not Grade 1, mark all boxes that apply)

☐ Overexposed (dark)
☐ Underexposed (light)
☐ Artifacts

☐ Improper position
☐ Poor contrast
☐ Poor processing

☐ Underinflation
☐ Mottle
☐ Other (please specify)

DIGITAL

**2A. ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**

YES ☐   Complete Section 2B and 2C   NO ☒ Proceed to Section 3A

**2B. SMALL OPACITIES**

a. SHAPE/SIZE

| | PRIMARY | SECONDARY |
|---|---|---|
| | p q r | p q r |
| | s t u | s t u |

b. ZONES

| | R | L |
|---|---|---|
| UPPER | | |
| MIDDLE | | |
| LOWER | | |

c. PROFUSION

| 0/- | 0/0 | 0/1 |
| 1/0 | 1/1 | 1/2 |
| 2/1 | 2/2 | 2/3 |
| 3/2 | 3/3 | 3/+ |

**2C. LARGE OPACITIES**

SIZE ☐ A ☐ B ☐ C   Proceed to Section 3A

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**

YES ☒   Complete Sections 3B, 3C   NO ☐ Proceed to Section 4A

**3B. PLEURAL PLAQUES** (include site, calcification, extent, and width)

| Chest wall | Site | Calcification |
|---|---|---|
| in profile | ☒ R L | ☒ R L |
| face on | ☒ R L | ☒ R L |
| diaphragm | O R L | ☒ R L |
| other site(s) | O R L | ☒ R L |

Extent (chest wall, combined for in profile and face on)
Up to 1/4 of lateral chest wall = 1
1/4 to 1/2 of lateral chest wall = 2
> 1/2 of lateral chest wall = 3

| ☒ R | | ☒ L | |
|---|---|---|---|
| 1 2 3 | | 1 2 3 | |

Width (in profile only) (Minimum width 3mm required)
1 to 5 mm = a
5 to 10 mm = b
> 10 mm = c

| ☒ R | | ☒ L | |
|---|---|---|---|
| a b c | | a b c | |

**3C. COSTOPHRENIC ANGLE OBLITERATION**   ☒ R ☐ L   Proceed to Section 3D   NO ☐   Proceed to Section 4A

**3D. DIFFUSE PLEURAL THICKENING** (include site, calcification, extent, and width)

| Chest wall | Site | Calcification |
|---|---|---|
| in profile | U R L | O R L |
| face on | O R L | O R L |

Extent (chest wall, combined for in profile and face on)
Up to 1/4 of lateral chest wall = 1
1/4 to 1/2 of lateral chest wall = 2
> 1/2 of lateral chest wall = 3

| O R | | O R | |
|---|---|---|---|
| 1 2 3 | | 1 2 3 | |

Width (in profile only) (3mm minimum width required)
1 to 5mm = a
5 to 10 mm = b
> 10 mm = c

| O R | | O R | |
|---|---|---|---|
| a b c | | a b c | |

**4A. ANY OTHER ABNORMALITIES?**

YES ☐   Complete Sections 4B, 4C, 4D, 4E   NO ☒ Proceed to Section 5

**4B. OTHER SYMBOLS (OBLIGATORY)**

☐ aa ☐ at ☐ ax ☐ bu ☐ ca ☐ cg ☐ cn ☐ co ☐ cp ☐ cv ☐ di ☐ ef ☐ em ☐ es ☐ fr ☐ hi ☐ ho ☐ id ☐ ih ☐ kl ☐ me ☐ pa ☐ pb ☐ pi ☐ px ☐ ra ☐ rp ☐ tb ☐ od

☐ If other diseases or significant abnormalities, findings must be recorded on reverse. (section 4C/4D)

Date Physician or Worker notified?

| MONTH | DAY | YEAR |
|---|---|---|
| | | |

**4E.** Should worker see personal physician because of findings in section 4? YES ☐   NO ☐
Proceed to Section 5

**5. PHYSICIAN'S Social Security Number [a]**

*I furnish my social security number voluntarily. Your refusal to provide the number will not affect your right to participate in the program.

| | | |
|---|---|---|

**FILM READER'S INITIALS**

S

**DATE OF READING**

| MONTH | DAY | YEAR |
|---|---|---|
| 3 | 1 3 | 1 3 |

S z e i n u k , 3 0 1 S E N E C A H I L L S E S T A T E S
LASTNAME - STREET ADDRESS

N E W Y O R K           N Y 1 0 0 2 9
CITY                    STATE    ZIP CODE

CDC/NIOSH (M) 2.8
REV. 7/2007

*Sullivan, Catherine*

**Exhibit 2-6**

SULLIVAN_CATHIE_CARD_2-22-10 - 6-25-13-0002

**Exhibit 2-7**



CARD
Center for Asbestos Related Disease

214 East 3rd Street  Libby, Montana  59923  (406)293-9274  fax:(406)293-9280
Page 1 of 2
**Date of Visit:** 11/28/12
**Sullivan, Catherine  DOB:** ███ 54

## HPI/ROS:

CC: History of Libby amphibole asbestos exposure, self-referred for rescreening, with initial negative screening in 2010

PULM: Patient reports having a tightness in her chest associated with shortness of breath most days of the week, this occurs intermittently throughout the day and is usually associated with exertion. Has remained stable the past three years; denies recurrent cough, sputum production or wheeze

CARDIO: No chest pain or discomfort, no palpitations or presyncope. Tightness per above

CONST: Stable energy, sleep and appetite. No recurrent fever or rash

### Functional Assessment:
No change in lifestyle secondary to health
### Occupational/Social Hx:
Patient is self-employed photographer, married
### Activities of Libby Amphibole Asbestos Exposure:
Lived in Libby 1980 to current; she watched baseball 15 days per year, gardened with vermiculite and recreated in Rainy Creek six days per year over 14 years. Her home in 1998 was insulated with vermiculite
### Tobacco History:
30 year pack history, quit smoking at 55
### Family Hx:
Noncontributory

## PHH:

PCP: None listed
Medical Illnesses: None
Medications reviewed with patient, on chart. Respiratory Meds: None
Surgeries: No history of chest surgery
Injuries/Accidents: No history of chest trauma
Allergies: Penicillin
Screenings/Imms: Due for colonoscopy

## Objective:

VITALS: 102/64, heart rate 82, SpO2 96% on room air, temp 98.1
SPIROMETRY: Normal. FEC 100 11% FEV1 113% ratio 79
XRAY: Negative
HRCT: Per Dr.Black, no evidence of ARD

1

0008

**Exhibit 2-8**

SULLIVAN_CATHIE_CARD_2-22-10 - 6-25-13-0003

**Exhibit 2-9**



**CARD**
Center for Asbestos Related Disease

214 East 3rd Street  Libby, Montana  59923  (406)293-9274  fax:(406)293-9280

Page 2 of 2
**Date of Visit:** 11/28/12
**Sullivan, Catherine   DOB:** ████ 54

GEN: well groomed, cooperative
LUNG: anterior and posterior lung sounds clear to auscultation throughout
CHEST: AP diameter normal, symmetrical excursion. No increased work of breathing.
CARDIO: RRR, S1S2 Normal, no murmurs or extra heart sounds, no extremity edema
ENT: Oropharynx w/out drainage, no lesions seen tonsils not enlarged. Nares patent.
NECK: Trachea midline, no palpable cervical nodes. No JVD.
SKIN: No rashes or lesions noted skin smooth and hydrated.
M/S: Good posture, no kyphosis; wrists and hands without joint edema or erythema.
NEURO: CN II-IX grossly intact, oriented to person, place, and time.

**Assessment:**       History Libby amphibole asbestos exposure-normal screening

**Plan:**
Labs: FOBT previously given
Follow up: Rescreen in 12 months with chest x-ray and PFT

Patient Education: ARD- Anatomy & Physiology, Complications, Disease Process,
Follow-up, Testing,- Good understanding

**Michelle Boltz, FNP-C**
*Michelle Boltz, FNP-C, APRN* 11/28/12

*lv 12/6/12*

2

**Exhibit 2-10**

SULLIVAN_CATHIE_CARD_2-22-10 - 6-25-13-0004

**Exhibit 2-11**

**CARD**
Center for Asbestos Related Disease

214 East 3rd Street  Libby, Montana 59923  (406)293-9274/fax(406)293-9280

Date __4/28/12__ Name __New pt screen/TS?__ DOB _____/54

Chief Complaint __New pt screen/CT F/U — Ø__
__colonoscopy — FOBT given, last visit__
__lost, re-given. Denies much chg. No marked tread__
History __Statlw since last visit — Ø/any__

BP __103/64__ Pulse __83__ SPO2 __96__ Temp __98__ Weight _____

General Skin _____
HEENT _____
Heart _____
Lungs _____
Extremities _____
Neuro _____
CXR _____ PFT _____

Impression/Diagnosis:

Plan:

Counsel/Education:

Time spent w/ patient: (circle one)   15"   25"-30"   45"   >45"

Signature _____   Date _____
O:\Office forms and files\CARD forms\MD\Doctor Notes Template Revision 1.doc

0012

**Exhibit 2-12**

SULLIVAN_CATHIE_CARD_2-22-10 - 6-25-13-0005

**Exhibit 2-13**

:49 SJLH (406)293-0138  The info contained i  this fax is privileged and confidential an  or the sole use of the intended recipient

ST JOHN'S LUTHERAN HOSPITAL
350 LOUISIANA AVE
LIBBY, MONTANA 59923

Page 1 of 1

## REPORT STATUS:  Signed

Patient: SULLIVAN,CATHERINE A        Date:  11/26/12
Patient BD: ████ 1954     Patient location: L.IMAGING   Rm #:
Ordering Dr: BOLTZ, MICHELLE L FNP

cc:
BOLTZ,MICHELLE L FNP

PROCEDURE:          CHEST CT SCAN - WITHOUT CONTRAST

INDICATIONS:        HISTORY OF ASBESTOS EXPOSURE WITH DYSPNEA.

COMPARISON:              No prior CT scans available for comparison.

FINDINGS: No pleural-based thickening or plaquing is noted.  No calcifications or fluid is noted in the pleural spaces.  No plaques noted on either hemidiaphragm.  No interstitial fibrosis.  The lungs are clear.  The heart is normal in size.  No pericardial effusion.  Mediastinal lymph nodes are mildly prominent but nonspecific.  No axillary adenopathy is appreciated.  The upper abdomen that is imaged is unremarkable in appearance.

CONCLUSION:
NORMAL CT SCAN OF THE CHEST.  NO EVIDENCE FOR PREVIOUS ASBESTOS EXPOSURE.

J: 91781

Dictated by: STEPHEN BECKER , M.D.

<<Signature on File>>
Electronically signed by: BECKER, STEPHEN , M.D.
11/27/12 1544

BECST/jw6
11/26/12 1457   11/27/12 1244

IMAGING REPORT - MEDITOR

NAME: SULLIVAN,CATHERINE A     MR#: M000043104   ACCT#: AA0000754784
Rpt#: 1127-0036

0014

**Exhibit 2-14**

SULLIVAN_CATHIE_CARD_2-22-10 - 6-25-13-0006

**Exhibit 2-15**

121 SJLH (406)293-0138  The info contains      this fax is privileged and confidential      for the sole use of the intended recipient

## ST JOHN'S LUTHERAN HOSPITAL
### 350 LOUISIANA AVE
### LIBBY, MONTANA 59923

Page 1 of 1

## REPORT STATUS:  Signed

Patient: SULLIVAN,CATHERINE A          Date:  11/05/12
Patient BD: ███ 1954    Patient location: L.IMAGING   Rm #:
Ordering Dr: BLACK, BRAD M.D.

cc:
BLACK,BRAD M.D.

PROCEDURE:            RADIOGRAPH: PA CHEST, SINGLE VIEW

COMPARISON:          ST JOHN'S LUTHERAN HOSPITAL, RAD, CHEST,SINGLE VIEW, 2/22/
2010, 9:46.

INDICATIONS:          History of asbestos exposure.

FINDINGS:  PA chest shows no cardiac enlargement or peripheral vascular congestion. The trachea is
near midline. The lungs are free of infiltrates and pleural effusions. No significant pleural changes are
identified.

CONCLUSION:          STABLE CHEST SHOWING NO CARDIOPULMONARY
CHANGES.

Dictated by: Anders G. Engdahl, M.D. on 11/05/2012 at 8:45
Transcribed by: LS on 11/05/2012 at 11:08
Electronically Signed by: Anders G. Engdahl, M.D. on 11/06/2012 at 17:39

                              Dictated by: HUGH B CECIL M.D., M.D.


                         Electronically signed by: CECIL, HUGH B M.D., M.D.
                                   11/07/12 1618


CECHU/ls4
11/05/12 0845   11/05/12 1108

IMAGING REPORT - MEDITOR

NAME: SULLIVAN,CATHERINE A      MR#: M000043104   ACCT#: AA0000754043
Rpt#: 1107-0040

0016

**Exhibit 2-16**

SULLIVAN_CATHIE_CARD_2-22-10 - 6-25-13-0007

**Exhibit 2-17**

Center For Asbestos Related Disease
214 East 3rd Street
Libby, MT, 59923

| Name: | Sullivan, Catherine A | | ID: | 447426 | | BSA: | 1.57 | | Date: | 11/05/2012 |
|---|---|---|---|---|---|---|---|---|---|---|
| Tech: | Storkson, Linda | | Height: | 62.60 | | Age: | 58 | | Room: | |
| Doctor: | | | Weight: | 124.00 | | Sex: | Female | | Race: | Caucasian |

| Time | Select | ATS | FVC absolute | FVC % p/e | FEV1 absolute | FEV1 % p/e | FEV1/FVC absolute | FEF 25-75% absolute | FEF 25-75% % p/e | FEF Max absolute |
|---|---|---|---|---|---|---|---|---|---|---|
| **Pre** | | | | | | | | | | |
| 08:45:08 | * | | 3.54 | 111 | 2.77 | 112 | 78 | 2.53 | 107 | 5.53 |
| 08:44:39 | * | back c | 3.54 | 110 | 2.76 | 111 | 78 | 2.40 | 101 | 6.09 |
| 08:43:11 | * | | 3.45 | 108 | 2.81 | 113 | 81 | +2.82 | +120 | 5.94 |
| 08:45:38 | * | | 3.46 | 108 | 2.58 | 104 | 74 | 2.27 | 96 | +3.33 |
| Composite | | B | 3.54 | 111 | 2.81 | 113 | 79 | 2.53 | 107 | 6.09 |



**Exhibit 2-18**

SULLIVAN_CATHIE_CARD_2-22-10 - 6-25-13-0008

**Exhibit 2-19**

Center For Asbestos Related Disease
214 East 3rd Street
Libby, MT, 59923

| Name: | Sullivan, Catherine A | ID: | 447426 | BSA: | 1.57 | Date: | 11/05/2012 |
| Tech: | Storkson, Linda | Height: | 62.60 | Age: | 58 | Room: | |
| Doctor: | | Weight: | 124.00 | Sex: | Female | Race: | Caucasian |



0020

**Exhibit 2-20**

SULLIVAN_CATHIE_CARD_2-22-10 - 6-25-13-0009

**Exhibit 2-21**

# CARD
### Center for Asbestos Related Disease

214 East 3ʳᵈ Street  Libby, Montana 59923  (406)293-9274  fax:(406)293-9280

Date_____ Name _  447426-1  SULLIVAN, CATHERINE A.  11-05-2012  1954  _DOB_ _ _ _ _

Chief Complaint_ _____

History_____

BMI
22.25

BP _____ Pulse _____ SPO2 _____ Temp _____ Weight _____

General Skin _____
HEENT _____
Heart _____
Lungs _____
Extremities_____
Neuro _____
CXR _____ ___PFT _____

Impression/Diagnosis:

Plan:

Counsel/Education:

Time spent w/ patient: (circle one)   15"      25"-30"      45"      >45"

Signature _____   Date 11-5-1
O:\Office forms and Docs\CARD forms\MD Doctor Notes Template Revision 1.doc

0022

**Exhibit 2-22**

SULLIVAN_CATHIE_CARD_2-22-10 - 6-25-13-0010

0023

**Exhibit 2-23**



**CARD**
Center for Asbestos Related Disease

214 East 3rd Street  Libby, Montana 59923  (406)293-9274  fax:(406)293-9280

## Please list all medications you are prescribed on this form & next appointment.

447426-1                    11-05-2012
SULLIVAN, CATHERINE A.      -1954

MEDICATION LIST

Name: Cathie Sullivan_____ DOB: ▮▮▮▮ 1954

Pharmacy: _____ Allergies: Penicillan

Primary Care Provider: _____

| DATE | MEDICATION | DOSE/FREQ | COMMENTS | UPDATED |
|------|-----------|-----------|----------|---------|
|      |           |           |          |         |
|      |           |           |          |         |
|      |           |           |          |         |
|      |           |           |          |         |
|      |           |           |          |         |
|      |           |           |          |         |
|      |           |           |          |         |
|      |           |           |          |         |
|      |           |           |          |         |
|      |           |           |          |         |
|      |           |           |          |         |
|      |           |           |          |         |
|      |           |           |          |         |

**Exhibit 2-24**

SULLIVAN_CATHIE_CARD_2-22-10 - 6-25-13-0011

**Exhibit 2-25**

02/10 0955 SJLH (406)293-0130  The info contained in this fax is privileged and confidential and for the sole use of the intended recipient.  Page

ST JOHN'S LUTHERAN HOSPITAL
350 LOUISIANA AVE
LIBBY, MONTANA 59923

Page 1 of 1

## REPORT STATUS:   Signed

Patient: SULLIVAN,CATHERINE A
Patient BD: ░░░░1954
Ordering Dr: BLACK, BRAD M.D.

Date:  02/22/10
Patient location:  L-IMAGING    Rm #:

cc:
BLACK,BRAD M.D.

HISTORY/REASON FOR EXAM:
ASBESTOS EXPOSURE.

CHEST/SINGLE VIEW
The heart, lungs, and mediastinum are unremarkable.  There is no pleural thickening.  No pleural plaquing.  No interstitial fibrosis.

IMPRESSION:
NORMAL CHEST.

Dictated by: STEPHEN BECKER , M.D.

< < Signature on File> >
Electronically signed by: BECKER, STEPHEN , M.D.

BECST/iw6
02/22/10 0957   02/23/10 0008

IMAGING REPORT

NAME:  SULLIVAN,CATHERINE A          MR#: M000043104          ACCT#: AA0000855537
                                                              Rpt#: 0223-0002

0026

**Exhibit 2-26**

SULLIVAN_CATHIE_CARD_2-22-10 - 6-25-13-0012

**Exhibit 2-27**

**CARD**
Centre for Asbestos Related Disease

214 East 3rd Street  Libby, Montana 59923  (406)293-9274  fax:(406)293-9280

Date 2-22-10  Name SULLIVAN, CATHERINE  DOB ████ -54

Chief Complaint____ CARD Screening _____

_____

History  Recent _household exposure off  home remodel. _____

_____

_____

_____

_____

_____

BP 130/85  Pulse 81 8Pm SPO2 98 7.14 Temp ——  Weight 123 / 52.6

General Skin _____
HEENT _____
Heart _____
Lungs _____
Extremities _____
Neuro _____
CXR _____ PFT _____

Impression/Diagnosis:   CXR ⊝  ⌀ CT ordered
                      referral to PCP for chest tightness
Plan:                    1 yr recall   FUBJT

Counsel/Education:

Time spent w/ patient: (circle one)  15"    25"-30"    45"    >45"

Signature _____   Date 2/22/10

0028

**Exhibit 2-28**

SULLIVAN_CATHIE_CARD_2-22-10 - 6-25-13-0(

**Exhibit 2-29**

**Authorization for Services through the**

**Medicare Pilot Program for Asbestos Related Disease**

A health maintenance program has been requested for Cathie Sullivan due to the presence of Asbestos Related Disease. This service has been determined to be medically necessary by Dr. B. Black and has been incorporated into the care plan established.

The care plan has been reviewed by the Care Coordinator for the Medicare Pilot Program for Asbestos Related Disease. This service has been determined to be medically necessary for the condition described above and has been approved for payment through the Medicare Pilot Program for Asbestos Related Disease. This prior authorization is effective from 2/1/14 to 2/1/15 and will require review of the care plan and further authorization at that time.

Pilot Effective Date: 2/1/14

Services By: MT Athletic Club

Approved:

Date: 1/10/14

EXHIBIT

2·A

PENGAD 800-631-6989

Name: Sullivan, Catherine                    DOB: ▮/1954                    Date:

SULLIVAN_CATHIE-0001-0096

0030

**Exhibit 2A-1**

**The Center for Asbestos Related Disease**

214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.
DEA Reg. No. Ab7824819

ALISA M. KOVAL, M.D.
DEA No. FK3493993

MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. MB2353364

NAME _Catherine Sullivan_   DOB ▉▉▉ AGE ▉▉ '54

ADDRESS ▉▉▉▉▉▉▉   DATE _01/15/14_

Rx Health Maintenee (M.A.C.)

511: Pleural Disease

Refill ___   Time ___

Provider _[signature]_   Provider ___

Dispense As Written   Substitution Permitted

---

Name: Sullivan, Catherine          DOB: ▉▉/1954          Date:

**Exhibit 2A-2**



**CARD**
Center for Asbestos Related Disease

## Benefits

**Patient Name:** Catherine Sullivan
**Date of Birth:** ████ 1954
**Encounter Date:** 11/25/2015

---

**EHH:** 07/02/2013

**Pilot:** enrolled     Effective Date: 02/01/2014

**Health Maintenance**                                    Expires: 02/01/2015

**Pulse Oximeter:  No**

**Improved Access:  No**

*Completed by:*
Black, Brad  11/25/2015 11:48 AM

Document Generated By:  Mary Karen Caraway  11/25/2015 11:48 AM

SULLIVAN_CATHIE-0001-0082

0032

**Exhibit 2A-3**



## CARD
Center for Asbestos Related Disease

214 East 3rd Street  Libby, Montana  59923  (406)293-9274  fax:(406)293-9280

Catherine Sullivan

▮▮▮▮▮▮▮▮

Libby, MT 59923
11/6/13

Dear Cathie,

*Thank you for participating in the CARD screening program. Some of these results have previously been given to you during your appointment on   This letter is a summary of those results. A copy of your provider's dictation is included for your records.*

Our medical provider determined your chest x-ray and/or CT scan **does not indicate** any Asbestos Related Disease at this time.  However you did receive a positive reading from an outside reader.  While this does not constitute a clinical diagnosis, you are entitled to various benefits under the Affordable Care Act.

*CARD screening includes sending your x-ray and/or CT scan to additional outside doctors trained in identifying occupational lung disease. It can take several months for this process to be completed.  If the outside reader finds a significant abnormality or evidence of asbestos disease that was not previously identified, you will receive a letter or a phone call to advise you of the abnormality, any recommendations, and/or any benefits to which you are eligible for.*

*Again, thank you for participating in CARD's asbestos health screening.  Please contact CARD with any questions regarding the contents of this letter or any other concerns.*

*Tami Reatz, LPN*

**Exhibit 2A-4**



**CARD**
Center for Asbestos Related Disease

214 East 3rd Street  Libby, Montana  59923  (406)293-9274  fax:(406)293-9280

January 3rd, 2014

Dear Catherine Sullivan  DOB: ███/54

The asbestos health screening that you participated in on 11/16/2012 included sending your chest CT scan images to radiologists outside of Libby, Montana for review. Sometimes, those radiologists identify abnormal findings that the local radiologists did not include in their reports. This process can take an extended amount of time, so these results are often delayed in being communicated to CARD and to the patient.  Most of the findings are not problematic, but should be discussed with your primary care provider.

In addition to previously communicated abnormalities, your scan was found to include:

- Low density lesion in the right kidney, likely cystic
- Three small lung nodules measuring 3mm

Cysts are benign (non-cancerous) fluid filled structures.  Cysts typically do not require any further intervention or following.  Sometimes patients or primary care providers choose to have an ultrasound to further evaluate cysts, which is something you should discuss with your primary care provider.

Lung nodules are often found on CT scans, and are usually benign (not cancerous). Because of your increased risk of lung cancer given the combination of tobacco use and asbestos exposure, CARD recommends CT follow-up of these nodules to verify stability.

You are eligible for a free CARD screening CT scan at this time which would verify stability of both the lung and kidney lesions that were identified.

CARD staff may have already contacted you, if not, call 293.9274 to schedule an appointment.

Please feel free to contact CARD with any additional questions you may have.

Michelle Boltz, FNP-C
*Michelle Boltz, NP-C, APRN*

CC: PCP

1

| Name: Sullivan, Catherine | DOB: ███1954 | Date: |
|---|---|---|

# CARD
### Center for Asbestos Related Disease

## Household Contact

Date _____

SULLIVAN CATHERINE   2-22-2010
DOB ▓▓-1954   447426

Filed in by CARD   Patient ID

| | Yes | No | Not Sure | Refused | Earliest Year | Total Years |
|---|---|---|---|---|---|---|
| 1. Did you ever share a household with a WR Grace worker? | ☐ | ☒ | ☐ | ☐ | ___ | ___ |
| 2. Did you share a household with a secondary contractor for WR Grace? | ☐ | ☒ | ☐ | ☐ | ___ | ___ |
| 3. Did you share a household with anyone who may have had significant exposure to vermiculite who did NOT work at or for WR Grace? | ☐ | ☒ | ☐ | ☐ | ___ | ___ |

3a. If you marked 'Yes' to question 3, please elaborate on how this individual may have been exposed to vermiculite.

*The following questions relate to the time you shared a household with a person who worked at or for WR Grace, or was otherwise exposed to vermiculite. For convenience they will all be referred to as "Vermiculite Workers".*

4a. How many days per year, on average, did the vermiculite worker in your household wear visibly dusty work clothes home? (0=Never, 255=Every work day)   4b. If 4a >0, over how many years? ___

5a. How many days per year, on average, did the vermiculite worker in your household wear visibly dust-contaminated clothing in the household car? (0=Never, 255=Every work day)   5b. If 5a >0, over how many years? ___

6a. How many days per year, on average, did you visit any of the WR Grace facilities where vermiculite was present?   6b. If 6a >0, over how many years? ___

7. Did you ever spend time other people's homes where a vermiculite worker lived?   ○ Yes   ○ No   ☒ Not Sure   ○ Refused
*If 'Yes', please complete 7a, 7b and 7c, otherwise form is complete*

7a. How many hours, on average, would you spend when you went over to a vermiculite worker's house?   7b. How many days per year, on average, did you spend in other peoples homes where a vermiculite worker lived?

7c. Over how many years? ___

*Note: All patients should answer 7, 7a, 7b and 7c; only patients who lived with a vermiculite worker will answer questions 4, 5 and 6.*

Name: Sullivan, Catherine   DOB ▓▓ 1954   Date: _____

SULLIVAN_CATHIE-0001-0125

0035

**Exhibit 2A-6**

# CARD
### Center for Asbestos Related Disease

## Incidental Asbestos Exposure in Libby, MT

Date: _____

SULLIVAN  CATHERINE  2-22-2010
DOB ███ 1954    447426

Filed in by CARD

The following series of questions ask about activities you might have taken part in that could have exposed you to Libby amphibole. We ask that you look over the list prior to your clinic visit to give yourself a chance to recall events that might have happened some time ago. The clinic staff will go over the form with you and assist in estimating the years, days and hours spent at each activity.

This Section Filled in by CARD.

| Did you ever participate in the following activities during the time you lived in Lincoln County? | Yes | No | Not Sure | # of Years | Days per Year | Hours per Day |
|---|---|---|---|---|---|---|
| 1. Recreational activities (hunting, hiking, etc) along Rainey Creek Road? | ☒ | ☐ | ☐ | 14 | 6 | 2 |
| 2. Fishing on the Kootenai River near the mouth of Rainey Creek? | ☐ | ☒ | ☐ | | | |
| 3. Playing in or watching games at the downtown ballfields? | ☒ | ☐ | ☐ | 29 | 15 | 3 |
| 4. Playing in or around the vermiculite piles? | ☐ | ☒ | ☐ | | | |
| 5. Using the Libby Middle School track beyond scheduled gym classes? | ☒ | ☐ | ☐ | 29 | 15 | 2 |
| 6. Heating vermiculite ore to make it expand or pop? | ☐ | ☒ | ☐ | | | |
| 7. Cutting or collecting firewood near Rainey Creek Road? | ☐ | ☐ | ☐ | | | |
| 8. Handling vermiculite insulation outside of any job? | ☐ | ☐ | ☐ | | | |
| 9. Gardening in soil that was observed or known to contain vermiculite? | ☒ | ☐ | ☐ | 29 | 90 | 1 |
| 10. Shoveling and/or hauling vermiculite outside of work? | ☐ | ☐ | ☐ | 10 | | |
| 11. Burning firewood in your home? | ☐ | ☐ | ☐ | 29 | 20 | 24 |

| How regularly did you perform the following tasks in your residence? | Never | Yearly - a few times a year | Monthly - a few times a month | Weekly - a few times a week | Daily or almost daily |
|---|---|---|---|---|---|
| Sweeping floors/vacuuming | ☐ | ☐ | ☐ | ☐ | ☒ |
| Dusting | ☐ | ☐ | ☐ | ☐ | ☒ |

Which cleaning method did you most often use?    ◉ Damp cloth or mop    ○ Dry cloth, broom or duster    ○ Not Applicable

What year did you first move to the Libby area?    1980

for clinic use only -     Entered by

Name: Sullivan, Catherine          DOB: ███ 1954          Date:

**CARD**
Center for Asbestos Related Disease

## Occupational History (other than at WR Grace)

Page 1

Date

Patient: SULLIVAN CATHERINE 2-22-2010
DOB -1954    447426

Filed in by CARD

SECTION 1. The following questions apply only to jobs you may have held that were NOT with WR Grace or Zonolite. Try to recollect as near as you can your earliest year worked and how long you worked at each job. Please use fractions to indicate parts of years (ex. 2.5 = 2 and a half years)

1. Have you ever worked where you or anyone near you disturbed asbestos, creating visible dust?
☒ Yes    ☐ No    ☐ Not Sure    ☐ Refused

1a. For how many total years? _____    1b. How many years in Lincoln County? _____

| | Yes | No | Not Sure | Refused | Earliest Yr Worked | Total Yrs Worked | Yrs Worked in Lincoln County |
|---|---|---|---|---|---|---|---|
| 2. On a construction, demolition or excavation site | ☐ | ☒ | ☐ | ☐ | | | |
| 3. In the Montana railroad industry | ☐ | ☒ | ☐ | ☐ | | | |
| 4. With commercial boilers, incinerators or construction incinerators | ☐ | ☒ | ☐ | ☐ | | | |
| 5. In agriculture or sylviculture (ie in a nursery or greenhouse, on a farm or ranch, in landscaping or irrigation) | ☐ | ☐ | ☐ | ☐ | | | |
| 6. Cleaning residences or businesses | ☒ | ☐ | ☐ | ☐ | | | |

7. Have you ever worked in the logging industry?    ☐ Yes    ☒ No    ☐ Not Sure    ☐ Refused

7a. Earliest year worked _____    7c. Total years worked in Lincoln County _30_

7b. Total years worked _____    7d. Did you ever engage in logging activities along Rainey Creek Road?
☐ Yes    ☐ No    ☐ Not Sure    ☐ Refused    ☐ Not Applicable

| | Yes | No | Not Sure | Refused | Earliest Yr Worked | Total Yrs Worked | Yrs Worked in Libby |
|---|---|---|---|---|---|---|---|
| 8. Have you ever worked in plywood manufacturing? | ☐ | ☒ | ☐ | ☐ | | | |
| 9. Have you ever worked in wood processing or finishing (other than plywood) | ☐ | ☒ | ☐ | ☐ | | | |

Name: Sullivan, Catherine                     DOB: ____1954                     Date:

SULLIVAN_CATHIE-0001-0127

0037

**Exhibit 2A-8**



## Center for Epidemiological Studies Depression Scale

  

Date 2/12/10

Name    SULLIVAN CATHERINE 2-22-2010
        DOB ████-1954    # 447426

Filled in by CARD    Patient ID

*Think back to the past week and read each statement below; then choose the statement that best describes how often you felt this way during the past week*

| | Rarely or None of the Time (less than 1 day) | Some or a little of the time (1 to 2 days) | Occasionally or a moderate amount of the time (3 to 4 days) | Most or all of the time (5 to 7 days) |
|---|---|---|---|---|
| 1. I was bothered by things that usually don't bother me | ☒ | ☐ | ☐ | ☐ |
| 2. I did not feel like eating; my appetite was poor | ☒ | ☐ | ☐ | ☐ |
| 3. I felt that I could not shake off the blues even with help from my family or friends | ☐ | ☒ | ☐ | ☐ |
| 4. I felt that I was just as good as other people | ☐ | ☐ | ☐ | ☒ |
| 5. I had trouble keeping my mind on what I was doing | ☐ | ☒ | ☐ | ☐ |
| 6. I felt depressed | ☒ | ☐ | ☐ | ☐ |
| 7. I felt everything I did was an effort | ☐ | ☒ | ☐ | ☐ |
| 8. I felt hopeful about the future | ☐ | ☐ | ☒ | ☐ |
| 9. I thought my life had been a failure | ☒ | ☐ | ☐ | ☐ |
| 10. I felt fearful | ☐ | ☒ | ☐ | ☐ |
| 11. My sleep was restless | ☐ | ☐ | ☒ | ☐ |
| 12. I was happy | ☐ | ☐ | ☒ | ☐ |
| 13. I talked less than usual | ☒ | ☐ | ☐ | ☐ |
| 14. I felt lonely | ☒ | ☐ | ☐ | ☐ |
| 15. People were unfriendly | ☒ | ☐ | ☐ | ☐ |
| 16. I enjoyed life | ☐ | ☐ | ☒ | ☐ |
| 17. I had crying spells | ☒ | ☐ | ☐ | ☐ |
| 18. I felt sad | ☐ | ☒ | ☐ | ☐ |
| 19. I felt people disliked me | ☒ | ☐ | ☐ | ☐ |
| 20. I could not get "going" | ☐ | ☒ | ☐ | ☐ |

For Clinic Use Only    Compute Score?  ○ Yes  ○ No    Score

epression/2.sav (CES) 4/30/2008 ab



**CARD**
Center for Asbestos Related Disease

Depression Scale
Page 2

SULLIVAN CATHERINE 2-22-2010
DOB ██-█-1954          447426

| | Rarely or None of the Time (less than 1 day) | Some or a little of the time (1 to 2 days) | Occasionally or a moderate amount of the time (3 to 4 days) | Most or all of the time (5 to 7 days) |
|---|---|---|---|---|
| 21. Because of asbestos related health issues, I often feel depressed. | ❑ | ❑ | ☒ | ❑ |
| 22. Because of asbestos related health issues, I often feel anxious. | ❑ | ☒ | ❑ | ❑ |
| 23. I experience a lot of stress because of asbestos related health issues. | ❑ | ☒ | ❑ | ❑ |
| 24. I worry about being diagnosed with an asbestos related disease. | ❑ | ❑ | ❑ | ☒ |
| 25. I worry about family members being Diagnosed with an asbestos related disease. | ❑ | ❑ | ❑ | ☒ |



SULLIVAN_CATHIE-0001-0010

0039

**Exhibit 2A-10**

## CARD
### Depression Scale
*Page 2*

Patient ID:          447426-1          11-05-2012
                     SULLIVAN, CATHERINE A. ████-1954

| | Rarely or None Of the Time (less than 1 day) | Some of a little of the time (1 to 2 days) | Occasionally or a moderate amount of the time (3 to 4 days) | Most or all of the time (5 to & days) |
|---|---|---|---|---|
| 21. Because of asbestos related health Issues, I often feel depressed. | ☐ | ☒ | ☐ | ☐ |
| 22. Because of asbestos related health Issues, I often feel anxious. | ☐ | ☒ | ☐ | ☐ |
| 23. I experience a lot of stress because Of asbestos related health issues. | ☐ | ☒ | ☐ | ☐ |
| 24. I worry about being diagnoses with an asbestos related disease. | ☐ | ☐ | ☒ | ☐ |
| 25. I worry about family members being diagnosed with an asbestos related disease. | ☒ | ☐ | ☐ | ☐ |

| For Clinic Use Only | | | |
|---|---|---|---|
| Compute Score?  ○ Yes   ○ No | | Score | 15 |

SULLIVAN_CATHIE-0001-0008

0040

**Exhibit 2A-11**

**CARD**
Center for Asbestos Related Disease

**Tobacco Use History**
Page 1
*11-29-2012*
447426-1          11-05-2012
SULLIVAN, CATHERINE A. ████ 1954
Patient ID:

1. **Have you ever smoked cigarettes?**     2. Do you now smoke cigarettes (as of one month ago)?
   ☒Yes     o No    o Refused          o Yes  ☒ No    o Refused     o N/A
   *If No, skip to #8*

   3. How old were you when you first started smoking regularly (age in years)? 19

   4. If you have stopped smoking completely, how old were you when you stopped (age in years)? 52

   5. If you currently smoke, how many cigarettes do you now smoke per day?

   6. On average over the entire time you smoked, how many cigarettes did you smoke per day? 10 - 15

   7. At your peak, how many cigarettes did you smoke per day? 15

8. Do you or did you ever smoke cigars or a pipe regularly of frequently?
   o Yes   ☒No    o Refused    o N/A

**Second Hand Exposure Questions**

9. Over your lifetime, what is the greatest number of people who smoked inside the home
   with who you lived? 1

10. Over your lifetime, how many years did you live with somebody who smoked
    inside the home? 18

11. Are you currently living with someone who smokes inside the residence?
    o Yes   ☒No    o Refused    o N/A

    12. If yes, how many years have you lived with this person?

13. Have you ever worked in a place where people smoked within your shared workspace?
    o Yes   ☒No    o Refused    o N/A

    14. If yes, how many years did you work in a place where people smoked within your workspace?

SULLIVAN_CATHIE-0001-0046

**Exhibit 2A-12**

**CARD**
**Tobacco Use History**
Page 2

Patient ID:
447426-1
SULLIVAN, CATHERINE A. █████ 1954
11-05-2012

**Cessation Questions**

15. How many attempts to quit smoking have you made?

16. What is the longest amount of time you have remained smoke free? 3 years

17. Which of the following ways have you tried to quit?  (Choose all that apply)

☐ Cold Turkey        ☐ Nicotine Lozenges      ☐ Nicotine Patches      ☐ Nicotine Nasal Spray

☐ Nicotine Gum       ☐ Nicotine Inhaler       ☐ Wellbutrin/Zyban      ☐ Acupuncture

☐ Chantix            ☐ Hypnosis               ☐ Counseling            ☐ Other

☐ Alternative herbal/natural modalities

*electronic cig*

18. **Are you interested in quitting?**

   o Yes      o No

19. **If yes, was the person educated about smoking cessation?**

   o Yes      o No

*End*

SULLIVAN_CATHIE-0001-0047

0042

**Exhibit 2A-13**



**CARD**
Center for Asbestos Related Disease

*Baseline*

## Tobacco Use History

Date  2/12/10

SULLIVAN CATHERINE 2-22-2010
DOB ▮▮▮-1954   A447426

Clinic Use Only   Patient ID

**1   Have you ever smoked cigarettes?**
☒ Yes   ○ No   ○ Refused
*If No, skip to #8*   ○ None, refused

**2   Do you now smoke cigarettes (as of one month ago)?**
○ Yes   ☒ No   ○ Not Applicable   ○ Refused

3   How old were you when you first started smoking regularly (age in years)?  ___20___

4   If you have stopped smoking completely, how old were you when you stopped (age in years)?  ___55___

5   If you currently smoke, how many cigarettes do you now smoke per day?  _____

6   On average over the entire time you smoked, how many cigarettes did you smoke per day?  _5-10-15_

7   At your peak, how many cigarettes did you smoke per day?  ___15___

**8   Do you or did you ever smoke cigars or a pipe regularly or frequently?**
○ Yes   ☒ No   ○ Not Sure   ○ Refused

### Second Hand Exposure Questions

9   Over your lifetime, what is the greatest number of people who smoked inside the home with whom you lived?  ___1___

10   Over your lifetime, how many years did you live with somebody who smoked inside the home?  ___25___

**11   Are you currently living with someone who smokes inside the residence?**
○ Yes   ☒ No   ○ Not Sure   ○ Refused

12   If yes, how many years have you lived with this person?  _____

**13   Have you ever worked in a place where people smoked within your shared workspace?**
○ Yes   ☒ No   ○ Not Sure   ○ Refused

14   If yes, how many years did you work in a place where people smoked within your workspace?  _____

TobaccoV2.sav 612/2008 ab

SULLIVAN_CATHIE-0001-0048

0043

**Exhibit 2A-14**

SULLIVAN CATHERINE 2-22-2010
DOB ████ 1954   A447426

tion Questions

15   How many attemps to quit smoking have you made?  ___2___

16   What is the longest amount of time you have remained
     smoke-free?  ___1 month_____

17   Which of the following ways have you tried to quit? (Choose all that apply)

☒ Cold Turkey          ☐ Nicotine Lozenges    ☐ Nicotine Patches    ☐ Hypnosis      ☐ Accupuncture

☒ Wellbutrin / Zyban   ☐ Nicotine Gum         ☐ Chantix             ☐ Counseling    ☐ Other

☐ Nicotine Inhaler     ☐ Nicotine Nasal Spray                       ☐ Alternitive herbal/natural modalities

18   Are you interested in quitting?        19   If yes, was the person educated about smoking cessation?

     ○ Yes      ○ No                            ○ Yes      ○ No

| Filled in by CARD | Entered by: |
|---|---|

SULLIVAN_CATHIE-0001-0049

0044

**Exhibit 2A-15**

# ☏ TELEPHONE MESSAGE

| | | | | |
|---|---|---|---|---|
| **Patient Name** | Catherine Sullivan | | **Age** | 59 years |
| **Date of Call** | 01/16/2014 | | | |
| **Home phone** | (406)███ | | | |
| **Day phone** | (406)███ | | | |
| **Alternate phone** | (406)███ | | | |

**Spoke with:** patient
**Time of call:** 10:49 AM
**Call taken by:** Michelle Boltz
**Contact type:** outgoing call
**Call type:** outgoing

### Telephone Contact Detail

| Date | Time | Employee | Detail |
|---|---|---|---|
| 01/16/2014 | 10:49 AM | Michelle Boltz | Call reason CT FU.  Per Dr. Black, CT scan does not show any evidence of asbestos disease.  Focal opacities that were previously noted on outside read of prior CT scan are not identified on this scan.  Low-density lesion in the right kidney, likely cystic.  Patient is not concerned at this time about the low-density lesion in the kidney, eligible for continued screening for asbestos disease. |

Provider:  Michelle L. Boltz NP C  01/16/2014

**Document generated by:**  Michelle Boltz

Sullivan, Catherine  A.. 000000447426 ███1954 01/16/2014 10:49 AM Page: 1/1

SULLIVAN_CATHIE-0001-0083

0045

**Exhibit 2A-16**

1544192534

DEPARTMENT OF HEALTH AND HUMAN SERVICES
PUBLIC HEALTH SERVICE

OMB No.: 0920-0020

CENTERS FOR DISEASE CONTROL & PREVENTION
National Institute for Occupational Safety and Health
Federal Mine Safety and Health Act of 1977
Medical Examination Program

Coal Workers' Health Surveillance Program
NIOSH
PO Box 4258
Morgantown, West Virginia 26504

**DATE OF RADIOGRAPH**

| MONTH | DAY | YEAR |
|---|---|---|
| 1  1 | 0  5 | 2  0  1  2 |

**WORKER'S Social Security Number  ID#**

| 4  4  7 | 4  2  6 |

Note: Please record your interpretation of a single film by placing an "x" in the appropriate boxes on this form.

**ROENTGENOGRAPHIC INTERPRETATION**

**TYPE OF READING**

☐ A   ☒ B

**FACILITY IDENTIFICATION**

| 2 X 0 4 9 |

## 1. FILM QUALITY

| 1 2 3 U/R | ☐ Overexposed (dark) | ☐ Improper position | ☐ Underinflation |
|---|---|---|---|
| (If not Grade 1, mark all boxes that apply) | ☐ Underexposed (light) | ☐ Poor contrast | ☐ Mottle |
| | ☐ Artifacts | ☐ Poor processing | ☐ Other (please specify) |

DIGITAL

## 2A. ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?

YES ☐  Complete Sections 2B and 2C   NO ☐ Proceed to Section 3A

## 2B. SMALL OPACITIES

a. SHAPE/SIZE

| PRIMARY | SECONDARY |
|---|---|
| p   s | p   s |
| q   t | q   t |
| r   u | r   u |

b. ZONES

| | R | L |
|---|---|---|
| UPPER | | |
| MIDDLE | | |
| LOWER | | |

c. PROFUSION

| 0/- | 0/0 | 0/1 |
| 1/0 | 1/1 | 1/2 |
| 2/1 | 2/2 | 2/3 |
| 3/2 | 3/3 | 3/+ |

## 2C. LARGE OPACITIES

SIZE ☐ O ☐ A ☐ B ☐ C   Proceed to Section 3A

## 3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?

YES ☒  Complete Sections 3B, 3C   NO ☐ Proceed to Section 4A

## 3B. PLEURAL PLAQUES  (mark site, calcification, extent, and width)

| Chest wall | Site | Calcification | Extent (chest wall; combined for in profile and face on) | Width (in profile only) (3mm minimum width required) |
|---|---|---|---|---|
| In profile | ☐ R ☐ L | ☐ R ☐ L | Up to 1/4 of lateral chest wall = 1 | 3 to 5 mm = a |
| Face on | ☒ R ☐ L | ☐ R ☐ L | 1/4 to 1/2 of lateral chest wall = 2 | 5 to 10 mm = b |
| Diaphragm | ☒ R ☐ L | ☐ R ☐ L | > 1/2 of lateral chest wall = 3 | > 10 mm = c |
| Other site(s) | ☐ R ☐ L | ☐ R ☐ L | 1  2  3   1  2  3 | a  b  c   a  b  c |

## 3C. COSTOPHRENIC ANGLE OBLITERATION

☐ R ☐ L   Proceed to Section 3D   NO ☐ Proceed to Section 4A

## 3D. DIFFUSE PLEURAL THICKENING  (mark site, calcification, extent, and width)

| Chest wall | Site | Calcification | Extent (chest wall; combined for in profile and face on) | Width (in profile only) (3mm minimum width required) |
|---|---|---|---|---|
| | | | Up to 1/4 of lateral chest wall = 1 | 3 to 5 mm = a |
| In profile | O R L | O R L | 1/4 to 1/2 of lateral chest wall = 2 | 5 to 10 mm = b |
| Face on | O R L | O R L | > 1/2 of lateral chest wall = 3 | > 10 mm = c |
| | | | 1  2  3   1  2  3 | a  b  c   a  b  c |

## 4A. ANY OTHER ABNORMALITIES?

YES ☐  Complete Sections 4B, 4C, 4D, 4E   NO ☐ Proceed to Section 5

## 4B. OTHER SYMBOLS (OBLIGATORY)

aa  at  ax  bu  ca  cg  cn  co  cp  cv  di  ef  em  es  fr  hr  ho  id  ih  kl  me  pa  pb  pi  px  ra  rp  tb

☒ If other diseases or significant abnormalities, findings must be recorded on reverse. (section 4C/4D)

Date Physician or Worker notified?

| MONTH | DAY | YEAR |
|---|---|---|

## 4E. Should worker see personal physician because of findings in section 4? YES ☐ NO ☐

Proceed to Section 5

## 5. PHYSICIAN'S Social Security Number*

| | | | | | |

* Furnishing your social security number is voluntary. Your refusal to provide this number will not affect your right to participate in this program.

**FILM READER'S INITIALS**

| J S |

**DATE OF READING**

| MONTH | DAY | YEAR |
|---|---|---|
| 3 | 1  3 | 1  3 |

LAST NAME - STREET ADDRESS

S z e i n u k,  3 0 1  S E N E C A  H I L L S  E S T A T E S

CITY

N E W  Y O R K

STATE  N Y   ZIP CODE  1 0 0 2 9

CDC/NIOSH (M) 2.8
REV. 7/2007

SULLIVAN_CATHIE-0001-0054

0046

**Exhibit 2A-17**

4961192530

4C. MARK ALL BOXES THAT APPLY: (Use of this list is intended to reduce handwritten comments and is optional)

**Abnormalities of the Diaphragm**

☐ Eventration

☐ Hiatal hernia

**Airway Disorders**

☐ Bronchovascular markings, heavy or increased

☐ Hyperinflation

**Bony Abnormalities**

☐ Bony chest cage abnormality

☐ Fracture, healed (non-rib)

☐ Fracture, not healed (non-rib)

☐ Scoliosis

☐ Vertebral column abnormality

**Lung Parenchymal Abnormalities**

☐ Azygos lobe

☐ Density, lung

☐ Infiltrate

☐ Nodule, nodular lesion

**Miscellaneous Abnormalities**

☐ Foreign body

☐ Post-surgical changes/sternal wire

☐ Cyst

**Vascular Disorders**

☐ Aorta, anomaly of

☐ Vascular abnormality

**4D. OTHER COMMENTS**

Questionable small pleffa (L) base with adjacent abn

Public reporting burden of this collection of information is estimated to average 3 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. An agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a currently valid OMB control number. Send comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden to CDC, Project Clearance Officer, 1600 Clifton Road, MS E-11, Atlanta, GA 30333, ATTN: PRA (0920-0020). Do not send the completed form to this address.

SULLIVAN_CATHIE-0001-0055

0047

**Exhibit 2A-18**

| DATE OF IMAGE | FILM READER |
|---|---|
| 11/26/12 | MEYER  *Sullivan, Catherine* |
| Worker's ID # | FACILITY IDENTIFICATION |
| 447426 | 2T043 |

Image quality  [1] [X] [2] [3]  If not grade 1, give reason _____

**1A. ARE THERE ANY LUNG ABNORMALITIES PRESENT?**  [X] YES  [ ] IF NO GO TO #7A

**1B. ARE THERE ANY WELL-DEFINED OPACITIES PRESENT?**
[NO] [YES] IF NO GO TO #2

| | Predominant Size | | | Zones/Profusion |
|---|---|---|---|---|
| | No | Yes | (Choose one) | |
| P = 1.5mm | | | | |
| Q=1.5-3mm | | | | |
| R = 3-10mm | | | | |

SUM GRADE

**2. ARE THERE ANY IRREGULAR AND/OR LINEAR OPACITIES PRESENT?**
[NO] [YES] IF NO GO TO #3

| | Predominant Type | | | Grade |
|---|---|---|---|---|
| | No | Yes | (Choose one) | |
| Intralobular | | | | |
| Interlobular | | | | |
| Reticular | | | | |

SUM GRADE

**3. GROUND GLASS OPACITY PRESENT?**
[NO] [YES] IF NO GO TO #4

| Grade | R | | | | L | | |
|---|---|---|---|---|---|---|---|
| U | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| M | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| L | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |

1 = 25%
2 = 25%-50%
3 = 50%

**4. IS THERE ANY HONEYCOMBING PRESENT?**
[NO] [YES] IF NO GO TO #5

| Grade | R | | | | L | | |
|---|---|---|---|---|---|---|---|
| U | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| M | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| L | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |

1 = 25%
2 = 25%-50%
3 = 50%

**5. EMPHYSEMA PRESENT?**
[NO] [YES] IF NO GO TO #6

| Grade | R | | | | L | | |
|---|---|---|---|---|---|---|---|
| U | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| M | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| L | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |

1 = 25%
2 = 25%-50%
3 = 50%

**6. ARE THERE LARGE OPACITIES PRESENT?**  [0] [A] [B] [C]

| Zones | R | L |
|---|---|---|
| U | | |
| M | | |
| L | | |

**7A. ARE THERE ANY PLEURAL ABNORMALITIES PRESENT?**
[X] [YES] IF NO GO TO # 9

Extent/width

| | | R | | | | L | | |
|---|---|---|---|---|---|---|---|---|
| U | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| M | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| L | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |

| | | No | Yes | Predominant Type (choose one) |
|---|---|---|---|---|
| W | parietal type | | | |
| | visceral type | | | |
| M | mediastinum | | | |
| D | diaphragm | | | |

**7B. IS THERE ROUNDED ATELECTASIS?**
[0] [1] [2] [3]

**8A. ARE ANY PLEURAL CALCIFICATIONS PRESENT?**  [NO] [YES] IF NO GO TO # 9    **8B. LOCATION**  [0] [W] [M] [D]

**9. SYMBOLS**
[O] [AX] [BR] [CP] [CO] [CV] [CN] [DI] [EF] [EM] [ES] [FR] [IH] [HO] [ID] [IP] [KL] [PI] [RP] [TB] [OD]

**10A. ARE NON-CALCIFIED NODULES PRESENT?**  [NO] [X]  IF NO GO TO #11    **10B. NO. OF NODULES PRESENT** [X]  **10C. MAXIMUM DIAMETER OF NODULES** (3)

**11. OTHER COMMENTS** _Borderline mediastinal LN's (LPL R kidney)_

**12. READER INITIALS:** _CAM_      PLEASE CHECK IF USING CEDRS
DATE OF READING _4/30/13_  4-DIGIT IMAGE ID, AS READ FROM IMAGE (NOT FROM LABEL) _N/A_

| STREDIT | NOTEFAIL | STREPASS |
|---|---|---|
| SCANNED | RECVD | KEYED |

*letter*

Name: Sullivan, Catherine          DOB: ████ 1954          Date: ____

SULLIVAN_CATHIE-0001-0164

0048

**Exhibit 2A-19**

**CARD Master Data Set**

| Person ID | ID | Last Name | First Name | Middle Name | Visit Date | Birth Date | CXR Screening type | CT Screening type | Visit | Age | Age Category | Weight | Height |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | 447426 | Sullivan | Catherine | A. | 11/4/2013 | ██/1954 | 1 | 1 | | 59 | Between age 50-64 | 125 | 62.5 |
| 2013 | 447426 | Sullivan | Catherine | A. | 12/28/2015 | 1954 | 1 | 3 | | 61 | Between age 50-64 | 120 | 62.5 |
| 2013 | 447426 | Sullivan | Catherine | A. | 2/22/2010 | 1954 | | | 1 | 56 | | 123 | 62.5 |
| 2013 | 447426 | Sullivan | Catherine | A. | 11/28/2012 | ██1954 | 1 | 1 | | 58 | Between age 50-64 | | |
| 2014 | | | | | 4/20/2010 | | | | 1 | 43 | | 167 | 68.5 |
| 2015 | | | | | 4/21/2010 | | | | 1 | 57 | | 171 | 66.5 |
| 2016 | | | | | 4/21/2010 | | | | 1 | 55 | | 124 | 65 |

**Exhibit 2A-20**

**CARD Master Data Set**

| Last Name | First Name | Race | Residency | New Pt? | Seen MD? | Recall Class (1, 3, or 5 yrs) | Smoker | Quit smoking since previous Screening | Diagnostic Track | Diagnosis Appt |
|---|---|---|---|---|---|---|---|---|---|---|
| Sullivan | Catherine | Caucasian | 1 | 2 | 3 | 1 | 2 | 2 | CT | 1/16/2014 |
| Sullivan | Catherine | Caucasian | 1 | 2 | 4 | 1-3 | 2 | 2 | N/A | |
| Sullivan | Catherine | Caucasian | 1 | 1 | 2 | 1 | | 0 | N | |
| Sullivan | Catherine | Caucasian | 1 | 1 | 3 | 1 | 2 | 0 | CT | 11/28/2012 |
| | | Caucasian | 1 | 1 | 2 | 3 | | 0 | N | |
| | | Caucasian | 3 | 1 | 2 | 3 | | 0 | N | |
| | | Caucasian | 3 | 1 | 2 | 3 | | 0 | N | |

**Exhibit 2A-21**

**CARD Master Data Set**

| Last Name | First Name | FOBT | FOBT Mailed Date | FOBT Returned | FOBT Returned Date | FOBT Results | Pt Notified of FOBT | NCM phone f/u? | NCM phone notes | Grace A/D | Grace Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sullivan | Catherine | Y | | | | | | | | | |
| Sullivan | Catherine | Deferred | | | | | | | | | |
| Sullivan | Catherine | Y | | | | | | | | | |
| Sullivan | Catherine | Deferred | | | | | | | | | |
| | | N | | | | | x | | | | |
| | | Y | | | | | | | | | |
| | | Y | | | | | | | | | |

**Exhibit 2A-22**

**CARD Master Data Set**

| Last Name | First Name | ATSDR | ARD | Pilot interest | ARD Medicare interest | ARD Medicare | CXR Date | CXR Set | 2nd Set | CARD (CXR) | CARD CXR (parenchymal) | CARD CXR (pleural) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sullivan | Catherine | | 2 | | | 2 | 11/4/2013 | 3X028 | | | N | N |
| Sullivan | Catherine | | 2 | | | 1 | 12/28/2015 | 5X028 | | | N | N |
| Sullivan | Catherine | N | 5 | | | | 2/22/2010 | C4 | | N | | |
| Sullivan | Catherine | | 2 | | | 1 | 11/5/2012 | 2X049 | | | N | N |
| | | N | 5 | | | | 4/20/2010 | D6 | | N | | |
| | | N | 5 | | | | 4/21/2010 | D7 | | N | | |
| | | N | 5 | | | | 4/21/2010 | D7 | | N | | |

**Exhibit 2A-23**

**CARD Master Data Set**

| Last Name | First Name | B-Read1 (parenchymal) | B-Read1 (pleural) | B-Read2 (parenchymal) | B-Read2 (pleural) | CXR PR Set | PR1 B-Read (parenchymal) | PR1 B-Read (pleural) |
|---|---|---|---|---|---|---|---|---|
| Sullivan | Catherine | N | N | | | | | |
| Sullivan | Catherine | N | N | | | | | |
| Sullivan | Catherine | | | | | | | |
| Sullivan | Catherine | N | Y | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Exhibit 2A-24**

**CARD Master Data Set**

| Last Name | First Name | PR1 B-Reader Name | PR2 B-Read (parenchymal) | PR2 B-Read (pleural) | PR2 B-Reader Name | PR3 B-Read (parenchymal) | PR3 B-Read (pleural) |
|-----------|------------|-------------------|--------------------------|----------------------|-------------------|--------------------------|----------------------|
| Sullivan | Catherine | | | | | | |
| Sullivan | Catherine | | | | | | |
| Sullivan | Catherine | | | | | | |
| Sullivan | Catherine | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

0054

**Exhibit 2A-25**

**CARD Master Data Set**

| Last Name | First Name | PR3 B-Reader Name | PR4 B-Read (parenchymal) | PR4 B-Read (pleural) | PR4 B-Reader Name | PR1 B-Read SentDate | PR1 B-Read ReturnDate |
|-----------|------------|-------------------|--------------------------|----------------------|-------------------|---------------------|------------------------|
| Sullivan | Catherine | | | | | | |
| Sullivan | Catherine | | | | | | |
| Sullivan | Catherine | | | | | | |
| Sullivan | Catherine | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

0055

**Exhibit 2A-26**

**CARD Master Data Set**

| Last Name | First Name | PR1 B-Read InvoiceDate | PR1 B-Read InvoiceID | PR1 B-Read Notes | PR2 B-Read SentDate | PR2 B-Read ReturnDate | PR2 B-Read InvoiceDate |
|---|---|---|---|---|---|---|---|
| Sullivan | Catherine | | | | | | |
| Sullivan | Catherine | | | | | | |
| Sullivan | Catherine | | | | | | |
| Sullivan | Catherine | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

0056

**Exhibit 2A-27**

**CARD Master Data Set**

| Last Name | First Name | PR2 B-Read InvoiceID | PR2 B-Read Notes | PR3 B-Read SentDate | PR3 B-Read ReturnDate | PR3 B-Read InvoiceDate | PR3 B-Read InvoiceID |
|-----------|------------|----------------------|------------------|---------------------|-----------------------|------------------------|----------------------|
| Sullivan | Catherine | | | | | | |
| Sullivan | Catherine | | | | | | |
| Sullivan | Catherine | | | | | | |
| Sullivan | Catherine | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Exhibit 2A-28**

**CARD Master Data Set**

| Last Name | First Name | PR3 B-Read Notes | PR4 B-Read SentDate | PR4 B-Read ReturnDate | PR4 B-Read InvoiceDate | PR4 B-Read InvoiceID | CT Date | CT Set |
|---|---|---|---|---|---|---|---|---|
| Sullivan | Catherine | | | | | | 1/15/2014 | 3T033 |
| Sullivan | Catherine | | | | | | | N/A |
| Sullivan | Catherine | | | | | | | |
| Sullivan | Catherine | | | | | | 11/26/2012 | 2T043 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

0058

**Exhibit 2A-29**

**CARD Master Data Set**

| Last Name | First Name | CARD CT (parenchymal) | CARD CT (pleural) | Outside CT (parenchymal) | Outside CT (pleural) | Outside CT Reader Name | PR1 CT Notes | PR2 CT SentDate |
|---|---|---|---|---|---|---|---|---|
| Sullivan | Catherine | N | N | N | N | | | |
| Sullivan | Catherine | | | | | | | |
| Sullivan | Catherine | | | | | | | |
| Sullivan | Catherine | N | N | N | N | | | |
| | | | | | | | | |
| | | | | | | | | |

0059

**Exhibit 2A-30**

**CARD Master Data Set**

| Last Name | First Name | PR2 CT ReturnDate | PR2 CT InvoiceDate | PR2 CT InvoiceID | PR2 CT Notes | Dx on Outside Read Only | Dx on Previous Outside Read | Entry into FLASH? |
|---|---|---|---|---|---|---|---|---|
| Sullivan | Catherine | | | | | FALSE | FALSE | |
| Sullivan | Catherine | | | | | FALSE | FALSE | |
| Sullivan | Catherine | | | | | FALSE | FALSE | |
| Sullivan | Catherine | | | | | TRUE | FALSE | |
| | | | | | | FALSE | FALSE | |
| | | | | | | FALSE | FALSE | |
| | | | | | | FALSE | FALSE | |

0060

**Exhibit 2A-31**

**CARD Master Data Set**

| Last Name | First Name | FLASH Date | Method of Entry | LAMP II | Significant Findings | Focal Opacity | Focal Opacity 4mm | Lung mass |
|---|---|---|---|---|---|---|---|---|
| Sullivan | Catherine | | | | Kidney lesion-in clinic | FALSE | FALSE | FALSE |
| Sullivan | Catherine | | | | Diagnosed by outside read only. | FALSE | FALSE | FALSE |
| Sullivan | Catherine | | | | - | FALSE | FALSE | FALSE |
| Sullivan | Catherine | | | | Diagnosed based on B-read only. | FALSE | FALSE | FALSE |
| | | | | | - | FALSE | FALSE | FALSE |
| | | | | | - | FALSE | FALSE | FALSE |
| | | | | | unidentified autoimmune disease that has affected her pancreas. | FALSE | FALSE | FALSE |

0061

**Exhibit 2A-32**

**CARD Master Data Set**

| Last Name | First Name | Thyroid mass | Kidney mass | Spleen mass | Adrenal mass | Breast mass | Other mass | Other mass detail | Symptomatic | Symptomatic Notes |
|-----------|-----------|-------------|-------------|-------------|--------------|-------------|------------|-------------------|-------------|-------------------|
| Sullivan | Catherine | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | | 1 | |
| Sullivan | Catherine | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | | 1 | |
| Sullivan | Catherine | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | | | |
| Sullivan | Catherine | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | | 1 | |
| | | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | | | |
| | | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | | | |
| | | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | | | |

**Exhibit 2A-33**

**CARD Master Data Set**

| Last Name | First Name | Spirometry Read | Spirometry Results | ARDRM | ARDRMT | ARDRP | ARDRPT | ARDRSW | ARDRHA | ARDRRT | ARDPREHAB |
|-----------|-----------|-----------------|--------------------|-------|--------|-------|--------|--------|--------|--------|-----------|
| Sullivan | Catherine | 1 | | 0 | | 0 | | 0 | 0 | 0 | 0 |
| Sullivan | Catherine | 1 | | 0 | | 0 | | 0 | 0 | 0 | 0 |
| Sullivan | Catherine | | | 0 | | 0 | | 0 | 0 | 0 | 0 |
| Sullivan | Catherine | 1 | | 0 | | 0 | | 0 | 0 | 0 | 0 |
| | | | | 0 | | 0 | | 0 | 0 | 0 | 0 |
| | | | | 0 | | 0 | | 0 | 0 | 0 | 0 |
| | | | | 0 | | 0 | | 0 | 0 | 0 | 0 |

0063

**Exhibit 2A-34**

**CARD Master Data Set**

| Last Name | First Name | ARDNUTRI | ARDRO | ARDROT | ARDNONE | NARDRPC | NARDRC | NARDRH | NARDPAP | NARDRO | NARDROT | EdSmokingCess |
|-----------|-----------|----------|-------|--------|---------|---------|--------|--------|---------|--------|---------|---------------|
| Sullivan | Catherine | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| Sullivan | Catherine | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| Sullivan | Catherine | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| Sullivan | Catherine | 0 | 0 | | 0 | 0 | -1 | 0 | 0 | 0 | | 0 |
| | | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| | | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| | | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |

0064

**Exhibit 2A-35**

**CARD Master Data Set**

| Last Name | First Name | EdDiet | EdBreathingTech | EdPhysioDM | EdPsychoDM | EdBenefits | EdOther | EdOtherT | EdOutReadBenefits | EdOutReadSigFindingFU |
|---|---|---|---|---|---|---|---|---|---|---|
| Sullivan | Catherine | 0 | 0 | 0 | 0 | 0 | 0 | | FALSE | FALSE |
| Sullivan | Catherine | 0 | 0 | 0 | 0 | 0 | 0 | | FALSE | FALSE |
| Sullivan | Catherine | 0 | 0 | 0 | 0 | 0 | 0 | | FALSE | FALSE |
| Sullivan | Catherine | 0 | 0 | 0 | 0 | -1 | 0 | | TRUE | FALSE |
| | | 0 | 0 | 0 | 0 | 0 | 0 | | FALSE | FALSE |
| | | 0 | 0 | 0 | 0 | 0 | 0 | | FALSE | FALSE |
| | | 0 | 0 | 0 | 0 | 0 | 0 | | FALSE | FALSE |

0065

**Exhibit 2A-36**

**CARD Master Data Set**

| Last Name | First Name | NoPCP | PCPName | PCPTel | PCPAddress1 | PCPAddress2 | PCPCity | PCPState | PCPZip |
|-----------|-----------|-------|---------|--------|-------------|-------------|---------|----------|--------|
| Sullivan | Catherine | -1 | | | | | | | |
| Sullivan | Catherine | 0 | | | | | | | |
| Sullivan | Catherine | 0 | | | | | | | |
| Sullivan | Catherine | -1 | | | | | | | |
| | | 0 | | | | | | | |
| | | 0 | | | | | | | |
| | | 0 | | | | | | | |

**Exhibit 2A-37**

**CARD Master Data Set**

| Last Nae | First Name | PCPConsent | PCPConsentNew | ResultsLetterSentPCP | PCPSentDate | PCPSentInitials | PCPpacketSentDate | ResultsLetterSentPt | PtSentDate | PtSentInitials | TARConsent |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sullivar | Catherine | 2 | | | | | | | | | 0 |
| Sullivar | Catherine | 8 | 4 | | | | | | | | 8 |
| Sullivar | Catherine | | | | | | | | | | |
| Sullivar | Catherine | 2 | | | | | | | 11/6/2013 | tr | 1 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

**Exhibit 2A-38**

**CARD Master Data Set**

| Last Name | First Name | TARConsentNew | TARInfoSent | TARSentDate | TARSentInitials | 1st B-Read Sent | FedEx CXR | FedEx CXR Returned | CXR To Whom1 | CXR To Whom2 | 1st B-Read Returned |
|-----------|------------|---------------|-------------|-------------|-----------------|-----------------|-----------|--------------------|--------------|--------------|---------------------|
| Sullivan | Catherine | | | | | 2/10/2014 | | | Kanne | | 2/20/2014 |
| Sullivan | Catherine | 1 | | | | 1/26/2016 | | | Parker | | 2/4/2016 |
| Sullivan | Catherine | | | | | 5/3/2010 | | | Szeinuk | Petsonk | 6/16/2010 |
| Sullivan | Catherine | | | | | 2/21/2013 | 5801 | 5753 | Szeinuk | | 3/25/2013 |
| | | | | | | 6/7/2010 | | | Parker | Szeinuk | 7/1/2010 |
| | | | | | | 6/7/2010 | | | Szeinuk | Petsonk | 11/11/2010 |
| | | | | | | 6/7/2010 | | | Szeinuk | Petsonk | 7/29/2010 |

0068

**Exhibit 2A-39**

CARD Master Data Set

| Last Name | First Name | 2nd B-Read Returned | B-reader Notes | Date CT Mailed | FedEx CT | FedEx CT Returned | CT to Whom1 | Date CT Returned |
|-----------|-----------|---------------------|----------------|----------------|----------|-------------------|-------------|------------------|
| Sullivan | Catherine | | | 3/19/2014 | | | Meyer | 5/15/2014 |
| Sullivan | Catherine | | | | | | NOT SENT | |
| Sullivan | Catherine | 5/19/2010 | | | | | | |
| Sullivan | Catherine | | Questionable small plaques left base with adjacent pb. | 4/15/2013 | 1163 | 1141 | Meyer | 9/30/2013 |
| | | 7/22/2010 | | | | | | |
| | | 7/13/2010 | | | | | | |
| | | 7/13/2010 | | | | | | |

**Exhibit 2A-40**

**CARD Master Data Set**

| Last Name | First Name | Post CT Notes | Outside Study? | Outside CT read notes | Outside read reviewed | CXR Chk Num | CT Chk Num | PR1-X Chk Num |
|-----------|-----------|---------------|----------------|----------------------|----------------------|-------------|------------|---------------|
| Sullivan | Catherine | | | Biapical pleuroparenchymal scaring, distal esophageal wall thickening, questionable | No Action | 10787 | 10977 | |
| Sullivan | Catherine | | | | | | 12577 | |
| Sullivan | Catherine | - | | | | | | |
| Sullivan | Catherine | | | Borderline mediastinal LN's, LDL right kidney. | Letter | 9847 | 10353 | |
| | | - | | | | | | |
| | | - | | | | | | |
| | | | | | | | | |

0070

**Exhibit 2A-41**

**CARD Master Data Set**

| Last Name | First Name | PR2-X Chk Num | PR3-X Chk Num | PR4-X Chk Num | PR1-CT Chk Num | PR2-CT Chk Num | Referrals made (to whom) | 1st B-reader diagnosis of ARD |
|-----------|-----------|---------------|---------------|---------------|----------------|----------------|--------------------------|-------------------------------|
| Sullivan | Catherine | | | | | | | |
| Sullivan | Catherine | | | | | | | |
| Sullivan | Catherine | | | | | | PCP, dentist f/u | N |
| Sullivan | Catherine | | | | | | | |
| | | | | | | | Smoking | N |
| | | | | | | | N | N |
| | | | | | | | N | N |

0071

**Exhibit 2A-42**

**CARD Master Data Set**

| Last Name | First Name | 2nd B-reader diagnosis of ARD | 3rd Reader Mailed | ToWhom3 | 3rd B-read Returned | 3rd B-reader diagnosis of ARD | JS (parenchymal) | JS (pleural) | EP (parenchymal) |
|---|---|---|---|---|---|---|---|---|---|
| Sullivan | Catherine | | | | | | | | |
| Sullivan | Catherine | | | | | | | | |
| Sullivan | Catherine | N | | | | | N | N | N |
| Sullivan | Catherine | | | | | | | | |
| | | N | | | | | N | N | - |
| | | N | | | | | N | N | N |
| | | N | | | | | N | N | N |

0072

**Exhibit 2A-43**

**CARD Master Data Set**

| Last Name | First Name | EP (pleural) | JP (parenchymal) | JP (pleural) | B disposition (parenchymal) | B disposition (pleural) | LDS Referral | LDS Referral Name | LDS Referral Gift Sent |
|-----------|-----------|--------------|------------------|--------------|------------------------------|--------------------------|--------------|-------------------|------------------------|
| Sullivan | Catherine | | | | | | FALSE | | |
| Sullivan | Catherine | | | | | | FALSE | | |
| Sullivan | Catherine | N | | | N | N | FALSE | | |
| Sullivan | Catherine | | | | | | FALSE | | |
| | | | N | N | N | N | FALSE | | |
| | | N | - | - | N | N | N | | |
| | | N | | - | N | N | FALSE | | |

**Exhibit 2A-44**

**CARD Master Data Set**

| Last Name | First Name | LDS Referral Gift Sent Date | Reader_Mailings_Hidden | Pcp_Results_Hidden | Pre_7_1_2011_Screening | CXR InvoiceDate | CXR InvoiceID | CT InvoiceDate | CT InvoiceID |
|-----------|------------|------------------------------|-------------------------|---------------------|--------------------------|------------------|----------------|-----------------|----------------|
| Sullivan | Catherine | | TRUE | FALSE | FALSE | | | | |
| Sullivan | Catherine | | TRUE | FALSE | FALSE | | | | |
| Sullivan | Catherine | | TRUE | FALSE | TRUE | | | | |
| Sullivan | Catherine | | TRUE | FALSE | FALSE | | | | |
| | | | TRUE | FALSE | TRUE | | | | |
| | | | TRUE | FALSE | TRUE | | | | |
| | | | TRUE | FALSE | TRUE | | | | |

0074

**Exhibit 2A-45**

**EHH Cases - Medicare list (USDOJ_030281)**

| CLMSSN | COSSN | PRSN_LNM | PRSN_FNM | FY | MNTH_ENDT | WK_STDT | WK_ENDT | ROCD | RGN_NM | AUOCD | AREA_NM | RPT_TO_OCD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 390581383 | SULLIVAN | CATHIE | 2013 | 9/27/2013 | 9/7/2013 | 9/13/2013 | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

0075

**Exhibit 2A-46**

**EHH Cases - Medicare list (USDOJ_030281)**

| PRSN_LNM | PRSN_FNM | LEVEL_ONE_PARENT | OCD | UNIT_FRST_3 | UNIT_LST_3 | UNIT_CD | T2_CLM_TYP | BIC | CLRN_TYP_CTGY | CLRN_ACTN_TYP |
|---|---|---|---|---|---|---|---|---|---|---|
| SULLIVAN | CATHIE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | Award | REDACTED |

**Exhibit 2A-47**

**EHH Cases - Medicare list (USDOJ_030281)**

| PRSN_LNM | PRSN_FNM | CLRN_ACTA | EXCL_RSN_CD | TZ_PT_PRC_DT |
|----------|----------|-----------|-------------|--------------|
| SULLIVAN | CATHIE | REDACTED | REDACTED | 9/13/2013 |

0077

**Exhibit 2A-48**

## Environmental Health Hazards Checklist
### Medicare Coverage for Individuals Exposed to Environmental Health Hazards

| Step 1: Identify the individual. | |
|---|---|
| (Completed by the field office.) | |
| First Name – Middle Initial – Last Name | *Cathie A. Sullivan* |
| Social Security Number | *1383*  Date of Birth  *54* |

**Step 2: Identify the asbestos-related condition(s) and its date of diagnosis.**
(Completed by the provider.)

*Check the box next to the diagnosed impairment(s) and print the date of diagnosis.*

| | Impairment | Diagnosis Code | Minimum Medical Evidence Required |
|---|---|---|---|
| ☐ | Asbestosis | 5010 | Interpretation by a B reader qualified physician of a plain chest x-ray or interpretation of computed tomographic radiograph of the chest by a qualified physician |
| ☒ | Pleural thickening Pleural plaques | 5010 | interpretation by a B reader qualified physician of a plain chest x-ray or interpretation of computed tomographic radiograph of the chest by a qualified physician |
| ☐ | Mesothelioma | 1630 | Established by pathologic examination of biopsy tissue or cytology from bronchoalveolar lavage or bronchoscopy report |
| ☐ | Malignancy of the lung | 1620 | Established by pathologic examination of biopsy tissue, cytology from bronchioalveolar lavage or bronchoscopy report |
| ☐ | Malignancy of the colon | 1530 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | Malignancy of the rectum | 1530 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | Malignancy of the larynx | 1950 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | Malignancy of the stomach | 1510 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | Malignancy of the esophagus | 1500 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | Malignancy of the pharynx | 1950 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | Malignancy of the ovary | 1830 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | Individual does *not* have an impairment listed above | | |
| | **Date of Diagnosis:** | *04 / 30 / 2013* | |

**Step 3: Identify presence in Lincoln County, Montana.**
(Completed by the provider.)

| This individual was present in Lincoln County, Montana, during the following time period(s): | *1998 To Present* |
|---|---|

Do your records dated prior to March 23, 2010, indicate the individual was present in Lincoln County, Montana, for a total of at least 6 months during a period ending 10 years or more before the date of his or her diagnosis of the impairment(s) checked above? ☒ Yes   ☐ No (SSA will develop presence.)

| Printed Name | Physician's Signature | Date |
|---|---|---|
| *Brad Black MD* | *Brad Black, MD* | *07/02/13* |

**Exhibit 2A-49**

**Tracy McNew**

| | |
|---|---|
| **From:** | tim@bechtoldlaw.net |
| **Sent:** | Monday, June 25, 2018 3:54 PM |
| **To:** | Tracy McNew |
| **Subject:** | FW: CARD |
| **Categories:** | Red Category |

See below for atty donations.

Timothy Bechtold
Bechtold Law Firm, PLLC
tim@bechtoldlaw.net

**From:** Jinnifer Mariman <jmariman@mcgarveylaw.com>
**Sent:** Monday, June 25, 2018 3:19 PM
**To:** tim@bechtoldlaw.net; John Lacey <jlacey@mcgarveylaw.com>; Roger Sullivan <rsullivan@mcgarveylaw.com>
**Subject:** RE: CARD

Hi Tim,

I have tracked down any payments from our firm and any of our attorneys to the CARD Clinic and the CARD Foundation. All donations were made to the CARD Foundation. Those are as follows:

        12/22/12 – Jon Heberling $50,000 (personal donation)
        2013 – Jon Heberling $10,000 (personal donation)
        2014 – Jon Heberling $5,000 (personal donation)
        2014 – MHSL $30,000 (Mortality Study Grant)
        2015 – Jon Heberling $10,000 (personal donation)
        2016 – Jon Heberling $3,000 (personal donation)
        2017 – Jon Heberling $3,000 (personal donation)
        2017 - ~~BECHTOLD LAW FIRM~~ 160us cich

*TOTAL 116,000's*
*over 7 years*

Please let me know if you have any questions. *LAW FIRM 5000's*

Thanks,
Jinn
**Jinnifer Jeresek Mariman | Attorney**
**McGarvey, Heberling, Sullivan & Lacey, P.C.**
345 First Avenue East | Kalispell, MT 59901
Tel: (406) 752-5566 | Fax: (406) 752-7124
jmariman@mcgarveylaw.com
www.mcgarveylaw.com

**From:** tim@bechtoldlaw.net [mailto:tim@bechtoldlaw.net]
**Sent:** Wednesday, June 20, 2018 10:16 AM
**To:** 'Jinnifer Mariman' <jmariman@mcgarveylaw.com>; jlacey@mcgarveylaw.com; 'Roger Sullivan'

1

CARD-SDT 00005

EXHIBIT
9

**Exhibit 9-1**

**Tracy McNew**

| | |
|---|---|
| **From:** | Tracy McNew |
| **Sent:** | Monday, January 08, 2018 11:36 AM |
| **To:** | All Staff |
| **Cc:** | Kevin Payne; Brad Black |
| **Subject:** | talk of the town |

Here is a link to the Daily Inerlake article that details legal concerns effecting some of our patients. If patients ask about this, please refer them to a lawyer. The two lawyers that are representing the majority of Libby asbestos cases are McGarvey, Heberling, Sullivan and Lacey in Kalispell and Tom Lewis in Great Falls. Please do not recommend a lawyer as a representative of CARD. It is okay to tell patients that the two firms I listed above represent many of the Libby cases.
http://www.dailyinterlake.com/local_news/20180107/deadline_approaching_to_file_libby_asbestos_claims
Let me know if you have any questions,

Tracy McNew, LPN, MPA
Administrative and Research Director
Center for Asbestos Related Disease
214 East 3rd Street
Libby, MT 59923
(406) 293-9274 ext. 126
Fax (406) 293-9280



CARD-SDT_00006

**Exhibit 10-1**

## Asbestos Lawyers Who Specialize in Libby Cases

McGarvey, Heberling, Sullivan, McGarvey PC
745 South Main Street
Kalispell, MT  59901
(406) 752-5566

Lewis, Tom L.
725 3rd Avenue North
Great Falls, MT   59401
(406) 761-5595


Disability Lawyer
Bliven (Kalispell)
Cost is 25% of the lump sum payment not to exceed $4,000

CARD-SDT 00007

**Exhibit 10-2**



**CARD**
Center for Asbestos Related Disease

214 East 3rd Street  Libby, Montana  59923  (406)293-9274  fax:(406)293-9280

**Date of Visit: 4/9/12**
W____, Patrick  DOB: ____53

**HPI/ROS:**
Here for CT F/U results,

**Objective:**
GEN: Well-groomed, smells of alcohol with injected sclera and constant sniffing
VITALS: 118/68, heart rate 73, SpO2 99% on room air

CT: Per Dr.Black, no evidence of asbestos related disease. There is hypertrophy of the right kidney. Focal nodule 1.10 cm in the upper right lateral chest, 1.56 cm in the upper right posterior chest x-ray and a, less than 4 mm in the right mid posterior medial chest.

**Assessment:**   History of Libby amphibole asbestos exposure-negative screening #2 focal opacities #3 weight loss #4 tobacco use

**Plan:**
Pharmacologic: No change
Other Referrals: To Primary Care for further evaluation of opacities
Follow up: Next asbestos screening and 12 months to include chest x-ray and spirometry

Patient Education: ARD- ARD- Anatomy & Physiology, Complications, Disease Process, Follow-up, Home Management, Lifestyle Adaptations, Testing,- Good understanding 40 minutes spent with patient with greater than 50% of time spent on counseling and pt. education. Patient pre-contemplative to quit tobacco use

Michelle Boltz, FNP-C
*Michelle Boltz, NP-C, MSN*  4/9/12
CC VA in Spokane including initial dictation

*lv 4/10/12*

1

CARD-ASB0346936
0001



**Exhibit 13-1**

03/30/12 15:22 SJLH (406)293-0138   The info cont.   J in this fax is privileged and confidential and   the sole use of the intended recipient.   Page

ST JOHN'S LUTHERAN HOSPITAL
350 LOUISIANA AVE
LIBBY, MONTANA 59923

Page 1 of 1

## REPORT STATUS:   Signed

Patient: W████,PATRICK E  Date:  03/29/12
Patient BD: ████ 1953   Patient location: L.IMAGING   Rm #:
Ordering Dr: BOLTZ, MICHELLE L FNP

CC:
BOLTZ,MICHELLE L FNP

FILE DATE: 03/29/2012

PROCEDURE:              CHEST/CT SCAN WITHOUT CONTRAST

COMPARISON:             No prior CT scans available for comparison

INDICATIONS:            ASBESTOS EXPOSURE WITH DYSPNEA

FINDINGS: No pleural based thickening or plaquing is noted.  No calcification or fluid is noted in the pleural spaces.
No interstitial fibrosis is noted.  There is some scarring in the apex of the lungs.  No plaques on either
hemidiaphragm.

The heart is normal in size, there is no pericardial effusion.  There are some coronary artery calcifications.  The
mediastinal lymph nodes are nonspecific.

There are three vague areas of increased density in the right lung, that measure in the order of 1 to 1.5 cm in
diameter.  They are somewhat indeterminate densities, although they are quite vague and could feasibly represent
scarring from previous inflammation, however, I think they should be followed serially according to protocol to check
for stability.

The upper abdomen that is imaged shows a very small right kidney, with a secondarily hypertrophied left kidney,
indicating that this has been a longstanding process.  The upper abdomen is otherwise unremarkable in appearance.

CONCLUSION:
NO EVIDENCE TO SUGGEST PREVIOUS ASBESTOS EXPOSURE.

THERE ARE SOME CORONARY ARTERY CALCIFICATIONS.

IMAGING REPORT - MEDITOR

NAME: W████,PATRICK E        MR#: M000057213     ACCT#: AA0000730437
Rpt#: 0330-0012

Name: W███, Patrick                    DOB: ████1953                    Date:

CARD-ASB0347027

0002

**Exhibit 13-2**

03/30/12 15:22 SJLH (406)293-0138  The info cont    l in this fax is privileged and confidential and     he sole use of the intended recipient.   Page

**SMALL RIGHT KIDNEY, WITH A SECONDARILY HYPERTROPHIED LEFT KIDNEY.**

**THREE VAGUE AREAS OF INCREASED DENSITY IN THE RIGHT LUNG, VERY LIKELY ARE BENIGN BUT SHOULD BE FOLLOWED SERIALLY TO CHECK FOR STABILITY TO BE CERTAIN WE ARE NOT DEALING WITH AN EARLY UNDERLYING LUNG CARCINOMA.**

Dictated by: STEPHEN BECKER , M.D.

<<Signature on

File>>

Electronically signed by: BECKER, STEPHEN ,

M.D.

03/30/12 1519

BECST/PLW
03/30/12 0819   03/30/12 0927

IMAGING REPORT - MEDITOR

NAME: W████,PATRICK E       MR#: M000057213     ACCT#: AA0000730437
Rpt#: 0330-0012

Name: W███, Patrick                    DOB: ████1953                           Date:

CARD-ASB0347028

**Exhibit 13-3**



**CARD**
Center for Asbestos Related Disease

214 East 3ʳᵈ Street  Libby, Montana  59923  (406)293-9274  fax:(406)293-9280

Date: 07/29/13

Patient Name: Patrick E. W█████

D.O.B. █████53

Patient was confirmed to have a positive radiographic read consistent with an asbestos related disease. Results differed from CARD read, which was read as negative. Patient was contacted and given outside read results and offered benefits.

This read does not constitute a clinical diagnosis but is considered a diagnosis based on legislative language found in The Affordable Health Care Act. By law this CT/B read allows patient access to various benefits such as Medicare. Patient also qualifies for the Medicare Pilot program for Asbestos related Disease in Lincoln and Flathead Counties.



| Name: W███, Patrick | DOB: ███1953 | Date: |
|---|---|---|

CARD-ASB0346937

0004

**Exhibit 13-4**

DATE OF IMAGE
03/29/12

FILM READER
Meyer

*Peer Review*

Worker's ID #
657827

FACILITY IDENTIFICATION
1T039

Image quality  1  [X] 2  3   If not grade 1, give reason

**1A. ARE THERE ANY LUNG ABNORMALITIES PRESENT?**   NO   [X] YES   IF NO GO TO #7A

**1B. ARE THERE ANY WELL-DEFINED OPACITIES PRESENT?**
[X] NO   YES   IF NO GO TO #2

| | Predominant Size | | | Zones/Profusion | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | No | Yes | (Choose one) | | | R | | | | L | |
| P = 1.5mm | | | | U | 0 | 1 | 2 | 3 | 0 | 1 | 2 |
| Q = 1.5-3mm | | | | M | 0 | 1 | 2 | 3 | 0 | 1 | 2 |
| R = 3-10mm | | | | L | 0 | 1 | 2 | 3 | 0 | 1 | 2 |

SUM GRADE

**2. ARE THERE ANY IRREGULAR AND/OR LINEAR OPACITIES PRESENT?**
[X] NO   YES   IF NO GO TO #3

| | Predominant Type | | | Grade | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | No | Yes | (Choose one) | | | R | | | | L | |
| Intralobular | | | | U | 0 | 1 | 2 | 3 | 0 | 1 | 2 |
| Interlobular | | | | M | 0 | 1 | 2 | 3 | 0 | 1 | 2 |
| Reticular | | | | L | 0 | 1 | 2 | 3 | 0 | 1 | 2 |

SUM GRADE

**3. GROUND GLASS OPACITY PRESENT?**
[X] NO   YES   IF NO GO TO #4

| Grade | | R | | | | L | | |
|---|---|---|---|---|---|---|---|---|
| U | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| M | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| L | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |

1 = 25%
2 = 25%-50%
3 = 50%

**4. IS THERE ANY HONEYCOMBING PRESENT?**
[X] NO   YES   IF NO GO TO #5

| Grade | | R | | | | L | | |
|---|---|---|---|---|---|---|---|---|
| U | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| M | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| L | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |

1 = 25%
2 = 25%-50%
3 = 50%

**5. EMPHYSEMA PRESENT?**
NO   [X] YES   IF NO GO TO #6

| Grade | | R | | | | L | | |
|---|---|---|---|---|---|---|---|---|
| U | 0 | 1 | [X]2 | 3 | 0 | [X]1 | 2 | 3 |
| M | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| L | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |

1 = 25%
2 = 25%-50%
3 = 50%

**6. ARE THERE LARGE OPACITIES PRESENT?**   [X] NO   A   B   C

| Zones | R | L |
|---|---|---|
| U | | |
| M | | |
| L | | |

**7A. ARE THERE ANY PLEURAL ABNORMALITIES PRESENT?**
NO   [X] YES   IF NO GO TO # 9

| | | | Extent/width | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | No | Yes | Predominant Type (choose one) | | R | | | L | |
| | | | | U | [X]1 | 2 | 3 | [X] | 1 | 2 | 3 |
| W parietal type | | [X] | | | a | b | c | a | b | c |
| visceral type | | | | M | [X]1 | 2 | 3 | [X]1 | 2 | 3 |
| M mediastinum | | | | | a | b | c | a | b | c |
| D diaphragm | | | | L | [X]1 | 2 | 3 | 0 | [X]1 | 2 | 3 |
| | | | | | a | b | c | a | b | c |

**7B. IS THERE ROUNDED ATELECTASIS?**
[X] 0  1  2

**8A. ARE ANY PLEURAL CALCIFICATIONS PRESENT?**   [X] NO   YES   IF NO GO TO # 9

**8B. LOCATION**

| 0 | W | M | D |
|---|---|---|---|

**9. SYMBOLS**

| 0 | AX | BR | CA | CG | CN | [X]CO | CP | CV | DI | EF | ES | FR | HI | ME | MP | OD | PA | RA | SC | TB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**10A. ARE NON-CALCIFIED NODULES PRESENT?**
NO   [X] YES   IF NO GO TO #11

**10B. NO. OF NODULES PRESENT** [   ]   **10C. MAXIMUM DIAMETER OF NODULES** mm [14]

**11. OTHER COMMENTS**  *Coronary artery Cath.  Atrophic ® Kidney*

**12. READER INITIALS:** *CAM*
**DATE OF READING** 8/20/12   **4-DIGIT IMAGE ID, AS READ FROM IMAGE (NOT FROM LABEL)** N/A

| FOR RTI USE ONLY | | |
|---|---|---|
| SITE EDIT | SITE FAIL | SITE PASS |
| SCANNED | RECVD | REVED |

Name: W█ Patrick     DOB: █1953     Date:

## Environmental Health Hazards Checklist
Medicare Coverage for Individuals Exposed to Environmental Health Hazards

| Step 1: Identify the individual. (Completed by the field office.) | | |
|---|---|---|
| First Name – Middle Initial – Last Name | Patrick E. W | |
| Social Security Number | | Date of Birth ████ 53 |

**Step 2: Identify the asbestos-related condition(s) and its date of diagnosis.**
(Completed by the provider.)

*Check the box next to the diagnosed impairment(s) and print the date of diagnosis.*

| | Impairment | Diagnosis Code | Minimum Medical Evidence Required |
|---|---|---|---|
| ☐ | Asbestosis | 5010 | Interpretation by a B reader qualified physician of a plain chest x-ray or interpretation of computed tomographic radiograph of the chest by a qualified physician |
| ☒ | Pleural thickening Pleural plaques | 5010 | Interpretation by a B reader qualified physician of a plain chest x-ray or interpretation of computed tomographic radiograph of the chest by a qualified physician ← only |
| ☐ | Mesothelioma | 1630 | Established by pathologic examination of biopsy tissue or bronchioalveolar lavage or bronchoscopy report |
| ☐ | Malignancy of the lung | 1620 | Established by pathologic examination of biopsy tissue, cytology from bronchioalveolar lavage or bronchoscopy report |
| ☐ | Malignancy of the colon | 1530 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | Malignancy of the rectum | 1530 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | Malignancy of the larynx | 1950 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | Malignancy of the stomach | 1510 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | Malignancy of the esophagus | 1500 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | Malignancy of the pharynx | 1950 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | Malignancy of the ovary | 1830 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | *Individual does not have an impairment listed above* | | |
| | **Date of Diagnosis:** | 04/09/12 | |

**Step 3: Identify presence in Lincoln County, Montana.**
(Completed by the provider.)

| | |
|---|---|
| This individual was present in Lincoln County, Montana, during the following time period(s): | 1930 – Current |

Do your records dated prior to March 23, 2010, indicate the individual was present in Lincoln County, Montana, for a total of at least 6 months during a period ending 10 years or more before the date of his or her diagnosis of the impairment(s) checked above? ☒ Yes   ☐ No (SSA will develop presence.)

| Printed Name | Physician's Signature | Date |
|---|---|---|
| Brad Black MD | Brad Black MD | 07/31/13 |

**Exhibit 13-6**



## **CARD**
Center for Asbestos Related Disease

### **Benefits**

**Patient Name:** Patrick W█████h
**Date of Birth:** ████/1953
**Encounter Date:** 03/15/2016

---

**EHH:**         07/31/2013

**Pilot:**   enrolled          **Effective Date:** 01/01/2014

**Pulse Oximeter:  No**

**Improved Access:  No**

*Completed by:*
Miller, Miles  03/15/2016 10:26 AM

Document Generated By:  Timothy Stuckey  03/15/2016 10:26 AM

CARD-ASB0346820
0007

**Exhibit 13-7**

WHOSE *Records to be Disclosed*

Form Approved
OMB No. 0960-0623

NAME (First, Middle, Last, Suffix)   W

Patrick

SSN                                   Birthday if
                                      (mm/dd/yy)   1953

## AUTHORIZATION TO DISCLOSE INFORMATION TO
## THE SOCIAL SECURITY ADMINISTRATION (SSA)

** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW **

I voluntarily authorize and request disclosure (including paper, oral, and electronic interchange):
OF WHAT   *All my medical records; also education records and other information related to my ability to*
perform tasks. This includes specific permission to release:

1. All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s)
   *including*, and not limited to :

   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   - Gene-related impairments (including genetic test results)

2. Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.
3. Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and
   speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.
4. Information created within 12 months after the date this authorization is signed, as well as past information.

FROM WHOM

- All medical sources (hospitals, clinics, labs,
  physicians, psychologists, etc.) including
  mental health, correctional, addiction
  treatment, and VA health care facilities
- All educational sources (schools, teachers,
  records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers'
  compensation programs
- Others who may know about my condition
  (family, neighbors, friends, public officials)

THIS BOX TO BE COMPLETED BY SSA/DDS (as needed) Additional information to identify
the subject (e.g., other names used), the specific source, or the material to be disclosed:

TO WHOM   The Social Security Administration and to the State agency authorized to process my case (usually called "disability
determination services"), including contract copy services, and doctors or other professionals consulted during the
process. [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

PURPOSE   Determining my eligibility for benefits, including looking at the combined effect of any impairments that
by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.
☐ Determining whether I am capable of managing benefits ONLY (check only if this applies)

EXPIRES WHEN   This authorization is good for 12 months from the date signed (below my signature).

- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosures above from the types of sources listed.

PLEASE SIGN USING BLUE OR BLACK INK ONLY   IF not signed by subject of disclosure, specify basis for authority to sign
INDIVIDUAL authorizing disclosure            ☐ Parent of minor   ☐ Guardian   ☐ Other personal representative
                                                                                   (explain)

SIGN   Patrick E. Wild                       (Parent/guardian/personal representative sign
                                             here if two signatures required by State law)   ►

DATE   1-31-2013

STREET ADDRESS                               CITY   Libby        STATE   MT.   ZIP   5.9923
1-40'-

WITNESS   I know the person signing this form or am satisfied of this person's identity:
                                             IF needed, second witness sign here (e.g., if signed with "X" above)

SIGN   ►                                     SIGN   ►

Phone Number (or Address)                    Phone Number (or Address)

This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and
other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section
7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.

Form SSA-827 (11-2012) ef (11-2012) Use 4-2009 and Later Editions Until Supply is Exhausted        Page 1 of 2

Name: W   Patrick                            DOB:   1953                                            Date:

**Exhibit 13-8**

18·44·12 ·   _ y Admin          HelpDesk#:8776974889   Page 1

C  *Electronic*
ME     *&*
21    *Paper*NO
LI

PATRICK E ▮▮▮▮ ▮         SSN: ▮▮▮▮0255  /
                                        20150802700253
                                        MAG752QA  **MAG752**

## COVER SHEET INSTRUCTIONS

THIS PAGE MUST BE ON TOP OF YOUR REPORT WHETHER
YOU FAX IT OR MAIL IT

## YOU MAY FAX YOUR REPORT AND/OR RECORDS TO
## 1-866-683-2367

PLEASE DO NOT ENCLOSE REPORTS OR
RECORDS ON MORE THAN ONE PERSON AT A
TIME.   PLEASE PLACE THIS "COVER SHEET"
PAGE ON TOP OF EACH SET OF MEDICAL
RECORDS.

*Mailed 6/24/15*

SSA HAS A CONTRACT WITH ACS IN SALT LAKE CITY TO SCAN
MEDICAL RECORDS SO THEY ARE PART OF THE CLAIMANT'S
ELECTRONIC FOLDER IF YOU DO NOT WANT TO FAX THEM.

*9 pgs. total*
*4 pgs. billed*
*6/18/15*

S29 MT DDS HELENA MT
STATE OF MONTANA
P O BOX 30720
SALT LAKE CITY UT  84130-9815

RQID:LMT0001926P00          SITE:S29 DR:S
SSN:▮▮▮▮0255 DOCTYPE:0001 RF:D CS:1334

Name: V▮▮▮, Patrick          DOB: ▮▮▮953          Date:

CARD-ASB0347064
0009

**Exhibit 13-9**

16:44:50 Social Security Admin          HelpDesk#:8776974889  Page 2/4



# Department of Public Health and Human Services

Disability Employment and Transitions Division ♦ Disability Determination Services ♦ 2550 Prospect Ave
Helena, MT 59604-4189 ♦ Voice: 406-444-3054 ♦ Toll Free: 800-545-3054 ♦ Fax: 406-444-3564

Steve Bullock, Governor
Richard H. Opper, Director

C A R D CLINIC
MEDICAL RECORDS
214 E 3RD ST
LIBBY, MT 59923

June 2, 2015

PATRICK ▮▮▮ W▮▮▮

LIBBY MT 59923

SSN: ▮▮▮0255

TAX ID: ▮▮▮▮     ST ID: 52760     AUTH: 20150602700253     DOB: ▮▮▮1953

## REQUEST FOR INFORMATION

Our agency is determining this person's eligibility for disability benefits. Please provide copies of the records requested for the following dates: 2009 to 2011 and 2014 to present    *2015 only*
Include the following information:    *none*
* Office notes
* Consultations
* PFS (pulmonary function studies), spirometry, results & tracings
* Imaging reports (e.g., x-rays/MRI/CT scans)
We will pay up to $25.00 for your records.

| INVOICE | |
|---|---|
| Date: | |
| Tax-ID/SSN: | |
| Amount Due: | |
| Make Payable to: | |
| Signature | |
| VENDOR TAX ID OR SSN MUST BE ON THIS BILL | |

CHECK HERE IF NO RECORDS ARE AVAILABLE ____

Fill out the information in the box above and return this page with the records, it will serve as an invoice. Place this page and records behind the bar code page. Faxing to 866-683-2367 will expedite receipt of records.

Call 800-545-3054 for dictation service information.
Include a current W-9 if you are a new vendor, or your name, address, or Tax ID changed.

MAGGI
Disability Determination Services
mag752qa/D0050

FAX

CARD-ASB0347065

0010

**Exhibit 13-10**

16:45:01 Social Security Admin        HelpDesk#:8776974889  Page 3/4

W███, PATRICK ███████ 1953
5/23/2015

| WHOSE *Records to be Disclosed* | Form Approved OMB No. 0960-0623 |
|---|---|
| NAME *(First, Middle, Last, Suffix)* Patrick  W███ | |
| SSN ████████ | Birthday *(mm/dd/yy)* ███53 |

## AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW **

I voluntarily authorize and request disclosure (including paper, oral, and electronic interchange):

**OF WHAT**  *All my medical records; also education records and other information related to my ability to perform tasks. This includes specific permission to release:*

1. All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) *including*, and *not limited to*:
   * Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   * Drug abuse, alcoholism, or other substance abuse
   * Sickle cell anemia
   * Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   * Gene-related impairments (including genetic test results)
2. Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.
3. Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.
4. Information created within 12 months after the date this authorization is signed, as well as past information.

**FROM WHOM**
* All medical sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
* All educational sources (schools, teachers, records administrators, counselors, etc.)
* Social workers/rehabilitation counselors
* Consulting examiners used by SSA
* Employers, insurance companies, workers' compensation programs
* Others who may know about my condition (family, neighbors, friends, public officials)

THIS BOX TO BE COMPLETED BY SSA/DDS *(as needed)* Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:

C A R D CLINIC
LIBBY, MT 59923

Please see attached request.
2009 to 2011 and 2014 to present

**TO WHOM**  The Social Security Administration and to the State agency authorized to process my case (usually called "disability determination services"), including contract copy services, and doctors or other professionals consulted during the process. [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE**  Determining my eligibility for benefits, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.
☐ Determining whether I am capable of managing benefits ONLY (check only if this applies)

**EXPIRES WHEN**  This authorization is good for 12 months from the date signed (below my signature).

* I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
* I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
* I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
* SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
* I have read both pages of this form and agree to the disclosures above from the types of sources listed.

**PLEASE SIGN USING BLUE OR BLACK INK ONLY**
**INDIVIDUAL** authorizing disclosure
SIGN ► *Electronically Signed By:* Patrick W███

If not signed by subject of disclosure, specify basis for authority to sign
☐ Parent of minor  ☐ Guardian  ☐ Other personal representative (explain)

(Parent/guardian/personal representative sign here if two signatures required by State law) ►

| Date Signed 06/01/15 | Street Address |  |  |
|---|---|---|---|
| Phone Number (with area code) 409-████ | City LIBBY | State MT | ZIP 59923 |

**WITNESS** *I know the person signing this form or am satisfied of this person's identity:*
SIGN ► *Attested by SSA or Designated State Agency Employee:* D Huerta

If needed, second witness sign here (e.g., if signed with "X" above)
SIGN ►

| Phone Number (or Address) 888-457-0150 KALISPELL, MT 59901-3498 | Phone Number (or Address) |
|---|---|

This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.

Form SSA-827 (11-2012)  ef (11-2012)  Use 4-2009 and Later Editions Until Supply is Exhausted       Page 1 of 2

Name: W███, Patrick        DOB: ████1953        Date:

CARD-ASB0347066
0011

**Exhibit 13-11**

03/28/12 11:21 SJLH (406)293-0138  The info cont...  J in this fax is privileged and confidential and   ...he sole use of the intended recipient.   Page

ST JOHN'S LUTHERAN HOSPITAL
350 LOUISIANA AVE
LIBBY, MONTANA 59923

Page 1 of 1

## REPORT STATUS:   Signed

Patient: W___,PATRICK E  Date: 03/28/12
Patient BD: ___1953    Patient location: L.IMAGING   Rm #:
Ordering Dr: BOLTZ, MICHELLE L FNP

CC:
BOLTZ,MICHELLE L FNP                     *MB* 3/4/12

FILE DATE: 03/27/2012

PROCEDURE:              CHEST/SINGLE VIEW

COMPARISON:             No prior films available for comparison

INDICATIONS:            ASBESTOS EXPOSURE

FINDINGS:The heart appears normal in size and configuration.  The lungs are clear.  The bony structures are unremarkable.

CONCLUSION:
NORMAL CHEST.

NO EVIDENCE FOR CARDIOPULMONARY DISEASE.

                                    Dictated by: STEPHEN BECKER , M.D.

                                              <<Signature on

File>>                                 Electronically signed by: BECKER, STEPHEN ,

M.D.                                          03/28/12 1113

BECST/PLW
03/28/12 0947   03/28/12 1014

            IMAGING REPORT - MEDITOR

NAME: W___,PATRICK E     MR#: M000057213   ACCT#: AA0000730417
Rpt#: 0328-0015

Name: W___, Patrick              DOB: ___1953                    Date:

CARD-ASB0347029

0012

**Exhibit 13-12**

Feb. 1. 2013 9:11AM    ░░░░░░░░ [SPO] HEALTHCENTER KAISPELL MT.  NVCC RADIOLOGY PET SCAN REP.  NOTE 01/04/2013    No. 6866   P. 2/67
PATRICK E ░░░░░ [SPO] HEALTHCENTER KAISPELL MT.  NVCC RADIOLOGY PET SCAN REP.  NOTE 01/04/2013    page 1 of 1 ···

*MB 2/6/13*

The Imaging Center @ HealthCenter
320 Sunnyview Lane
Kalispell, MT 59901
(406)751-7533

| William Benedetto, M.D. | Hugh Cecil, M.D. | Read Vaughan, M.D. |
|---|---|---|
| Patrick McDonnell, M.D. | Anders Engdahl, M.D. | Nick Cantrell, M.D. |
| Richard Friedman, M.D. | Frank Gray, M.B. | Michael Henson, M.B. |
| D.James Schumacher, M.D. | Debra Wade, M.D. | Benjamin Pomerantz, M.D. |

Page 1          of 1

REPORT STATUS:  Signed

Patient: ░░░░░ PATRICK E Patient BD: ░░░░ 1953          Age: 60
Date:    01/04/13     Ordering Dr: DOCTOR,NON STAFF
Patient location: H.PET   Rm #:          Patient Phone: (406) ░░░░░    MSG
Rpt#: 0104 0060

CC:
MCHUGH,JAMES W MD

Exam Date and Time: 01/04/2013  10:25

PROCEDURE:   PET GENERIC

COMPARISON:   ST JOHN'S LUTHERAN HOSPITAL, CT, CHEST W/O CONTRAST,
3/29/2012, 13:02.

INDICATIONS:   Patient with bronchial cancer.

TECHNIQUE:   The patient received an intravenous injection of 14.51
mCi of F-FDG. The patient was imaged 90 minutes after injection on a 64
row MDCT PET scanner. Pre-test blood glucose level was 111.
FINDINGS:
NECK:
BRAIN:   Normal. Imaged portions of the brain have normal FDC
uptake.
SOFT TISSSUES:   Normal.  No enlarged or hypermetabolic lymph nodes.
No masses are seen.
BONES.   There is no evidence of metabolically active bone tumor.

CHEST:
LUNGS:   In the right upper lobe, there is a 1.2 cm semisolid
pulmonary nodule with angular margins. In the superior segment of the
right lower lobe, there is a 1 cm spiculated subpleural nodule. In the
right lower lobe, there is a 1 cm irregular shaped pulmonary nodule. In
the posterior peripheral left lower lobe, there is a 6 mm semisolid
nodule. On the FDG PET scan, there is no evidence of associated FDG

RADIOLOGY REPORT

NAME: ░░░░░ PATRICK E          MR#: X000003640          H000004530⬚⬚

uptake.
**PLEURA:**   Negative.  No abnormal FDG uptake in the pleura.
**MEDIASTINUM:**   Normal.  No enlarged or hypermetabolic lymph nodes are visualized.
**CHEST WALL:**   Negative.
**SPINE:**   There is no evidence of metabolically active bone tumor.

**ABDOMEN AND PELVIS:**
**GI TRACT:**   There is normal diffuse FDG activity.  No focal area of abnormal or suspicious uptake is seen.
**LIVER:**   Normal heterogenous uptake.  No focal hypermetabolic areas.

**BILIARY:**   Negative.
**PANCREAS:**   Negative.
**SPLEEN:**   Normal heterogeneous uptake.
**ADRENAL GLANDS:**   Normal adrenal glands.
**GENITOURINARY:**   Right renal atrophy.
**LYMPH NODES:**   Negative.
**VASCULAR:**   Negative.
**MUSCULOSKELETAL:**   Negative  No abnormal FDG uptake

**OTHER FINDINGS:**   No free air or fluid.

**CONCLUSION:**
1. The pulmonary nodules described above and on the prior CT did not have associated FDG uptake. However, lack of FDG uptake is not definitive of benignity. Followup CT in 6 months or consultation with interventional radiology regarding percutaneous transthoracic needle biopsy is recommended.
2. No evidence of abnormal FDG uptake within the neck, abdomen, or pelvis.
3. Right renal atrophy.

Dictated by: Mike Henson, M.D. on 1/04/2013 at 13:02
Electronically Signed by: Mike Henson, M.D. on 1/04/2013 at 13:02

RADIOLOGY REPORT

NAME: W⬛PATRICK E          MR#: X000093640          H00000463099

WELCH,PATRICK E (0285) 3/4/3853 - Pnqn 2 nf 4

CARD-ASB0347031

0014

**Exhibit 13-14**

E627 STH1/(861351 0138 Miller, Miles PC-A 11/20/2017 16:36 PM privileged and confidential and for the sole use of the intended recipient
Electronically Signed By: Miller, Miles PC-A 11/20/2017 16:36 PM

CABINET PEAKS MEDICAL CENTER
209 HEALTH PARK DRIVE
LIBBY, MONTANA 59923

Page 1 of 1

**REPORT STATUS:**   Signed

**Patient:** W▇▇,PATRICK E   **Date:** 06/11/15
**Patient BD:** ▇▇1953   **Patient location:** L IMAGING   Rm #:
**Ordering Dr:** MILLER, MILES PC-A

CC:
MILLER,MILES PA-C

Exam Date and Time: 06/11/2015  09:24
PROCEDURE:   RADIOGRAPH: CHEST, SINGLE VIEW

COMPARISON:   Chest x-ray March 2012.

INDICATIONS:   History of asbestos exposure.

FINDINGS:
No pleural based thickening or plaquing is noted.  No interstitial
fibrosis is seen.  In the right upper lobe there is a vague faint mass
that measures about 1 cm in diameter that has irregular outer margins.
This could feasibly represent a pleural based plaque although I cannot
exclude a lung parenchymal lesion.  The patient should have CT scan for
follow-up.

CONCLUSION:
An irregular faint 1 cm mass overlying the right upper that could
feasibly represent a pleural based plaque or a lung parenchymal tumor.
The patient should have a CT scan. This is new from the 2012 film. No
changes of asbestosis are noted otherwise.

Dictated by: Stephen Becker, M.D. on 6/11/2015 at 10:01
Transcribed by: PB on 6/11/2015 at 11:26
Electronically Signed by: Stephen Becker, M.D. on 6/15/2015 at 10:24

Dictated by: STEPHEN BECKER , M.D.

Electronically signed by: BECKER, STEPHEN , M.D.
06/15/15 1024

IMAGING REPORT - MEDITOR

NAME: W▇▇,PATRICK E   MR#: M000057213   Rpt#: 0611-0032
ACCT#: AA0000849648

Name: W▇, Patrick          DOB: ▇▇1953          Date:

CARD-ASB0347041

0015

**Exhibit 13-15**

Electronically Signed By: Miller, Miles PA 11/02/2017 08:44:21 AM
.3129 SJLH (408)293-0139  The info contained in this fax is privileged and confidential and for the sole use of the intended recipient

CABINET PEAKS MEDICAL CENTER
209 HEALTH PARK DRIVE
LIBBY, MONTANA 59923

Page 1 of 1

## REPORT STATUS:   Signed

**Patient:** W____ PATRICK E  **Date:** 06/11/15
**Patient BD:** ___1953  **Patient location:** L IMAGING   Rm #:
**Ordering Dr:** MILLER, MILES PC-A

cc:
MILLER,MILES PA-C

Exam Date and Time: 06/11/2015  12:49
PROCEDURE:   CT: CHEST WITHOUT CONTRAST

COMPARISON:   ST JOHN'S LUTHERAN HOSPITAL, CT, CHEST W/O CONTRAST,
3/29/2012, 13:02.

INDICATIONS:   History of asbestos exposure with dyspnea.

TECHNIQUE:   Helical axial images were performed (without contrast)
with multiplanar reconstructions.

FINDINGS:
No mediastinal adenopathy or pericardial effusion. Coronary
calcifications. No lesion in the large central airways.

Mild bilateral apical paraseptal emphysema. The peripheral right upper
lobe pulmonary nodule (3/21) is not significantly changed in greatest
size at 1.2 cm but may be slightly increased in CC dimension and 0.6
cm. This has a somewhat semisolid appearance. Small subpleural focus of
scar again seen along the interlobar fissure at the level of the
superior segment right upper lobe. No new pulmonary nodule. No soft
tissue or calcified pleural plaques or interstitial findings concerning
for asbestos related disease. No pleural effusion.

Visible portion of the upper abdomen shows abnormal but stable
appearance of the right kidney that suggests sequela of a remote
insult. There is compensatory hypertrophy of the left kidney. No
aggressive skeletal lesion.

CONCLUSION:
There may be slight interval increase in CC dimension of the semisolid
appearing right upper lobe pulmonary nodule, which is not significantly
changed in size at 1.2 cm in greatest axial dimension. Given the
semisolid composition continued followup is suggested with surveillance
chest CT in 12 months.

IMAGING REPORT - MEDITOR

NAME: W____ PATRICK E   MR#: M000057213   Rpt#: 0611-0042
ACCT#: AA0000849648

Name: W____, Patrick         DOB: ___1953         Date:

CARD-ASB0347042
0016

**Exhibit 13-16**

.5:29 SJLH (406)293-0138  The info contained in this fax is privileged and confidential and for the sole use of the intended recipient

Small, stable appearing subpleural focus of presumed scar again seen
along the right major fissure.

No finding to suggest asbestos related disease.

Dictated by: Peter E. Humphrey, M.D. on 6/11/2015 at 15:05
Electronically Signed by: Peter E. Humphrey, M.D. on 6/11/2015 at 15:24

                                    Dictated by: PETER E HUMPHREY M.D., M.D.

                                    Electronically signed by: HUMPHREY, PETER E M.D., M.D.
                                              06/11/15 1524

HUMPE/ph
06/11/15 1524   06/11/15 1524

---

IMAGING REPORT - MEDITOR

NAME: W█████PATRICK E     MR#: M000057213   Rpt#: 0611-0042
ACCT#: AA0000849648

---

Name: W██, Patrick              DOB: ███1953                        Date:

CARD-ASB0347043
0017

**Exhibit 13-17**

Jul. 21. 2015  1:59PM   SHMC RADIOLOGY                    No. 1129   P. 3/3 of 1

**Sacred Heart Medical Center**
**101 W 8th**
**Spokane, WA  99202**
**(509) 474-3131**

W████  PATRICK E        DOB: (████) 953  Age at exam: 62 Y, 6 M  Sex: M   MRN: 60003362530
ACC: 7809459PHS                 Exam: XR CHEST INSPIRATION OR EXPIRATION ONOrg: SHM
07/10/2015 2:29 PM PDT          Ex. Sts: F  Report Status: Finalized           Perf. Resource: SHMXR-1

Signs and Symptoms: Post lung biopsy. Dr. Griffitts to read stat
Visit Pt Loc:  WSH IRINTR  Phone:

Attending:    PROVIDER, NO ATTENDING
Requesting:   GRIFFITTS, BRADLEY D, MD R1

**Diagnostic report text**

CHEST X-RAY ONE VIEW EXPIRATION

CLINICAL INFORMATION:
Post lung biopsy.

COMPARISON:
CT 7/10/2015

FINDINGS:
No evidence of pneumothorax. There is ill-defined focal 2.5 cm
opacity right upper lung. This corresponds to CT same day.
Surrounding opacity consistent with some focal hemorrhage.

IMPRESSION:
No evidence for pneumothorax following CT-guided lung biopsy. Patchy
opacity right upper lung around the nodular opacity consistent with
some parenchymal hemorrhage.

**Responsible & Contributing Providers**
REMEDIOS, PETER A, MD

**End of Report for ACC: 7809459PHS**

http://pacs.inlandimaging.com/imagecast/ClinicalExamNotes/CENPrintReport.asp?Activit...  7/21/2015

Name: W████, Patrick                    DOB: ████1953                         Date:

CARD-ASB0347040

0018

**Exhibit 13-18**

Electronically Signed By: Black, Brad MD 11/04/2016 11:54:32 AM Privileged and confidential and for the sole use of the intended recipient

CABINET PEAKS MEDICAL CENTER
209 HEALTH PARK DRIVE
LIBBY, MONTANA 59923

Page 1 of 1

## REPORT STATUS:  Signed

**Patient:** ▮▮▮▮ ,PATRICK E  **Date:** 08/31/16
**Patient BD:** ▮▮▮▮ 1953   **Patient location:** L IMAGING   Rm #:
**Ordering Dr:** BLACK, BRAD M.D.

cc:
BLACK,BRAD M.D.

Exam Date and Time: 08/31/2016  13:12
PROCEDURE:    CT: CHEST, LOW DOSE

COMPARISON:   ST JOHN'S LUTHERAN HOSPITAL, CT, CHEST W/O CONTRAST,
3/29/2012, 13:02.  NORTHWEST IMAGING, NUC, PET GENERIC, 1/04/2013,
10:25.  Cabinet Peaks Medical Center, CT, CT CHEST W/O, 6/11/2015,
12:49.

INDICATIONS:    Lung cancer screening.

TECHNIQUE:    CT imaging of the thorax was performed without IV
contrast material using low dose technique.

FINDINGS:
Calcified plaque is present within the thoracic aorta and its branch
vessels. There are coronary artery calcifications. No pericardial
effusion. No enlarged thoracic lymph nodes. No pleural plaque. No
pleural effusion or pneumothorax.

No new enlarging pulmonary nodules or masses. There is a predominantly
solid 1.1 x 0.9 cm right upper lobe pulmonary nodule image 39/152 which
is unchanged in size compared to 1/4/2013. There is an unchanged
irregular curvilinear opacity within the superior segment of the right
lower lobe which tethers the adjacent interlobar fissure. There is a
unchanged 6 mm nodule in the posterior left lower lobe on image 71/52.

The right kidney is atrophic.

No aggressive osseous lesions.

CONCLUSION:
1. No new enlarging pulmonary nodules or masses. Previously
demonstrated pulmonary nodules measuring up to 1.1 cm in the right
upper lobe are unchanged in size. (Lung-RADS 2)
2. Coronary artery calcifications.

IMAGING REPORT - MEDITOR

NAME: WELCH,PATRICK E       MR#: M000057213    Rpt#: 0831-0059
ACCT#: AA0000889643

_65 78 27_

Name: ▮▮▮ Patrick                    DOB: ▮▮▮ 1953                 Date:

.8:31 SJLH (406)293-0138   The info contained in this fax is privileged and confidential and for the sole use of the intended recipient

3. Right renal atrophy.

Dictated by: Kelly Kieper, M.D. on 8/31/2016 at 14:03
Electronically Signed by: Kelly Kieper, M.D. on 8/31/2016 at 14:20

Dictated by: KELLY KIEPER M.D., M.D.

Electronically signed by: KIEPER, KELLY M.D., M.D.
08/31/16 1420

KIEKE/KK
08/31/16 1420    08/31/16 1420

IMAGING REPORT - MEDITOR

NAME: W____,PATRICK E      MR#: M000057213   Rpt#: 0831-0059
ACCT#: AA0000889643

Name: W___, Patrick                  DOB: ___1953                        Date:

CARD-ASB0347039
0020

**Exhibit 13-20**



*Faculty Practice*

Mount
Sinai
Doctors

*9-15-16 Patient given LCS results by Dr. Loewen DO at 9-8-16 visit. T. McNorton* [handwritten]

P: (212) 241-2420
F: (212) 241-9655

*DP Letter 11/28/16   Annual 2017 Follow up 11/28/16  ?BP* [handwritten]

Patient: W█████, Patrick
ID: LMT0333
DOB: ██/1953
Date of exam: 8/31/2016

**Clinical Information:** CT screening for asbestos exposure

**Comparison CT Scans:** Annual repeat. Comparisons: 11/Jun/2015 29/Mar/2012.

**Description:** CT examination of the entire thorax was performed at low-dose CT settings. Images were obtained at 1.25 mm slice thickness. Multiplanar reconstructions were performed.

**Lung nodules:**

- RLL Nodule 1 is non-calcified, spiculated, solid, 12.4 mm x 5.7 mm, irregularly marginated edges, unchanged since 2012. (series 2, image 107).
- RUL Nodule 2 is non-calcified, solid, 11.3 mm x 8.7 mm, smooth edges, unchanged since 2012. (series 2, image 77).
- LLL Nodule 3 is non-calcified, solid, 5 mm x 4 mm, smooth edges, unchanged since 2012. (series 2, image 141).
- LLL Nodule 4 is non-calcified, solid, 2 mm x 2 mm, smooth edges, unchanged since 2012. (series 2, image 99).
- LUL Nodule 5 is non-calcified, solid, 2.9 mm x 2.9 mm, smooth edges, is newly seen. (series 2, image 96). It is attached to the adjacent pleura.

**Emphysema:** Minimal.

**Other lung findings:** Bilateral apical scarring.

**Pleura:** No pleural effusions.

**Coronary Artery Calcifications:** extensive in left main, extensive in left anterior descending, none in circumflex, and moderate in right coronary. The Visual Coronary Artery Calcium (CAC) Score is 8.

**Aortic Calcifications:** minimal.

**Cardiac Findings:** No pericardial effusion.

**Mediastinum:** No abnormalities.

**Abdomen:** Abnormal but stable appearance of the right kidney is noted, as well as compensatory hypertrophy of the left kidney

Name: W███, Patrick                          DOB: ███ 1953                          Date:

CARD-ASB0347035

0021

**Exhibit 13-21**

W███, Patrick
8/31/2016

.5

## Impression:

Left upper lobe new nodule (diameter of 2.9 mm) is noted.  Other nodule(s) unchanged, as described above.

The Visual Coronary Artery Calcium (CAC) Score is 8. Since your Visual CAC Score is above 3, we recommend that you consult with your physician for a clinical interpretation, as you may be at risk for coronary artery disease.

## Recommendations:

**Annual repeat CT in one year on 31/Aug/2017 for follow-up of the new left upper lobe nodule.**

Thank you for the courtesy of this referral.

Sincerely,

Claudia I Henschke, PhD, MD

Electronically signed

| ORDINAL SCORE | Agatston Score | RISK | RECOMMENDATIONS* |
|---|---|---|---|
| 0 | 0 | Very low | • Healthy lifestyle |
| 1-3 | 1-100 | Mild to moderately increased | • Healthy lifestyle<br>• Moderate statin<br>• ASA |
| 4-12 | >100 | Moderate to severely increased | • Healthy lifestyle<br>• Very intensive statin + second drug as needed<br>• ASA<br>• Consider functional testing to r/o obstruction<br>• Aggressive BP lowering<br>• Referral to internist or preventive cardiologist |

Reference:

1. Shemesh J, Henschke CI, Shaham D, et al. Ordinal scoring of coronary artery calcifications on low-dose CT scans of the chest is predictive of death from cardiovascular disease. Radiology. 2010; 257: 541-8.

Name: W███, Patrick                DOB: ███ 1953                Date:

CARD-ASB0347036
0022

**Exhibit 13-22**

 h, Patrick
8/31/2016

2. Htwe Y, Cham MD, Henschke CI, et al. Coronary artery calcification on low-dose computed tomography: comparison of Agatston and Ordinal Scores. Clinical imaging. 2015; 39: 799-802.

*3. Expert Work Group Members. 2016 SCCT/STR Guidelines for Coronary Artery Calcium Scoring of Noncontrast Noncardiac CT Scans. A report of the Society of Cardiovascular Computed Tomography / Society of Thoracic Radiology.

Name: W█, Patrick                    DOB: █1953                                    Date:

CARD-ASB0347037

0023

**Exhibit 13-23**

**Cabinet Peaks Medical Center**
209 Health Park Drive
Libby, MT  69923
(406)-283-7000

**Cat Scan Report**
Signed    0112-0011

**Patient:** W███,Patrick E                                    **MR #:** M000057213
**DOB:** ███1953                                              **Acct #:** C00001039543
**Age/Sex:** 65 / M                                          **Admit Date:** 01/11/18
**Patient Location:** IMAG /                                 **Order Number:** 0111-0010
**Attending Physician:** Black, Brad DR                      **Accession Number(s):** A0000020204
**Ordering Physician:** BLACK,BRAD M.D.

**cc:**
BLACK,BRAD M.D.

PROCEDURE:    CT: CHEST, LOW DOSE LUNG CANCER SCREENING

COMPARISON:    Cabinet Peaks Medical Center, CT, CT CHEST LOW DOSE
W/O, 8/31/2016, 13:12.  Cabinet Peaks Medical Center, CT, CT CHEST W/O,
6/11/2015, 12:49.

INDICATIONS:    Patient presents for lung cancer screening.

TECHNIQUE:    CT imaging of the thorax was performed without IV
contrast material using low dose technique. CT dose-reducing technique
was utilized.

FINDINGS:
There is atherosclerotic plaque within the aorta and its branch
vessels.  There are coronary artery calcifications.  No pericardial
effusion.

No enlarged lymph nodes in the chest.

No pleural effusion or pneumothorax.  No pleural plaque.

There is endobronchial material within bilateral lower lobe bronchi.
The central airways are otherwise patent.  The lungs are well aerated.
There is an unchanged part solid right upper lobe pulmonary nodule
measuring 1.2 x 1.2 cm on series 6 image 23/74.  Unchanged superior
segment right lower lobe scar with tethering of the adjacent major
fissure.  There is an unchanged 5 mm ground-glass nodule with in the
left lower lobe on series 6, image 35/74.

No new nodules or masses.

There is atherosclerotic plaque within the abdominal vasculature.  The
right kidney is atrophic.

Healed traumatic posterior left 10th rib fracture.  No aggressive
osseous lesions.

**Cat Scan Report    0112-0011**

**Patient Name:** W███,Patrick E                    **Acct #:** C00001039543

CARD-ASB0347033

0024

**Exhibit 13-24**

01/12/18  08:49   Cabinet Peaks Medical Center Laboratory Libby, Montana (406)283-7770          Page  2

CONCLUSION:
1. Unchanged pulmonary nodules.  L-RADS Category 2 - Benign appearance
or behavior.  Nodule(s) with a very low likelihood of becoming a
clinically active cancer due to size or lack of growth.  <1%
probability of malignancy.  Estimated population prevalence is 90%.
Recommendation: Continue annual screening with LDCT in 12 months.
2. Endobronchial material within the lower lobes may represent sequela
of bronchitis or aspiration.
3. Coronary artery calcifications
4. Unchanged atrophy of the right kidney.

Dictated by: Kelly Kieper, M.D. on 1/12/2018 at 8:30
Electronically Signed by: Kelly Kieper, M.D. on 1/12/2018 at 8:45


Dictated By:     KIEPER,KELLY M.D.
Signed By:


Dictated By:              KIEPER,KELLY M.D.

Signed By:                         01/12/18 0845


DD/DT: 01/12/18 0845
TD/TT: 01/12/18 0845
Transcriptionist: KK


---

**Cat Scan Report   0112-0011**

Patient Name: W▆▆▆,Patrick E          Acct #:  C00001039543

---

Name: W▆▆▆, Patrick                      DOB: ▆▆▆1953                              Date:

CARD-ASB0347034

0025

**Exhibit 13-25**



**Mount Sinai Doctors** — *Faculty Practice*

P: (212) 241-2420
F: (212) 241-9655

Patient: W█ Patrick
ID: LMT0333
DOB: █953
Date of exam: 1/11/2018

**Clinical Information:** CT screening for asbestos exposure.

**Comparison CT Scans:** Annual repeat. Comparisons: 8/31/2016, 6/11/2015, 3/29/2012.

**Description:** CT examination of the entire thorax was performed at low-dose CT settings. Images were obtained at 1.25 mm slice thickness. Multiplanar reconstructions were performed.

**Lung nodules:**

- RLL Nodule 1 is noncalcified, spiculated, solid, 12.4 mm x 5.7 mm, irregularly marginated edges, unchanged (series 2, image 111).
- RUL Nodule 2 is noncalcified, solid, 11.3 mm x 8.7 mm, smooth edges, unchanged (series 2, image 88).
- LLL Nodule 3 is noncalcified, solid, 5 mm x 4 mm, smooth edges, unchanged (series 2, image 137).
- LLL Nodule 4 is noncalcified, solid, 2 mm x 2 mm, smooth edges, unchanged (series 2, image 95).
- Previously seen LUL Nodule 5 has resolved.
- LLL Nodule 6 is noncalcified, solid, 8.5 mm x 5.8 mm, smooth edges, seen in retrospect with no change (series 2, image 130).

**Other lung findings:** Bilateral apical scarring.

**Emphysema:** Minimal.

**Pleura:** No pleural effusions.

**Coronary Artery Calcifications:** Extensive in left main, extensive in left anterior descending, none in circumflex, and moderate in right coronary. The Visual Coronary Artery Calcium (CAC) Score is 8.

**Aortic Calcifications:** Minimal.

Name: W█, Patrick                    DOB: █1953                    Date:

CARD-ASB0347024

0026

**Exhibit 13-26**

W█████, Patrick
1/11/2018

**Cardiac Findings:** No pericardial effusion.

Widest main pulmonary artery diameter is 20.9 mm. Widest ascending aortic diameter at the same level is 33.5 mm. The ratio is 0.62.

**Mediastinum:** No abnormalities.

**Abdomen:** Atrophic change is noted in the right kidney, unchanged. There is compensatory hypertrophy of the left kidney.

**IMPRESSION:**

1. Previously seen LUL nodule, newly seen on 8/31/2016, has resolved on the current scan.
2. Other nodules are unchanged.
3. Emphysema: Minimal.
4. The Visual Coronary Artery Calcium (CAC) Score is 8. Since your Visual CAC Score is above 3, we recommend that you consult with your physician for a clinical interpretation, as you may be at risk for coronary artery disease.

**Recommendations:** Annual repeat CT in one year on January 11, 2019.

Thank you for the courtesy of this referral.

Sincerely,

David F Yankelevitz, MD

Electronically signed

---

Name: W███, Patrick                    DOB: ████1953                    Date:

CARD-ASB0347025

0027

**Exhibit 13-27**


**Mount Sinai Doctors**  *Faculty Practice*
*P: 212-241-2813*
*F: 212-241-9655*

| | |
|---|---|
| **Patient:** | W████, Patrick |
| **ID:** | LMT0333 |
| **DOB:** | ████/1953 |
| **Exam Date:** | 01/03/2019 |

**Clinical Information:** CT screening for asbestos exposure.

**Comparison CT Scans:** Annual repeat. Comparisons: 01/11/2018, 08/31/2016, 06/11/2015, 03/29/2012.

**Description:** CT examination of the entire thorax was performed at low-dose CT settings. Images were obtained at 1.25 mm slice thickness. Multiplanar reconstructions were performed.

**Lung nodules:**

- RLL Nodule 1 is noncalcified, spiculated, solid, 12.4 mm x 5.7 mm, irregularly marginated edges, unchanged (series 2, image 103).
- RUL Nodule 2 is noncalcified, solid, 11.3 mm x 8.7 mm, smooth edges, unchanged (series 2, image 83).
- LLL Nodule 3 is noncalcified, solid, 5 mm x 4 mm, smooth edges, unchanged (series 2, image 128).
- LLL Nodule 4 is noncalcified, solid, 2 mm x 2 mm, smooth edges, unchanged (series 2, image 84).
- Previously seen LUL Nodule 5 has resolved.
- RLL Nodule 6 is noncalcified, solid, 8.5 mm x 5.8 mm, smooth edges, unchanged (series 2, image 122).

**Other lung findings:** Bilateral apical scarring.

**Emphysema:** Mild.

**Pleura:** No pleural effusions.

**Coronary Artery Calcifications:** Extensive in left main, extensive in left anterior descending, none in circumflex, and moderate in right coronary. The Visual Coronary Artery Calcium (CAC) Score is 8.

**Aortic Calcifications:** Minimal.

**Cardiac Findings:** No pericardial effusion.

Widest main pulmonary artery diameter is 20.5 mm. Widest ascending aortic diameter at the same level is 33.8 mm. The ratio is 0.61.

**Mediastinum:** No abnormalities.

Name: W███, Patrick                          DOB: ████1953                          Date:

**Exhibit 13-28**

01/03/2019
W███, Patrick

**Abdomen:** Abnormal shrunken but stable appearance of the right kidney is noted, as well as compensatory hypertrophy of the left kidney.

**IMPRESSIONS:**
1. Multiple solid nodules are unchanged from 2012.
2. Emphysema: Mild.
3. The Visual Coronary Artery Calcium (CAC) Score is 8. Since your Visual CAC Score is above 3, we recommend that you consult with your physician for a clinical interpretation, as you may be at risk for coronary artery disease.

**RECOMMENDATON: Annual repeat CT in one year on January 3, 2020.**

Thank you for the courtesy of this referral.

Sincerely,
**David F. Yankelevitz, MD**
*Electronically signed*

References:
Recommendations for nodules and other findings are detailed in the I-ELCAP Protocol.
A summary and the full I-ELCAP protocol can be viewed at: http://ielcap.org/protocols.

| ORDINAL SCORE | AGATSTON SCORE | RISK | RECOMMENDATIONS* |
|---|---|---|---|
| 0 | 0 | Very low | • Healthy lifestyle |
| 1-3 | 1-100 | Mild to moderately increased | • Healthy lifestyle<br>• Moderate statin<br>• ASA |
| 4-12 | >100 | Moderate to severely increased | • Healthy lifestyle<br>• Very intensive statin + second drug as needed<br>• ASA<br>• Consider functional testing to r/o obstruction<br>• Aggressive BP lowering<br>• Referral to internist or preventive cardiologist |

1. Shemesh J, Henschke CI, Shaham D, et al. Ordinal scoring of coronary artery calcifications on low-dose CT scans of the chest is predictive of death from cardiovascular disease. Radiology. 2010; 257: 541-8.
2. Htwe Y, Cham MD, Henschke CI, et al. Coronary artery calcification on low-dose computed tomography: comparison of Agatston and Ordinal Scores. Clinical imaging. 2015; 39: 799-802.
*3. Expert Work Group Members. 2016 SCCT/STR Guidelines for Coronary Artery Calcium Scoring of Noncontrast Noncardiac CT Scans. A report of the Society of Cardiovascular Computed Tomography / Society of Thoracic Radiology.

2 / 2

Name: W███, Patrick          DOB: ███ 1953          Date:

**Exhibit 13-29**

01/04/19  12:04   Cabinet Peaks Medical Center Laboratory Libby, Montana (406)283-7770          Page  1

## Cabinet Peaks Medical Center
### 209 Health Park Drive
### Libby, MT  59923
### (406)-283-7000

**Cat Scan Report**
Signed   0104-0015

**Patient:** ▓▓ Patrick E
**DOB:** ▓▓/1953
**Age/Sex:** 65 / M
**Patient Location:** IMAG /
**Attending Physician:** Black,Brad DR
**Ordering Physician:** BLACK,BRAD M.D.

**MR #:** M000057213
**Acct #:** C00001086712
**Admit Date:** 01/03/19
**Order Number:** 0103-0004
**Accession Number(s):** A0000041310

**cc:**
BLACK,BRAD M.D.

PROCEDURE:   CT: ELCAP LUNG CANCER SCREENING - LOW DOSE CHEST WITHOUT
CONTRAST

COMPARISON:   3/29/2012, 6/11/2015, 8/31/2016, PET CT 1/4/2013

INDICATIONS:   Lung cancer screening.  Known pulmonary nodules. High
risk screening exam.

TECHNIQUE:   CT imaging of the thorax was performed without IV
contrast material using low dose technique.

FINDINGS:
In the right upper lobe, spiculated solid pulmonary nodule measuring 9
x 13 mm is stable to CT 8/31/2016 and is stable to decreased in size to
the CT 3/29/2012 at which time it measured 13 x 13 mm although has
increased in density when compared to the study in 2012 at which time
it was semi-solid.  There is subjacent pleural reaction, focal
thickening and linear parenchymal opacity showing architectural
distortion and slight bronchiolectasis.  Findings would suggest a focal
scar.  Likewise, in the superior segment of the right lower lobe, there
is a plaque-like pulmonary nodule measuring 7 x 13 mm axial dimension,
which is stable to previous imaging.  It has subjacent architectural
distortion and intensity major fissure with posterior retraction.  It
is most compatible with a focal scar as well.  Mild paraseptal
emphysematous change at the lung apices.  Posterior left lower lobe
subpleural pulmonary nodule measuring 6 mm is stable to previous
imaging and felt to be stable to the remote exam in 2012 obtained with
5 mm thick sections.  No developing pulmonary nodules are found.  There
is a pulmonary granuloma present in the right lower lobe measuring 3 mm
and appears calcified (image 106/297) and a second calcified pulmonary
nodule seen on image 115/297 measuring 3 mm.  Additional scattered
micro-nodules are also seen in each lung, which are unchanged.  There
is no new or enlarging pulmonary nodule identified.

No pleural or pericardial effusion.  No definite pleural or
hemidiaphragmatic plaques.  There are coronary arterial calcifications.

---

**Cat Scan Report   0104-0015**

**Patient Name:** Welch,Patrick E                    **Acct #:** C00001086712

---

Name: ▓▓ Patrick                    DOB: ▓▓1953                    Date:

CARD-ASB0347022
0030

01/04/19  12:04   Cabinet Peaks Medical Center Laboratory Libby, Montana (406)283-7770        Page  2

No pathologic mediastinal or hilar adenopathy is observed.  The included unenhanced upper abdomen demonstrates marked right renal atrophy.  There is chronic anterior tapering of at least 2 mid thoracic vertebra, unchanged.

CONCLUSION:
1. L-RADS Category 2: Benign CT chest lung cancer screening exam. There are benign stable bilateral pulmonary nodules. A right upper lobe pulmonary nodule is stable in size including to exam 2012 although has increased in attenuation since that time.  Continued surveillance is indicated.
2. Mild emphysematous disease.
3. RECOMMENDATION: Annual screening.

Dictated by: Patrick McDonnell, M.D. on 1/04/2019 at 8:38
Transcribed by: PB on 1/04/2019 at 8:53
Electronically Signed by: Patrick McDonnell, M.D. on 1/04/2019 at 11:54

Dictated By:    McDonnell, Pat J MD
Signed By:

Dictated By:          McDonnell, Pat J MD

Signed By:                          01/04/19 1154

DD/DT: 01/04/19 0838
TD/TT: 01/04/19 1154
Transcriptionist: PAB

Cat Scan Report   0104-0015

Patient Name:          Patrick E                    Acct #:  C00001086712

Name:        Patrick                        DOB:      /1953                            Date:

CARD-ASB0347023

0031

| Person ID | ID | Last Name | First Name | Middle Name | Visit Date | Birth Date | CXR Screening type | CT Screening type | Visit | Age | Age Category | Weight | Height | Race | Residency | New Pt? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3329 | | | | | 9/16/2013 | | 1 | 2 | | 49 | Between age 35-49 | | | Caucasian | 3 | |
| 3330 | 657827 | W█ | Patrick | E. | 6/11/2015 | 1953 | 1 | | | 62 | Between age 50-64 | 173 | 74 | Caucasian | 1 | |
| 3330 | 657827 | W█ | Patrick | E. | 3/28/2012 | 1953 | 1 | 1 | 1 | 59 | Between age 50-64 | 169 | 74 | Caucasian | 1 | |
| 3331 | | | | | 7/10/2012 | | 1 | 1 | 1 | 33 | Under age 35 | 152 | 67 | Caucasian | 3 | |

**Exhibit 13-32**

| Person ID | ID | Last Name | First Name | Seen MD? | Recall Class (1, 3, or 5 yrs) | Smoker | Quit smoking since previous Screening | Diagnostic Track | Diagnosis Appt | FOBT |
|---|---|---|---|---|---|---|---|---|---|---|
| 3329 | | | | | 3 | 1 | 2 | 0 | CT | 4/15/2014 | N |
| 3330 | 657827 | W▮▮▮ | Patrick | | 4 | 1 | 2 | 1 | CT | 6/23/2015 | Y |
| 3330 | 657827 | W▮▮ | Patrick | | 3 | 1 | 1 | 0 | CT | 4/9/2012 | Deferred |
| 3331 | | | | 3 | 2 | 1 | 0 | CT | 7/12/2012 | N |

**Exhibit 13-33**

| Person ID | ID | Last Name | First Name | FOBT Mailed Date | FOBT Returned | FOBT Returned Date | FOBT Results | Pt Notified of FOBT | NCM phone f/u? | NCM phone notes | Grace A/D | Grace Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3329 | | | | | | | | | | | | |
| 3330 | 657827 | Welch | Patrick | | | | | | | | | |
| 3330 | 657827 | | Patrick | | | | | | | | | |
| 3331 | | | | | | | | | | | | |

**Exhibit 13-34**

| Person ID | ID | Last Name | First Name | ATSDR | ARD | Pilot Interest | ARD Medicare Interest | ARD Medicare | CXR Date | CXR Set | 2nd Set | CARD (CXR) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3329 | | | | | 2 | | | 2 | 8/29/2013 | 3X016 | | |
| 3330 | 657827 | Welch | Patrick | | 1 | | | 1 | 6/11/2015 | 4X073 | | |
| 3330 | 657827 | W | Patrick | | 2 | | | 1 | 3/28/2012 | 1X053 | | |
| 3331 | | | | | 2 | | | 1 | 7/10/2012 | 2X002 | | |

**Exhibit 13-35**

| Person ID | ID | Last Name | First Name | CARD CXR (parenchymal) | CARD CXR (pleural) | B-Read1 (parenchymal) | B-Read1 (pleural) | B-Read2 (parenchymal) | B-Read2 (pleural) | CXR PR Set |
|---|---|---|---|---|---|---|---|---|---|---|
| 3329 | | | | N | N | N | N | | | |
| 3330 | 657827 | | Patrick | N | E | N | | | | |
| 3330 | 657827 | | Patrick | N | N | N | N | | | |
| 3331 | | | | N | N | N | N | | | |

**Exhibit 13-36**

| Person ID | ID | Last Name | First Name | PR3 B-Read (parenchymal) | PR3 B-Read (pleural) | PR3 B-Reader Name | PR4 B-Read (parenchymal) | PR4 B-Read (pleural) | PR4 B-Reader Name | PR1 B-Read SentDate |
|---|---|---|---|---|---|---|---|---|---|---|
| 3329 | | | | | | | | | | |
| 3330 | 657827 | V | Patrick | | | | | | | |
| 3330 | 657827 | V | Patrick | | | | | | | |
| 3331 | | | | | | 3 /B | | | | |

**Exhibit 13-37**

| Person ID | ID | Last Name | First Name | PR1 B-Read (parenchymal) | PR1 B-Read (pleural) | PR1 B-Reader Name | PR2 B-Read (parenchymal) | PR2 B-Read (pleural) | PR2 B-Reader Name |
|---|---|---|---|---|---|---|---|---|---|
| 3329 | | | | | | | | | |
| 3330 | 657827 | W█████ | Patrick | | | | | | |
| 3330 | 657827 | W███ | Patrick | | | | | | |
| 3331 | | | | | | | | | |

**Exhibit 13-38**

| Person ID | ID | Last Name | First Name | CARD CXR (parenchymal) | CARD CXR (pleural) | B-Read1 (parenchymal) | B-Read1 (pleural) | B-Read2 (parenchymal) | B-Read2 (pleural) | CXR PR Set |
|-----------|-----|-----------|------------|------------------------|---------------------|-----------------------|--------------------|-----------------------|--------------------|------------|
| 3329 | | | | N | | N | | N | | |
| 3330 | 657827 | W■ | Patrick | N | E | N | | N | | |
| 3330 | 657827 | V | Patrick | N | | N | | N | | |
| 3331 | | | | N | | N | | N | | |

**Exhibit 13-39**

| Person ID | ID | Last Name | First Name | ATSDR | ARD | Pilot Interest | ARD Medicare Interest | ARD Medicare | CXR Date | CXR Set | 2nd Set | CARD (CXR) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3329 | | | | | 2 | | | 2 | 8/29/2013 | 3X016 | | |
| 3330 | 657827 | W███ | Patrick | | 1 | | | 1 | 6/11/2015 | 4X073 | | |
| 3330 | 657827 | W███ | Patrick | | | | | 1 | 3/28/2012 | 1X053 | | |
| 3331 | | | | | 2 | | | 1 | 7/10/2012 | 2X002 | | |

**Exhibit 13-40**

| Person ID | ID | Last Name | First Name | FOBT Mailed Date | FOBT Returned | FOBT Returned Date | FOBT Results | Pt Notified of FOBT | NCM phone f/u? | NCM phone notes | Grace A/D | Grace Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3329 | | | | | | | | | | | | |
| 3330 | 657827 | | Patrick | | | | | | | | | |
| 3330 | 657827 | | Patrick | | | | | | | | | |
| 3331 | | | | | | | | | | | | |

**Exhibit 13-41**

| Person ID | ID | Last Name | First Name | Seen MD? | Recall Class (1, 3, or 5 yrs) | Smoker | Quit smoking since previous Screening | Diagnostic Track | Diagnosis Appt | FOBT |
|---|---|---|---|---|---|---|---|---|---|---|
| 3329 | | | | 3 | 1 | 2 | 0 | CT | 4/15/2014 | N |
| 3330 | 657827 | W | Patrick | 4 | 1 | 2 | 1 | CT | 6/23/2015 | Y |
| 3330 | 657827 | W | Patrick | 3 | 1 | 1 | 0 | CT | 4/9/2012 | Deferred |
| 3331 | | | | 3 | 2 | 1 | 0 | CT | 7/12/2012 | N |

**Exhibit 13-42**

| Person ID | ID | Last Name | First Name | Middle Name | Visit Date | Birth Date | CXR Screening type | CT Screening type | Visit | Age | Age Category | Weight | Height | Race | Residency | New Pt? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3329 | | | | | 9/16/2013 | | 1 | 2 | | 49 | Between age 35-49 | | | Caucasian | 3 | 3 |
| 3330 | 657827 | W | Patrick | E. | 6/11/2015 | /1963 | 1 | | 1 | 62 | Between age 50-64 | 173 | 74 | Caucasian | 1 | 2 |
| 3330 | 657827 | W | Patrick | E. | 3/28/2012 | /1953 | 1 | 1 | 1 | 59 | Between age 50-64 | 169 | 74 | Caucasian | 1 | 3 |
| 3331 | | | | | 7/10/2012 | | 1 | 1 | 1 | 33 | Under age 35 | 152 | 67 | Caucasian | 3 | |

**Exhibit 13-43**

███19  12:04   Cabinet Peaks Medical Center Laboratory Libby, Montana (406)283-7770          Page  2

No pathologic mediastinal or hilar adenopathy is observed.  The included unenhanced upper abdomen demonstrates marked right renal atrophy.  There is chronic anterior tapering of at least 2 mid thoracic vertebra, unchanged.

CONCLUSION:
1. L-RADS Category 2: Benign CT chest lung cancer screening exam. There are benign stable bilateral pulmonary nodules. A right upper lobe pulmonary nodule is stable in size including to exam 2012 although has increased in attenuation since that time.  Continued surveillance is indicated.
2. Mild emphysematous disease.
3. RECOMMENDATION: Annual screening.

Dictated by: Patrick McDonnell, M.D. on 1/04/2019 at 8:38
Transcribed by: PB on 1/04/2019 at 8:53
Electronically Signed by: Patrick McDonnell, M.D. on 1/04/2019 at 11:54

Dictated By:    McDonnell, Pat J MD
Signed By:

Dictated By:              McDonnell, Pat J MD

Signed By:                          ███19 1154

DD/DT:    ███19 0838
TD/TT:    ███19 1154
Transcriptionist: PAB

---

**Cat Scan Report   0104-0015**

Patient Name: W███,Patrick E                    Acct #: C00001086712

---

Name: W███, Patrick          DOB: ███1953          Date:

**Exhibit 13-44**

01/04/19  12:04   Cabinet Peaks Medical Center Laboratory Libby, Montana (406)283-7770          Page  1

### Cabinet Peaks Medical Center
### 209 Health Park Drive
### Libby, MT 69923
### (406)-283-7000

**Cat Scan Report**
**Signed   0104-0015**

**Patient:** W___, Patrick E                          **MR #:** M000057213
**DOB:** ___ 1953                                     **Acct #:** C00001086712
**Age/Sex:** 65 / M                                   **Admit Date:** 01/03/19
**Patient Location:** IMAG /                          **Order Number:** 0103-0004
**Attending Physician:** Black,Brad DR                **Accession Number(s):** A0000041310
**Ordering Physician:** BLACK,BRAD M.D.

**cc:**
BLACK,BRAD M.D.

---

PROCEDURE:   CT: ELCAP LUNG CANCER SCREENING - LOW DOSE CHEST WITHOUT
CONTRAST

COMPARISON:   3/29/2012, 6/11/2015, 8/31/2016, PET CT 1/4/2013

INDICATIONS:   Lung cancer screening.  Known pulmonary nodules. High
risk screening exam.

TECHNIQUE:   CT imaging of the thorax was performed without IV
contrast material using low dose technique.

FINDINGS:
In the right upper lobe, spiculated solid pulmonary nodule measuring 9
x 13 mm is stable to CT 8/31/2016 and is stable to decreased in size to
the CT 3/29/2012 at which time it measured 13 x 13 mm although has
increased in density when compared to the study in 2012 at which time
it was semi-solid.  There is subjacent pleural reaction, focal
thickening and linear parenchymal opacity showing architectural
distortion and slight bronchiolectasis.  Findings would suggest a focal
scar.  Likewise, in the superior segment of the right lower lobe, there
is a plaque-like pulmonary nodule measuring 7 x 13 mm axial dimension,
which is stable to previous imaging.  It has subjacent architectural
distortion and intensity major fissure with posterior retraction.  It
is most compatible with a focal scar as well.  Mild paraseptal
emphysematous change at the lung apices.  Posterior left lower lobe
subpleural pulmonary nodule measuring 6 mm is stable to previous
imaging and felt to be stable to the remote exam in 2012 obtained with
5 mm thick sections.  No developing pulmonary nodules are found.  There
is a pulmonary granuloma present in the right lower lobe measuring 3 mm
and appears calcified (image 106/297) and a second calcified pulmonary
nodule seen on image 115/297 measuring 3 mm. Additional scattered
micro-nodules are also seen in each lung, which are unchanged.  There
is no new or enlarging pulmonary nodule identified.

No pleural or pericardial effusion.  No definite pleural or
hemidiaphragmatic plaques.  There are coronary arterial calcifications.

---

**Cat Scan Report   0104-0015**

**Patient Name:** W___ Patrick E                      **Acct #:** C00001086712

---

Name: W___ Patrick                          DOB: ___ 1953                          Date:

CARD-ASB0347022

01/03/2019
W███, Patrick

**Abdomen:** Abnormal shrunken but stable appearance of the right kidney is noted, as well as compensatory hypertrophy of the left kidney.

**IMPRESSIONS:**
1. Multiple solid nodules are unchanged from 2012.
2. Emphysema: Mild.
3. The Visual Coronary Artery Calcium (CAC) Score is 8. Since your Visual CAC Score is above 3, we recommend that you consult with your physician for a clinical interpretation, as you may be at risk for coronary artery disease.

**RECOMMENDATON: Annual repeat CT in one year on January 3, 2020.**

Thank you for the courtesy of this referral.

Sincerely,
**David F. Yankelevitz, MD**
*Electronically signed*

**References:**
Recommendations for nodules and other findings are detailed in the I-ELCAP Protocol.
A summary and the full I-ELCAP protocol can be viewed at: http://ielcap.org/protocols.

| ORDINAL SCORE | AGATSTON SCORE | RISK | RECOMMENDATIONS* |
|---|---|---|---|
| 0 | 0 | Very low | • Healthy lifestyle |
| 1-3 | 1-100 | Mild to moderately increased | • Healthy lifestyle<br>• Moderate statin<br>• ASA |
| 4-12 | >100 | Moderate to severely increased | • Healthy lifestyle<br>• Very intensive statin + second drug as needed<br>• ASA<br>• Consider functional testing to r/o obstruction<br>• Aggressive BP lowering<br>• Referral to internist or preventive cardiologist |

1. Shemesh J, Henschke CI, Shaham D, et al. Ordinal scoring of coronary artery calcifications on low-dose CT scans of the chest is predictive of death from cardiovascular disease. Radiology. 2010; 257: 541-8.
2. Htwe Y, Cham MD, Henschke CI, et al. Coronary artery calcification on low-dose computed tomography: comparison of Agatston and Ordinal Scores. Clinical imaging. 2015; 39: 799-802.
*3. Expert Work Group Members. 2016 SCCT/STR Guidelines for Coronary Artery Calcium Scoring of Noncontrast Noncardiac CT Scans. A report of the Society of Cardiovascular Computed Tomography / Society of Thoracic Radiology.

2 / 2

**Exhibit 13-46**

///\\
**Mount**    *Faculty Practice*
**Sinai**    *P: 212-241-2813*
**Doctors**   *F: 212-241-9655*

**Patient:**    W▮▮ Patrick
**ID:**    LMT0333
**DOB:**    ▮▮▮▮1953
**Exam Date:** 01/03/2019

**Clinical Information:** CT screening for asbestos exposure.

**Comparison CT Scans:** Annual repeat. Comparisons: 01/11/2018, 08/31/2016, 06/11/2015, 03/29/2012.

**Description:** CT examination of the entire thorax was performed at low-dose CT settings. Images were obtained at 1.25 mm slice thickness. Multiplanar reconstructions were performed.

**Lung nodules:**

- RLL Nodule 1 is noncalcified, spiculated, solid, 12.4 mm x 5.7 mm, irregularly marginated edges, unchanged (series 2, image 103).
- RUL Nodule 2 is noncalcified, solid, 11.3 mm x 8.7 mm, smooth edges, unchanged (series 2, image 83).
- LLL Nodule 3 is noncalcified, solid, 5 mm x 4 mm, smooth edges, unchanged (series 2, image 128).
- LLL Nodule 4 is noncalcified, solid, 2 mm x 2 mm, smooth edges, unchanged (series 2, image 84).
- Previously seen LUL Nodule 5 has resolved.
- RLL Nodule 6 is noncalcified, solid, 8.5 mm x 5.8 mm, smooth edges, unchanged (series 2, image 122).

**Other lung findings:** Bilateral apical scarring.

**Emphysema:** Mild.

**Pleura:** No pleural effusions.

**Coronary Artery Calcifications:** Extensive in left main, extensive in left anterior descending, none in circumflex, and moderate in right coronary. The Visual Coronary Artery Calcium (CAC) Score is 8.

**Aortic Calcifications:** Minimal.

**Cardiac Findings:** No pericardial effusion.

Widest main pulmonary artery diameter is 20.5 mm. Widest ascending aortic diameter at the same level is 33.8 mm. The ratio is 0.61.

**Mediastinum:** No abnormalities.

Name: W▮▮, Patrick        DOB: ▮▮▮1953        Date:

CARD-ASB0347020
0028

**Exhibit 13-47**

W███, Patrick
1/11/2018

**Cardiac Findings:** No pericardial effusion.

Widest main pulmonary artery diameter is 20.9 mm. Widest ascending aortic diameter at the same level is 33.5 mm. The ratio is 0.62.

**Mediastinum:** No abnormalities.

**Abdomen:** Atrophic change is noted in the right kidney, unchanged.  There is compensatory hypertrophy of the left kidney.

**IMPRESSION:**

1. Previously seen LUL nodule, newly seen on 8/31/2016, has resolved on the current scan.
2. Other nodules are unchanged.
3. Emphysema: Minimal.
4. The Visual Coronary Artery Calcium (CAC) Score is 8. Since your Visual CAC Score is above 3, we recommend that you consult with your physician for a clinical interpretation, as you may be at risk for coronary artery disease.

**Recommendations: Annual repeat CT in one year on January 11, 2019.**

Thank you for the courtesy of this referral.

Sincerely,

David F Yankelevitz, MD

Electronically signed

Name: W███, Patrick                    DOB: ████1953                    Date:

CARD-ASB0347025
0027

**Exhibit 13-48**



*1-24-18*
*Results given by*
*Miles Miller, PA*
*1-15-18*

*3-22-18*
*Doc Clatter*
*4-03-18*
*Faxed to PCP*
*off*

**Mount Sinai Doctors**   *Faculty Practice*

P: (212) 241-2420
F: (212) 241-9655

Patient: W████ Patrick
ID: LMT0333
DOB: ████1953
Date of exam: 1/11/2018

**Clinical Information:** CT screening for asbestos exposure.

**Comparison CT Scans:** Annual repeat. Comparisons: 8/31/2016, 6/11/2015, 3/29/2012.

**Description:** CT examination of the entire thorax was performed at low-dose CT settings. Images were obtained at 1.25 mm slice thickness. Multiplanar reconstructions were performed.

**Lung nodules:**

- RLL Nodule 1 is noncalcified, spiculated, solid, 12.4 mm x 5.7 mm, irregularly marginated edges, unchanged (series 2, image 111).
- RUL Nodule 2 is noncalcified, solid, 11.3 mm x 8.7 mm, smooth edges, unchanged (series 2, image 88).
- LLL Nodule 3 is noncalcified, solid, 5 mm x 4 mm, smooth edges, unchanged (series 2, image 137).
- LLL Nodule 4 is noncalcified, solid, 2 mm x 2 mm, smooth edges, unchanged (series 2, image 95).
- Previously seen LUL Nodule 5 has resolved.
- LLL Nodule 6 is noncalcified, solid, 8.5 mm x 5.8 mm, smooth edges, seen in retrospect with no change (series 2, image 130).

**Other lung findings:** Bilateral apical scarring.

**Emphysema:** Minimal.

**Pleura:** No pleural effusions.

**Coronary Artery Calcifications:** Extensive in left main, extensive in left anterior descending, none in circumflex, and moderate in right coronary. The Visual Coronary Artery Calcium (CAC) Score is 8.

**Aortic Calcifications:** Minimal.

Name: W████, Patrick                     DOB: ████1953                     Date: ____

CARD-ASB0347024
0026

**Exhibit 13-49**

01/12/18  08:49   Cabinet Peaks Medical Center Laboratory Libby, Montana (406)283-7770          Page  2

CONCLUSION:
1. Unchanged pulmonary nodules.  L-RADS Category 2 - Benign appearance
or behavior.  Nodule(s) with a very low likelihood of becoming a
clinically active cancer due to size or lack of growth.  <1%
probability of malignancy.  Estimated population prevalence is 90%.
Recommendation: Continue annual screening with LDCT in 12 months.
2. Endobronchial material within the lower lobes may represent sequela
of bronchitis or aspiration.
3. Coronary artery calcifications
4. Unchanged atrophy of the right kidney.

Dictated by: Kelly Kieper, M.D. on 1/12/2018 at 8:30
Electronically Signed by: Kelly Kieper, M.D. on 1/12/2018 at 8:45

Dictated By:    KIEPER,KELLY M.D.
Signed By:

Dictated By:              KIEPER,KELLY M.D.

Signed By:                     01/12/18 0845

DD/DT: 01/12/18 0845
TD/TT: 01/12/18 0845
Transcriptionist: KK

Cat Scan Report   0112-0011

Patient Name: W████,Patrick E              Acct #: C00001039543

Name: W████, Patrick                    DOB: ████1953                    Date:

CARD-ASB0347034
0025

**Exhibit 13-50**

01/12/18  08:49   Cabinet Peaks Medical Center Laboratory Libby, Montana (406)283-7770        Page  1

**Cabinet Peaks Medical Center**
209 Health Park Drive
Libby, MT  69923
(406)-283-7000

Cat Scan Report
Signed   0112-0011

**Patient:** W___ Patrick E
**DOB:** ___/1953
**Age/Sex:** 65 / M
**Patient Location:** IMAG /
**Attending Physician:** Black, Brad DR
**Ordering Physician:** BLACK,BRAD M.D.

**MR #:** M000057213
**Acct #:** C00001039543
**Admit Date:** 01/11/18
**Order Number:** 0111-0010
**Accession Number(s):** A0000020204

**cc:**
BLACK,BRAD M.D.

---

PROCEDURE:   CT: CHEST, LOW DOSE LUNG CANCER SCREENING

COMPARISON:   Cabinet Peaks Medical Center, CT, CT CHEST LOW DOSE
W/O, 8/31/2016, 13:12.  Cabinet Peaks Medical Center, CT, CT CHEST W/O,
6/11/2015, 12:49.

INDICATIONS:    Patient presents for lung cancer screening.

TECHNIQUE:   CT imaging of the thorax was performed without IV
contrast material using low dose technique. CT dose-reducing technique
was utilized.

FINDINGS:
There is atherosclerotic plaque within the aorta and its branch
vessels. There are coronary artery calcifications.  No pericardial
effusion.

No enlarged lymph nodes in the chest.

No pleural effusion or pneumothorax.  No pleural plaque.

There is endobronchial material within bilateral lower lobe bronchi.
The central airways are otherwise patent.  The lungs are well aerated.
There is an unchanged part solid right upper lobe pulmonary nodule
measuring 1.2 x 1.2 cm on series 6 image 23/74.  Unchanged superior
segment right lower lobe scar with tethering of the adjacent major
fissure.  There is an unchanged 5 mm ground-glass nodule with in the
left lower lobe on series 6, image 35/74.

No new nodules or masses.

There is atherosclerotic plaque within the abdominal vasculature.  The
right kidney is atrophic.

Healed traumatic posterior left 10th rib fracture.  No aggressive
osseous lesions.

---

Cat Scan Report   0112-0011

**Patient Name:** W___,Patrick E              Acct #:  C00001039543

---

Name: W___, Patrick              DOB: ___1953                    Date:

CARD-ASB0347033
0024

**Exhibit 13-51**

W███, Patrick
8/31/2016

2. Htwe Y, Cham MD, Henschke CI, et al. Coronary artery calcification on low-dose computed tomography: comparison of Agatston and Ordinal Scores. Clinical imaging. 2015; 39: 799-802.

*3. Expert Work Group Members. 2016 SCCT/STR Guidelines for Coronary Artery Calcium Scoring of Noncontrast Noncardiac CT Scans. A report of the Society of Cardiovascular Computed Tomography / Society of Thoracic Radiology.

**Exhibit 13-52**

W█████, Patrick
8/31/2016

## Impression:

Left upper lobe new nodule (diameter of 2.9 mm) is noted.  Other nodule(s) unchanged, as described above.

The Visual Coronary Artery Calcium (CAC) Score is 8. Since your Visual CAC Score is above 3, we recommend that you consult with your physician for a clinical interpretation, as you may be at risk for coronary artery disease.

## Recommendations:

**Annual repeat CT in one year on 31/Aug/2017 for follow-up of the new left upper lobe nodule.**

Thank you for the courtesy of this referral.

Sincerely,

Claudia I Henschke, PhD, MD

Electronically signed

| ORDINAL SCORE | Agatston Score | RISK | RECOMMENDATIONS* |
|---|---|---|---|
| 0 | 0 | Very low | • Healthy lifestyle |
| 1-3 | 1-100 | Mild to moderately increased | • Healthy lifestyle<br>• Moderate statin<br>• ASA |
| 4-12 | >100 | Moderate to severely increased | • Healthy lifestyle<br>• Very intensive statin + second drug as needed<br>• ASA<br>• Consider functional testing to r/o obstruction<br>• Aggressive BP lowering<br>• Referral to internist or preventive cardiologist |

Reference:

1. Shemesh J, Henschke CI, Shaham D, et al. Ordinal scoring of coronary artery calcifications on low-dose CT scans of the chest is predictive of death from cardiovascular disease. Radiology. 2010; 257: 541-8.

Name: W█████, Patrick                     DOB: █████1953                     Date:

**Exhibit 13-53**



*9-15-16*
*Patient given LCS results by S. Loewen DO at 9-8-16 visit.*
*T. McNair*

**Mount Sinai Doctors**    *Faculty Practice*

P: (212) 241-2420
F: (212) 241-9655

Patient: W____, Patrick
ID: LMT0333
DOB: ____ 1953
Date of exam: 8/31/2016

**Clinical Information:** CT screening for asbestos exposure

**Comparison CT Scans:** Annual repeat. Comparisons: 11/Jun/2015 29/Mar/2012.

**Description:** CT examination of the entire thorax was performed at low-dose CT settings. Images were obtained at 1.25 mm slice thickness. Multiplanar reconstructions were performed.

**Lung nodules:**

- RLL Nodule 1 is non-calcified, spiculated, solid, 12.4 mm x 5.7 mm, irregularly marginated edges, unchanged since 2012. (series 2, image 107).
- RUL Nodule 2 is non-calcified, solid, 11.3 mm x 8.7 mm, smooth edges, unchanged since 2012. (series 2, image 77).
- LLL Nodule 3 is non-calcified, solid, 5 mm x 4 mm, smooth edges, unchanged since 2012. (series 2, image 141).
- LLL Nodule 4 is non-calcified, solid, 2 mm x 2 mm, smooth edges, unchanged since 2012. (series 2, image 99).
- LUL Nodule 5 is non-calcified, solid, 2.9 mm x 2.9 mm, smooth edges, is newly seen. (series 2, image 96).  It is attached to the adjacent pleura.

**Emphysema:** Minimal.

**Other lung findings:** Bilateral apical scarring.

**Pleura:** No pleural effusions.

**Coronary Artery Calcifications:** extensive in left main, extensive in left anterior descending, none in circumflex, and moderate in right coronary. The Visual Coronary Artery Calcium (CAC) Score is 8.

**Aortic Calcifications:** minimal.

**Cardiac Findings:** No pericardial effusion.

**Mediastinum:** No abnormalities.

**Abdomen:** Abnormal but stable appearance of the right kidney is noted, as well as compensatory hypertrophy of the left kidney

Name: W____, Patrick                    DOB: ____ 1953                    Date:

**Exhibit 13-54**

.8:31 SJLH (406)293-0138   The info contained in this fax is privileged and confidential and for the sole use of the intended recipient

3. Right renal atrophy.

Dictated by: Kelly Kieper, M.D. on 8/31/2016 at 14:03
Electronically Signed by: Kelly Kieper, M.D. on 8/31/2016 at 14:20

Dictated by: KELLY KIEPER M.D., M.D.

Electronically signed by: KIEPER, KELLY M.D., M.D.
08/31/16 1420

KIEKE/KK
08/31/16 1420    08/31/16 1420

IMAGING REPORT - MEDITOR

NAME: W█████,PATRICK E    MR#: M000057213    Rpt#: 0831-0059
ACCT#: AA0000889643

Name: W███, Patrick                    DOB: ████1953                    Date:

CARD-ASB0347039
0020

**Exhibit 13-55**

Electronically Signed By: Black,Brad MD on 04/2018 11:54:32 AM ...vileged and confidential and for the sole use of the intended recipient

CABINET PEAKS MEDICAL CENTER
209 HEALTH PARK DRIVE
LIBBY, MONTANA 59923

Page 1 of 1

## REPORT STATUS:  Signed

**Patient:** W████,PATRICK E   **Date:** 08/31/16
**Patient BD:** ███/1953   **Patient location:** L IMAGING   Rm #:
**Ordering Dr:** BLACK, BRAD M.D.

cc:
BLACK,BRAD M.D.

Exam Date and Time: 08/31/2016  13:12
PROCEDURE:   CT: CHEST, LOW DOSE

COMPARISON:   ST JOHN'S LUTHERAN HOSPITAL, CT, CHEST W/O CONTRAST,
3/29/2012, 13:02  NORTHWEST IMAGING, NUC, PET GENERIC, 1/04/2013,
10:25.  Cabinet Peaks Medical Center, CT, CT CHEST W/O, 6/11/2015,
12:49.

INDICATIONS:   Lung cancer screening.

TECHNIQUE:   CT imaging of the thorax was performed without IV
contrast material using low dose technique.

FINDINGS:
Calcified plaque is present within the thoracic aorta and its branch
vessels. There are coronary artery calcifications. No pericardial
effusion. No enlarged thoracic lymph nodes. No pleural plaque. No
pleural effusion or pneumothorax.

No new enlarging pulmonary nodules or masses. There is a predominantly
solid 1.1 x 0.9 cm right upper lobe pulmonary nodule image 39/152 which
is unchanged in size compared to ███/2013. There is an unchanged
irregular curvilinear opacity within the superior segment of the right
lower lobe which tethers the adjacent interlobar fissure. There is a
unchanged 6 mm nodule in the posterior left lower lobe on image 71/52.

The right kidney is atrophic.

No aggressive osseous lesions.

CONCLUSION:
1. No new enlarging pulmonary nodules or masses. Previously
demonstrated pulmonary nodules measuring up to 1.1 cm in the right
upper lobe are unchanged in size. (Lung-RADS 2)
2. Coronary artery calcifications.

IMAGING REPORT - MEDITOR

NAME: W████,PATRICK E      MR#: M000057213   Rpt#: 0831-0059
ACCT#: AA0000889643

65 7887

Name: W████, Patrick                    DOB: ████1953                    Date:

CARD-ASB0347038

0019

**Exhibit 13-56**

Jul. 21. 2015  1:59PM   SHMC RADIOLOGY                    No. 1129   P.  3/3 of 1

**Sacred Heart Medical Center**
**101 W 8th**
**Spokane, WA 99202**
**(509) 474-3131**

WE███ PATRICK E        DOB: 0███953  Age at exam: 62 Y, 6 M  Sex: M   MRN: 60003362530
ACC: 7809459PHS        Exam: XR CHEST INSPIRATION OR EXPIRATION ONOrg: SHM
07/10/2015 2:29 PM PDT   Ex. Sts: F   Report Status: Finalized        Perf. Resource: SHMXR-1

Signs and Symptoms: Post lung biopsy. Dr. Griffitts to read stat
Visit Pt Loc:  WSH IRINTR  Phone:

Attending:   PROVIDER, NO ATTENDING
Requesting:  GRIFFITTS, BRADLEY D, MD R1

**Diagnostic report text**

CHEST X-RAY ONE VIEW EXPIRATION

CLINICAL INFORMATION:
Post lung biopsy.

COMPARISON:
CT 7/10/2015

FINDINGS:
No evidence of pneumothorax. There is ill-defined focal 2.5 cm
opacity right upper lung. This corresponds to CT same day.
Surrounding opacity consistent with some focal hemorrhage.

IMPRESSION:
No evidence for pneumothorax following CT-guided lung biopsy. Patchy
opacity right upper lung around the nodular opacity consistent with
some parenchymal hemorrhage.

Responsible & Contributing Providers
REMEDIOS, PETER A, MD

End of Report for ACC: 7809459PHS

http://pacs.inlandimaging.com/imagecast/ClinicalExamNotes/CENPrintReport.asp?Activit...  7/21/2015

Name: W███, Patrick                    DOB: ███1953                    Date:

CARD-ASB0347040
0018

**Exhibit 13-57**

.5:29 SJLH (406)293-0138  The info contained in this fax is privileged and confidential and for the sole use of the intended recipient

Small, stable appearing subpleural focus of presumed scar again seen
along the right major fissure.

No finding to suggest asbestos related disease.

Dictated by: Peter E. Humphrey, M.D. on 6/11/2015 at 15:05
Electronically Signed by: Peter E. Humphrey, M.D. on 6/11/2015 at 15:24

Dictated by: PETER E HUMPHREY M.D., M.D.

Electronically signed by: HUMPHREY, PETER E M.D., M.D.
06/11/15 1524

HUMPE/ph
06/11/15 1524    06/11/15 1524

IMAGING REPORT - MEDITOR

NAME: W███ PATRICK E        MR#: M000057213    Rpt#: 0611-0042
ACCT#: AA0000849648

Name: W███, Patrick                            DOB: ███1953                        Date:

CARD-ASB0347043

0017

**Exhibit 13-58**

Electronically Signed By: Miller, Miles PA 11/02/2017 08:44:21 AM
.3129 SJLH (406)293-0136   The info contained in this fax is privileged and confidential and for the sole use of the intended recipient

CABINET PEAKS MEDICAL CENTER
209 HEALTH PARK DRIVE
LIBBY, MONTANA 59923

Page 1 of 1

## REPORT STATUS:   Signed

**Patient:** W_____,PATRICK E   **Date:** 06/11/15
**Patient BD:** _____/1953   **Patient location:** L.IMAGING   Rm #:
**Ordering Dr:** MILLER, MILES PC-A

cc:
MILLER,MILES PA-C

Exam Date and Time: 06/11/2015   12:49
PROCEDURE:    CT: CHEST WITHOUT CONTRAST

COMPARISON:    ST JOHN'S LUTHERAN HOSPITAL, CT, CHEST W/O CONTRAST,
3/29/2012, 13:02.

INDICATIONS:    History of asbestos exposure with dyspnea.

TECHNIQUE:    Helical axial images were performed (without contrast)
with multiplanar reconstructions.

FINDINGS:
No mediastinal adenopathy or pericardial effusion. Coronary
calcifications. No lesion in the large central airways.

Mild bilateral apical paraseptal emphysema. The peripheral right upper
lobe pulmonary nodule (3/21) is not significantly changed in greatest
size at 1.2 cm but may be slightly increased in CC dimension and 0.6
cm. This has a somewhat semisolid appearance. Small subpleural focus of
scar again seen along the interlobar fissure at the level of the
superior segment right upper lobe. No new pulmonary nodule. No soft
tissue or calcified pleural plaques or interstitial findings concerning
for asbestos related disease. No pleural effusion.

Visible portion of the upper abdomen shows abnormal but stable
appearance of the right kidney that suggests sequela of a remote
insult. There is compensatory hypertrophy of the left kidney. No
aggressive skeletal lesion.

CONCLUSION:
There may be slight interval increase in CC dimension of the semisolid
appearing right upper lobe pulmonary nodule, which is not significantly
changed in size at 1.2 cm in greatest axial dimension. Given the
semisolid composition continued followup is suggested with surveillance
chest CT in 12 months.

IMAGING REPORT - MEDITOR

NAME: W_____,PATRICK E    MR#: M000057213   Rpt#: 0611-0042
ACCT#: AA0000849648

---

Name: W____, Patrick                    DOB: _____1953                    Date:

CARD-ASB0347042
0016

**Exhibit 13-59**

Electronically Signed by: Miller, Miles PA-C on 06/11/2015 10:30 PM privileged and confidential and for the sole use of the intended recipient

CABINET PEAKS MEDICAL CENTER
209 HEALTH PARK DRIVE
LIBBY, MONTANA 59923

Page 1 of 1

**REPORT STATUS:  Signed**

**Patient:** W[REDACTED],PATRICK E   **Date:** 06/11/15
**Patient BD:** [REDACTED]1953   **Patient location:** L IMAGING   Rm #:
**Ordering Dr:** MILLER, MILES PC-A

cc:
MILLER,MILES PA-C

Exam Date and Time: 06/11/2015  09:24
PROCEDURE:   RADIOGRAPH: CHEST, SINGLE VIEW

COMPARISON:   Chest x-ray March 2012.

INDICATIONS:   History of asbestos exposure.

FINDINGS:
No pleural based thickening or plaquing is noted.  No interstitial
fibrosis is seen.  In the right upper lobe there is a vague faint mass
that measures about 1 cm in diameter that has irregular outer margins.
This could feasibly represent a pleural based plaque although I cannot
exclude a lung parenchymal lesion.  The patient should have CT scan for
follow-up.

CONCLUSION:
An irregular faint 1 cm mass overlying the right upper that could
feasibly represent a pleural based plaque or a lung parenchymal tumor.
The patient should have a CT scan. This is new from the 2012 film. No
changes of asbestosis are noted otherwise.

Dictated by: Stephen Becker, M.D. on 6/11/2015 at 10:01
Transcribed by: PB on 6/11/2015 at 11:26
Electronically Signed by: Stephen Becker, M.D. on 6/15/2015 at 10:24

Dictated by: STEPHEN BECKER , M.D.

Electronically signed by: BECKER, STEPHEN , M.D.
06/15/15 1024

IMAGING REPORT - MEDITOR

NAME: W[REDACTED],PATRICK E   MR#: M000057213   Rpt#: 0611-0032
ACCT#: AA0000849648

CARD-ASB0347041
0015

**Exhibit 13-60**

Feb. 1. 2013  9:12AM                                    No. 6866   P. 3/67
W...PATRICK...[GPO] HEALTHCENTER KALSPELL MT.   NVCC RADIOLOGY PET SCAN REPO... NOTE 01/04/2013 ... page 2 of 6

uptake.
PLEURA:   Negative.  No abnormal FDG uptake in the pleura.
MEDIASTINUM:   Normal.  No enlarged or hypermetabolic lymph nodes are
visualized.
CHEST WALL:   Negative.
SPINE:   There is no evidence of metabolically active bone tumor.

ABDOMEN AND PELVIS:
GI TRACT:   There is normal diffuse FDG activity  No focal area of
abnormal or suspicious uptake is seen.
LIVER:   Normal heterogenous uptake.  No focal hypermetabolic areas.

BILIARY:   Negative.
PANCREAS:   Negative.
SPLEEN:   Normal heterogenous uptake.
ADRENAL GLANDS:   Normal adrenal glands.
GENITOURINARY:   Right renal atrophy.
LYMPH NODES:   Negative.
VASCULAR:   Negative.
MUSCULOSKELETAL:   Negative  No abnormal FDG uptake

OTHER FINDINGS:   No free air or fluid.

CONCLUSION:
1. The pulmonary nodules described above and on the prior CT did not
have associated FDG uptake. However, lack of FDG uptake is not
definitive of benignity. Followup CT in 6 months or consultation with
interventional radiology regarding percutaneous transthoracic needle
biopsy is recommended.
2. No evidence of abnormal FDG uptake within the neck, abdomen, or
pelvis
3. Right renal atrophy.

Dictated by: Mike Henson, M.D. on 1/04/2013 at 13:02
Electronically Signed by: Mike Henson, M.D. on 1/04/2013 at 13:02

RADIOLOGY REPORT

NAME: W█████PATRICK E        MR#: X000093640           H00000453099

W█PATRICK E (02255)  /2253 - Page 2 of 6

CARD-ASB0347031

0014

**Exhibit 13-61**

W▮▮PATRICK E ▮▮▮▮[SPO] HEALTHCENTER KAISPELL MT.  NVCC RADIOLOGY PET SCAN REP. . NOTE 01/04/2013      page 1 of 4 ···

*MB 2/6/13*

The Imaging Center @ HealthCenter
320 Sunnyview Lane
Kalispell, MT 59901
(406)751-7533

| William Benedetto, M.D. | Hugh Cecil, M.D. | Read Vaughan, M.D. |
|---|---|---|
| Patrick McDonnell, M.D. | Anders Engdahl, M.D. | Nick Cantrell, M.D. |
| Richard Friedman, M.D. | Frank Bray, M.D. | Michael Henson, M.D. |
| D.James Schumacher, M.D. | Debra Wade, M.D. | Benjamin Pomerantz, M.D. |

**REPORT STATUS:  Signed**

Page 1      of 1

Patient: W▮▮▮PATRICK E Patient BD: ▮▮/1953                    Age: 60
Date: ▮▮▮/13    Ordering Dr: DOCTOR,NON STAFF
Patient location: H.PET   Rm #:              Patient Phone: (406)▮▮▮MSG
Rpt#: 0104 0060

CC:
MCHUGH,JAMES W MD

Exam Date and Time: 01/04/2013  10:25

**PROCEDURE:   PET GENERIC**

**COMPARISON:**   ST JOHN'S LUTHERAN HOSPITAL, CT, CHEST W/O CONTRAST,
3/29/2012, 13:02.

**INDICATIONS:**   Patient with bronchial cancer.

**TECHNIQUE:**   The patient received an intravenous injection of 14.51
mCi f 18-FDG.  The patient was imaged 90 minutes after injection on a 64
row MDCT PET scanner.  Pre-test blood glucose level was 111.
**FINDINGS:**
NECK:
BRAIN:   Normal.  Imaged portions of the brain have normal FDC
uptake.
SOFT TISSUES:   Normal.  No enlarged or hypermetabolic lymph nodes.
No masses are seen.
BONES.   There is no evidence of metabolically active bone tumor.

CHEST:
LUNGS:   In the right upper lobe, there is a 1.2 cm semisolid
pulmonary nodule with angular margins. In the superior segment of the
right lower lobe, there is a 1 cm spiculated subpleural nodule. In the
right lower lobe, there is a 1 cm irregular shaped pulmonary nodule. In
the posterior peripheral left lower lobe, there is a 6 mm semisolid
nodule. On the FDG PET scan, there is no evidence of associated FDG

RADIOLOGY REPORT

NAME: W▮▮PATRICK E           MR#: X000003640              H00000453099

CARD-ASB0347030
0013

03/28/12 11:21 SJLH (406)293-0138   The info conta    d in this fax is privileged and confidential and      he sole use of the intended recipient.   Page

ST JOHN'S LUTHERAN HOSPITAL
350 LOUISIANA AVE
LIBBY, MONTANA 59923

Page 1 of 1

## REPORT STATUS:   Signed

Patient: W▮▮▮,PATRICK E   Date: 03/28/12
Patient BD: ▮▮▮1953   Patient location: L.IMAGING   Rm #:
Ordering Dr: BOLTZ, MICHELLE L FNP

CC:
BOLTZ,MICHELLE L FNP

*MB 3/4/12*

FILE DATE: 03/27/2012

PROCEDURE:              CHEST/SINGLE VIEW

COMPARISON:             No prior films available for comparison

INDICATIONS:            ASBESTOS EXPOSURE

FINDINGS:The heart appears normal in size and configuration.  The lungs are clear.  The bony structures are
unremarkable.

CONCLUSION:
NORMAL CHEST.

NO EVIDENCE FOR CARDIOPULMONARY DISEASE.

Dictated by: STEPHEN BECKER , M.D.

<<Signature on

File>>

Electronically signed by: BECKER, STEPHEN ,

M.D.                                         03/28/12 1113

BECST/PLW
03/28/12 0947    03/28/12 1014

IMAGING REPORT - MEDITOR

NAME: W▮▮▮,PATRICK E      MR#: M000057213    ACCT#: AA0000730417
Rpt#: 0328-0015

Name: W▮▮ Patrick                      DOB: ▮▮▮1953                      Date:

CARD-ASB0347029

0012

**Exhibit 13-63**

16:45:01 Social Security Admin          HelpDesk#:8776974889   Page 3/4

WHOSE *Records to be Disclosed*                          Form Approved
                                                          OMB No. 0960-0623

NAME (*First, Middle, Last, Suffix*)
Patrick Everett W█████

SSN █████████          Birthday
                       (mm/dd/yy) █████53

W█████, PATRICK ████  /1953

5/23/2015

## AUTHORIZATION TO DISCLOSE INFORMATION TO
## THE SOCIAL SECURITY ADMINISTRATION (SSA)

**\*\* PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW \*\***

I voluntarily authorize and request disclosure (including paper, oral, and electronic interchange):

OF WHAT   *All my medical records; also education records and other information related to my ability to perform tasks. This includes specific permission to release:*

1. All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) *including, and not limited to :*
   • Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   • Drug abuse, alcoholism, or other substance abuse
   • Sickle cell anemia
   • Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   • Gene-related impairments (including genetic test results)
2. Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.
3. Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help explain function; also teachers' observations and evaluations.
4. Information created within 12 months after the date this authorization is signed, as well as past information.

FROM WHOM                          THIS BOX TO BE COMPLETED BY SSA/DDS (as needed) Additional information to identify
• All medical sources (hospitals, clinics, labs,   the subject (e.g., other names used), the specific source, or the material to be disclosed:
  physicians, psychologists, etc.) including
  mental health, correctional, addiction          C A R D CLINIC
  treatment, and VA health care facilities        LIBBY, MT 59923
• All educational sources (schools, teachers,
  records administrators, counselors, etc.)
• Social workers/rehabilitation counselors
• Consulting examiners used by SSA               Please see attached request
• Employers, insurance companies, workers        2009 to 2011 and 2014 to present
  compensation programs
• Others who may know about my condition
  (family, neighbors, friends, public officials)

TO WHOM   The Social Security Administration and to the State agency authorized to process my case (usually called "disability determination services"), including contract copy services, and doctors or other professionals consulted during the process.  [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

PURPOSE   Determining my eligibility for benefits, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage my own benefits.
          ☐ Determining whether I am capable of managing benefits ONLY (check only if this applies)

EXPIRES WHEN   This authorization is good for 12 months from the date signed (below my signature).

• I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
• I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
• I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
• SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
• I have read both pages of this form and agree to the disclosures above from the types of sources listed.

PLEASE SIGN USING BLUE OR BLACK INK ONLY If not signed by subject of disclosure, specify basis for authority to sign
INDIVIDUAL authorizing disclosure      ☐ Parent of minor   ☐ Guardian   ☐ Other personal representative (explain)

SIGN ▶   *Electronically Signed By:*
         *Patrick Everett W█████*              (Parent/guardian/personal representative sign
                                                here if two signatures required by State law) ▶

Date Signed          Street Address
06/01/15

Phone Number (with area code)   City                           State   ZIP
409-█████              LIBBY                          MT      59923

WITNESS   I know the person signing this form or am satisfied of this person's identity:
          *Attested by SSA or Designated State Agency Employee*   If needed, second witness sign here (e.g., if signed with "X" above)

SIGN ▶   D Huerta                         SIGN ▶

Phone Number (or Address)                 Phone Number (or Address)
888-457-0150 KALISPELL MT 59901-3498

This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.

Form SSA-827 (11-2012) ef (11-2012) Use 4-2009 and Later Editions Until Supply is Exhausted                Page1 of 2

---

Name: W█████, Patrick          DOB: █████1953                              Date:

CARD-ASB0347066

0011

**Exhibit 13-64**

## CARD Newsletter Highlights

### CARD History

The Center for Asbestos Related Disease (CARD) is a non-profit community based organization that evolved in response to raised awareness of wide spread asbestos exposure in the Libby area that surfaced in 1999. After the ATSDR (Agency for Toxic Substances and Disease Registry) screenings during 2000 and 2001 identified the high number of lung abnormalities, it became apparent to the community that long-term specialty care needed to be established in Libby.

St. John's Lutheran Hospital and the local medical community realized that the existing medical facilities would not be capable of handling the number of individuals the screenings identified as needing diagnosis and care. With this realization, St. John's Lutheran Hospital, acting County Health Officer Dr. Brad Black, and concerned community members actively created the original Clinic Advisory Committee that resulted in the creation of CARD to address these needs.

In 2000, CARD was established as a department of St. John's Lutheran Hospital to provide diagnosis, treatment and monitoring for those exposed to Libby amphibole asbestos. Soon thereafter, Dr. Alan Whitehouse of Spokane, Washington, a pioneer in identifying and treating patients with Libby amphibole asbestos disease, became a consulting physician to CARD.

Over time it became more evident that the health impacts resulting from the asbestos exposure were not just a one-time event or short-term community issue. It became increasingly apparent that CARD could better serve the community by expanding their mission beyond treatment alone by moving into the realm of research as well. Thus in April 2003, CARD separated from St. John's Lutheran Hospital and became a stand-alone 501 (c) 3 non-profit, community-based organization. This move allowed CARD to expand its mission to include research, and at this time also incorporate outreach and psychosocial services. The Board of Directors and clinic staff realized that the issues facing community members exposed to asbestos were multifaceted impacting nearly all aspects of an individual's and family's life. CARD embraces a holistic approach to patient care while also initiating national research partnerships with agencies and universities to move from Crisis to Cure.

In 2005 CARD moved to its current location, 214 East 3rd Street Libby, Montana. CARD continues to expand its healthcare services, seeing on average 35 new patients a month as well as facilitating long distance screening services for those unable to travel to Libby. In addition, CARD continues to expand its research activities and has worked collaboratively on several projects with prestigious universities and government agencies. In 2008, CARD launched a comprehensive database that will improve delivery of holistic healthcare services while at the same time, will also be golden for research activities aimed at understanding the mechanisms of Libby amphibole asbestos disease. These activities are critical in moving towards new and effective treatments.

### Summer 2006: Amphibole Asbestos Disease Recognized by Social Security

Being involved in the world of Libby amphibole asbestos issues, we have all learned that the asbestos related diseases associated with Libby amphibole are different than the asbestos related diseases associated with other types of asbestos. Although we have known this for some time, the rest of the world has often not been aware of the difference. This has presented lots of challenges for many people in situations such as receiving proper medical care or getting disability.

1

CARD-SDT 00008



**Exhibit 15-1**

It is important for all people impacted by amphibole asbestos that the Social Security Administration has now acknowledged the uniqueness of this disease. It now gives validity to this fact around the nation. Social Security would not have been able to make this new ruling if it wasn't for the efforts of Senator Baucus, his staff, and Dr. Black.

What does it mean that the Social Security Administration now recognizes Libby amphibole asbestos disease? A ruling was issued effective May 25, 2006 that will benefit people with Libby amphibole asbestos diseases applying for Social Security Disability benefits.  The ruling recognizes that Libby amphibole asbestos diseases are different from chrysotile asbestos diseases. This warrants different criteria in determining if someone is disabled due to their asbestos related disease.

Is the process of applying for Social Security Disability benefits different for people with Libby amphibole asbestos disease? The process of applying for disability benefits has not changed. It is still a challenging process and at times it can take many months or even years to get a final decision. However, with this new ruling, people with Libby amphibole asbestos disease will get a more accurate evaluation of their disability status. The criteria used will now better reflect, the disease they are experiencing as opposed to the criteria previously used.

Is it a special Social Security payment or "cash bonus" for someone who has Libby amphibole asbestos disease?  No, it is not a special payment. People must apply for Social Security Disability benefits just like they always have.

How do they decide how much money I get? Social Security decides how much money each individual gets based on how much that individual made in gross wages throughout their working life. Payment amount has nothing to do with what type of disability a person has.

### Winter 2007:  Defining Libby Asbestos Disease Alan C. Whitehouse, MD CARD Pulmonologist
The CARD Staff has recognized over the last 5-6 years how different Libby amphibole asbestos disease is compared to chrysotile asbestos   disease seen in shipyard workers, insulators and Hanford workers. One of the first research projects that we will be doing independently at CARD is to define the disease. This is important because there are aspects of this illness that are quite different and need to be well defined so other physicians throughout the country will be able to recognize this disease. This will be very important since recognition of these differences will lead not only to proper diagnosis and care, but will also be important for planning research projects directed towards therapy and hopefully a cure.

First, the most commonly seen symptom is what is called pleural disease. The pleura is the lining of the inside of the chest cavity, and the lining membrane over the lungs which is extremely thin and stretchy. Libby asbestos seems to most commonly involve the lining and can result in severe inability to expand the lungs. The lining begins to act like an orange peel rather than a  balloon. The more common form of asbestosis seen with chrysotile asbestos is scarring and hardening within the lungs themselves. This appears to be less common with Libby asbestos, although it may be seen with some degree of frequency through CT scanning.
Second, it seems as if a majority of our patients have pleurisy. Pleurisy is pain in the chest when breathing and although it has been described with all types of asbestos, it appears to be extremely common with Libby asbestos. It is due to the inflammation of the pleura when two inflamed surfaces rub together.
Third, the rapid progression of this illness is a unique feature that has been seen in a smaller portion of our diagnosed patient population. It  almost appears as if there is a sudden step-wise pattern of increase in scarring with a loss of lung function which then stabilizes and settles down and may remain constant for a

2

CARD-SDT 00009

**Exhibit 15-2**

considerable period of time. Sometimes this is associated with a pleural effusion which is the medical term for fluid in the chest.

We feel it is important that the medical community, particularly in the Northwest, but also nationwide, become aware of the peculiarities of this illness. We hope to make it easier to recognize for improved care of people and to facilitate the advancement of research into treatments and cures for this particular type of asbestos related disease. This study is sponsored in part by the Centers for Disease Control, Karmanos Cancer Institute, Wayne State University and the Center for Asbestos Related Disease.

### Fall 2007: Understanding CARD Funding

There seems to be some confusion around the topic of CARD funding. CARD is NOT associated with WR Grace in any way. CARD is not associated with any health plan or organization at all. CARD is an independent, non-profit organization that is funded by billing for patient services, research dollars, and donations from individuals and foundations. CARD is governed by a local community-based volunteer Board of Directors. As reimbursement for healthcare services continue to decline, contributions to CARD are more important than ever. We rely on the generosity of donors to help continue our services. Donations assist in the purchase of equipment, expansion of services and facility enhancement to meet the needs of families and individuals impacted by asbestos exposure. All donations are tax-deductible.

### Summer 2009: Understanding the Healthcare Implications of the Public Health Emergency

On June 17, 2009 a Public Health Emergency (PHE) was declared in Libby, Montana. Many of you may be wondering, what this actually means. Here are the answers to some of the most common questions. What actually is a PHE declaration? It is a designation that recognizes the serious impacts on public health that resulted from the Libby asbestos exposure. This designation is a status that emphasizes the need for further action on all fronts including healthcare. It does not have funding dollars attached to it, but it is a status that opens doors for additional resources to address the community's needs related to the asbestos exposure. Who made the PHE declaration? During her Senate confirmation hearing, EPA Administrator Lisa Jackson committed to Senator Baucus, Tester, and the public-at-large that she would review the situation in Libby. Following her review, she determined that a significant threat to public health existed under Superfund law officially called CERCLA.

Is something different now, compared to 10 years ago when the asbestos exposure was officially recognized? No, nothing has changed or gotten worse. The declaration of the PHE was considered in 2002 but the Administration at that time blocked it from happening. Senator Baucus continued to push the issue for the next 7 years and gained support from Senator Tester when he was elected to the Senate. Lisa Jackson stated in her press release, "This is a tragic public health situation that has not received the recognition it deserves by the federal government for far too long. We're making a long-delayed commitment to the people of Libby and Troy." This is the first time EPA has issued a PHE determination under the Superfund law in its history.

Does this designation mean anything for healthcare? The determination recognizes the serious health impacts and emphasizes the need for healthcare for residents. Senators Baucus and Tester, EPA, and the Department of Health and Human Services have come together to provide a two year grant to Lincoln County for asbestos screening and treatment for asbestos related diseases from the Libby exposure. See the inside article on asbestos healthcare funding for more info.

What does this mean for clean-up and economic revitalization activities in Libby and Troy, and what about other vermiculite sites, and homes containing vermiculite insulation? Since CARD is a healthcare organization,

3

CARD-SDT 00010

**Exhibit 15-3**

we have focused on the health related implications of the PHE. For answers on all of these other related topics you can visit the EPA website about the PHE at www.epa.goc/libby/phe.html

<u>Clinic and Services</u>

It is CARD's mission to provide long-term screening, health monitoring, disease diagnosis, specialized asbestos healthcare and counseling to all people impacted by Libby Amphibole Asbestos.  In addition, CARD provides outreach, advocacy, disease prevention and research to benefit all people impacted by asbestos.

CARD's primary goal is to provide specialty healthcare and screening to those affected by Libby Amphibole Asbestos. CARD's secondary goal is to stimulate research from around the country to gain further understanding of disease mechanisms, improve early disease and cancer detection and intervention, and develop effective health management strategies in hope of finding answers to improve health outcomes for individuals and communities.

**FALL 2009:  CARD Screening**

Who is eligible for CARD Screening? To be eligible for CDC funded CARD Screening, you must have lived, worked or recreated in the Libby area, prior to the year 2015, for at least 6 months (and this does not need to be consecutive). It also must have been at least 10 years since your first potential exposure to asbestos in the Libby area. The reason that it must have been at least 10 years ago is because asbestos related diseases have a 10-40 year latency (delay) period before any evidence of disease presents.

How do I get signed up? If you think you meet the eligibility criteria to receive CARD Screening services, simply call CARD or come in to the clinic and fill out a CARD Screening Application.  Your eligibility will be verified at that time and you will be scheduled for an appointment.

What does the screening involve? CARD Screening involves collection of information related to your asbestos exposure, current health status and health history. A chest x-ray will be done to look at your lungs. A complete breathing test (pulmonary function test) will be done to see how your lungs are functioning. A CARD screening physician will then evaluate all of your information, and then your case manager will go over the results with you. If you are over the age of 50, a fecal occult blood test will be offered to you to screen for colon cancer as it is considered an asbestos related condition. If the screening physician identifies any suggestive symptoms or suggestive abnormalities on your chest x-ray you will be offered further diagnostic testing. This would include a chest CT scan and a face-to-face visit with the screening physician.

Based on your individual situation, an individual asbestos healthcare plan will be developed for you. This will include any referrals or further healthcare treatment you may need, as well as a plan for when you should next be screened for asbestos related changes and lung cancer. Remember, that asbestos related diseases have a 10-40 year latency period. This means that asbestos related healthcare issues can present many years later, even if you have had previous screenings that were normal. Ongoing asbestos screening is an important part of managing your overall health.

All chest x-rays will be sent out to two B-readers. B-readers are individuals who have been trained to read chest x-rays using a standardized method to identify lung abnormalities related to dust exposure. If you had a chest CT done it will be sent out to an expert CT reader. If the CT reader or 2 B-readers agree that they have identified lung abnormalities related to asbestos exposure, you would be eligible for FLASH (Federal Libby Asbestos Specialty Healthcare) benefits. If the 2 B-readers have different opinion, one yes and one no, then it will be sent to a 3rd B-reader to determine the final outcome.  Will the CARD Screening visit cost me anything?

4

CARD-SDT 00011

**Exhibit 15-4**

If you have been approved to receive CARD Screening services, then the cost of your screening visit will be paid for by the CDC screening funds for the duration of this grant funded project. It will cover the entire cost of your visit.

If I can't travel to Libby are there any other Libby asbestos screening options? The CDC fund is only available to those who are seen at CARD in Libby. However, there is another plan, called LAMP (Libby Asbestos Medical Plan), which can be used for asbestos screening anywhere in the country

### Spring 2010: Long Distance Screening
What does the local and national screening process consist of and what tests are involved? You will complete the following:
- Extensive health and exposure histories
- Single view chest x-ray
- Spirometry breathing test
- Consultation with CARD medical provider
- CT Scan if indicated for a diagnosis, if appropriate
- Education about disease process and management

A first phase colorectal cancer screening is offered for individuals between the ages of 50-75.
If you are diagnosed with an Asbestos Related Disease you will be provided education about asbestos related healthcare benefits. Once an individual is diagnosed, CARD screening does not pay for any further testing or disease management.

### Spring 2013: Lung Cancer Screening
CARD is pleased to announce implementation of our free lung cancer screening program. Screening of populations at risk for developing cancer has proven effective for breast, colon and more recently, lung cancer. Numerous trials have confirmed that low dose CT scans of the chest are effective at detecting lung cancer early. Early detection allows for early treatment and improved health outcomes for many patients.

What does the lung cancer screening process consist of and what tests are involved?  You will complete the following: a low dose CT scan of the chest at Cabinet Peaks Medical Center, which will be read by both their onsite radiologist and Dr. Black.

If indicated, scans will also be read by a consulting Pulmonologist Participants will receive a phone call from CARD regarding results, and they may be asked to schedule an appointment with Dr. Black. Everyone in the program will also receive a letter stating their results and recommended follow-up. These services will be provided at no charge.

## Research: Partners

### Fall 2004: The Beginning of Research at CARD
There has been a lot of talk about research in the recent months. "Why would anyone want to do research in Libby and why would anyone want to be researched"?  Libby is unique in many ways: The type of asbestos that contaminated the vermiculite in Libby hasn't been studied for its effects on humans.  There has never been a community contaminated in the way Libby has been.  The vermiculite was shipped to many other places and has been affecting other communities. The many ways people were exposed in Libby is different. The way the disease acts in some people is different. Some of the questions that research could answer:  Are

5

CARD-SDT 00012

**Exhibit 15-5**

the differences in disease because the fiber is different?  Or do the many ways of being exposed make it different? How do genes or immune systems work in asbestosis?  How much exposure can make people sick? How does smoking make asbestosis worse?  So why would Libby want to know these answers? The biggest reason is if we find out these answers maybe we can find a treatment or even a cure. If we find out how these fibers work, maybe the next generations in Libby won't have to worry. This will also help us to help many other communities around the country.

So what does research mean? It means that information is gathered and then used to answer questions. Research can be done on cells, genes, and test results. Research can be done on histories of exposure, x-ray results, breathing test results, or by counting up cancers and other diseases that might be related to asbestos exposure. Gathering all this information and analyzing it can find pathways for treatment.

### Spring 2006: Developing New Partnerships
On National Asbestos Day (April 1, 2006) the CARD administrative team attended the 2nd annual Asbestos Awareness Conference at Mount Sinai Hospital and School of Medicine. This was an opportunity to meet old and new research partners and other healthcare providers from around the globe who address asbestos healthcare issues.

In addition, Dr. Brad Black, Dr. Alan Whitehouse, and Dr. Aubrey Miller (Senior Toxicologist with EPA) presented on Libby amphibole asbestos exposure and disease, particularly the unique characteristics of the asbestos disease such as rapid progression. The presentation was very well received as those who attended were eager to get involved and further their understanding of Libby amphibole asbestos disease.

### Spring 2008: Working with Steve Levin
Steven Levin, MD in Occupational Medicine is making several trips to Libby this spring to work with CARD. He is an Associate Professor at Mt. Sinai School of Medicine and Director of the Selikoff Center of Occupational Medicine which has a long history of addressing asbestos issues in New York.

While in Libby he presented to the local medical staff about asbestos exposure and the health affects he has seen in his clinic population whom are insulators heavily exposed to asbestos. Compared to the health effects he has seen, he notes that Libby's asbestos disease has unique features including its rapid progression, obstructive airway disease component (like asthma), and pleuritic (chest) pain.

Dr. Levin was also a key facilitator in setting up the medical monitoring program for the World Trade Center responders after 9/11. At Libby High he presented to Mr. Reckin's research class about the respiratory problems experienced by the responders who worked so dedicatedly towards saving lives that they did not protect themselves. With all of the dust and debris in the air around the site, they were exposed to high levels of crushed cement and other hazardous materials including Monocote. Monocote was one of the two trade names under which Libby vermiculite was marketed. It was a fire proofing material used to coat all of the steel beams in the construction of the World Trade Center and of course it was heavily contaminated with Libby asbestos.

Dr. Levin's experience in setting up the medical monitoring program and database for the World Trade Center Responders, plus his extensive experience in treating asbestos exposed patients, makes him a great asset to CARD. He has provided a valuable service helping to create the CARD database and will work with us to analyze health data. These are critical steps towards understanding exposure/risk and to facilitate research to find new treatments and a cure.

6

CARD-SDT 00013

**Exhibit 15-6**

## Fall 2010: Research Partners

Since CARD's early years, we have known how important research focused on Libby amphibole asbestos disease is to those affected in our community and across the nation. Throughout the years we have established many relationships with dedicated and prestigious research partners all focusing on asbestos exposure and how it affects the body as well as individuals and our community. However, our most valuable research partners have always been our patients and the members of this community. CARD patients have continually expressed an enthusiastic willingness to participate in amphibole asbestos health research as each new project comes along.

A short time after CARD opened, we were approached to study the genetic and autoimmune characteristics of people with asbestos related disease. At first only patients were approached, but when a new ARD biomarker study began, it was decided that CARD would host a community-wide blood drive. The 2006 Gift of Hope event was launched with a general invitation to the community to come and participate. We had such an overwhelmingly positive response for that three hour event, there were even folks who waited hours just to participate! The support of the community was amazing and overwhelming. This success led to CARD developing new community-wide strategies that are more efficient, respecting peoples time and extremely valuable contribution to research.

As our patient population has continued to grow and CARD has branched out in the research arena even further, your participation has not dropped off. At this time 94% of CARD patients participate in research! Our research partners are continually impressed with the Libby communities' commitment and dedication to research surrounding amphibole asbestos health issues. It is much more commonplace to see a participation level of 50-60%.

Research always begins with a question. In search of the answer to that question, a research study is born which often leads to more questions and more research as final answers and treatments are pursued. CARD, our many research partners and our community members and patients diligently follow each research trail, certain that if research is promoted that builds our understanding of the physical, behavioral, and emotional health effects related to amphibole asbestos exposure and disease, that new diagnostic procedures, treatments, and even a cure will one day be found!

## Fall 2013: Mount Sinai Doctors Join L.E.R.P. Research Team at CARD

Three prominent scientists in the field of asbestos medicine and radiology have joined LERP (Libby Epidemiology Research Program) which studies health effects of Libby Amphibole asbestos exposure. The original principle investigator of the project, Dr. Stephen Levin, passed away in 2012, leaving a strong legacy of expertise in occupational medicine focused on asbestos disease. Taking his place is Dr. Raja Flores the Chief of Thoracic Surgery at The Mount Sinai Medical Center in New York City. Dr. Flores is renowned for his pioneering efforts in the treatment of lung cancer and mesothelioma and has been ranked in the top 1% in his field by U.S. News & World Report. Dr. Flores has dedicated himself to our local Montana community by serving as a leader amongst medical scientists working to advance understanding of the health effects related to Libby Amphibole asbestos. Dr. Flores is joined by his Mount Sinai School of Medicine colleagues Dr. Claudia Henschke and Dr. David Yenkelevitz, both professors of radiology who have extensive expertise in lung imaging. Dr.'s Henschke and Yenkelevitz are well known for their international lung cancer screening study that has revolutionized the approach to early lung cancer detection. Combining the expertise of these notable physicians and radiologists will be instrumental in advancing the science of LERP through collaboration with the CARD team.

7

CARD-SDT 00014

**Exhibit 15-7**

### Winter 2015:  New Research Partners Down Under

Dr. Black was recently invited to Perth, Australia.  He was asked to be the key note speaker and additionally gave a second presentation at the Perth Mesothelioma Group Annual Scientific Meeting.  While in Australia he also presented to the Thoracic Society of Australia and New Zealand (TSANZ) and at Curtin University. Many members of the Thoracic Society of Australia and New Zealand had interest in Libby stemming from their experience of following a large worker/community population exposed to another type of amphibole asbestos, crocidolite, also known as blue asbestos.  The area around Wittenoom was mainly farming until the 1930s when mining began in the area. By 1939, major mining had begun in Yampire Gorge, which was then closed in 1943 when mining began in Wittenoom Gorge. In 1947 a company town was built. During the 1950s and early 1960s Wittenoom was Australia's only supplier of blue asbestos. The mining was shut down in 1966 due to growing health concerns from asbestos mining in the area.  In 1978, the State Government began phasing down the town site and encouraging residents to relocate because of concerns over health risks from the presence of airborne asbestos fibers.  Dr. Black spent several days in research meetings with doctors who are interested in collaborative work to gain a better understanding of why these two fibers, that are similar in structure, appear to cause different patterns of disease.

CARD follows over 7,000 individuals exposed to Libby Amphibole and our primary mission continues to be providing free asbestos health and lung cancer screening as well as ongoing care for those affected. CARD's mission also includes research which is focused on better understanding, developing new treatments and preventing Libby amphibole asbestos disease.  Black states "This is a unique opportunity for CARD to better understand Libby Amphibole by comparing it to another type of amphibole asbestos for the first time. We may be able to deduce why the pattern of disease seen with Libby Amphibole is different than what they traditionally see in their population. This could eventually lead to better treatments through a more in depth understanding of the biological mechanisms causing our unique disease pattern."

CARD serves as the liaison between the Libby community and many researchers interested in Libby Amphibole health effects. CARD promotes partnerships that offer valuable research which could benefit patients while also protecting the interest of community members.

## Research Projects

### Fall 2005: MARF RESEARCH

The newest research project is ready for your help. This two year study is funded by MARF (Mesothelioma Applied Research Foundation) to standardize a newly released test for the detection of mesothelioma. Mesothelioma is a malignant tumor that aggressively invades the linings of the lungs or abdomen. Elevated levels of a protein (SMRP) appears to be closely tied to the presence of mesothelioma. This project will be using the blood and urine samples from the community, including healthy residents without asbestos exposure, to identify the levels of SMRP. The study in Libby will allow researchers to standardize the normal levels. A test for the presence of SMRP has been available in Australia since 2004 and in Europe since spring of 2005.

### Summer 2006:  ATSDR Contract

CARD has been awarded a contract from the Agency for Toxic Substances and Disease Registry (ATSDR) entitled Comparison of Direct-Digital and Film Screen Chest Radiographs With Regard to Detecting and Classifying Asbestos-Related Pleural Abnormalities. This project will help to determine if digital x-rays provide the same quality as hard copy films for diagnosing abnormalities in the pleural lining (the lining around the

8

CARD-SDT 00015

**Exhibit 15-8**

lungs). This  project could potentially change the standard of practice currently used to identify asbestos related diseases.

Dr. Black and Dr. Whitehouse will determine which people are good candidates to participate in the study. The individual's involved must have a high resolution CT scan within 12 months and a specific presentation of asbestos related disease. It is estimated that this study will be occurring over the next 18 months. The study will look at over two hundred cases where diagnosis of an asbestos related disease is difficult to make. Because of the subtle presentation of some people's disease, their x-rays will be an excellent case for review as it will help determine if digital or hard copy x-rays are best suited for diagnosing. Currently CT is recognized as the "gold standard" for identifying asbestos related diseases. CARD is very excited to partner with ATSDR in this important project.

### Winter 2006: Karmonos Study
Discussion group participants needed for a research project to better understand issues related to asbestos exposure. You will participate in a small group discussion only.  You will not be asked to provide blood or other biological samples.

### Spring 2008: CARD Database Goes LIVE May 5th
So you may be wondering, what does it means now that the CARD database has gone live? What it means is your next visit will be a little bit different. It is important to remember that healthcare will always be the number one priority at CARD. A lot of your health information will now be collected and managed electronically, but this does not mean that it is automatically part of the research database. At the time of your healthcare visit you will be informed about the research activities and you will have the option of giving informed consent to be a part of research. Informed consent serves as a wall dividing your electronic health information from the research database and it is only through your informed consent that your de-identified health "data" will be pushed through the wall to be used for research activities.

Regardless if you participate in research or not, there will be some changes to your annual CARD visit (not sick visits) now that we have gone live with electronic health information collection and the research database. For your first visit after we go LIVE, you will need to plan about two hours because extensive health and exposure histories will be taken. We will send you a preadmission packet of forms to serve as the framework and we will help you with any you were unable to complete.  Future visits will be a lot quicker because after the baseline information has been collected. We will just update your health history and symptom changes each year, if any. The flow of your visit may also be different. You will still see the same people, (doctor, nurse, respiratory therapist) but the order you see them in might be different. You will also be given the opportunity to participate in research either by consenting to have your health information included in the database or by donating blood. The choice is yours! Please be patient as we iron out the kinks in providing improved asbestos healthcare while also building the database that will help us translate healthcare into research to find new and improved treatments.

### Winter 2008:  Voices of Libby Project
In mid February, The Voices of Libby Project will begin! This is a community-wide research survey that is being conducted by Karmanos Cancer Institute in partnership with CARD and the Lincoln County Campus of Flathead Valley Community College. The survey concerns important health, economic, and social issues and the many ways in which the Libby community and its residents have been affected by asbestos related issues. The study is important to understand community issues and to learn how best community organizations can communicate with and provide support to the Libby community.

9

CARD-SDT 00016

**Exhibit 15-9**

Many of you probably remember Karmanos Cancer Institute who did a focus group project in Libby in the spring of 2006. Many types of community members participated and they learned there are many different views about different aspects of the asbestos issues in Libby. However, we do not know what views are most common or what influences how people react to asbestos issues in terms of their own beliefs and behaviors. That is why this survey project is important.

1100 randomly selected households in the Libby community and 100 randomly selected patients from CARD will receive the survey. Only patients who agreed to be contacted for future research as part of the all-inclusive consent could be selected for CARD's random sample. However, another possibility is that you may be a patient who just happened to be selected for the community wide random sample. Regardless of how you were chosen, we hope you will take the time to complete the survey. We realize the questionnaire is pretty long, but that is why Karmanos is offering an incentive. If you complete and return the survey you will be eligible to win 1 of 50 prizes ranging from $40 to $100 in Rosauers gift cards.

In addition, by completing the survey you will be helping your community. Responses to the survey will help us better understand Libby community members' knowledge, attitudes, and behaviors, related to asbestos issues. This will serve as a potential basis for future education, appropriate responses, and healing in the community.

### Winter 2009:  Montana State University, College of Nursing Reports Research Results

Many of you may remember that CARD staff and patients partnered with researchers from MSU's College of Nursing in the Libby Asbestos Health Status Study. They came to Libby in November of 2008 and presented their research findings to the community. In case you were unable to attend this wonderful event, we thought we would give you a summary.

Five-hundred and twenty-four (524) CARD patients participated in the study by completing a paper/pencil or electronic survey using a touch screen computer between February and October of 2007. Of the sample (group of people who participated), 69% lived in Lincoln County and 31% lived in another county in Montana or out of state; 54% were men and 46% were women; the average age of respondents was 59, and 64% were married. The purpose of the project was to establish a better understanding of the physical, psychological, and social health status, as well as health service needs, of people exposed to Libby asbestos. The aims of the project were (1) evaluate access, availability, and financial aspects of healthcare, (2) describe the health status of persons exposed to Libby asbestos through an examination of the patient's severity of chronic illness, depression, acceptance of illness, and stress, and (3) explore the relationships between all of these factors in people exposed to Libby asbestos.

It is important to remember that conclusions are drawn from trends seen in the data collected. The conclusions from one study should not be considered absolute black and white answers; rather they are shades of gray.  (1) Regarding satisfaction with access and financial aspects of care, distant and local CARD patients recorded similar answers to the survey questions, but together they were significantly less satisfied than other groups of chronically ill adults. (2) CARD patients also have more respiratory health effects and complications than the general populations and some persons with COPD. (3) One third of the participants reported depressive symptoms, and patients experiencing a period of disease progression have greater respiratory health impacts and depression.  (4) During disease progression, there is also some evidence that acceptance of illness was less and stress was higher.

10

CARD-SDT 00017

**Exhibit 15-10**

All of these findings suggest that disease progression (when symptoms are changing), not severity of disease alone, should be considered in providing a patient healthcare. Patients with disease progression appear to be in greater need of support to manage their health status.

These kinds of research activities help us determine how we can improve care for patients and what other important research questions need to be looked at next. Without participation from all of you these important things could not be understood. Thank you to all who participated!

### Summer 2010:  LERP PROJECT

This research project involves three aims. LERP first focuses on the risks of exposures during childhood, aimed at identifying a safe level of exposure to Libby Amphibole Asbestos (LAA) that will not pose a public health risk to residents, and most particularly, children. The second aim involves developing a scoring method to address the progression of lung scarring as seen on CT scans of the Libby asbestos-related disease population. The overarching goal is to establish a basis for discovering the mechanism for asbestos-related scarring and identify approaches to prevent scarring formation after exposure has occurred. Third, the research team will look at autoimmune causative factors that allow the body to develop disease. Normally, the body's immune system protects it from disease and infection. But with an autoimmune disease, the immune system attacks healthy cells in the body by mistake. The third aim in this research is to search for correlations between the autoimmune systems of patients and the rate at which autoimmune disorders and autoimmune blood markers (predictors of disease found in the blood) occur in the Libby population. These occurrences are then compared to the number of LAA-related diseases which occur in the same Libby patient population, per their degree of exposure and the level of their disease development.

Libby Epidemiology Research Project (LERP) involves a three-year recruitment of participants within a five year plan of study completion. Year one is already complete, with development of protocols and ethics approval from Mount Sinai's Institutional Review Board. Study participants will have some background as youngsters having grown up in Libby, then left - never to work or live in Libby again. The goal is to enlist 200 study participants in LERP. LERP recruitment involves investigating the health of those who grew up in Libby between 1950 and 1999, but who left and never worked or lived in the area again. These participants might have increasing symptoms such as asthma, or may have developed autoimmune diseases and cancers. autoimmune diseases recurrently being tracked among existing CARD patients. CARD staff and Board members collected names from local schools for follow up to request their participation in the LERP study. The "scoring" of CT scans according to disease progression will be done with consenting eligible participants' pre-existing health records.

### Spring 2016:  Autoimmune Research at CARD

As many of you know, CARD has been working on an autoimmune research project for the last five years. We've come a long way and learned some valuable information.  The Libby Epidemiology Research Program (LERP) study just ended in September of 2015.  We are still evaluating all of the data collected but we can share some preliminary results.  Over 950 CARD patients donated their blood for this project!  So first, we want to say THANK YOU and here is what we know so far:

People exposed to Libby Amphibole Asbestos (LAA) are significantly more likely to have a positive Antinuclear Autoantibody (ANA) test than people not exposed to LAA.  ANA is a blood test used to evaluate a person for autoimmune disorders.  A positive ANA test increases risk of systemic autoimmune diseases such as lupus, scleroderma and rheumatoid arthritis.

11

CARD-SDT 00018

**Exhibit 15-11**

In addition to ANA, there is evidence that LAA exposure increases the risk of developing other autoantibodies that may worsen pleural (lining of the lung) scarring. It is our hope that eventually we can find a way to stop those autoantibodies from contributing to progression of disease.

LAA exposure can be associated with a set of symptoms such as fatigue, rashes, muscle aches, and joint aches. People experiencing these symptoms may not have a specific autoimmune disease but legitimate symptoms that have been linked to LAA exposure. Based on self-reported autoimmune diagnoses, there may be as much as a 10-fold increase in risk for lupus, scleroderma, and rheumatoid arthritis in people exposed to LAA. It is important to remember that these remain very rare diseases even in Libby and that the data does not indicate that everyone exposed to LAA will get one of these diseases. Based on the information that we've learned so far, CARD is now working on verifying autoimmune disease diagnoses and symptoms for our patients exposed to LAA. This will allow us to better understand whether LAA exposure presents mostly as specific autoimmune diseases or as non-specific symptoms as described above. Understanding this will allow us to figure out how many people fall into these two categories and whether or not both categories have an equally high incidence of positive ANA tests.

In addition, the research will target improved surveillance for and management of the non-specific symptoms prevalent with LAA exposure.

### Spring/Summer 2017:  Research at CARD

The Center for Asbestos Related Disease (CARD) would like to thank the Libby community for your commitment to supporting asbestos health research activities so new treatments and hopefully a cure can one day be found. To date, over 6,500 CARD patients have agreed to participate in research to further advance medical knowledge and help improve the lives of others exposed to Libby amphibole (LA) CARD serves as the liaison between the Libby community and academic researchers. Our partnerships with universities allow valuable research to be accomplished in a coordinated way that is efficient and protects the interest of our patients and community.

Past research has led to: improved screening techniques by using advancing technologies, improved early detection of asbestos related lung diseases, better understanding of unique respiratory health effects, the discovery and validation of increased autoimmune problems in the LA exposed population, better understanding of the psychosocial effects associated with exposure such as community social support dynamics, help guiding community clean-up decisions, and impacts on public policy to best protect public health.

Although we have accomplished great things, many questions about LA exposure remain. Currently CARD is working with two different universities to understand biomarkers that may indicate asbestos exposure or LA disease progression. The project looking for biomarkers of exposure is being done in collaboration with a University of Pennsylvania group that works with another asbestos superfund site located in Ambler, Pennsylvania. This study will examine the blood of Libby vermiculite workers to identify possible biomarkers of exposure to LA. The study will compare biomarkers found in our population to those exposed to chrysotile asbestos at Ambler, PA. Ultimately, we hope to develop blood tests that could be used to screen potentially exposed populations in the future and feasibly predict risk of disease development. The other new research project is with CARD's longtime research partner, Dr. Jean Pfau, of Montana State University. This study will also examine blood, but with the goal of identifying biomarkers of disease progression. We know that some people experience progressive deteriorating lung disease and others do not. We hope to identify makers that could predict progression which could lead to development of treatments to prevent it.

12

CARD-SDT 00019

**Exhibit 15-12**

If you have agreed to participate in research in the past and fit the recruitment criteria for one of these studies, you may receive a recruitment letter or phone call from CARD in the next few months asking if you would be interested in participating in one of these studies.

These biomarkers studies look at development of new screening tools and improved treatments for the future. If you are concerned about your exposure to LA right now, you can be screened right away. Asbestos health screening is free for eligible individuals because of grant funding from CDC/ATSDR.

## Outreach and Education

CARD staff travels to many conventions, seminars and events to help educate about LA and its effects. CARD hosts the Annual Rally each fall in the community. Our staff is involved in a plethora of organizations where we are asked to attend and speak on the topic of LA and its effects both medically and socially. One organization that we work closely with is ADAO...the Asbestos Disease Awareness Organization, more information below on ADAO.

### Summer 2009: The Asbestos Disease Awareness Organization Thanks Libby

On behalf of the Asbestos Disease Awareness Organization (ADAO), we would like to thank the Center of Asbestos Related Disease Clinic (CARD) Board and Staff for hosting the community picnic on July 11, 2009. We enjoyed the delicious BBQ and potluck, warm hospitality, and great conversations that confirmed a reassuring message for all victims that resonated hope, importance of community, and the excellent care given by CARD. The CARD spirit and commitment to ban asbestos, fund new treatments, and research for a cure was clearly heard and felt. You have touched our ADAO family and we are pleased to announce that we will launch a campaign to raise $10,500 to purchase your third Thermo Ultra Zero Freezer for your CARD clinic. During our tour, Dr. Black, Kimberly and Tanis mentioned you have reached full capacity with your two other freezers used for tissue specimen storage and ADAO believes your research efforts not only benefit Libby, but the United States. Check back at www.adao.us for our official launch. You are ALL warmly invited to attend our Annual International Asbestos Awareness Day Conference held April 9 - 11, 2010 in Chicago, Illinois where the CARD Clinic will be receiving the ADAO Tribute of Unity award. Your CARD Clinic is recognized as a center of excellence in screening, surveillance, treatment, research and psychosocial programs for asbestos-related disease. You have narrowed the bridge of despair and united patients and medical communities around the world. With Gratitude and Respect- Linda Reinstein ADAO Co-Founder and Executive Director

### Spring 2010 : CARD is Honored with UNITY AWARD from ADAO

CARD was honored with the 2010 Tribute of Unity Award by the Asbestos Disease Awareness Organization (ADAO) at the Sixth Annual International Asbestos Awareness Conference held April 9 through 11 in Chicago. CARD was recognized for its work, not only in the community of Libby and the surrounding area, but also for working with patients, asbestos medical providers, and asbestos health researchers across the United States and internationally. Dr. Black, his staff and CARD's Board of Directors were especially honored for the clinic's provision of leadership in organizing research, patient and community education, and providing psychosocial services for those individuals and families in need. CARD is renowned for its unified approach to treatment, and for the education of the national asbestos community as there are advances in understanding disease development, diagnosis and treatment options.

CARD currently has approximately 3,000 patients, with 20 to 25 new patients per month. The clinic estimates that new patients will continue to register through 2030, as an estimated 80,000 people were exposed to asbestos in the Libby area between 1920 and 1990. In addition, asbestos exposure from shipments, the processing and commercial use of Libby amphibole asbestos, and the use of many other types of asbestos in the United States has created a nationwide health concern.

13

CARD-SDT 00020

**Exhibit 15-13**

Dr. Brad Black, CARD Medical Director, Kimberly Rowse, CARD Clinical Coordinator, and Tanis Hernandez, CARD Outreach Coordinator accepted the award on behalf of the entire CARD team, as they were also asked to present at the conference. The Tribute of Unity Award was presented by Dr. Richard Lemen, co–chair of ADAO's Science Advisory Committee. Dr. Lemen has recently been appointed by President Obama to the Presidential Advisory Board on Radiation and Worker Health, and is a former Assistant Surgeon General of the United States. In his role as Lincoln County Health Officer, Dr. Black became dedicated to developing the healthcare infrastructure necessary for asbestos–related disease healthcare, which included the planning and implementation of the original EPA/ATSDR screening program, and the development of CARD.

### Fall 2010:  1st Annual CARD Rally

CARD and you, our patients, are very committed to supporting asbestos health research activities focused on Libby amphibole asbestos disease so new treatments and a cure can be found.  CARD has always tried to act as the link between the Libby community and our research partners. "CARD Research is a Community Project" and we hope that all types of community members realize the important role they play in supporting asbestos health research activities. Research is one of the most exciting things happening at CARD today, and we want to share that with our community, that is why we are planning our First Annual Research Rally!
This exciting event will be held on September 16, 2010 from 4-7 pm at the Memorial Center, and don't expect a dry, boring series of presentations!  We have an exciting, thought provoking, fun filled evening for all ages planned.  This is a family friendly event that will encourage children and adults alike to participate in educational games and learning activities that will educate participants about CARD and scientific research projects currently happening in Libby.  Each of our Research Partners will be represented at the Rally and will be presenting their research to you from their own project booth, as well as making dedicated presentations regarding their specific projects.  This will be a great time for community members to interact with the research teams, encouraging understanding and camaraderie from the researchers.  There will be games and prizes for all, fun learning booths, and opportunities to speak with researchers one on one, not to mention the FREE popcorn, balloons, hot dogs, snow cones & cotton candy!  Themes have included: Research, LERP Project, Smoking Cessation, Knowledge is Power, Asbestos and Respiratory System, Asbestos and your lungs.

### Fall 2012: Libby Legacy Project

Beginning Wednesday, September 12, the Libby Legacy Project will be offering a free series of lectures about the history and ramifications of vermiculite mining and asbestos contamination in Lincoln County. The goal of the Libby Legacy Project, a volunteer community group, is to aid the Lincoln County community in understanding and embracing the difficult legacy of our local mining history.  This course is also designed to help teachers incorporate aspects of the Libby story into everyday classroom learning. Topics of the lectures will be delivered by a variety of expert speakers

## Foundation

### Summer 2008: CARD Foundation Established

As healthcare costs continue to rise and reimbursement rates continue to decline, the CARD Board of Directors recognized the need to create a mechanism for raising ongoing funds to support CARD.  Thus, in early 2008, the CARD Foundation was created to meet these needs.  A completely separate entity from CARD, the Foundation's mission is "to seek sources of funding to support the goals of the Center for Asbestos Related Disease."  The Foundation accepts gifts on behalf of CARD and works to fund both present and future needs of the clinic.

The CARD Foundation Board is comprised of 5 dedicated volunteer leaders who work closely with CARD staff to secure much needed resources for CARD to continue providing top notch healthcare and cutting edge

14

**Exhibit 15-14**

research for people who have been exposed to Libby Amphibole Asbestos. The CARD Foundation Board has been working hard to recruit board members, fill out required IRS paperwork, and establish a long term strategic plan for the CARD Foundation. Current board members are: Dave Stephenson, CJ Johnson, Kristina France, Melissa Leonard, and Teri Noble.

Whether you have made a contribution to CARD in the past, or would like to become a donor to the CARD Foundation, we appreciate and gratefully acknowledge your contributions. We invite you to join us in supporting CARD in providing healthcare, outreach and research for people affected by asbestos related diseases. Contributions of any size are accepted and are tax-deductible, with all donated funds benefiting CARD.

**Summer 2010: Big Sky Bash is Born**
Annual concert put on by the Foundation. 2017 marks the 7th year. Bands have included: 1. Nitty Gritty Dirt Band, 2. Sawyer Brown, 3. Night Ranger, 4. Diamond Rio, 5. Three Dog Night, 6. John Michael Montgomery and 7. JT Hodges.

**Sept 2016: CARD Foundation Receives Donation**
The CARD Foundation recently received a $10,000.00 donation from Simmons Hanley Conroy, A National Law Firm based in Illinois. They are dedicated to their clients, employees and communities who have been affected by asbestos related diseases. Simmons Hanley Conroy make it a priority to give back to the people and communities they represent and are one of the nation's leading contributors to mesothelioma cancer research. This was their second $10,000.00 donation.

15

CARD-SDT 00022

**Exhibit 15-15**

## Timeline of Asbestos Health Topics and CARD

| | |
|---|---|
| 1983 | Marysville, OH Scotts Plant (Dr. Lockey) |
| Mid-1990's | Dr. Whitehouse pulmonologist in Spokane, realizes this may be a community environmental exposure issue |
| 1999 | Investigation of Libby, Montana asbestos exposure begins |
| 2000, 2001 | ATSDR Initial Screening begins |
| 2003 | Screening and new diagnosis continues (what does screening involve, latency, disease diagnosis, radiology, pulmonary functioning, etc.) |
| 2003 | Libby amphibole asbestos research is important as LAA disease is different than chrysotile presentation (difficult recognition, pleural instead of interstitial predominance, thin diffuse non-calcified appearance, progression, pain) |
| 2005 | Research begins, looking at auto-antibodies and biomarkers |
| 2006 | Research expands: psychosocial, behavioral, disease management |
| 2006 | LAA disease recognized by Social Security Disability |
| 2008 | Database and bio-specimen banking begins |
| 2008 | CARD Foundation established |
| 2009 | Public Health Emergency Declared |
| 2009 | Federal funding: grants for screening and healthcare |
| 2009 | Large research grants secured: LERP: Libby Epidemiology Research Project (highschool grads, auto-immune, and CT progression/scoring) and CHIEFS: Childhood Health Investigation and Exposure Follow-up Study (following up 10 years later after initial screening in 2000/2001 and under the age 17 at time of initial screening) |
| 2010 | Affordable Care Act Legislation passed with the provision for Public Health Emergencies, the "Libby Provision" Provides access to Medicare |
| 2011 | Medicare launches Medicare Pilot Program for Asbestos Related Disease |
| 2011 | Research Symposium in Libby, Montana |
| 2012 | CARD implements Long Distance Screening Program |
| 2012 | 2nd Libby Amphibole Asbestos Symposium in Libby, MT |
| 2012 | Libby Legacy Project |
| 2013 | Lung Cancer Screening Program |
| 2013 | Mt. Sinai Doctors Join LERP research team at CARD |
| 2014 | 3rd Libby Amphibole Asbestos Symposium in Libby, MT |
| 2015 | Federal Grant Funds secured for another 4 years for screening programs at CARD |

16

CARD-SDT 00023

**Exhibit 15-16**



**CARD**
Center for Asbestos Related Disease

214 East 3rd Street  Libby, Montana  59923  (406)293-9274  fax:(406)293-9280

Page 1 of 3
**Date of Visit: 1/5/12**
S███, Terry DOB: ███/66

**HPI/ROS:**
CC: History of Libby amphibole asbestos exposure, self-referred for initial screening
PULM: Progressive dyspnea on exertion. The patient has trouble with inclines such as stairs, however he is also short of breath at rest. His wife notes a wheeze while he is just sitting watching TV. Over the past 2 years he has an increasing frequency of cough throughout the day, this is worse at night. It is usually productive of a thick white sputum. Approximately 2 times a year he gets bronchial infections requiring antibiotics, which did not seem to be helpful. Increasing frequency of pleuritic chest pain. He gets sharp stabbing chest pain in the bilateral lower lateral chest, which wakes him up at night "I'd jump out of bed and scream". This now occurs daily and lasts from a few seconds to a few minutes. "It hurts so bad I can't move, I can't breathe". He describes the pain like a knife, and like a charley horse. It is not precipitated by exertion. The patient is a heavy equipment operator, and he often has to pull over in order to catch his breath, cough up phlegm, or walk around to relieve pain. He also has a recurring tightness in his anterior central chest that increases with cough. He currently has a prescription for hydrocodone through his primary care provider, although he rarely uses this. "I don't like to take medicine and hydrocodone made me sleepy."
CARDIO: Per above, he has never had cardiac evaluation, significant family history with mother having an MI in her 50s although they question whether this was medication related.
CON/FUNCTION: The patient is increasingly fatigued, his wife notes that his mood has changed and that he drinks alcohol to self medicate his chronic pain.
All other ROS negative, including: Musculoskeletal/Immune/GI/Lymphatic/Neuro/Skin

**Occupational/Exposure/Tobacco/Social Hx:**
Lived in Troy 1967 to current. He lived directly across from the railroad tracks, playing on the actual tracks throughout his childhood daily. He used to put a bicycle ramp over the tracks, and his favorite swimming hole was near the train trestle. His house was persistently dusty, and was also insulated with vermiculite. He remembers seeing it fall out of light fixtures when he would bounce a basketball against the wall. He played baseball in the downtown Troy ball fields. His father worked at the lumber mill and died of lung cancer. Patient worked as a logger and heavy equipment mechanic, currently working as a heavy equipment operator for the County. He is married and lives in Troy. Lifelong nonsmoker, 6 people smoked in his home until he was 17 years old

**Family Hx:**
Father with lung cancer, mother with heart disease, questionable MI at age 50

**PHH:**
PCP: Dr. puffer and simply

1

CARD-ASB0274407
0001



EXHIBIT
16

**Exhibit 16-1**



**CARD**
Center for Asbestos Related Disease

214 East 3ʳ Street  Libby, Montana  59923  (406)293-9274  fax:(406)293-9280

Page 2 of 3
**Date of Visit: 1/5/12**
**S___, Terry  DOB: ___/66**
Medical Illnesses/Status: GERD-well-controlled omeprazole, hypothyroidism
Medications reviewed with patient, on chart. Respiratory Meds: None
Surgeries: None
Injuries/Accidents: No history of chest trauma
Allergies: None
Screenings/Imms: Up-to-date
Drugs/Alcohol: Binge drinking, with more than 12 drinks per occasional approximately 2
times per month. Cage positive. His wife is with him today and they are working together
to increase healthier coping mechanisms. They're currently considering therapy
Weight: Increased by 60 pounds in the past year
Physical Activity: No regular


**Objective:**
VITALS: 120/80, heart rate 69, SpO2 95% on room air, weight 324 pounds, BMI 41.6
SPIROMETRY: Restrictive. FVC 74% FEV1 81% ratio 85
XRAY: Negative for asbestos related disease
Reviewed prior studies from: None
HRCT: Per Dr.Black, diffuse noncalcified pleural thickening in the right posterior base

GEN: Well-groomed, cooperative
LUNG: anterior and posterior lung sounds clear to auscultation throughout
CHEST: AP diameter normal with full expansion, symmetrical excursion bilaterally.
Tactile fremitus normal bilaterally, egophany normal bilaterally. Uniform resonance to
percussion. No use of accessory muscles, pursed lipped breathing or nasal flaring.
CARDIO: HRR, S1S2 Normal, no murmurs or extra heart sounds, no extremity edema,
no clubbing or cyanosis noted.
ENT: PERRLA, conjunctiva and sclera without injection. Lips w/out cyanosis.
Oropharynx w/out cobblestoning or drainage, buccal mucosa moist and pink, no lesions
seen or palpated on tongue or oral mucosa, tonsils not enlarged. Teeth w/out obvious
decay. Nose straight w/out masses, patent bilaterally, nasal mucosa pink w/out discharge,
turbinates not engorged.
NECK: Supple w/ full ROM, trachea midline, no palpable cervical, supraclavicular, or
axillary lymph nodes. No abnormal neck vein distension. No thyroid nodules or
enlargement noted.    SKIN: No rashes or lesions noted, skin smooth and hydrated.
M/S: Good posture, no kyphosis noted. Wrists and hands without joint edema or
erythema. No clubbing of nails.  Stable steady gait without assistance.
NEURO: CN II-IX grossly intact, oriented to person, place, and time.
GI: Abdomen soft, n/t.  No hepatosplenomegaly or masses noted.

2

CARD-ASB0274408
0002

**Exhibit 16-2**



**CARD**
Center for Asbestos Related Disease

214 East 3rd Street  Libby, Montana  59923  (406)293-9274  fax:(406)293-9280

Page 3 of 3
**Date of Visit: 1/5/12**
S███, Terry  DOB: ██/66
**Assessment:**      #1 asbestos related pleural disease #2 chronic pain #3 episodic alcohol abuse

**Plan:**
Patient Education: ARD- Anatomy & Physiology, Complications, Disease Process, Follow-up, Home Management, Lifestyle Adaptations, Testing,- Good understanding 40 minutes spent with patient with greater than 15 minutes counseling and pt. education. Specifically patient is going to increase physical activity once his pain is better managed. His wife is a strong support system, and she plans to help with this. The patient states he is quite motivated for weight loss. The patient also identifies his alcohol use as prohibitive to his health and goals. We talked about chronic depression accompanying chronic pain and counseling as well as pharmaceutical treatment options. Patient is considering pursuing counseling
Pharmacologic: Trial of MS Contin 15 mg b.i.d. and tramadol 50 mg one tablet q.6 hours p.r.n. Explicit instructions were given not to use narcotic medication while operating heavy equipment until the effects on his body are well understood. Also gave explicit instructions that side effects of combining alcohol use with narcotics may result in cardiopulmonary arrest.
ARD Referrals: Benefits counseling
Other Referrals: Recommend cardiology evaluation
Follow up: Next appointment in one month to review pain management


**Michelle Boltz, FNP-C**
*Michelle Boltz, NP-C, MRN*

3

CARD-ASB0274409

0003

**Exhibit 16-3**

01/06/12 08:26 SJLH (406)293-0138  The info c    ed in this fax is privileged and confidential ar    the sole use of the intended recipient.  Page

ST JOHN'S LUTHERAN HOSPITAL
350 LOUISIANA AVE
LIBBY, MONTANA 59923

Page 1 of 1

## REPORT STATUS:  Signed

Patient: S____,TERRY L   Date: 01/05/12
Patient BD: ___/1966   Patient location: L.IMAGING   Rm #:
Ordering Dr: BOLTZ, MICHELLE L FNP

CC:
BOLTZ,MICHELLE L FNP

*MB 1/9/12*

FILE DATE: 01/05/2012

PROCEDURE:          CT SCAN OF THE CHEST WITHOUT CONTRAST

COMPARISON:       NO PRIOR CT SCANS AVAILABLE FOR COMPARISON

INDICATIONS:       HISTORY OF ASBESTOS EXPOSURE WITH DYSPNEA

FINDINGS:  The chest x-ray from 1/5/2012 is normal.  No pleural based thickening or plaquing is noted.  No
calcification in the pleura and no pleural fluid.  The lungs are clear.  No interstitial fibrosis.  The heart is normal in size,
there is no pericardial effusion.  The mediastinal lymph nodes are nonspecific.  The upper abdomen that is imaged is
unremarkable.

<u>CONCLUSION:</u>
NORMAL CT SCAN.

Dictated by: STEPHEN BECKER , M.D.

<<Signature on

File>>

Electronically signed by: BECKER, STEPHEN ,

M.D.

01/06/12 0821

BECST/PLW
01/05/12 1109   01/06/12 0727

IMAGING REPORT - MEDITOR
NAME: S____,TERRY L        MR#: M000023222    ACCT#: AA0000721967
Rpt#: 0106-0003

CARD-ASB0274438
0004

**Exhibit 16-4**

01/05/12 11:24 SJLH (406)293-0138  The info c̶ ̶d in this fax is privileged and confidential an̶ ̶ ̶he sole use of the intended recipient.  Page

ST JOHN'S LUTHERAN HOSPITAL
350 LOUISIANA AVE
LIBBY, MONTANA 59923

Page 1 of 1

## REPORT STATUS:   Signed

**Patient:** S█████,TERRY L   **Date:** 01/05/12
**Patient BD:** █2/1966   **Patient location:** L.IMAGING   **Rm #:**
**Ordering Dr:** BOLTZ, MICHELLE L FNP

CC:
BOLTZ,MICHELLE L FNP

*mb 1/5/12*

FILE DATE: 01/05/2012

PROCEDURE:             CHEST/SINGLE VIEW

COMPARISON:           NO PRIOR FILMS AVAILABLE FOR COMPARISON

INDICATIONS:           HISTORY OF ASBESTOS EXPOSURE

FINDINGS:  The heart appears normal in size and configuration.  The lungs are clear.  The bony structures are unremarkable.

CONCLUSION:
NORMAL CHEST.

NO EVIDENCE FOR CARDIOPULMONARY DISEASE.

Dictated by: STEPHEN BECKER , M.D.

<<Signature on

File>>

Electronically signed by: BECKER, STEPHEN ,

M.D.                                                           01/05/12 1119

BECST/PLW
01/05/12 0951   01/05/12 1055

IMAGING REPORT - MEDITOR

NAME:  S█████,TERRY L       MR#: M000023222      ACCT#: AA0000721967
Rpt#: 0105-0027

CARD-ASB0274439
0005

**Exhibit 16-5**

## ~~Environmental Health Hazards Checklist~~

### Medicare Coverage for Individuals Exposed to Environmental Health Hazards

**Step 1: Identify the individual.**
*(Completed by the field office.)*

| | |
|---|---|
| First Name – Middle Initial – Last Name | *TERRY S* ▆▆▆▆ |
| Social Security Number ▆▆▆▆▆▆ | Date of Birth ▆▆▆▆ / 66 |

**Step 2: Identify the asbestos-related condition(s) and its date of diagnosis.**
*(Completed by the provider.)*

*Check the box next to the diagnosed impairment(s) and print the date of diagnosis.*

| | Impairment | Diagnosis Code | Minimum Medical Evidence Required |
|---|---|---|---|
| ☐ | Asbestosis | 5010 | Interpretation by a B reader qualified physician of a plain chest x-ray or interpretation of computed tomographic radiograph of the chest by a qualified physician |
| ☒ | Pleural thickening Pleural plaques | 5010 | Interpretation by a B reader qualified physician of a plain chest x-ray or interpretation of computed tomographic radiograph of the chest by a qualified physician |
| ☐ | Mesothelioma | 1630 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage or bronchoscopy report |
| ☐ | Malignancy of the lung | 1620 | Established by pathologic examination of biopsy tissue, cytology from bronchioalveolar lavage or bronchoscopy report |
| ☐ | Malignancy of the colon | 1530 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | Malignancy of the rectum | 1530 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | Malignancy of the larynx | 1950 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | Malignancy of the stomach | 1510 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | Malignancy of the esophagus | 1500 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | Malignancy of the pharynx | 1950 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | Malignancy of the ovary | 1830 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | *Individual does not have an impairment listed above* | | |

**Date of Diagnosis:** 1/5/12

**Step 3: Identify presence in Lincoln County, Montana.**
*(Completed by the provider.)*

| | |
|---|---|
| This individual was present in Lincoln County, Montana, during the following time period(s): | 1967 – Present |

Do your records dated prior to March 23, 2010, indicate the individual was present in Lincoln County, Montana, for a total of at least 6 months during a period ending 10 years or more before the date of his or her diagnosis of the impairment(s) checked above? ☒ Yes   ☐ No (SSA will develop presence.)

| Printed Name | Physician's Signature | Date |
|---|---|---|
| *Brad Black MD* | *Brad Black (MD)* | 10/29/12 |

CARD-ASB0274366

0006

**Exhibit 16-6**



**CARD**
Center for Asbestos Related Disease

214 East 3'¹ Street  Libby, Montana  59923  (406)293-9274  fax:(406)293-9280

October 15, 2014

Re: Terry S███
SSN: ███████

To Whom It May Concern:

Mr. S███ was first evaluated at CARD on 01/05/2012 because he was struggling with shortness of breath with exertion and also while at rest. He also reported that over the past two years he has had a chronic cough and occasional wheezing. He also had been struggling with pleuritic chest pain. He sought medical evaluation because it got so severe that it was interfering with his ability to perform his work. At this visit he was diagnosed with asbestos related pleural disease and chronic pleuritic pain. Mr. S███ was started on pharmaceutical pain management.

These diagnoses were very appropriate considering his substantial exposure to Libby amphibole asbestos. He has lived in Troy since 1967. He lived directly across from the railroad tracks and played near them frequently which is now known to be a noteworthy exposure pathway. He also lived in a house insulated with contaminated vermiculite and reported that it was typically dusty indoors.

Mr. S███ has maintained monthly contact with CARD for ongoing pain management the last 2 ½ years and dedicatedly completed annual evaluations. His Libby amphibole asbestos pleural disease is likely to continue to progress, with the most debilitating symptom being his chronic pleuritic pain.

He has attempted to utilize medication management to make his symptoms tolerable, but it has been increasingly difficult. He has been a heavy equipment operator his entire life. The past 17 years he worked for the County Road Department and prior to that was involved in logging and other construction always operating heavy equipment. Beginning in 2012 his Libby amphibole asbestos disease began significantly interfering with his ability to work. When operating the heavy equipment, he frequently had to pull over to catch his breath, cough up phlegm or walk around to try and relieve the pain some. Pain management was somewhat helpful but interfered with his ability to maintain a CDL and thus he was no longer able to maintain his employment. His multiple respiratory symptoms and most notably his chronic pleuritic pain have made him unable to maintain gainful employment.

It is my opinion that Mr. S███ has always had a strong work ethic at manual labor based jobs. However, although I do not believe he has had any formal assessment, he demonstrates very limited skills with numbers, reading and writing and would not be able to work in any public or service capacity. In addition, his Libby amphibole asbestos disease status will only continue to worsen, and thus his pain will also likely worsen over time. The only alternative for Mr. S███ at this time is to seek Social Security disability benefits. I strongly encourage you to approve Mr. S███ for benefits.

Sincerely,

*Brad Black (MD)*

Dr. Brad Black
Medical Director/CEO

| Name: S███ Terry | DOB: ███/1966 | Date: |

CARD-ASB0274490
0007

**Exhibit 16-7**

.4 13:12:24 Social Security Admin                866 683 2367   Page 2/4

## MONTANA DPHHS
**Department of Public Health and Human Services**

Disability Employment and Transitions Division • Disability Determination Services • 2550 Prospect Ave
Helena, MT 59604-4189 • Voice: 406-444-3054 • Toll Free: 800-545-3054 • Fax: 406-444-3564

Steve Bullock, Governor

Richard H. Opper, Director

C A R D CLINIC
MEDICAL RECORDS
214 E 3RD ST
LIBBY, MT 59923

December 23, 2014

TERRY LEE S███

PO BOX ██
TROY MT 59935

SSN: ████████

TAX ID: ██████#        ST ID: 52760        AUTH: 20141223700167        DOB: ███/1966

### REQUEST FOR INFORMATION

Our agency is determining this person's eligibility for disability benefits. Please provide copies of the records requested
for the following dates: December 2014 to present
Include the following information:

* Office notes
* Please state your opinion on the claimant's
ability to do work related activities.
* PFS (pulmonary function studies), spirometry,
results & tracings
* Imaging reports (e.g., x-rays/MRI/CT scans)
We will pay up to $25.00 for your records.

| INVOICE | |
|---|---|
| Date: | |
| Tax-ID/SSN: | |
| Amount Due: | |
| Make Payable to: | |
| Signature | |
| VENDOR TAX ID OR SSN MUST BE ON THIS BILL | |

CHECK HERE IF NO RECORDS ARE AVAILABLE ____

Fill out the information in the box above and return this page with the records, it will serve as an invoice. Place this
page and records behind the bar code page. Faxing to 866-683-2367 will expedite receipt of records.

Call 800-545-3054 for dictation service information.
Include a current W-9 if you are a new vendor, or your name, address, or Tax ID changed.

MARY O
Disability Determination Services
gei416/D0050

FAX

Name: S███, Terry              DOB: ███1966              Date:

CARD-ASB0274565

0008

**Exhibit 16-8**

4 13:12:35 Social Security Admin                    866 683 2367   Page 3/4

WHOSE Records to be Disclosed                                    Form Approved
                                                                 OMB No. 0960-0623
NAME (First, Middle, Last, Suffix)
Terry Lee S█

████, TERRY █    /1966        SSN █████████        Birthday
                                                  (mm/dd/yy)      66
                12/13/2014

## AUTHORIZATION TO DISCLOSE INFORMATION TO
## THE SOCIAL SECURITY ADMINISTRATION (SSA)

** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW **

I voluntarily authorize and request disclosure (including paper, oral, and electronic interchange):

**OF WHAT**   _All my medical records; also education records and other information related to my ability to perform tasks. This includes specific permission to release:_

1. All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) _including, and not limited to_ :
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   - Gene-related impairments (including genetic test results)
2. Information about how my impairment(s) affects my ability to complete tasks and activities of daily living; and affects my ability to work.
3. Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.
4. Information created within 12 months after the date this authorization is signed, as well as past information.

**FROM WHOM**
- All medical sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

THIS BOX TO BE COMPLETED BY SSA/DDS (as needed) Additional information to identify the subject (e.g. other names used), the specific source, or the material to be disclosed:

C A R D CLINIC
LIBBY, MT 59923

Please see attached request.
December 2014 to present.

**TO WHOM**   The Social Security Administration and to the State agency authorized to process my case (usually called "disability determination services"), including contract copy services, and doctors or other professionals consulted during the process. [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE**   Determining my eligibility for benefits, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.
☐ Determining whether I am capable of managing benefits ONLY (check only if this applies)

**EXPIRES WHEN**   This authorization is good for 12 months from the date signed (below my signature).

- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosures above from the types of sources listed.

PLEASE SIGN USING BLUE OR BLACK INK ONLY   If not signed by subject of disclosure, specify basis for authority to sign

**INDIVIDUAL** authorizing disclosure                    ☐ Parent of minor  ☐ Guardian   ☐ Other personal representative (explain)
SIGN ▶ _Electronically Signed By:_
       Terry Lee Steiger                    (Parent/guardian personal representative sign
                                            here if two signatures required by State law) ▶

Date Signed        Street Address
10/07/14           ████████ PO Box

Phone Number (with area code)   City          State   ZIP
400█████████                    Troy          MT      59935

**WITNESS**   I know the person signing this form or am satisfied of this person's identity:

SIGN ▶                              If needed, second witness sign here (e.g., if signed with "X" above)
                                    SIGN ▶

Phone Number (or Address)           Phone Number (or Address)

This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.
Form SSA-827 (11-2012) ef (11-2012) Use 4-2009 and Later Editions Until Supply is Exhausted                    Page1 of 2

Name: S█████, Terry        DOB: ████1966                                    Date:

CARD-ASB0274566

0009

**Exhibit 16-9**

14 13:12:54 Social Security Admin                   866 683 2387  Page 4/4

### Explanation of Form SSA-827,
### "Authorization to Disclose Information to the Social Security Administration (SSA)"

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you. SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

### Privacy Act Statement
### Collection and Use of Personal Information

Sections 205(a), 233(d)(5)(A), 1614(a)(3)(H)(i), 1631(d)(1) and 1631(e)(1)(A) of the Social Security Act as amended, [42 U.S.C. 405(a), 433(d)(5)(A), 1382c(a)(3)(H)(i), 1383(d)(1) and 1383(e)(1)(A)] authorize us to collect this information. We will use the information you provide to help us determine your eligibility, or continuing eligibility for benefits, and your ability to manage any benefits received. The information you provide is voluntary. However, failure to provide the requested information may prevent us from making an accurate and timely decision on your claim, and could result in denial or loss of benefits.

We rarely use the information you provide on this form for any purpose other than for the reasons explained above. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, including but not limited to the following:

1  To enable a third party or an agency to assist us in establishing rights to Social Security benefits and/or coverage;

2  To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office, General Services Administration, National Archives Records Administration, and the Department of Veterans Affairs);

3  To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and

4  To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of our programs (e.g., to the U.S. Census Bureau and to private entities under contract with us).

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. We use the information from these programs to establish or verify a person's eligibility for Federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

A complete list of routine uses of the information you gave us is available in our Privacy Act Systems of Records Notices entitled, Claims Folder System, 60-0089; Master Beneficiary Record, 60-0090; Supplemental Security Income record and Special Veterans benefits, 60-0103; and Electronic Disability (eDIB) Claims File, 60-0340. The notices, additional information regarding this form, and information regarding our systems and programs, are available on-line at www.socialsecurity.gov or at any Social Security office.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE.** You can find your local Social Security offices through SSA's website at www.socialsecurity.gov. Offices are also listed under U.S. Government agencies in your telephone directory or **you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778).** *You may send comments on our time estimate above to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401. Send only comments relating to our time estimate to this address, not the completed form.*

Form **SSA-827** (11-2012) ef (1˝-2012)                                                                                   Page 2 of 2

Name: S___, Terry                              DOB: ___/1966                                        Date:

CARD-ASB0274567

0010

**Exhibit 16-10**

| DATE OF IMAGE | FILM READER |
|---|---|
| 01/05/12 | LYNCH |
| Worker's ID # | FACILITY IDENTIFICATION |
| 633323 | 1T026 |

Image quality  0 [✓] 2 3   If not grade 1, give reason _____

**LUNG**

**1A. ARE THERE ANY LUNG ABNORMALITIES PRESENT?**  NO  YES  IF NO GO TO #7A

**1B. ARE THERE ANY WELL DEFINED OPACITIES PRESENT?**  NO  YES  IF NO GO TO #2

| | Predominant Size (Choose one) | | | Zones/Profusion | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | No | Yes | | | R | | | | L | | | |
| P = 1.5mm | | | | U | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| Q=1.5-3mm | | | | M | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| R = 3-10mm | | | | L | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| | | | | | | | SUM GRADE | | | | | |

**2. ARE THERE ANY IRREGULAR AND/OR LINEAR OPACITIES PRESENT?**  NO  YES  IF NO GO TO #3

| | Predominant Type (Choose one) | | Grade | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | No | Yes | | R | | | | L | | | |
| Intralobular | | | U | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| Interlobular | | | M | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| Reticular | | | L | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| | | | | | | SUM GRADE: | | | | | |

**3. GROUND GLASS OPACITY PRESENT?**  NO  YES  IF NO GO TO #4

| Grade | R | | | | L | | | |
|---|---|---|---|---|---|---|---|---|
| U | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| M | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| L | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |

1 = 25%
2 = 25%-50%
3 = 50%

**4. IS THERE ANY HONEYCOMBING PRESENT?**  NO  YES  IF NO GO TO #5

| Grade | R | | | | L | | | |
|---|---|---|---|---|---|---|---|---|
| U | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| M | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| L | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |

1 = 25%
2 = 25%-50%
3 = 50%

**5. EMPHYSEMA PRESENT?**  NO  YES  IF NO GO TO #6

| Grade | R | | | | L | | | |
|---|---|---|---|---|---|---|---|---|
| U | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| M | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| L | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |

1 = 25%
2 = 25%-50%
3 = 50%

**6. ARE THERE LARGE OPACITIES PRESENT?**  0  A  B  C

| Zones | R | L |
|---|---|---|
| U | | |
| M | | |
| L | | |

**PLEURA**

**7A. ARE THERE ANY PLEURAL ABNORMALITIES PRESENT?**  NO  YES  IF NO GO TO # 9

| | | No | Yes | Predominant Type (choose one) |
|---|---|---|---|---|
| W | parietal type | | | |
| | visceral type | | | |
| M | mediastinum | | | |
| D | diaphragm | | | |

Extent/width

| | R | | | | L | | | |
|---|---|---|---|---|---|---|---|---|
| U | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| | 0 | a | b | c | 0 | a | b | c |
| M | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| | 0 | a | b | c | 0 | a | b | c |
| L | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| | 0 | a | b | c | 0 | a | b | c |

**7B. IS THERE ROUNDED ATELECTASIS?**  0  1  2  3

**8A. ARE ANY PLEURAL CALCIFICATIONS PRESENT?**  NO  YES  IF NO GO TO # 9

**8B. LOCATION**  0  W  M  D

**9. SYMBOLS**  0  AX  BR  HI  HB  CA  CG  CV  DI  DO  ES  FP  FR  IH  ME  MP  OD  PB  RA  SI  HG

**10A. ARE NON-CALCIFIED NODULES PRESENT?**  NO  YES  IF NO GO TO #11

**10B. NO. OF NODULES PRESENT**  ____  **10C. MAXIMUM DIAMETER OF NODULES** mm ____

**11. OTHER COMMENTS**  *Fatty liver*

**12. READER INITIALS:**  *DAL*

**DATE OF READING**  *8/24/12*

**4-DIGIT IMAGE ID, AS READ FROM IMAGE (NOT FROM LABEL)**  N/A

| FOR USE ONLY | | |
|---|---|---|
| SITE EDIT | SITE FAIL | SITE PASS |
| SCANNED | RECVD | KEYED |

Name: S█████, Terry    DOB: ██/██/1966    Date:

**Exhibit 16-11**

9.

0   - none
AX- Coalescence of small pneumoconiotic opacities
BT- Bronchiectasis; all types, including traction bronchiectasis
BR- Bronchial wall thickening
BU- Bullae, additional information on emphysema
CA- Lung cancer
CG- Calcified Granuloma
CV- Cavity, central necrosis, liquid, and/or air containing
DI- Distortion of intrathoracic structures and organs
DO- Dependant Opacity
EF- Effusion, free or loculated pleural fluid
ES- Eggshell calcification of hilar and/or mediastinal lymph nodes
FP- Fat Pad, extrapleural/subcostal fat
FR- Fractured rib(s)
HI- Enlargement of hilar and/or mediastinal lymph nodes, >1.5-2cm
ME- Malignant mesothelioma of the pleura, the pericardium or the peritoneum
MP- Mosaic pattern
OD- Other disease; comment included
PB- Parenchymal band, due to pleuroparenchymal scars, longer >2cm, thicker >1mm
RA- Rounded atelectasis
TB- Tuberculosis

---

Name: S███, Terry                    DOB: ███/1966                    Date:

CARD-ASB0274547

0012

**Exhibit 16-12**

.7:31 SJLH (406)293-0138   The info conte`     ` this fax is privileged and confidenti`      ` for the sole use of the intended recipient

ST JOHN'S LUTHERAN HOSPITAL
350 LOUISIANA AVE
LIBBY, MONTANA 59923

Page 1 of 1

**REPORT STATUS:**   Signed

Patient: S█████,TERRY L  **Date:** 01/29/13
Patient BD: ██/1966   **Patient location:** L.IMAGING   Rm #:
Ordering Dr: BLACK, BRAD M.D.

cc:
BLACK,BRAD M.D.

**PROCEDURE:**         RADIOGRAPH: CHEST, SINGLE VIEW

**COMPARISON:**      ST JOHN'S LUTHERAN HOSPITAL, CT, CHEST W/O CONTRAST, 1/
05/2012, 10:30.  ST JOHN'S LUTHERAN HOSPITAL, RAD, CHEST,SINGLE VIEW, 1/05/2012, 8:16.

**INDICATIONS:**       Pleural plaquing.

**FINDINGS:**  Single frontal view of the chest demonstrates the cardiac and mediastinal configuration to
be normal.  The lungs are clear.  No pneumothorax or pleural effusion.  No significant pleural plaque is
identified.

**CONCLUSION:**       NEGATIVE CHEST.

Dictated by: Debra Wade, M.D. on 1/29/2013 at 13:48
Transcribed by: Karen Hansen on 1/29/2013 at 14:38
Electronically Signed by: Debra Wade, M.D. on 1/30/2013 at 16:00

Dictated by: DEBRA L WADE M.D., M.D.

Electronically signed by: WADE, DEBRA L M.D., M.D.
01/30/13 1728

ACODE/krh
01/29/13 1348   01/29/13 1438

IMAGING REPORT - MEDITOR

NAME: S█████TERRY L    MR#: M000023222   ACCT#: AA0000762626
Rpt#: 0130-0023

CARD-ASB0274437
0013

**Exhibit 16-13**

Electronically Signed By: Black, Brad MD 12/11/2014 12:08:18 PM privileged and confidential and for the sole use of the intended recipient

CABINET PEAKS MEDICAL CENTER
209 HEALTH PARK DRIVE
LIBBY, MONTANA 59923

Page 1 of 1

**REPORT STATUS:**  Signed

Patient: S███████,TERRY L   Date: 10/06/14
Patient BD: ███/1966   Patient location: L.IMAGING   Rm #:
Ordering Dr: BLACK, BRAD M.D.

cc:
BLACK,BRAD M.D.

Exam Date and Time: 10/06/2014  14:34
PROCEDURE:   RADIOGRAPH: CHEST, SINGLE VIEW

COMPARISON:   ST JOHN'S LUTHERAN HOSPITAL, RAD, CHEST, SINGLE VIEW,
1/29/2013, 12:29.

INDICATIONS:   Pleural plaquing.

FINDINGS:
LUNGS:   Clear.  Normal vasculature.
PLEURA:   Normal.  No abnormal pleural opacity.  No pneumothorax.
MEDIASTINUM:   Normal.  No visible mass or adenopathy.
MUSCULOSKELETAL:   Normal.  No fracture or visible bony lesion.
ADDITIONAL FINDINGS:   None.

CONCLUSION:   No acute disease.

Dictated by: William Benedetto, M.D. on 10/06/2014 at 16:04
Transcribed by: ENF on 10/06/2014 at 16:47
Electronically Signed by: William Benedetto, M.D. on 10/07/2014 at
10:10

Dictated by: WILLIAM R BENEDETTO M.D., M.D.

Electronically signed by: BENEDETTO, WILLIAM R M.D.,

M.D.

10/07/14 1011

IMAGING REPORT - MEDITOR

NAME: S███████,TERRY L   MR#: M000023222   Rpt#: 1006-0044
ACCT#: AA0000826599

Name: S███, Terry                        DOB: ███/1966                        Date:

CARD-ASB0274548

0014

**Exhibit 16-14**

09/03/2013  17:14  14062  5325          KOOTENAI DRUG                    PAGE  01/01

09/03/2013

# REFILL AUTHORIZATION REQUEST FORM

KOOTENAI DRUG AND HARDWARE, INC.
BOX 328 - 611 E. MISSOULA
TROY, MT 59935
PHONE: (406) 295-4361
FAX: (406) 295-5326
DEA#: BK9555371

**REFILL REQUEST FOR RX:**     438528

PATIENT: TERRY S█                          DOB: █1966
ADDRESS: BOX █                             PHONE: ()█
             TROY, MT 59935

*pt wants this to replace this.*

PRESCRIBED DRUG: TRAMADOL 50MG                    50MG
SIG:  TAKE ONE TABLET EVERY SIX HOURS AS NEEDED FOR PAIN       QTY:     60
         —MAY CAUSE DROWSINESS                                 RFLS AUTH:   6
DOCTOR: MICHELLE BOLTZ NP                         PHONE: (406) 295-9274
                                                  FAX: (406) 295-9280

PHYSICIAN RESPONSE:   (SELECT ONLY ONE RESPONSE.)
☐ APPROVE ONE MORE DISPENSING ONLY
☐ APPROVE AND GIVE _____ MORE REFILLS
☐ NO FURTHER DISPENSINGS APPROVED, PATIENT MUST SEE DOCTOR
☐ GIVE ONLY ENOUGH FOR ONE DAY, PATIENT MUST SEE DOCTOR
☐ HAVE PATIENT CALL DOCTOR
☐ OTHER: _____
         _____
         _____
         _____

*Dr B_____ called in 9-4-13*

AUTH BY: _____ DEA#: _____ DATE: _____

NOTE FROM PHARMACY:

REFILL HISTORY (MOST RECENT 5 DISPENSES)

| Disp Date  | Qty | Days | Item Dispensed | Item Strength |
|------------|-----|------|----------------|---------------|
| 06/21/2013 | 60  | 15   | TRAMADOL 50MG  | 50MG          |
| 05/15/2013 | 60  | 15   | TRAMADOL 50MG  | 50MG          |
| 04/12/2013 | 60  | 15   | TRAMADOL 50MG  | 50MG          |
| 02/28/2013 | 60  | 15   | TRAMADOL 50MG  | 50MG          |
| 01/28/2013 | 60  | 15   | TRAMADOL 50MG  | 50MG          |

The material in this facsimile transmission is intended only for the use of the individual to whom it is addressed and may contain information that is confidential, privileged, and exempt from disclosure under applicable law. If you are not the intended recipient, be advised that the unauthorized use, disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you have received this transmission in error please notify us immediately at the above sender's phone number.

HIPAA Compliance

Unless otherwise authorized in writing by the patient, protected health information will only be used to provide treatment, to seek insurance payment, or to perform other specific health care operations.

PLEASE REPLY TO REQUEST BY EITHER PHONING PHARMACY DIRECTLY OR RETURNING FAX WITH YOUR RESPONSE
     PHONE: (406) 295-4361                                    FAX: (406) 295-5326

**Exhibit 16-15**

The Center for Asbestos Related Disease
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.
DEA Reg. No. AB7624819

MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. MB2353364

NAME *Terry*

ADDRESS                    *Troy MT*          AGE *66*

DATE *9-30-13*

**Rx**   MS Contin 15mg

Qty: #60 (sixty)

Sig: 1 tab po BID

Refill ___ Times

Provider _____

Dispense As Written          Substitution Permitted

Mailed to Pharmacy (Kootenai Drug)

10-1-13

CARD-ASB0274377
0015

**Exhibit 16-16**

**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.          *Owen Austrheim MD*          MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. AB76Z4819   *DEA: AA 9488518*          DEA Reg. No. MB2353364

NAME *Terry*                                          DoB
                                                     AGE    *66*
ADDRESS                          *Troy MT*      DATE *8-27-13*

Rx   *Ms Contin   15mg*
*Qty: #60 (sixty)*
*Sig: tab po BID*

Refill *0* Times

Provider _____          Provider *Owen Austrheim MD*
         Dispense As Written                Substitution Permitted

*Mailed to KD*
*8-27-13*
*KKent LPN*

CARD-ASB0274380
0018

**Exhibit 16-17**

07/31/2013  08:51   1406:   :326        KOOTENAI DRUG                PAGE  01/01
07/31/2013

# REFILL AUTHORIZATION REQUEST FORM
### KOOTENAI DRUG AND HARDWARE, INC.
BOX 328 - 611 E. MISSOULA
TROY, MT 59935
PHONE: (406) 295-4361
FAX: (406) 295-5326
DEA#: BK9555371

**REFILL REQUEST FOR RX:**    438528

PATIENT: TERRY S█████            DOB: ██/1966
ADDRESS: BOX █                   PHONE: ()███████
         TROY, MT 59935

PRESCRIBED DRUG: TRAMADOL 50MG            50MG
SIG:  TAKE ONE TABLET EVERY SIX HOURS AS NEEDED FOR PAIN    QTY:     60
      --MAY CAUSE DROWSINESS                      RFLS AUTH:  / 6
DOCTOR: MICHELLE BOLTZ NP                 PHONE: (406) 293-9274
                                         FAX: (406) 293-9280

PHYSICIAN RESPONSE:   (SELECT ONLY ONE RESPONSE.)
☐ APPROVE ONE MORE DISPENSING ONLY
☐ APPROVE AND GIVE _____ MORE REFILLS
☐ NO FURTHER DISPENSINGS APPROVED, PATIENT MUST SEE DOCTOR
☐ GIVE ONLY ENOUGH FOR ONE DAY, PATIENT MUST SEE DOCTOR
☐ HAVE PATIENT CALL DOCTOR
☐ OTHER: _____
         _____
         _____
         _____

AUTH BY: _____ DEA#: _____ DATE: _____

NOTE FROM PHARMACY:

*[handwritten note, circled:]* Called in RX / Lortab 5/500 / 1-" 3 4 O PRN / #60 mo / + 5

**REFILL HISTORY** (MOST RECENT 5 DISPENSES)

| Disp Date | Qty | Days | Item Dispensed | Item Strength |
|-----------|-----|------|----------------|---------------|
| 06/21/2013 | 60 | 15 | TRAMADOL 50MG | 50MG |
| 05/15/2013 | 60 | 15 | TRAMADOL 50MG | 50MG |
| 04/12/2013 | 60 | 15 | TRAMADOL 50MG | 50MG |
| 02/28/2013 | 60 | 15 | TRAMADOL 50MG | 50MG |
| 01/28/2013 | 60 | 15 | TRAMADOL 50MG | 50MG |

The material in this facsimile transmission is intended only for the use of the individual to whom it is addressed and may contain information that is confidential, privileged, and exempt from disclosure under applicable law. If you are not the intended recipient, be advised that the unauthorized use, disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you have received this transmission in error please notify us immediately at the above sender's phone number.

HIPAA Compliance

Unless otherwise authorized in writing by the patient, protected health information will only be used to provide treatment, to seek insurance payment, or to perform other specific health care operations.

PLEASE REPLY TO REQUEST BY EITHER PHONING PHARMACY DIRECTLY OR RETURNING FAX WITH YOUR RESPONSE
PHONE: (406) 295-4361                              FAX: (406) 295-5326

CARD-ASB0274379
0017

**Exhibit 16-18**

The Center for Asbestos Related Disease
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.
DEA Reg. No. AB7624819

MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. MB2353364

NAME _Terry S_ DOB ___

ADDRESS _Troy MT_ AGE _66_ DATE _7-25-13_

**Rx** Ms Contin 15mg
Qty: #60 (sixty)
Sig: 1 tab po BID

Refill _0_ Times

Provider _Brad Black MD_

Dispense As Written            Substitution Permitted

Mailed to Kootenai Drug
7-25-13

CARD-ASB0274381
0019

**Exhibit 16-19**

The Center for Asbestos Related Disease
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

**BRAD BLACK, M.D.**
DEA Reg. No. Ab7624819

**ALISA M. KOVAL, M.D.**
DEA No. FK3493993

**MICHELLE BOLTZ, NP-C, APRN**
DEA Reg. No. MB2353364

NAME Terry S_____     DOB ___-66
AGE

ADDRESS _____ Troy MT     DATE 6-19-13

Rx   MS Contin 15 mg
Qty: #60 (sixty)
Sig: ī tab po BID

Refill ___ Times

Provider _Brad Black MD_    Provider _____
Dispense As Written     Substitution Permitted

Mailed to Kootenai Drug
6-19-13
I Rent LPN

CARD-ASB0274382
0020

**Exhibit 16-20**

**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.
DEA Reg. No. AB7624819

MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. MB2353364

NAME _Terry_

DOB ___ AGE ___ 66

ADDRESS _____ Troy MT   DATE 5-13-13

℞   MS Contin 15mg
Qty: #60 (sixty)
Sig: 1 tab po BID

Refill ___ Times

Provider _Brad Black_   Provider _____

*Dispense As Written        Substitution Permitted

Mailed to K.D.
5-13-13       _JR_

CARD-ASB0274383
0021

**Exhibit 16-21**

**The Center for Asbestos Related Disease**
214 E. 3rd St. · Libby, Montana 59923
Phone: 406-293-9274

**BRAD BLACK, M.D.**
DEA Reg. No. Ab7624819

**ALISA M. KOVAL, M.D.**
DEA No. FK3493993

**MICHELLE BOLTZ, NP-C, APRN**
DEA Reg. No. MB2353364

NAME Terry ███████ DOB ████ 66 AGE

ADDRESS ██████████ Troy MT DATE 4-8-13

Rx    MS Contin 15mg
Qty: #60 (sixty)
Sig: i tab po BID

Refill
Provider _Black_ Dispense As Written    Substitution Permitted

Mailed to
Kootenai Drug
4-8-13

CARD-ASB0274384
0022

**Exhibit 16-22**

The Center for Asbestos Related Disease
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.
DEA Reg. No. AB7624819

MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. MB2353364

NAME _Terry_ ▮▮▮▮ DOB ▮▮ AGE ▮▮ 66

ADDRESS ▮▮▮▮ _Troy mT_ ▮▮ DATE _2-28-13_

Rx   Ms Contin 15 mg
Qty: # 60 (sixty)
Sig: ½ Tab PO BID

Refill ___ Times

Provider _Brad Black (PRMD)_

Dispense As Written          Provider          Substitution Permitted

_Mailed to Kootenai Drug_
_2-28-13_

CARD-ASB0274385
0023

**Exhibit 16-23**

The Center for Asbestos Related Disease
214 E 3rd St. · Libby, Montana 59923
Phone: 406-293-9274

**BRAD BLACK, M.D.**
DEA Reg. No. AB7624819

**MICHELLE BOLTZ, NP-C, APRN**
DEA Reg. No. MB2353364

NAME Terry ▮▮▮▮▮ DOB ▮▮▮ 66

ADDRESS ▮▮▮▮▮ DATE 1-24-13

Rx  MS Contin 15mg
    Qty # 60
    Sig: 1 tab PO Bid

Refill _____ Times _____

Provider Brad Black MD    Provider _____

Dispense As Written              Substitution Permitted

CARD-ASB0274386

0024

**Exhibit 16-24**



The Center for Asbestos Related Disease
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.          ALISA M. KOVAL, M.D.          MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. Ab7624819    DEA No. FK3493993             DEA Reg. No. MB2353364

NAME Terry                                             DOB
ADDRESS                    Troy MT          DATE 4/24/[ ]D

Rx  Ms Contin 15mg
    #60 (sixty)
    Sig: i tab po bid

Refill
Provider  Black Black M.D  Provider
          Dispense As Written          Substitution Permitted



CARD-ASB0274387
0025

**Exhibit 16-25**

**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

**BRAD BLACK, M.D.**
DEA Reg. No. Ab7624819

**ALISA M. KOVAL, M.D.**
DEA No. FK3493993

**MICHELLE BOLTZ, NP-C, APRN**
DEA Reg. No. MB2353364

NAME Terry ▇▇▇▇ DOB ▇▇ AGE ▇▇ 66

ADDRESS 177 St. Regis Rd Troy MT DATE 12-24-D

Rx   Ms Contin 15mg
Qty: #60 (sixty)
Sig: i tab po bid

Refill ✓ Times    _Brad Black_ M.D.

Dispense As Written   Provider   Provider   Substitution Permitted

Terry ▇▇▇▇

CARD-ASB0274388
0026

**Exhibit 16-26**

**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.
DEA Reg. No. AB7624819

MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. MB2353364

NAME Terry

DOB
AGE 66

ADDRESS 177 St Regis Road

DATE 11/8/12

Troy, MT 59935 / ph:(06) 295-5733

Rx MS contin 15mg

Qty #60

Sig: ī tablet po bid

Refill 0 Times

Provider _____

Dispense As Written          Substitution Permitted

mailed to pt 11/8/12
HVang RN.CCRN

CARD-ASB0274389
0027

**Exhibit 16-27**

11/07/2012  17:44   14062955      KOOTENAI DRUG                  PAGE  01/01

11/07/2012

# REFILL AUTHORIZATION REQUEST FORM

KOOTENAI DRUG AND HARDWARE, INC.
BOX 328 • 611 E. MISSOULA
TROY, MT 59935
PHONE: (406) 295-4361
FAX: (406) 295-5326
DEA#: BK9555371

**REFILL REQUEST FOR RX:**      423787

PATIENT: TERRY ████████             DOB: ███/22/1966
ADDRESS: BOX ███                     PHONE: () ████████
         TROY, MT 59935

PRESCRIBED DRUG: TRAMADOL 50MG              50MG
SIG:  TAKE ONE TABLET EVERY SIX HOURS AS NEEDED FOR PAIN       QTY:   60
      --MAY CAUSE DROWSINESS                                   RFLS AUTH:   5
DOCTOR: MICHELLE BOLTZ NP                   PHONE: (406) 293-9274
                                           FAX: (406) 293-9280

PHYSICIAN RESPONSE:   (SELECT ONLY ONE RESPONSE.)
☐ APPROVE ONE MORE DISPENSING ONLY
☑ APPROVE AND GIVE _10_ MORE REFILLS
☐ NO FURTHER DISPENSINGS APPROVED, PATIENT MUST SEE DOCTOR
☐ GIVE ONLY ENOUGH FOR ONE DAY, PATIENT MUST SEE DOCTOR
☐ HAVE PATIENT CALL DOCTOR
☐ OTHER: _____

*Kootenai Drug
  states / did not
  recieve Fax —
RX called in per J
Vo M. Boltz, NP
Hangen, CCRN*

AUTH BY: _Brad Black, MD_ DEA#: _AB 7624819_ DATE: _11/8/12_
NOTE FROM PHARMACY:  _Hangen, CCRN_

**REFILL HISTORY (MOST RECENT 5 DISPENSES)**

| Disp Date | Qty | Days | Item Dispensed | Item Strength |
|-----------|-----|------|----------------|---------------|
| 10/02/2012 | 60 | 15 | TRAMADOL 50MG | 50MG |
| 08/20/2012 | 60 | 15 | TRAMADOL 50MG | 50MG |
| 06/29/2012 | 60 | 15 | TRAMADOL 50MG | 50MG |
| 05/24/2012 | 60 | 15 | TRAMADOL 50MG | 50MG |
| 04/20/2012 | 60 | 15 | TRAMADOL 50MG | 50MG |

The material in this facsimile transmission is intended only for the use of the individual to whom it is addressed and may contain information that is confidential, privileged, and exempt from disclosure under applicable law. If you are not the intended recipient, be advised that the unauthorized use, disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you have received this transmission in error please notify us immediately at the above sender's phone number.

HIPAA Compliance

Unless otherwise authorized in writing by the patient, protected health information will only be used to provide treatment, to seek insurance payment, or to perform other specific health care operations.

PLEASE REPLY TO REQUEST BY EITHER PHONING PHARMACY DIRECTLY OR RETURNING FAX WITH YOUR RESPONSE
      PHONE: (406) 295-4361                          FAX: (406) 295-5326

FAXED
11/8/12 TJS

CARD-ASB0274390
0028

**Exhibit 16-28**



The Center for Asbestos Related Disease
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.                    MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. AB7624819             DEA Reg. No. MB2353364

NAME _Terry_____ DOB ___ _6-6-_

ADDRESS _____ DATE _10-4-12_

Rx   MS Contin  15mg
     Qty # 60
     Sig  † tab PO Bid

Refill_____ Time_____

Provider _Brad Black, M.D.___  Provider _____

Dispense As Written          Substitution Permitted

_Thomas_ _____

Son

CARD-ASB0274391
0029

**Exhibit 16-29**



CARD-ASB0274392
0030

**Exhibit 16-30**



The Center for Asbestos Related Disease
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.
DEA Reg. No. AB7624819

MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. MB2353364

NAME _Terry_

DATE _8-27-12_

ADDRESS

Rx  MS Contin 15mg
    Qty: # 60
    Sig ↑ tab PO Bid.

Refill ___ Times ___

Provider _____
Dispense As Written

Provider _Brad Black_
Substitution Permitted

CARD-ASB0274393
0031

**Exhibit 16-31**



CARD-ASB0274394
0032

**Exhibit 16-32**





The Center for Asbestos Related Disease
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

**BRAD BLACK, M.D.**
DEA Reg. No. AB7624819

**MICHELLE BOLTZ, NP-C, APRN**
DEA Reg. No. MB2353364

NAME _Terry_ ▮▮▮▮▮▮ DOB ▮▮ AGE 66

ADDRESS _____ DATE _5/3/12_

℞  MS Contin 15mg → tab PO BID
   Disp #60
   Ø Refills

Refill ____ Times

Provider _____ Provider _M. Boltz NP_
        Dispense As Written        Substitution Permitted

CARD-ASB0274395

0033

**Exhibit 16-33**



**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.
DEA Reg. No. AB7624810

MICHELLE BOLTZ, NP-C/FPRN
DEA Reg. No. MB2353364

NAME _____

DATE 3-20-12

℞ MS Contin 15 mg
Disp # 60
Sig: T tab PO BID

Refill _0_ Times

taking to pt's Drug Store
Kootenai
3-20-12

CARD-ASB0274396

0034

**Exhibit 16-34**

**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.
DEA Reg. No. AB7624819

MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. MB2353364

NAME _Tiny_     DOB _66_ AGE

ADDRESS _____ DATE _2/6/12_

Rx

Ms Contin 15mg   ī tab
     P.O. BID

Disp #60
Ø Refills

Refill ___ Times

Provider _____     Provider _Michelle Boltz NP-C_

☐ Dispense As Written     Substitution Permitted

_MMMPP 100_
_2/10/12_
_Kootenai Drug_

CARD-ASB0274397
0035

**Exhibit 16-35**

 **TELEPHONE MESSAGE**

---

Patient Name   **Terry S**█████
Date of Birth   ████/1966
Date of Call   12/10/2014
Home phone   (406)██████
Day phone
Alternate phone

---

**Spoke with:**
**Time of call:** 2:44 PM
**Call taken by:** Tami Reatz
**Contact type:**
**Call type:** medication management

**Telephone Contact Detail**

| Date | Time | Employee | Detail |
|------|------|----------|--------|
| 12/10/2014 | 2:44 PM | Tami Reatz | Communication: |
| | | | Medication request:MS CONTIN (MORPHINE SULFATE) |
| | | | Comment:RX mailed to Kootenai Drug. |

*Completed by: Brad Black MD 12/10/2014 02:52 PM*

**Document generated by:** Tami Reatz

S███, Terry  L.  000000633323  ████/1966 12/10/2014 02:42 PM Page: 1/1

CARD-ASB0274474
0036

**Exhibit 16-36**



## CARD
### Center for Asbestos Related Disease

214 East 3rd Street  Libby, Montana  59923  (406)293-9274  fax:(406)293-9280

Page 3 of 3
**Date of Visit: 1/5/12**
S█████, Terry  DOB: ████/66
**Assessment:**    #1 asbestos related pleural disease #2 chronic pain #3 episodic alcohol abuse

**Plan:**
Patient Education: ARD- Anatomy & Physiology, Complications, Disease Process, Follow-up, Home Management, Lifestyle Adaptations, Testing,- Good understanding 40 minutes spent with patient with greater than 15 minutes counseling and pt. education. Specifically patient is going to increase physical activity once his pain is better managed. His wife is a strong support system, and she plans to help with this. The patient states he is quite motivated for weight loss. The patient also identifies his alcohol use as prohibitive to his health and goals. We talked about chronic depression accompanying chronic pain and counseling as well as pharmaceutical treatment options. Patient is considering pursuing counseling
Pharmacologic: Trial of MS Contin 15 mg b.i.d. and tramadol 50 mg one tablet q.6 hours p.r.n. Explicit instructions were given not to use narcotic medication while operating heavy equipment until the effects on his body are well understood. Also gave explicit instructions that side effects of combining alcohol use with narcotics may result in cardiopulmonary arrest.
ARD Referrals: Benefits counseling
Other Referrals: Recommend cardiology evaluation
Follow up: Next appointment in one month to review pain management


**Michelle Boltz, FNP-C**
*Michelle Boltz, NP-C, APRN*

3

CARD-ASB0274409
0037

**Exhibit 16-37**



**CARD**
Center for Asbestos Related Disease

214 East 3rd Street  Libby, Montana  59923  (406)293-9274  fax:(406)293-9280

**Date of Visit: 2/6/12**
**S⬛⬛⬛, Terry  DOB: ⬛⬛/66**

Pharmacologic: In addition to MS Contin 15 mg b.i.d., the patient will trial hydrocodone 5/500 t.i.d. patient will begin this on a weekend to monitor for any side effects.

Follow up: Phone meeting in one month to reassess pain management

**CC PCP**

Michelle Boltz, FNP-C
*Michelle Boltz, NP-C, APRN*
02/06/12

2

CARD-ASB0274406
0038

**Exhibit 16-38**



## CARD
### Center for Asbestos Related Disease

214 East 3rd Street  Libby, Montana  59923  (406)293-9274  fax:(406)293-9280

Bill Bischoff

9/9/13

To Whom It May Concern:

Regarding:  Terry ▮▮▮▮

Terry is on a medication routine of Morphine 15 mg BID for pain control of his asbestos related disease.

He has had no adverse side effects from this regimen and is cleared for driving.

Thank-you

Brad Black, MD

FAXED
10-9-13
0910   ✓✓

CARD-ASB0274444
0039

**Exhibit 16-39**

01-27-15;15:59  ;From:LC Clerk &Recorder      To:92939280      ;14062938577      # 1/ 3

# LINCOLN COUNTY

## CERTIFICATION OF A DEATH CERTIFICATE

FILE #: 201527-000286

FULL NAME OF DECEASED:    TERRY L S█████

SEX:  Male

DATE OF DEATH:    January 12, 2015        PLACE OF DEATH:  LIBBY

RACE:    White

DATE OF BIRTH:    █████ 1966

MOTHER'S NAME:    Irene D A█████        BIRTHPLACE:  Bismarck, North Dakota

FATHER'S NAME:    Wilbert E S█████

MARITAL STATUS:    Married

SPOUSE:    Tami S█████

SOCIAL SECURITY NUMBER:    █████        VETERAN OF ARMED FORCES:  No

RESIDENCE:    Troy, Montana

FUNERAL FACILITY:    Schnackenberg Nelson Funeral Home

PLACE OF DISPOSITION:    Troy Cemetery
Troy

METHOD OF DISPOSITION:    Burial

MANNER OF DEATH:    Natural        DATE FILED:  January 15, 2015

CAUSE OF DEATH:                    ONSET:
a.  atherosclerotic cardiovascular disease        years

OTHER SIGNIFICANT CONDITIONS:
Not Recorded

NAME AND ADDRESS OF CERTIFIER:
Maury McKinney , 512 California Ave., Libby, Montana 59923

DATE ISSUED: January 27, 2015    BY: _____

656968       This certifies that this document is a true duplication
             of the original information on file with the Department
             of Public Health and Human Services.        Clerk and Recorder

Name: S█████, Terry        DOB: ███/1966        Date:

CARD-ASB0274545

0040

**Exhibit 16-40**

14:43 SJLH 406-293-0138 The info contained in this fax is privileged and confidential and for the sole use of the intended recipient.

CABINET PEAKS MEDICAL CENTER
209 HEALTH PARK DRIVE
LIBBY, MONTANA 59923

Page 1 of 1

Patient: S███████,TERRY L
Patient BD: ███/1966
AA Number: AA0000835029
MedRecNumber: M000023222

Provider: JAY MALONEY M.D.
Date:  01/12/15
Patient Location: L.ER

**ED DOCUMENTATION**

### History and Physical
**Provider Sign Up and Triage**
**Time Provider Signed Up: 13:17**
**Chief Complaint: Full Arrest**

**HPI/ROS**
HPI/ROS
48-year-old male arrives from Troy by Troy voluntary ambulance in full arrest.
Paramedics were called to the scene when patient had been found unresponsive without breathing.
The event was not witnessed. Down time was not known.
Patient has no prior cardiac history
CPR was begun on scene immediately. monitor showed asystole.
Difficult intubation, King Lumen was placed.
Patient showed chest rise with ventilations. CPR was continued and patient was transported.
There was a brief run of possible ventricular fibrillation and patient had one shock, it was not helpful.
Bilateral tibial interosseous lines were placed with 3 epinephrine injections per American heart Association guidelines.
Glucose was 170.

**Medications**
Allergies:
Coded Allergies:
    No Known Drug Allergies (Unverified , 1/12/15)
**Scheduled**
**Levothyroxine Sodium** (Levothyroxine Sodium) 125 Mcg Tablet 125 MCG PO DAILY  *(Reported)*
**Metformin Hcl** (Metformin Hcl) 500 Mg Tablet 500 MG PO DAILY  *(Reported)*
**Morphine Sulfate** (Morphine Sulfate Er) 30 Mg Cap.er.pel 30 MG PO BID  *(Reported)*
**Omeprazole** (Omeprazole) 40 Mg Capsule.dr 40 MG PO DAILY  *(Reported)*

**Scheduled PRN**
**Tramadol Hcl** (Tramadol Hcl) 50 Mg Tablet 50 MG PO Q6H PRN PRN PAIN  *(Reported)*

Report Name: ED DOCUMENTATION
NAME: S██████,TERRY L
ACCT#: AA0000835029
MR#: M000023222  Rpt#: 0112-0022

Name: S████ Terry                          DOB: ███/1966                          Date:

CARD-ASB0274561

0041

**Exhibit 16-41**

14:43 SJLH 406-293-0138 The info contained in this fax is privileged and confidential and for the sole use of the intended recipient

CABINET PEAKS MEDICAL CENTER

**Physical Exam**
**Physical Exam**
On arrival, CPR was in progress.
King Lumen was in place and there was bilateral breath sounds.
There was marked cyanosis noted of the hands feet and face ..
Monitor showed asystole.
Chest compressions were strong and adequate with palpable femoral pulses

Quick attempt with the glide scope was unsuccessful, anesthesia was called
OPA and BVM were used in the interim without interruption.
Chest compressions were continued without interruption as much as possible.
It had been 15 minutes since the last adrenaline. High dose 5 mg was given as access to the right antecubital
vein was obtained.
Strong family requests were being made for us not to cease efforts

Anesthesia achieved intubation with difficulty. Colorimetric CO2 detector confirmed placement
Good breath sounds bilaterally.
A bag of Medications were made available, morphine was noted, Narcan full dose was given IV
Another milligram of epinephrine was given
1 mg atropine given

eX. wife was interviewed, no other history found that was significant.
Patient was not around any poisonous environmental hazards, etc.

Portable chest x-ray showed excellent tube placement
After approximately 45 minutes of aggressive attempts, efforts were called at 1325 hours

Exam shows no obvious trauma
Tube left in place
Funeral home called
Family and power of attorney counseled

**Medical Decision Making**
ED Course
ED Medications
The listed medications represent those *documented as given* by the nurse at the time this report was
developed. See the EMR for a complete listing of medications given in the ED.

**Departure**
Departure
Impression:
      Primary Impression:  Cardiac arrest
      Additional Impression:  H/O asbestosis
**Condition:** Expired
**Disposition:** Expired (20)
**Referrals:**
BLACK,BRAD M.D. (PCP)
**Core Measures Addressed:** N/A
Portions of this chart may have been created with Dragon voice recognition software. Efforts have been made to
proof-read the chart, however, the wrong-word or "sound-alike" substitutions may have occurred due to the
inherent limitations of voice recognition software. Please read the chart carefully and recognize, using context,
where the substitutions may have occurred.

Report Name:  ED DOCUMENTATION
NAME: S█████,TERRY L
ACCT#: AA0000835029
MR#: M000023222  Rpt#: 0112-0022

Name: S████, Terry          DOB: ███/1966          Date:

CARD-ASB0274562

0042

**Exhibit 16-42**

| Person ID | ID | Last Name | First Name | Middle Name | Visit Date | Birth Date | CXR Screening type | CT Screening type | Visit | Age | Age Category | Weight | Height | Race | Residency | New Pt? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3164 | | | | | 9/18/2014 | | | 2 | | 56 | Between age 50-64 | | | Caucasian | 3 | 1 |
| 3165 | 633323 | ▮ | Terry | L | 1/5/2012 | ▮/1966 | 1 | 1 | 1 | 45 | Between age 35-49 | 324 | 74 | Caucasian | 1 | 1 |
| 3166 | | | | | 2/22/2012 | | 1 | 1 | 1 | 72 | Age 65+ | 161 | 60 | Caucasian | 1 | 1 |

**Exhibit 16-43**

| Person ID | ID | Last Name | First Name | Seen MD? | Recall Class (1, 3, or 5 yrs) | Smoker | Quit smoking since previous Screening | Diagnostic Track | Diagnosis Appt | FOBT |
|---|---|---|---|---|---|---|---|---|---|---|
| 3164 | | | | 3 | | 1 | 2 | 2 CT | 10/1/2014 | Deferred |
| 3165 | 633323 | S███ | Terry | 3 | 1 | 2 | | 0 CT | 1/5/2012 | N |
| 3166 | | | | 3 | 2 | 2 | | 0 CT | 3/6/2012 | Y |

**Exhibit 16-44**

| Person ID | ID | Last Name | First Name | FOBT Mailed Date | FOBT Returned | FOBT Returned Date | FOBT Results | Pt Notified of FOBT | NCM phone f/u? | NCM phone notes | Grace A/D | Grace Date |
|-----------|-----|-----------|------------|------------------|---------------|--------------------|--------------|---------------------|----------------|-----------------|-----------|------------|
| 3164 | | | | | | | | | | | | |
| 3165 | 633323 | | Terry | | | | | | | | | |
| 3166 | | | | | | | | | | | | |

**Exhibit 16-45**

| Person ID | ID | Last Name | First Name | ATSDR | ARD | Pilot Interest | ARD Medicare Interest | ARD Medicare | CXR Date | CXR Set | 2nd Set | CARD (CXR) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3164 | | | | | 1 | | | | 8/25/2014 | 4X018 | | |
| 3165 | 633323 | | Terry | | 1 | | | 1 | 1/5/2012 | 1X035 | | |
| 3166 | | | | | 2 | | | 2 | 2/22/2012 | 1X043 | | |

**Exhibit 16-46**

| Person ID | ID | Last Name | First Name | CARD CXR (parenchymal) | CARD CXR (pleural) | B-Read1 (parenchymal) | B-Read1 (pleural) | B-Read2 (parenchymal) | B-Read2 (pleural) | CXR PR Set |
|---|---|---|---|---|---|---|---|---|---|---|
| 3164 | | | | N | N | N | N | | | PRX18 |
| 3165 | 633323 | ███ | Terry | N | N | N | | | | |
| 3166 | | | | N | N | N | N | | | |

**Exhibit 16-47**

| Person ID | ID | Last Name | First Name | PR1 B-Read (parenchymal) | PR1 B-Read (pleural) | PR1 B-Reader Name | PR2 B-Read (parenchymal) | PR2 B-Read (pleural) | PR2 B-Reader Name |
|---|---|---|---|---|---|---|---|---|---|
| 3164 | | | | N | N | Kanne | N | N | Meyer |
| 3165 | 633323 | ▮▮▮ | Terry | | | | | | |
| 3166 | | | | | | | | | |

**Exhibit 16-48**

| Person ID | ID | Last Name | First Name | PR3 B-Read (parenchymal) | PR3 B-Read (pleural) | PR3 B-Reader Name | PR4 B-Read (parenchymal) | PR4 B-Read (pleural) | PR4 B-Reader Name | PR1 B-Read SentDate |
|---|---|---|---|---|---|---|---|---|---|---|
| 3164 | | | | N | N | Parker | N | Y | Szelnuk | 10/30/2014 |
| 3165 | 633323 | | Terry | | | | | | | |
| 3166 | | | | | | | | | | |

**Exhibit 16-49**

| Person ID | ID | Last Name | First Name | PR1 B-Read ReturnDate | PR1 B-Read InvoiceDate | PR1 B-Read InvoiceID | PR1 B-Read Notes | PR2 B-Read SentDate | PR2 B-Read ReturnDate |
|---|---|---|---|---|---|---|---|---|---|
| 3164 | | | | 12/11/2014 | | | | 10/30/2014 | 12/9/2014 |
| 3165 | 633323 | | Terry | | | | | | |
| 3166 | | | | | | | | | |

**Exhibit 16-50**

| Person ID | ID | Last Name | First Name | PR2 B-Read InvoiceDate | PR2 B-Read InvoiceID | PR2 B-Read Notes | PR3 B-Read SentDate | PR3 B-Read ReturnDate | PR3 B-Read InvoiceDate |
|---|---|---|---|---|---|---|---|---|---|
| 3164 | | | | | | Mass medial left apex, ill defined opacity right upper zone with tethering of extrapleural fat. | 10/30/2014 | 12/1/2014 | |
| 3165 | 633323 | | Terry | | | | | | |
| 3166 | | | | | | | | | |

**Exhibit 16-51**

| Person ID | ID | Last Name | First Name | PR3 B-Read InvoiceID | PR3 B-Read Notes | PR4 B-Read SentDate | PR4 B-Read ReturnDate | PR4 B-Read InvoiceDate | PR4 B-Read InvoiceID |
|---|---|---|---|---|---|---|---|---|---|
| 3164 | | | | | | 10/30/2014 | 12/1/2014 | | |
| 3165 | 633323 | S | Terry | | | | | | |
| 3166 | | | | | | | | | |

**Exhibit 16-52**

| Person ID | ID | Last Name | First Name | PR4 B-Read Notes |
|---|---|---|---|---|
| 3164 | | | | |
| 3165 | 633323 | S█████ | Terry | |
| 3166 | | | | |

**Exhibit 16-53**

| Person ID | ID | Last Name | First Name | CT Date | CT Set | CARD CT (parenchymal) | CARD CT (pleural) | Outside CT (parenchymal) | Outside CT (pleural) | Outside CT Reader Name | CT PR Set | PR1 CT (parenchymal) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3164 | | | | 9/9/2014 | 4T015 | Y | Y | Y | N | | PRCT15 | N |
| 3165 | 633323 | █████ | Terry | 1/5/2012 | 1T026 | N | Y | N | N | | | |
| 3166 | | | | 2/22/2012 | 1T031 | N | N | N | N | | | |

**Exhibit 16-54**

| Person ID | ID | Last Name | First Name | PR1 CT (pleural) | PR1 CT-Reader Name | PR2 CT (parenchymal) | PR2 CT (pleural) | PR2 CT-Reader Name | PR1 CT SentDate | PR1 CT ReturnDate | PR1 CT InvoiceDate |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3164 | | | | Y | Xanne | N | Y | Meyer | 10/30/2014 | 12/11/2014 | |
| 3165 | 633323 | | Terry | | | | | | | | |
| 3166 | | | | | | | | | | | |

**Exhibit 16-55**

| Person ID | ID | Last Name | First Name | PR1 CT InvoiceID | PR1 CT Notes | PR2 CT SentDate | PR2 CT ReturnDate | PR2 CT InvoiceDate | PR2 CT InvoiceID | PR2 CT Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 3164 | | | | | Peribronchial consolidation in right lower lung (superior segment and anterior basal). | 10/30/2014 | 12/9/2014 | | | Left upper lung nodule 1.8 cm, irregular AS opacity, superior segment right lower lung. |
| 3165 | 633323 | S████ | Terry | | | | | | | |
| 3166 | | | | | | | | | | |

**Exhibit 16-56**

| Person ID | ID | Last Name | First Name | Dx on Outside Read Only | Dx on Previous Outside Read | Entry into FLASH? | FLASH Date | Method of Entry | LAMP II |
|---|---|---|---|---|---|---|---|---|---|
| 3164 | | | | FALSE | FALSE | | | | |
| 3165 | 633323 | | Terry | FALSE | FALSE | | | | |
| 3166 | | | | FALSE | FALSE | | | | |

**Exhibit 16-57**

| Person ID | ID | Last Name | First Name | Significant Findings |
|---|---|---|---|---|
| 3164 | | | | Sarcoidosis-outside source |
| 3165 | 633323 | S███ | Terry | Chronic pain, chronic depression and episodic alcohol abuse |
| 3166 | | | | |

**Exhibit 16-58**

| Person ID | ID | Last Name | First Name | Focal Opacity | Focal Opacity 4mm | Lung mass | Thyroid mass | Kidney mass | Spleen mass | Adrenal mass | Breast mass | Other mass | Other mass detail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3164 | | | | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | |
| 3165 | 633323 | █████ | Terry | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | |
| 3166 | | | | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | |

**Exhibit 16-59**

| Person ID | ID | Last Name | First Name | Symptomatic | Symptomatic Notes | Spirometry Read | Spirometry Results | ARDRM | ARDRMT | ARDRP |
|---|---|---|---|---|---|---|---|---|---|---|
| 3164 | | | | 1 | | 2 | | 0 | | 0 |
| 3165 | 633323 | | Terry | 1 | wheeze,productive cough,SOB,chest pain | 2 | FVC 74% FEV1 81% ratio 85 | -1 | | 0 |
| 3166 | | | | 2 | | 1 | FVC 119% FEV1 130% ratio 82% | 0 | | 0 |

**Exhibit 16-60**

| Person ID | ID | Last Name | First Name | ARDRPT | ARDRSW | ARDRHA | ARDRRT | ARDPREHAB | ARDNUTRI | ARDRO | ARDROT | ARDNONE | NARDRPC | NARDRC |
|-----------|-----|-----------|------------|--------|--------|--------|--------|-----------|----------|-------|--------|---------|---------|--------|
| 3164 | | | | | | | | | | | | | 0 | 0 |
| 3165 | 633323 | | Terry | 0 | 0 | 0 | 0 | 0 | 0 | -1 | Cardiac Eval | 0 | 0 | 0 |
| 3166 | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Exhibit 16-61**

| Person ID | ID | Last Name | First Name | NARDRH | NARDPAP | NARDRO | NARDROT | EdSmokingCess | EdDiet | EdBreathingTech | EdPhysioDM | EdPsychoDM | EdBenefits |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3164 | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -1 |
| 3165 | 633323 | ▮ | Terry | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -1 |
| 3166 | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Exhibit 16-62**

| Person ID | ID | Last Name | First Name | EdOther | EdOtherT | EdOutReadBenefits | EdOutReadSigFindingFU | NoPCP |
|---|---|---|---|---|---|---|---|---|
| 3164 | | | | 0 | | FALSE | FALSE | 0 |
| 3165 | 633323 | | Terry | 0 | | FALSE | FALSE | 0 |
| 3166 | | | | 0 | | FALSE | FALSE | 0 |

**Exhibit 16-63**

| Person ID | ID | Last Name | First Name | PCPName | | PCPTel | PCPAddress1 |
|---|---|---|---|---|---|---|---|
| 3164 | | | | Michael A Benedict MD | | 5099433196 | 945 Goethals Drive Suite 300 |
| 3165 | 633323 | | Terry | Dr. Pyffer(Steven) | | 2082693722 | Kaniksu Helath Services |
| 3166 | | | | Dr. Günther | | 4062938711 | 211 E. 2nd St. |

**Exhibit 16-64**

| Person ID | ID | Last Name | First Name | PCPAddress2 | PCPCity | PCPState | PCPZip | PCPConsent | PCPConsentNew | ResultsLetterSentPCP |
|-----------|-----|-----------|------------|-------------|---------|----------|--------|------------|---------------|---------------------|
| 3164 | | | | | Richland | WA | 99352 | 1 | | |
| 3165 | 633323 | | Terry | 1327 Superior St | Sandpoint | ID | | 1 | | 1 |
| 3166 | | | | Libby Clinic | Libby | MT | 59923 | 1 | | 1 |

**Exhibit 16-65**

| Person ID | ID | Last Name | First Name | PCPSentDate | PCPSentInitials | PCPpacketSentDate | ResultsLetterSentPt | PtSentDate | PtSentInitials | TARConsent | TARConsentNew |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3164 | | | | | | | | | | 1 | |
| 3165 | 633323 | r | Terry | | MB | | | 2/6/2013 | tr | 2 | |
| 3166 | | | | | MB | | | 2/6/2013 | tr | 1 | |

**Exhibit 16-66**

| Person ID | ID | Last Name | First Name | TARInfoSent | TARSentDate | TARSentInitials | 1st B-Read Sent | FedEx CXR | FedEx CXR Returned | CXR To Whom1 | CXR To Whom2 | 1st B-Read Returned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3164 | | | | | | | 10/30/2014 | | | Lynch | | 1/5/2015 |
| 3165 | 633323 | S███ | Terry | | | | 8/28/2012 | 1661 | 1503 | Meyer | | 9/13/2012 |
| 3166 | | | | | | | 6/30/2012 | 1919 | 1930 | Parker | | 7/11/2012 |

**Exhibit 16-67**

| Person ID | ID | Last Name | First Name | 2nd B-Read Returned | B-reader Notes | Date CT Mailed | FedEx CT | FedEx CT Returned | CT to Whom1 | Date CT Returned |
|---|---|---|---|---|---|---|---|---|---|---|
| 3164 | | | | | | 10/30/2014 | | | Lynch | 1/5/2015 |
| 3165 | 633323 | ▮ | Terry | | | 6/30/2012 | 9901 | 1350 | Lynch | 8/30/2012 |
| 3166 | | | | | | 6/30/2012 | 9901 | 1350 | Lynch | 8/30/2012 |

**Exhibit 16-68**

| Person ID | ID | Last Name | First Name | Post CT Notes |
|---|---|---|---|---|
| 3164 | | | | |
| 3165 | 633323 | ███ | Terry | diffuse noncalcified pleural thickening in the right posterior base |
| 3166 | | | | No ARD |

**Exhibit 16-69**

| Person ID | ID | Last Name | First Name | Outside Study? |
|---|---|---|---|---|
| 3164 | | | | |
| 3165 | 633323 | ██████r | Terry | |
| 3166 | | | | |

**Exhibit 16-70**

| Person ID | ID | Last Name | First Name | Outside CT read notes |
|---|---|---|---|---|
| 3164 | | | | Right upper lung scarring. |
| 3165 | 633323 | ▉r | Terry | |
| 3166 | | | | |

**Exhibit 16-71**

| Person ID | ID | Last Name | First Name | Outside read reviewed | CXR Chk Num | CT Chk Num | PR1-X Chk Num | PR2-X Chk Num | PR3-X Chk Num | PR4-X Chk Num | PR1-CT Chk Num | PR2-CT Chk Num |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3164 | | | | Previously Addressed | 11983 | 11993 | 11457 | | | | 11499 | |
| 3165 | 633323 | █ | Terry | | 9601 | 9288 | | | | | | |
| 3166 | | | | | 9238 | 9288 | | | | | | |

**Exhibit 16-72**

| Person ID | ID | Last Name | First Name | Referrals made (to whom) | 1st B-reader diagnosis of ARD | 2nd B-reader diagnosis of ARD | 3rd Reader Mailed | ToWhom3 | 3rd B-read Returned |
|-----------|-----|-----------|------------|--------------------------|-------------------------------|-------------------------------|-------------------|---------|---------------------|
| 3164 | | | | | | | | | |
| 3165 | 633323 | ▮ | Terry | | | | | | |
| 3166 | | | | | | | | | |

**Exhibit 16-73**

| Person ID | ID | Last Name | First Name | 3rd B-reader diagnosis of ARD | JS (parenchymal) | JS (pleural) | EP (parenchymal) | EP (pleural) | JP (parenchymal) | JP (pleural) | B disposition (parenchymal) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3164 | | | | | | | | | | | |
| 3165 | 633323 | █ | Terry | | | | | | | | |
| 3166 | | | | | | | | | | | |

**Exhibit 16-74**

| Person ID | ID | Last Name | First Name | B disposition (pleural) | LDS Referral | LDS Referral Name | LDS Referral Gift Sent | LDS Referral Gift Sent Date | Reader_Mailings_Hidden | Pcp_Results_Hidden |
|-----------|-----|-----------|------------|-------------------------|--------------|--------------------|-----------------------|------------------------------|------------------------|---------------------|
| 3164 | | | | | FALSE | | | | TRUE | FALSE |
| 3165 | 633323 | | Terry | | FALSE | | | | TRUE | FALSE |
| 3166 | | | | | FALSE | | | | TRUE | FALSE |

**Exhibit 16-75**

| Person ID | ID | Last Name | First Name | Pre_7_1_2011_Screening | CXR InvoiceDate | CXR InvoiceID | CT InvoiceDate | CT InvoiceID |
|---|---|---|---|---|---|---|---|---|
| 3164 | | | | FALSE | | | | |
| 3165 | 633323 | ███ | Terry | FALSE | | | | |
| 3166 | | | | FALSE | | | | |

**Exhibit 16-76**

CARD CLINIC

NAME: Q████, DAN
DATE OF BIRTH: █████
DATE OF VISIT:  06.30.10

HPI:  Dan is a 44-year-old gentleman seen for the first time in the CARD Clinic relating
to his asbestos exposure.  Dan grew up in Libby and went through the school system.  He
has continued to work in the community, initially working for Timberline Auto and now
for an automobile body shop that his family owned.  He does not report any dyspnea on
exertion or cough or wheeze.  He does have a sharp pain in the front of his right chest that
has been there for years.  It comes and is extremely sharp, and he has to stop doing what
he is doing and usually gets into an upright position, walks around and takes a drink of
water, and it seems to go away.  It has awakened him from sleep and he has to get up and
move around and once again will take a drink of water, and he always attributes that as
improving the discomfort though he is always changing position from when the pain
started.  The pain usually subsides by simply changes in position.

He has a significant exposure to area asbestos playing in the ore piles.  His brothers
played baseball and he would be there at the games and play in the ore piles some, as far
as he can remember.  He does not recall how much and how often.  He has had a
significant problem, however, and more functional disturbance from pain in the joints of
his hands and his wrists, both shoulders and both knees.  He also has pain in the low neck
posteriorly, as well as through the back and down to the low back.  The pain is especially
bad in the morning when he first wakes up, he will notice a lot of pain in his shoulders,
and now so through his hands and wrists.  It takes a half-hour to one hour to start feeling
like he can move well.  He continues to have pain through the day.  He has been
evaluated by Dr. VanBelois and there was no evidence at the time of autoimmunity,
though he has not been able to follow up with her.  He assumes it is related to wear and
tear on his joints that is the cause of his pain.

SOCIAL HISTORY:  Psychosocial problems have been significant for him.  His wife had
left him and is basically pretty much abandoned the visitation with the kids, and he has
had to deal with the repercussions of that as well as being a working single dad.

OBJECTIVE:  Blood pressure:  Is 108/80.  Pulse:  Is 61 per minute.  Pulse ox: Is 98% on
room air.  Weight is 187 pounds.  In general, Dan is a healthy appearing adult male who
does not show any signs of respiratory difficulties.  He is a very pleasant gentleman.
HEENT:  No acute abnormalities.  Neck: Is supple, no adenopathy or masses.  Heart:
Regular rhythm, no murmurs.  Lungs:  Clear.  Extremities:  There is some mild swelling
to the metacarpal phalangeal joints but range of motion seems to be present through the
hands, wrists, and shoulders.  Neurologic:  Is intact.

RADIOLOGY:  Chest x-ray:  Suggestion of some possible pleural thickening on the right
along the right chest wall, in the upper to mid-chest region.

---

Name: Q████, Daniel                          DOB: ████ 1966                          Date:

CARD-ASB0331970

EXHIBIT
17

0001

Exhibit 17-1

PAGE: 2
NAME: Q█████, DAN
DATE OF VISIT: 06.30.10

PFTs:  Within normal limits.

ASSESSMENT:
1. Significant Libby amphibole exposure with right pleuritic chest pain that has been chronic and highly suggestive of some chronic pleural inflammation.
2. Chronic musculoskeletal pain – his symptomatology at his age seems highly typical for just osteoarthritic pattern; it is very suspicious for an autoimmune phenomenon based on his description.  His brother has very similar problems.

PLAN:  Chest CT and we will follow up when this study is complete.

BB/rl 

---

Name: Q██, Daniel                     DOB: ███1966                                    Date:

**Exhibit 17-2**

07/01/10 12:39 Stch (406)293-0138  The info cor      ed in this fax is privileged and confidential an'      the sole use of the intended recipient.   Page

ST JOHN'S LUTHERAN HOSPITAL
350 LOUISIANA AVE
LIBBY, MONTANA 59923

Page 1 of

# REPORT STATUS:   Signed

**Patient:** C███N,DANIEL K      **Date:**  06/30/10
**Patient BD:** ███/1966 **Patient location:**  L.IMAGING      **Rm #:**
**Ordering Dr:**  BLACK, BRAD M.D.

CC:
BLACK,BRAD M.D.

---

**HISTORY:**
**HISTORY OF ASBESTOS EXPOSURE, CHEST PAIN**

**CHEST/CT SCAN WITHOUT CONTRAST:**
No prior films are available for comparison.

The chest x-ray from 6/30/10, is essentially normal.

Routine unenhanced images were obtained through the chest.

No pleural based thickening or plaquing is noted.

No calcifications within the pleura are seen.

The lungs are clear.

There are no focal infiltrates.  No interstitial fibrosis.

No pleural fluid.  No plaques on either hemidiaphragm.

The heart is normal in size.  There is no pericardial effusion.

The upper abdomen that is imaged is unremarkable.

**IMPRESSION:**
**NORMAL CT SCAN OF THE CHEST.**

Dictated by: STEPHEN BECKER , M.D.

---

IMAGING REPORT

NAME :  C███,DANIEL K        MR#: M000021439        ACCT#: AA0000668155
                                                    Rpt#: 0630-0042

---

Name: Q███, Daniel        DOB: ███1966        Date:

CARD-ASB0332110

0003

**Exhibit 17-3**

CARD CLINIC

NAME: Q████, DAN
DATE OF BIRTH: ████
DATE OF VISIT: 07.01.10

SUBJECTIVE:  Dan returns to the clinic after having a CT study done.

RADIOLOGY:  Dan's CT study shows some limited pleural thickening in the posterior chest on the right, in the lower chest regions.  And also a fibrous parenchymal band extending from the anterior right chest in the lower chest region, but without any pleural reaction noted.  No parenchymal fibrosis is noted.  The left chest cavity appears normal.

ASSESSMENT:
1.  Significant Libby amphibole exposure with some very mild pleural changes in the posterior right chest, along with a prominent recurring pleuritic chest pain on the right, which most likely is related to his asbestos induced irritation of the pleura.
2.  Generalized arthritis – he does not fit any diagnostic category and certainly this does not act like osteoarthritis.  It is an inflammatory type of arthritis that has been with him for four to five years.

PLAN:  I recommend he enroll in Medicare and should receive some FLASH benefits.  He also should try Phenocaine two capsules twice a day to see if he would get some benefit from those for his general musculoskeletal pain.  We will follow up in twelve months.  He will contact me in about ten days to see how he has done on the medication.

BB/rl 



## Patient Report

PO Box 3868
Spokane, WA 99220
509.747.4455   Fax: 509.232.6130
www.inland-imaging.com

**PATIENT:** ███, DAN
**EXAM DATE:** Jun-30-2010
**REFERRING:** CARD, FACILITY

**TELEPHONE:**
**CLINIC-ALL ORGANIZATIONS**

### Rural Reading – Center for Asbestos Related Disease

1. Image Quality: 1 (0,1,2,3) If not grade 1, give reason;.

2a. Are there any lung abnormalities present? No. (Yes,No) If No, go to 8a.

2b. Are there any well defined opacities present? No. (Yes,No) If No, go to #3.
 Predominant Size (Choose one)
 P = 1.5 mm No (Yes,No)
 Q = 1.5-3 mm No (Yes,No)
 R = 3-10 mm No (Yes,No)

Zones/Profusion R L
 U (0) (0) (0,1,2,3)
 M (0) (0) (0,1,2,3)
 L (0) (0) (0,1,2,3)

Sum Grade:

3. Are there any irregular and/or linear opacities present? No. (Yes,No) If No, go to #4.
 Predominant Type (Choose one)
Intralobular: No (Yes,No)
Interlobular: No (Yes,No)
Reticular: No (Yes,No)

Grade R L
 U (0) (0) (0,1,2,3)
 M (0) (0) (0,1,2,3)
 L (0) (0) (0,1,2,3)

Sum Grade:

4. Ground glass opacity present? No. (Yes,No) If No, go to #5.

Grade R L (1=25%, 2=25-50%, 3=50%)
 U (0) (0)
 M (0) (0)
 L (0) (0)

5. Is there any honeycombing present? No. (Yes,No) If No, go to #6.

**MRN:** 01-81-12-58
**EXAM#:** 8931243

**DOB:** ███-1966
**AGE:** 44 Years

**DICTATED BY:**
TEEL, GORDON MD
**TRANSCRIBED ON:**
Jul-20-2010
**RELEASED BY:**
TEEL, GORDON MD
**INTERPRETED AND
AUTHENTICATED BY:**
TEEL, GORDON MD

This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt, from disclosure under law. If you have received this report in error, you are hereby notified that we do not consent to any reading, distribution, or copying of this information. If you have received this report in error, please notify the sender immediately and destroy this information.

Page 1 of 4

CARD-ASB0332106
0005

**Exhibit 17-5**



**Patient Report**

PO Box 3868
Spokane, WA 99220
509.747.4455   Fax: 509.232.6130
www.inland-imaging.com

**PATIENT:** Q_____, DAN
**EXAM DATE:** Jun-30-2010
**REFERRING:** CARD, FACILITY

**TELEPHONE:**
**CLINIC-ALL ORGANIZATIONS**

## Rural Reading - Center for Asbestos Related Disease

Grade R L (1=25%, 2=25-50%, 3=50%)
 U (0) (0)
 M (0) (0)
 L (0) (0)

6. Emphysema present? No. (Yes,No) If No, go to #7.

Grade R L (1=25%, 2=25-50%, 3=50%)
 U (0) (0)
 M (0) (0)
 L (0) (0)

7. Are there large opacities present? 0. (0,A,B,C)

Zones
 U (Right): U (Left):
 M (Right): M (Left):
 L (Right): L (Left):

8a. Are there any pleural abnormalities present? No. (Yes,No) If No,
go to #10.
 Predominant Type (Choose one)
W (parietal type) No (Yes,No)
 (visceral type) No (Yes,No)
M (mediastinum) No (Yes,No)
D (diaphragm) No (Yes,No)

Extent/Width R L
 U (0) (0) (0,1,2,3)
  (0) (0) (0,a,b,c)
 M (0) (0) (0,1,2,3)
  (0) (0) (0,a,b,c)
 L (0) (0) (0,1,2,3)
  (0) (0) (0,a,b,c)

8b. Is there rounded atelectasis? 0. (0,1,2,3)

9a. Are any pleural calcifications present? No. (Yes,No) If No, go to
#10.

9b. Location? 0. (0,W,M,D)

**MRN:** 01-81-12-58
**EXAM #:** 8931243

**DOB:** _____-1966
**AGE:** 44 Years

**DICTATED BY:**
TEEL, GORDON MD
**TRANSCRIBED ON:**
Jul-20-2010
**RELEASED BY:**
TEEL, GORDON MD
**INTERPRETED AND
AUTHENTICATED BY:**
TEEL, GORDON MD

This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt, from disclosure under law. If you have received this report in error, you are hereby notified that we do not consent to any reading, distribution, or copying of this information. If you have received this report in error, please notify the sender immediately and destroy this information.

Name: Q____, Daniel                    DOB: ____1966                    Date:

CARD-ASB0332107
0006

**Exhibit 17-6**



**Patient Report**

PO Box 3868
Spokane, WA 99220
509.747.4455   Fax: 509.232.6130
www.inland-imaging.com

PATIENT: ████, DAN
EXAM DATE: Jun-30-2010
REFERRING: CARD, FACILITY

TELEPHONE:
CLINIC-ALL ORGANIZATIONS

### Rural Reading - Center for Asbestos Related Disease

10. Symbols: 0.

11a. Are non-calcified nodules present? No. (Yes,No) If No, go to #12.

11b. Number of nodules present:

11c. Maximum diameter of nodules (mm):

12. Other comments: The lung parenchyma is normal. There is no evidence of interstitial lung disease. The pleura is normal. The trachea and central airways are normal. The heart, pericardium and great vessels are normal, and there is no mediastinal or hilar adenopathy. There is no supraclavicular or axillary adenopathy and the soft tissues of the chest wall are unremarkable. The thoracic spine, ribs, clavicles, sternum, scapulae and visualized portions of the proximal humeri are unremarkable. Visualized structures in the upper abdomen are unremarkable.

IMPRESSION:
Negative unenhanced chest CT.

There are no lung abnormalities consistent with asbestos exposure.
There are no pleural abnormalities consistent with asbestos exposure.

Reader Initials: GT

Date of Reading:

4-Digit image ID, as read from image (not from label):

0 = none
AX = Coalescence of small pneumoconiotic opacities
BT = Bronchiectasis; all types, including traction bronchiectasis
BR = Bronchial wall thickening
BU = Bullae, additional information on emphysema
CA = Lung cancer
CG = Calcified granuloma
CV = Cavity, central necrosis, liquid and/or air containing

MRN: 01-81-12-58
EXAM#: 8931243

DOB: ████-1966
AGE: 44 Years

DICTATED BY:
TEEL, GORDON MD
TRANSCRIBED ON:
Jul-20-2010
RELEASED BY:
TEEL, GORDON MD
INTERPRETED AND
AUTHENTICATED BY:
TEEL, GORDON MD

This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under law. If you have received this report in error, you are hereby notified that we do not consent to any reading, distribution, or copying of this information. If you have received this report in error, please notify the sender immediately and destroy this information.

Page 3 of 4

Name: ████, Daniel            DOB: ████ 1966            Date:

CARD-ASB0332108
0007

**Exhibit 17-7**

 **Inland Imaging**

**Patient Report**

PO Box 3868
Spokane, WA 99220
509.747.4455   Fax: 509.232.6130
www.inland-imaging.com

**PATIENT:** QU███DAN
**EXAM DATE:** Jun-30-2010
**REFERRING:** CARD, FACILITY

**TELEPHONE:**
**CLINIC-ALL ORGANIZATIONS**

## Rural Reading - Center for Asbestos Related Disease

DI = Distortion of intrathoracic structures and organs
DO = Dependant opacity
EF = Effusion, free or loculated pleural fluid
ES = Eggshell calcification of hilar and/or mediastinal lymph nodes
FP = Fat Pad, extrapleural/subcostal fat
FR = Fractured rib(s)
HI = Enlargement of hilar and/or mediastinal lymph nodes, >1.5-2cm
ME = Malignant mesothelioma of the pleura, the pericardium or the peritoneum
MP = Mosaic pattern
OD = Other disease; comment included
PB = Parenchymal band, due to pleuroparenchymal scars, longer >2cm, thicker >1mm
RA = Rounded atelectasis
TB = Tuberculosis

**MRN:** 01-81-12-58
**EXAM#:** 8931243

**DOB:** ██████966
**AGE:** 44 Years

**DICTATED BY:**
TEEL, GORDON MD
**TRANSCRIBED ON:**
Jul-20-2010
**RELEASED BY:**
TEEL, GORDON MD
**INTERPRETED AND**
**AUTHENTICATED BY:**
TEEL, GORDON MD

This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt, from disclosure under law. If you have received this report in error, you are hereby notified that we do not consent to any reading, distribution, or copying of this information. If you have received this report in error, please notify the sender immediately and destroy this information.

Page 4 of 4

Name: Q███, Daniel          DOB: █████1966          Date:

**Exhibit 17-8**

## Environmental Health Hazards Checklist
Medicare Coverage for Individuals Exposed to Environmental Health Hazards

### Step 1: Identify the individual.
(Completed by the field office.)

| First Name – Middle Initial – Last Name | Daniel   K   Q███ | |
| Social Security Number | ███████ | Date of Birth ███-66 |

### Step 2: Identify the asbestos-related condition(s) and its date of diagnosis.
(Completed by the provider.)

*Check the box next to the diagnosed impairment(s) and print the date of diagnosis.*

| | Impairment | Diagnosis Code | Minimum Medical Evidence Required |
|---|---|---|---|
| ☐ | Asbestosis | 5010 | Interpretation by a B reader qualified physician of a plain chest x-ray or interpretation of computed tomographic radiograph of the chest by a qualified physician |
| ☑ | Pleural thickening Pleural plaques | 5010 | Interpretation by a B reader qualified physician of a plain chest x-ray or interpretation of computed tomographic radiograph of the chest by a qualified physician |
| ☐ | Mesothelioma | 1630 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage or bronchoscopy report |
| ☐ | Malignancy of the lung | 1620 | Established by pathologic examination of biopsy tissue, cytology from bronchioalveolar lavage or bronchoscopy report |
| ☐ | Malignancy of the colon | 1530 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | Malignancy of the rectum | 1530 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | Malignancy of the larynx | 1950 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | Malignancy of the stomach | 1510 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | Malignancy of the esophagus | 1500 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | Malignancy of the pharynx | 1950 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | Malignancy of the ovary | 1830 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | *Individual does not have an impairment listed above* | | |

| Date of Diagnosis: | 7-1-10 |

### Step 3: Identify presence in Lincoln County, Montana.
(Completed by the provider.)

| This individual was present in Lincoln County, Montana, during the following time period(s): | 1968 – present |

Do your records dated prior to March 23, 2010, indicate the individual was present in Lincoln County, Montana, for a total of at least 6 months during a period ending 10 years or more before the date of his or her diagnosis of the impairment(s) checked above?  ☐ Yes  ☒ No (SSA will develop presence.)

| Printed Name | Physician's Signature | Date |
|---|---|---|
| Brad Black, MD | *Brad Black MD* | 7-1-10 |

Name: Q███, Daniel          DOB: ███████          Date:

CARD-ASB0331954

0009

**Exhibit 17-9**



**CARD**
Center for Asbestos Related Disease

## __Benefits__

**Patient Name:** Daniel Q█████
**Date of Birth:** ████ 1966
**Encounter Date:** 06/01/2016

**EHH:**          07/01/2010

**Pulse Oximeter:  No**

**Improved Access:  No**

*Completed by:*
Miller, Miles  06/01/2016 1:30 PM

Document Generated By:  Timothy Stuckey  06/01/2016 01:30 PM

**Exhibit 17-10**



214 East 3rd Street
Libby, Montana 59923
ph. (406)293-9274
fax:(406)293-9280
www.libbyasbestos.org

**CARD**
Center for Asbestos Related Disease

## Authorization to Disclose Protected Health Information

Date: 7-1-10 _____ Authorization #: _____
Patient Name: Daniel K Q█████
Date of Birth: ████-66    SSN: █████████████
Information to be released from:
    Center for Asbestos Related Disease
    214 East 3rd Street
    Libby, MT 59923
This information may be given to and used by the following individual or organization:

| Information to be used for the purpose of: |
| ☑ Requested by Patient   ☐ Other: _____ |

| Name: Social Security Administration | Disclosure Method |
| Address: Kalispell, MT _____ | ☐ Pickup  ☐ Mail |
| | ☑ Fax #: (406) 756-1831 |
| | ☐ Other: _____ |

I authorize the use or disclosure of the above named individual's health information as described below.
Information to be released:

☐ All Records of Treatment from:    ☐ Physician's Orders     ☐ Lab Results
_____ to _____    ☐ X-ray Reports     ☐ Psychiatry Information
☐ Entire (Complete Record)    ☐ Consultation Report     ☐ Immunization Report
☐ History & Physical Report    ☐ Progress Notes     ☐ HIV Results
☐ Medication Record    ☐ Drug/Alcohol Information     ☑ Other checklist and other
☐ Allergy List    ☐ Operative Report     necessary documentation related to Medicare

- I understand that the information in my health record may include information relating to sexually transmitted disease, behavioral or mental health services, and treatment for alcohol and drug abuse.
- I understand there will be a charge for copying records.
- I understand that if the person or entity that receives the information is not a health care provider or a health plan covered by the federal privacy regulations, the information described above may be re-disclosed and no longer protected by these regulations.
- I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I understand that I may inspect or copy the information to be used or disclosed, as provided in the federal privacy regulations.
- Unless otherwise revoked, this authorization will expire on the following date, event, or condition: _____
  If I fail to specify an expiration date, event or condition, this authorization will expire in six months.
- I understand that I may revoke this authorization in writing at any time by contacting the Privacy Officer at (293-9274) _____
- I understand that this revocation does not apply to information that has already been released in response to this authorization.
- Failure to sign this authorization
  ☐ Will have no adverse impact on delivery of care or reimbursement of patient charges
  ☐ Will have the following adverse impact:

_____      _____
Signature of Patient or Legal Representative          Date

_____      _____
If signed by Legal Representative,          Signature of Witness
Relationship to Patient

| For Office Use Only: | ☐ Check ID  Type: _____ | Amount Received: |
| Copied by: | Date Copied: | |

- I revoke (cancel) this Authorization to Disclose Health Information previously signed on _____
                                                                          Date

Cancellation Signature: _____      Date: _____

Name: Q█, Daniel          DOB: ████ 1966          Date:

CARD-ASB0332139
0011

**Exhibit 17-11**

03.12.18 13:16:36 Social Security Admin       HelpDesk#:8776974889   Page 1/4

C A R D CLINIC
MEDICAL RECORDS          DANIEL KEVIN Q███       SSN: ████████ /
214 E 3RD ST
LIBBY, MT 55923                                 20181203700081
                                               MAG752

## COVER SHEET INSTRUCTIONS

**THIS PAGE MUST BE ON TOP OF YOUR REPORT WHETHER
YOU FAX IT OR MAIL IT**

**YOU MAY FAX YOUR REPORT AND/OR RECORDS TO
1-866-683-2367**

PLEASE DO NOT ENCLOSE REPORTS OR
RECORDS ON MORE THAN ONE PERSON AT A
TIME.  PLEASE PLACE THIS "COVER SHEET"
PAGE ON TOP OF EACH SET OF MEDICAL
RECORDS.

SSA HAS A CONTRACT WITH ACS IN SALT LAKE CITY TO SCAN
MEDICAL RECORDS SO THEY ARE PART OF THE CLAIMANT'S
ELECTRONIC FOLDER IF YOU DO NOT WANT TO FAX THEM.

*10 pgs total*
*5 pgs billed*
*12-5-18*



MAIL OR FAX DOCUMENTS.  DO NOT DO BOTH.
IF MAILING, SLIDE THIS PAGE AND RECORDS INTO THE
BUSINESS REPLY ENVELOPE.

270037896#    52760   20181203700081

S29 MT DDS HELENA MT
STATE OF MONTANA
P.O BOX 30720
SALT LAKE CITY UT  84130-9815



RQID:LMT0010KIB00        SITE:S29 DR:S
SSN:████████ DOCTYPE:0001 RF:D CS:67a3

---

Name: Q███, Daniel                DOB: ████1966                Date:

03.12.18 13:17:45 Social Security Admin       HelpDesk#:8776974889  Page 2/4

**MONTANA DPHHS**

# Department of Public Health and Human Services
Disability Employment and Transitions Division ♦ 2550 Prospect Ave Helena, MT 59604-4189
Voice: (406) 444-3054   ♦   Toll Free: (800) 545-3054   ♦   Fax: (866) 683-2367

Steve Bullock, Governor

Sheila Hogan, Director

C A R D CLINIC
MEDICAL RECORDS
214 E 3RD ST
LIBBY, MT 59923

December 3, 2018

DANIEL KEVIN Q███

LIBBY MT 59923

SSN: ██████

TAX ID: ███████    ST ID: 52760    AUTH: 20181203700081    DOB: ███1966

## REQUEST FOR INFORMATION

Our agency is determining this person's eligibility for disability benefits. Please provide copies of the records requested
for the following dates: June 2018 to present
Include the following information:
* Office notes
* Consultations
* PFS (pulmonary function studies), spirometry,
results & tracings
* EKG Tracings (resting/stress)
We will pay up to $25.00 for your records.

| INVOICE | |
|---|---|
| Date: | 12-5-18 |
| Tax-ID/SSN: | |
| Amount Due: | INVOICE attached |
| Make Payable to: | |
| Signature | |
| VENDOR TAX ID OR SSN MUST BE ON THIS BILL | |

CHECK HERE IF NO RECORDS ARE AVAILABLE ____

Fill out the information in the box above and return this page with the records, it will serve as an invoice.  Place this
page and records behind the bar code page.  Faxing to 866-683-2367 will expedite receipt of records.

Is the treating provider willing to perform a consultative exam if needed?  ____

Include a current W-9 If you are a new vendor, or your name, address, or Tax ID changed.

MAGGI
Disability Determination Services
mag752/D0050

FAX

Name: Q███, Daniel          DOB: ███1966          Date:

CARD-ASB0332129

0013

**Exhibit 17-13**

03.12.18 13:18:06 Social Security Admin        HelpDesk#:8776974889  Page 3/4

WHOSE *Records to be Disclosed*

Form Approved
OMB No. 0960-0623

NAME (First, Middle, Last, Suffix)
Daniel K

Q▮ L DANIEL ▮ /966
▮▮▮ 11/23/2018

SSN ▮▮▮▮

Birthday
(mm/dd/yy)  ▮/66

## AUTHORIZATION TO DISCLOSE INFORMATION TO
## THE SOCIAL SECURITY ADMINISTRATION (SSA)

** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW **

I voluntarily authorize and request disclosure (including paper, oral, and electronic interchange):

OF WHAT    All my medical records; also education records and other information related to my ability to perform tasks. This includes specific permission to release:

1. All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) *including*, and not limited to :
   • Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   • Drug abuse, alcoholism, or other substance abuse
   • Sickle cell anemia
   • Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   • Gene-related impairments (including genetic test results)
2. Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.
3. Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.
4. Information created within 12 months after the date this authorization is signed, as well as past information.

FROM WHOM
   • All medical sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
   • All educational sources (schools, teachers, records administrators, counselors, etc.)
   • Social workers/rehabilitation counselors
   • Consulting examiners used by SSA
   • Employers, insurance companies, workers' compensation programs
   • Others who may know about my condition (family, neighbors, friends, public officials)

THIS BOX TO BE COMPLETED BY SSA/DDS (as needed) Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:

C A R D CLINIC
LIBBY, MT 59923

Please see attached request.
June 2018 to present

TO WHOM    The Social Security Administration and to the State agency authorized to process my case (usually called "disability determination services"), including contract copy services, and doctors or other professionals consulted during the process. [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

PURPOSE    Determining my eligibility for benefits, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.
☐ Determining whether I am capable of managing benefits ONLY (check only if this applies)

EXPIRES WHEN    This authorization is good for 12 months from the date signed (below my signature).
   • I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
   • I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
   • I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
   • SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
   • I have read both pages of this form and agree to the disclosures above from the types of sources listed.

PLEASE SIGN USING BLUE OR BLACK INK ONLY    IF not signed by subject of disclosure, specify basis for authority to sign
INDIVIDUAL authorizing disclosure       ☐ Parent of minor  ☐ Guardian  ☐ Other personal representative (explain)

SIGN ▶  *Electronically Signed By:*
Daniel K Q

Parent/guardian/personal representative sign
here if two signatures required by State law ▶

Date Signed
11/29/18

Street Address

Phone Number (with area code)
406-

City
Libby

State
MT

ZIP
59923

WITNESS  I know the person signing this form or am satisfied of this person's identity:

SIGN ▶

IF needed, second witness sign here (e.g., if signed with "X" above)
SIGN ▶

Phone Number (or Address)

Phone Number (or Address)

*This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332, 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300, and State law.*

Form SSA-827 (11-2012) ef (11-2012)  Use 4-2009 and Later Editions Until Supply is Exhausted                                    Page 1 of 2

Name: Q▮, Daniel            DOB: ▮▮ 1966                                   Date:

CARD-ASB0332130
0014

**Exhibit 17-14**

### Explanation of Form SSA-827,
### "Authorization to Disclose Information to the Social Security Administration (SSA)"

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you. SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

### Privacy Act Statement
### Collection and Use of Personal Information

Sections 205(a), 233(d)(5)(A), 1614(a)(3)(H)(i), 1631(d)(1) and 1631(e)(1)(A) of the Social Security Act as amended, [42 U.S.C. 405(a), 433(d)(5)(A), 1382c(a)(3)(H)(i), 1383(d)(1) and 1383c(1)(A)] authorize us to collect this information. We will use the information you provide to help us determine your eligibility, or continuing eligibility for benefits, and your ability to manage any benefits received. The information you provide is voluntary. However, failure to provide the requested information may prevent us from making an accurate and timely decision on your claim, and could result in denial or loss of benefits.

We rarely use the information you provide on this form for any purpose other than for the reasons explained above. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, including but not limited to the following:

   1. To enable a third party or an agency to assist us in establishing rights to Social Security benefits and/or coverage;

   2. To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office, General Services Administration, National Archives Records Administration, and the Department of Veterans Affairs);

   3. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and

   4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of our programs (e.g., to the U.S. Census Bureau and to private entities under contract with us).

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. We use the information from these programs to establish or verify a person's eligibility for Federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

A complete list of routine uses of the information you gave us is available in our Privacy Act Systems of Records Notices entitled, Claims Folder System, 60-0089; Master Beneficiary Record, 60-0090; Supplemental Security Income record and Special Veterans benefits, 60-0103; and Electronic Disability (eDIB) Claims File, 60-0340. The notices, additional information regarding this form, and information regarding our systems and programs, are available on-line at www.socialsecurity.gov or at any Social Security office

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE.** You can find your local Social Security office through SSA's website at www.socialsecurity.gov. Offices are also listed under U.S. Government agencies in your telephone directory or you may call Social Security at **1-800-772-1213 (TTY 1-800-325-0778).** *You may send comments on our time estimate above to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401. Send only comments relating to our time estimate to this address, not the completed form.*

Form **SSA-827** (11-2012) ef (11-2012)                                                                     Page 2 of 2

04.06.18 12:05:49 Social Security Admin     HelpDesk#:8776974889  Page 1/5

C A R D CLINIC
MEDICAL RECORDS
214 E 3RD ST
LIBBY, MT 55923

DANIEL KEVIN Q  SSN:  /
                                    20180604700058
                                    **BEL097**

## COVER SHEET INSTRUCTIONS

THIS PAGE MUST BE ON TOP OF YOUR REPORT WHETHER
YOU FAX IT OR MAIL IT

YOU MAY FAX YOUR REPORT AND/OR RECORDS TO
1-866-683-2367

PLEASE DO NOT ENCLOSE REPORTS OR
RECORDS ON MORE THAN ONE PERSON AT A
TIME.   PLEASE PLACE THIS "COVER SHEET"
PAGE ON TOP OF EACH SET OF MEDICAL
RECORDS.

SSA HAS A CONTRACT WITH ACS IN SALT LAKE CITY TO SCAN
MEDICAL RECORDS SO THEY ARE PART OF THE CLAIMANT'S
ELECTRONIC FOLDER IF YOU DO NOT WANT TO FAX THEM.



MAIL OR FAX DOCUMENTS.   DO NOT DO BOTH!

IF MAILING, SLIDE THIS PAGE AND RECORDS INTO THE
BUSINESS REPLY ENVELOPE.

270037896#    52760  20180604700058

S29 MT DDS HELENA MT
STATE OF MONTANA
P O BOX 30720
SALT LAKE CITY UT  84130-9815

RQID:LMT0001MMHY00        SITE:S29 DR:S
SSN:⬛⬛⬛⬛  DOCTYPE:0001 RF:D CS:e985

Name: Q⬛, Daniel          DOB: ⬛1966          Date:

CARD-ASB0332134
0016

**Exhibit 17-16**

## MONTANA DPHHS

### Department of Public Health and Human Services
Disability Employment and Transitions Division ♦ 2550 Prospect Ave Helena, MT  59604-4189
Voice: (406) 444-3054  ♦  Toll Free: (800) 545-3054  ♦  Fax: (866) 683-2367

Steve Bullock, Governor

Sheila Hogan, Director

C A R D CLINIC                                      June 4, 2018
MEDICAL RECORDS                                     DANIEL KEVIN ▓▓▓▓
214 E 3RD ST                                        ▓▓▓▓▓▓▓▓▓▓▓▓
LIBBY, MT 59923                                     LIBBY MT 59923

                                                    SSN: ▓▓▓▓▓▓▓

TAX ID: 270037896#       ST ID: 52760      AUTH: 20180604700058        DOB: ▓▓/1966

### REQUEST FOR INFORMATION

Our agency is determining this person's eligibility for disability benefits. Please provide copies of the records requested for the following dates: 04/2017 to current
Include the following information:
Office Notes & Consultations
Imaging reports: x-rays, MRI, CT scans
EKG Tracing (resting/stress)
Pulmonary Function Studies, spirometry, results,
    tracings
Lab reports
EEG reports
Current mental status/psychological reports
Statement of opinion on claimant's ability to
perform   work related activities.
We will pay up to $25.00 for your records.

| INVOICE | |
|---|---|
| Date: | |
| Tax-ID/SSN: | |
| Amount Due: | |
| Make Payable to: | |
| Signature | |
| VENDOR TAX ID OR SSN MUST BE ON THIS BILL | |

**CHECK HERE IF NO RECORDS ARE AVAILABLE**  ____

Fill out the information in the box above and return this page with the records, it will serve as an invoice.  Place this page and records behind the bar code page.  Faxing to 866-683-2367 will expedite receipt of records.

Is the treating provider willing to perform a consultative exam if needed?  ____

Include a current W-9 if you are a new vendor, or your name, address, or Tax ID changed.

BELINDA
Disability Determination Services
bel097/DMED

FAX

---

Name: Q▓▓▓, Daniel                          DOB: ▓▓▓▓1966                          Date:

CARD-ASB0332135

0017

**Exhibit 17-17**

04.08.18 12:07:20 Social Security Admin          HelpDesk#:8776974889   Page 3/5

Name: Q███, Daniel                    DOB: ███1966                        Date:

CARD-ASB0332136

0018

**Exhibit 17-18**

04.06.18 12:07:27 Social Security Admin        HelpDesk#:8776974889  Page 4/5

WHOSE Records to be Disclosed

| NAME *(First, Middle, Last, Suffix)* | Form Approved |
|---|---|
| Daniel ██ Q██ | |
| SSN ██████ | Birthday *(mm/dd/yy)* ██ 66 |

Q████, DANIEL ████ 1966
5/25/2018

## AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW **

I voluntarily authorize and request disclosure (including paper, oral, and electronic interchange):

OF WHAT    All my medical records; also education records and other information related to my ability to perform tasks. This includes specific permission to release:

1. All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) including, and not limited to :
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable diseases; and tests for or records of HIV/AIDS
   - Gene-related impairments (including genetic test results)
2. Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.
3. Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.
4. Information created within 12 months after the date this authorization is signed, as well as past information.

FROM WHOM
- All medical sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

THIS BOX TO BE COMPLETED BY SSA/DDS (as needed) Additional information to identify the subject (e.g. other names used), the specific source, or the material to be disclosed:

C A R D  C L I N I C
LIBBY, MT 59923

Please see attached request.
04/2017 to current

TO WHOM    The Social Security Administration and to the State agency authorized to process my case (usually called "disability determination services"), including contract copy services, and doctors or other professionals consulted during the process. [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

PURPOSE    Determining my eligibility for benefits, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits
☐ Determining whether I am capable of managing benefits ONLY (check only if this applies)

EXPIRES WHEN    This authorization is good for 12 months from the date signed (below my signature).
- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask, I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosures above from the types of sources listed.

PLEASE SIGN USING BLUE OR BLACK INK ONLY IF not signed by subject of disclosure, specify basis for authority to sign

INDIVIDUAL authorizing disclosure
Electronically Signed By:
SIGN ▶ Daniel ██ Q██

☐ Parent of minor  ☐ Guardian  ☐ Other personal representative (explain)

*(Parent/guardian/personal representative sign here if two signatures required by State law)* ▶

| Date Signed 05/31/18 | Street Address | | |
|---|---|---|---|
| Phone Number (with area code) 406 ████ | City LIBBY | State MT | ZIP 59923 |

WITNESS  I know the person signing this form or am satisfied of this person's identity:

| Attested by SSA or Designated State Agency Employer: S Petersen | IF needed, second witness sign here (e.g., if signed with "X" above) |
|---|---|
| SIGN ▶ | SIGN ▶ |
| Phone Number (or Address) 888-487-0150 KALISPELL MT 59901-3498 | Phone Number (or Address) |

This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.

Form SSA-827 (11-2012)  wf (11-2012)  Use 4-2009 and Later Editions Until Supply is Exhausted                    Page i of 2

---

| Name: Q████, Daniel | DOB: ██ 1966 | Date: |
|---|---|---|

CARD-ASB0332137
0019

**Exhibit 17-19**

04.06.18 12:08:05 Social Security Admin        HelpDesk#:8776974889  Page 5/5

**Explanation of Form SSA-827,**
**"Authorization to Disclose Information to the Social Security Administration (SSA)"**

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you. SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

**Privacy Act Statement**
**Collection and Use of Personal Information**

Sections 205(a), 233(d)(5)(A), 1614(a)(3)(H)(i), 1631(d)(l) and 1631(e)(l)(A) of the Social Security Act as amended, [42 U.S.C. 405(a), 433(d)(5)(A), 1382c(a)(3)(H)(i), 1383(d)(l) and 1383(e)(l)(A)] authorize us to collect this information. We will use the information you provide to help us determine your eligibility, or continuing eligibility for benefits, and your ability to manage any benefits received. The information you provide is voluntary. However, failure to provide the requested information may prevent us from making an accurate and timely decision on your claim, and could result in denial or loss of benefits.

We rarely use the information you provide on this form for any purpose other than for the reasons explained above. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, including but not limited to the following:

1  To enable a third party or an agency to assist us in establishing rights to Social Security benefits and/or coverage;

2  To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office, General Services Administration, National Archives Records Administration, and the Department of Veterans Affairs);

3  To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and

4  To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of our programs (e.g., to the U.S. Census Bureau and to private entities under contract with us).

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. We use the information from these programs to establish or verify a person's eligibility for Federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

A complete list of routine uses of the information you gave us is available in our Privacy Act Systems of Records Notices entitled, Claims Folder System, 60-0089; Master Beneficiary Record, 60-0090; Supplemental Security Income record and Special Veterans benefits, 60-0103; and Electronic Disability (eDIB) Claims File, 60-0340. The notices, additional information regarding this form, and information regarding our systems and programs, are available on-line at www.socialsecurity.gov or at any Social Security office.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE.** You can find your local Social Security office through SSA's website at www.socialsecurity.gov. Offices are also listed under U.S. Government agencies in your telephone directory **or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778).** *You may send comments on our time estimate above to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401. Send only comments relating to our time estimate to this address, not the completed form.*

Form SSA-827 (11-2012) ef of (11-2012)                          Page 2 of 2

Name: Q▇, Daniel          DOB: ▇1966                                    Date:

CARD-ASB0332138
0020

**Exhibit 17-20**

22.06.18 08:26:17 Social Security Admin     HelpDesk#:8776974889   Page 1/1



**MONTANA**
**DPHHS**
*Public, Compassionate,*

# Department of Public Health and Human Services
Disability Employment and Transitions Division ♦ 2550 Prospect Ave Helena, MT 59604-4189
Voice: (406) 444-3054  ♦  Toll Free: (800) 545-3054  ♦  Fax: (866) 683-2367

Steve Bullock, Governor

Sheila Hogan, Director

June 22, 2018

C A R D CLINIC
MEDICAL RECORDS
214 E 3RD ST
LIBBY, MT 59923

Re: DANIEL C█
SSN: ████████
AUTH: 20180604700058

I am developing the above person's claim for Social Security disability benefits.

I sent you a request for information 2 weeks ago, but you have not returned the information.

Please give my request consideration so I may complete the decision on this claim.

Please disregard this letter if you have already sent the information.

BELINDA
Disability Determination Services

Phone: 800-545-3054 or 444-3054 (local)

D0110/dmaprd
0075552A
0255054 0001

*6/25/18 request processed
+ mailed 6 June
4, 2018 please
call if you need
us to process
again. thanks
Liz Vcorlues
293-9274*

---

Name: Q█, Daniel          DOB: ██████          Date:

CARD-ASB0332133

0021

**Exhibit 17-21**

## Authorization to Disclose Protected Health Information

Date: _9-26-18_    Authorization #: _____
Patient Name: _Daniel Q_▆▆▆
Date of Birth: ▆▆▆▆ _1966_   SSN: ▆▆▆▆▆▆▆
Information to be released from: _Montana Center for Wellness ? Pain Management_
_F: (406) 257-4663_

This information may be given to and used by the following individual or organization:

Information to be used for the purpose of:
☒ Requested by Patient   ☐ Other: _____

| Center for Asbestos Related Disease | Disclosure Method |
| 214 East 3rd Street | ☐ Pickup  ☐ Mail |
| Libby, MT 59923 | ☒ Fax #: _(406) 293-9280_ |
| | ☐ Other: _____ |

I authorize the use or disclosure of the above named individual's health information as described below.
Information to be released:
☒ All Records of Treatment from:      ☐ Physician's Orders          ☐ Lab Results
_May 2018_ to _____          ☐ X-ray Reports              ☐ Psychiatry Information
☐ Entire (Complete Record)         ☐ Consultation Report         ☐ Immunization Report
☐ History & Physical Report         ☐ Progress Notes             ☐ HIV Results
☐ Medication Record              ☐ Drug/Alcohol Information     ☐ Other _____
☐ Allergy List                   ☐ Operative Report

- I understand that the information in my health record may include information relating to sexually transmitted disease, behavioral or mental health services, and treatment for alcohol and drug abuse.
- I understand there will be a charge for copying records.
- I understand that if the person or entity that receives the information is not a health care provider or a health plan covered by the federal privacy regulations, the information described above may be re-disclosed and no longer protected by these regulations.
- I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I understand that I may inspect or copy the information to be used or disclosed, as provided in the federal privacy regulations.
- Unless otherwise revoked, this authorization will expire on the following date, event, or condition: _____.
  If I fail to specify an expiration date, event or condition, this authorization will expire in six months.
- I understand that I may revoke this authorization in writing at any time by contacting the Privacy Officer at (293-9274) _____
- I understand that this revocation does not apply to information that has already been released in response to this authorization.
- Failure to sign this authorization
  ☐ Will have no adverse impact on delivery of care or reimbursement of patient charges
  ☐ Will have the following adverse impact:

X _Dan_ ▆▆▆▆▆                                          _9/26/18_
Signature of Patient or Legal Representative                        /Date

If signed by Legal Representative,                 Signature of Witness
Relationship to Patient _____

| For Office Use Only: | ☐ Check ID  Type: _____ | Amount Received: |
| Copied by: | Date Copied: | |

- I revoke (cancel) this Authorization to Disclose Health Information previously signed on _____

Cancellation Signature: _____   Date: _____   FAXED
                                                            9-27-18  ω

**Exhibit 17-22**

CARD CLINIC

NAME: Q█████, DAN
DATE OF BIRTH: █████
DATE OF VISIT: 12.21.10

SUBJECTIVE: Dan returns to the clinic for follow up. He is continuing to have quite a bit of anterior right chest pain; it is sharp in character and is fairly significant on a scale of one to ten. He wakes up with it most days. In addition to this he has quite a bit of shoulder and elbow pain, and also pain in the feet when walking in the morning. He has had a previous rheumatologic evaluation several years ago and was told he had osteo-arthritis, but he has felt like the pain has gotten progressively worse and involves more joints than it did at that time. His chest discomfort has been there for a number of years but bothers him more often now.

OBJECTIVE: Blood Pressure: Is 112/64. Pulse: Is 66 per minute. Pulse ox: Is 98% on room air. In general, Dan appears uncomfortable today. He is in no acute distress. HEENT: No acute abnormalities. Neck: Is supple, no adenopathy or masses. Heart: Regular rhythm. Normal first and second heart sound. Lungs: Clear. Extremities: He does have reasonable range of motion though is slow to move joints. Neurologic: Is intact grossly.

ASSESSMENT:
1. Asbestos related disease with right pleural pain, which most likely is related to his asbestos disease.
2. Generalized musculoskeletal pain – there maybe some osteoarthritis but this seems to have advanced since his initial rheumatology evaluation.

PLAN: I placed him on a fentanyl patch at 70 mcg/h. He has been on oxycodone 15 mg q3-4h. and it has not controlled his pain well. Also we will arrange to have an auto-immune antibody screening done. We will contact him for to have that test completed.

BB/rl


---

Name: Q███, Daniel                    DOB: ████1966                         Date:

**Exhibit 17-23**

# FLASH APPLICATION
## Federal Libby Asbestos Specialty Healthcare Benefits
Third Party Administrator –
New West Health Services
P.O Box 548
Kalispell, MT 59903
1-877-889-8405



Have you been diagnosed with an asbestos related disease?  ☒ Yes  ☐ No

Check the box next to the appropriate diagnosis.

☐ Asbestosis or pleural thickening or pleural plaques identified on chest x-ray by 1 B-reader

☒ Asbestosis or pleural thickening or pleural plaques identified on CT by qualified physician

☐ Asbestos related cancers which include the following: mesothelioma, and cancers of the lung, pharynx, larynx, esophagus, stomach, colon, rectum, and ovary

☒ Attach Medicare or FLASH Environmental Health Hazard Checklist signed by physician

☒ If your medical records (with the signing physician) do not date prior to March 23, 2010, **attach documentation of presence in Lincoln County for a total of at least six months, 10 years prior to the date of this application.**

---

Are you insured by Medicare or Medicaid?  ☐ Yes  ☐ No
*If yes, please provide the following information:*

Policy Number: _517942348T_    Eff. Date _8/1/10_

Circle all that apply:    Part (A)    Part (B)    Part D

Specify Prescription Drug Plan_____

Are you insured by any other medical insurance, group or individual?  ☐ Yes  ☒ No
*If yes, please provide the following information:*

Company Name: _____Policy #: _____Effective Date:_____

Primary Insured: _____ Dependents Insured:_____

Applicant's Signature ▁▁▁▁▁▁▁▁▁    Date _10/14/10_

Applicant's Name (printed) _Dan C▁▁▁_

08/16/2010   NOTE: CARD Screening application must be attached to verify exposure and latency, unless applicant has documentation of previous participation in ATSDR screenings done in Libby, MT.

---

Name: C▁▁, Daniel        DOB: ▁▁1966        Date:

CARD-ASB0331950
0024

**Exhibit 17-24**

mood and affect.

## Completed Orders (this encounter)

| Order | Details | Reason | Side | Interpretation | Result | Initial Treatment Date | Region |
|-------|---------|--------|------|----------------|--------|------------------------|--------|
| Carbonmonoxide Diffusing Capacity | | | | normal | | | |
| CHEST X-RAY, SINGLE | | | | normal | No obvious pleural or interstitial abnormalities. No obvious acute cardiopulmonary issues. Sharp costophrenic angles. Stable from 2013 | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|-------------|-------------|
| 1. | Assessment | Dyspnea (R06.00). |
| | Impression | Acute/subacute DOE s/p CVA several weeks ago.  He is roughly 1-2 weeks s/p D/C for the CVA and on anticoagulation therapy (self reported) for which I can't confirm.  I don't have any notes from the hospital stay but do have access to the imaging indicating he had multiple foci B/L.  Negative U/S of B/L lower limbs for clots.  Patient did not appear to be SOB at rest in the office. CXR with no obvious cause for acute DOE. A 6 minute walk test revealed oxygen saturation between 92-96% with HR in the 90s.   PFT and associated DLCO was normal and stable making a diagnosis of PE more unlikely.  In addition, he reports being very compliant with his anticoagulation therapy.  I am unable to assess his cardiac function and have no access to any previous echocardiogram to substantiate the presence of and ASD or PFO.  Due to these unknowns, I have again recommended he go now to the urgent care or the ER here at CPMC for further workup of the heart or lungs as necessary. I've explained to the patient that I can't do much more from our office and that he could possibly have a serious reason for his DOE that should be checked further especially with the events of the last 3 weeks.  He indicated understanding but tells me he will probably not go to the urgent care or ER unless he feels worse.  I again recommended he reconsider.  He promised to think about it and to keep his appointment with his PCP.. |
| | Plan Orders | Further diagnostic evaluations ordered today include(s) Chest X-ray;-AP (single view) to be performed today. He will be scheduled for Spirometry today. |
| 2. | Assessment | CVA (434.91). |
| 3. | Assessment | Other specified pleural conditions (J94.8). |
| | Impression | I am unable to appreciate significant pleural thickening on CXR today nor any obvious plaquing/interstitial abnormalities as noted previously on his exams.  I will see him in a year or sooner if he has problems or is unable to get into see his other providers.. |
| | Plan Orders | Further diagnostic evaluations ordered today include(s) Chest X-ray; AP (single view) to be performed in 1 Year. He will be scheduled for Spirometry in 1 Year, Carbonmonoxide Diffusing Capacity in 1 Year and Thoracic Gas Volume in 1 Year. He is to schedule a follow-up visit with Kevin Payne, DO for Chronic ARD F/U 1 Year. |
| 4. | Other Orders | Orders not associated to today's assessments. |
| | Plan Orders | The patient had the following procedure(s) completed today: Carbonmonoxide Diffusing Capacity. |

Q██, Daniel K. 000000459312 ██ 1966 05/22/2018 09:30 AM 3/4

0025
CARD-ASB0331920

**Exhibit 17-25**

08/26/11 10:58 SJLH (406)293-0138  The info co... ...d in this fax is privileged and confidential an...   the sole use of the intended recipient.   Page

ST JOHN'S LUTHERAN HOSPITAL
350 LOUISIANA AVE
LIBBY, MONTANA 59923

Page 1 of 1

## REPORT STATUS:   Signed

Patient: Q███,DANIEL K      Date: 08/24/11
Patient BD: ███1966      Patient location: L.IMAGING   Rm #:
Ordering Dr: BLACK, BRAD M.D.

CC:
BLACK,BRAD M.D.

File Date: 08/24/2011

HISTORY:
PLEURAL PLAQUING

CHEST/SINGLE VIEW:
Compared with the previous chest x-ray from 6/30/2010.

The heart appears normal in size and configuration.

The lungs are clear.

The bony structures are unremarkable.

IMPRESSION:
NORMAL CHEST, NO EVIDENCE TO SUGGEST PREVIOUS ASBESTOS EXPOSURE, STABLE FROM THE
PREVIOUS EXAM OF JUNE OF 2010.

Dictated by: STEPHEN BECKER , M.D.

<<Signature on

File>>

Electronically signed by: BECKER, STEPHEN ,

M.D.

08/26/11 1056

BECST/PLW
08/25/11 0919   08/25/11 1153

IMAGING REPORT - MEDITOR

NAME:   Q███ DANIEL K       MR#: M000021439        ACCT#: AA0000709353
Rpt#: 0825-0026

Name: Q██, Daniel                      DOB: ███1966                      Date:

CARD-ASB0332112
0026

**Exhibit 17-26**

09/19/2013  15:55   4862-293-7770          SJLH MED RECORDS                PAGE  01/01

ST JOHN'S LUTHERAN HOSPITAL
350 LOUISIANA AVE
LIBBY, MONTANA 59923
-----------------------------------------------------------------------------------------

## REPORT STATUS:  Signed

Page 1        of 1

**Patient:** Q████,DANIEL K   **Date:**  08/28/12
**Patient BD:** ████1966   **Patient location:** L.IMAGING   Rm #:
**Ordering Dr:** BLACK, BRAD M.D.

CC:
BLACK,BRAD M.D.

-----------------------------------

---------------------------------

| | |
|---|---|
| File Date: | 08/28/2012 |
| PROCEDURE: | CHEST: SINGLE VIEW |
| INDICATIONS: | HISTORY OF PLEURAL PLAQUING. |
| COMPARISON: | Previous chest x-ray from 08/24/2011. |

FINDINGS:  The heart appears normal in size and configuration.  The lungs are clear.  The bony structures are unremarkable.

CONCLUSION:
NORMAL CHEST.  NO SIGNIFICANT CHANGE FROM AUGUST 2011.

Dictated by: STEPHEN BECKER , M.D.

<<Signature on File>>

Electronically signed by: BECKER,

STEPHEN , M.D.

08/29/12

1010

BECST/jw6
08/28/12 1352   08/29/12 0815

-----------------------------------------------------------------------------
------------------------------------
IMAGING REPORT - MEDITOR

NAME: Q████,DANIEL K      MR#: M000021439    ACCT#: AA0000746514
Rpt#: 0829-0003

Name: Q██, Daniel                              DOB: ████1966                Date:

CARD-ASB0332111
0027

**Exhibit 17-27**

.9:17 SJLH (406)293-0138  The info contained in this fax is privileged and confidential and for the sole use of the intended recipient

ST JOHN'S LUTHERAN HOSPITAL
350 LOUISIANA AVE
LIBBY, MONTANA 59923

Page 1 of 1

## REPORT STATUS:   Signed

Patient: Q███,DANIEL K    Date:  09/24/13
Patient BD: ███1966    Patient location: L.IMAGING    Rm #:
Ordering Dr: BOLTZ, MICHELLE L FNP

cc:
BOLTZ,MICHELLE L FNP

*Mts 10/1/13*

PROCEDURE:          PA VIEW OF CHEST

COMPARISON:        ST JOHN'S LUTHERAN HOSPITAL, RAD, CHEST, SINGLE VIEW, 8/
28/2012, 12:57.  ST JOHN'S LUTHERAN HOSPITAL, RAD, CHEST, SINGLE VIEW, 8/24/2011,
15:54.  ST JOHN'S LUTHERAN HOSPITAL, CT, CHEST W/O CONTRAST, 6/30/2010, 11:23.

INDICATIONS:        Pleural plaquing.

FINDINGS:   PA view of the chest demonstrates no significant cardiac enlargement or pulmonary
vascular congestion. There is slight elongation of the thoracic aorta.  No focal infiltrates or pleural
effusion identified.  No significant pleural thickening is seen.

CONCLUSION:          Stable unremarkable PA view of the chest.

Dictated by: Anders G. Engdahl, M.D. on 9/24/2013 at 14:55
Transcribed by: JB on 9/25/2013 at 6:42
Electronically Signed by: Anders G. Engdahl, M.D. on 9/25/2013 at 21:12

Dictated by: ANDERS G ENGDAHL M.D., M.D.

Electronically signed by: ENGDAHL, ANDERS G M.D., M.D.
09/27/13 1915

ENGAN/jb
09/23/13 1455    09/25/13 0642

IMAGING REPORT - MEDITOR

NAME: Q███,DANIEL K     MR#: M000021439    Rpt#: 0927-0034
ACCT#: AA0000788430

Name: Q███, Daniel                          DOB: ███1966                          Date:

CARD-ASB0332117
0028

**Exhibit 17-28**

MAY/22/2018/TUE 04:36 PM   CPHIM                    FAX No. 406 293 7770                    P. 011/031

**Cabinet Peaks Medical Center**
209 Health Park Drive
Libby, MT 59923
(406)-283-7000

**X-Ray Report**
Signed   0406-0002

Patient: C███,Daniel K                                    MR #:  M000021439
DOB: ███ 1966                                             Acct #:  C00001054925
Age/Sex: 52 / M                                          Admit Date: 04/05/18
Patient Location: ED /                                   Order Number: 0405-0032
Attending Physician:                                     Accession Number(s): A0000025105
Ordering Physician:  NICOLETTO,JOSEPH M.D.

cc:
NICOLETTO,JOSEPH M.D.

PROCEDURE:   RADIOGRAPH: CHEST, AP PORTABLE (SINGLE VIEW)

COMPARISON:   09/24/2013; 08/28/2012

INDICATIONS:   Chest pain.

FINDINGS:
The AP of chest is performed.  Hypoventilation.  Eventration right
hemidiaphragm.  No infiltrate, nodules, effusion or pneumothorax.  The
cardiomediastinal structures are satisfactory.  Normal pulmonary
vascularity.

CONCLUSION:
Hypoventilatory but otherwise negative portable chest.

Dictated by: Patrick McDonnell, M.D. on 4/05/2018 at 20:20
Transcribed by: TB on 4/06/2018 at 1:25
Electronically Signed by: Patrick McDonnell, M.D. on 4/06/2018 at 19:37

Dictated By:    McDonnell, Pat J MD
Signed By:

Dictated By:           McDonnell, Pat J MD

Signed By:                   04/06/18 1937

**X-Ray Report**   0406-0002

Patient Name: C███,Daniel K                    Acct #: C00001054925

Name: C███, Daniel                    DOB: ███1966                    Date:

CARD-ASB0332115

0029

**Exhibit 17-29**

Electronically Signed By: Payne, Kevin DO 05/23/2018 12:24:15 PM
    05/22/18  14:42   Cabinet Peaks Medical Center Laboratory Libby, Montana (406)283-7770        Page 1

**Cabinet Peaks Medical Center**
209 Health Park Drive
Libby, MT  69923
(406)-283-7000

**X-Ray Report**
Signed    0522-0063

| | |
|---|---|
| **Patient:** Q███h,Daniel K | **MR #:**  M000021439 |
| **DOB:** ███/1966 | **Acct #:**  C00001060476 |
| **Age/Sex:** 52 / M | **Admit Date:** 05/22/18 |
| **Patient Location:** IMAG / | **Order Number:** 0522-0014 |
| **Attending Physician:**  Payne,Kevin DO | **Accession Number(s):** A0000027817 |
| **Ordering Physician:** Payne,Kevin DO | |

**cc:**
Payne,Kevin DO

PROCEDURE:    RADIOGRAPH: CHEST, TWO VIEW (PA AND LATERAL)

COMPARISON:    ST JOHN'S LUTHERAN HOSPITAL, CT, CHEST W/O CONTRAST,
6/30/2010, 11:23.  Cabinet Peaks Medical Center, RAD, XR CHEST 1 VIEW
PORTABLE, 4/05/2018, 19:22.

INDICATIONS:    Patient presents for pleural thickening.

FINDINGS:
Two views of the chest.  The lungs are well aerated.  No focal opacity.
No pleural effusion or pneumothorax.  Cardiac and mediastinal contours
are normal.  The pulmonary vasculature is normal in caliber.  Scoliotic .
curvature of the spine.

CONCLUSION:
1. No evidence of asbestos related pleural disease.
2. No acute findings.

Dictated by: Kelly Kieper, M.D. on 5/22/2018 at 14:40
Electronically Signed by: Kelly Kieper, M.D. on 5/22/2018 at 14:41

Dictated By:    KIEPER,KELLY M.D.
Signed By:

Dictated By:        KIEPER,KELLY M.D.

Signed By:            05/22/18 1441

**X-Ray Report    0522-0063**

**Patient Name:** Q███Daniel K            **Acct #:** C00001060476

Name: Q███, Daniel                    DOB:███1966                    Date:

CARD-ASB0332116
0030

**Exhibit 17-30**

Center For Asbestos Related Disease
214 East 3rd Street
Libby, MT, 59923

| Name: | Q█, Daniel | ID: | 459312 | BSA: | 1.92 | Date: | 05/22/2018 |
|---|---|---|---|---|---|---|---|
| Tech: | Storkson, Linda | Height: | 70.60 | Age: | 52 | DOB | █1966 |
| Doctor: | Payne, Kevin | Weight: | 161.80 | Sex: | Male | Race: | Caucasian |

NHANES III

| Visit Date | FVC % Predicted | FEV1 % Predicted | TLC (Pleth) % Predicted | RV (Pleth) % Predicted | DLCOunc % Predicted |
|---|---|---|---|---|---|
| **Pre** | | | | | |
| 6/30/2010 9:37:28 AM | 102 | 103 | 113 | 125 | 98 |
| 8/24/2011 4:02:52 PM | 105 | 106 | 107 | 97 | 104 |
| 8/28/2012 12:30:16 PM | 102 | 105 | 104 | 105 | 110 |
| 9/24/2013 2:11:46 PM | 100 | 105 | 105 | 106 | 112 |
| 5/22/2018 10:05:34 AM | 104 | 100 | | | 106 |
| **Post** | | | | | |
| 6/30/2010 9:37:28 AM | 102 | 108 | | | |
| 8/24/2011 4:02:52 PM | 106 | 111 | | | |
| 8/28/2012 12:30:16 PM | 103 | 109 | | | |
| 9/24/2013 2:11:46 PM | 103 | 109 | | | |
| 5/22/2018 10:05:34 AM | | | | | |

**Exhibit 17-31**

**The Center for Asbestos Related Disease**
214 E. 3rd St. ● Libby, Montana 59923
Phone  (406) 293-9274

ALAN WHITEHOUSE, M.D.                        BRAD BLACK, M.D.
DEA Reg. No. AW1002675                        DEA Reg. No. AB7824819

NAME _Dan  G_____ AGE_____

ADDRESS_____ DATE _1-6-71_

℞    75 mcg/hr Fentanyl patch
     # 10
     Sig. apply 1 q 72° for pain

☐ Label

Refill_____ Times

Dr. _Brad Black, MD_ Dr. _____
    Substitution Permitted            Dispense As Written

---

Name: Q█, Daniel                    DOB: █1966                    Date:

CARD-ASB0332188

0032

**Exhibit 17-32**

**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.                    MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. AB7824819              DEA Reg. No. MB2353364

NAME _Dan C̶_ ████████  AGE ____
ADDRESS ████████ _Libby MT_ DATE _1-9-13_

℞    M S Contin 30 mg

      Disp: # 30

      Sig: ī H.S. for Pain

Refill ____ Times ____
Provider _Brad Black M.D._    Provider ____
        Dispense As Written          Substitution Permitted


**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.                    MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. AB7824819              DEA Reg. No. MB2353364

NAME _Dan C̶_ ████████  AGE ____
ADDRESS ____  DATE _1-9-13_

℞    Cymbalta 30 mg

      Disp: 50

      Sig: ī qd X 7, then īī qd.

Refill _2_ Times ____
Provider _Brad Black M.D._    Provider ____
        Dispense As Written          Substitution Permitted


Name: C████, Daniel        DOB: ████ 1966        Date:

CARD-ASB0332189
0033

**Exhibit 17-33**

**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

| BRAD BLACK, M.D. | ALISA M. KOVAL, M.D. | MICHELLE BOLTZ, NP-C, APRN |
|---|---|---|
| DEA Reg. No. Ab7624819 | DEA Reg. No. FK3493993 | DEA Reg. No. MB2353364 |

NAME _Daniel Q_____ DOB AGE ____-66

ADDRESS _____ Libby MT   DATE 1-14-13

℞  Oxycodone 15mg
Qty: 360 (three hundred & sixty)
Sig: ½ - ½ tabs Q4° PRN for pain

Refill 0 _____

Provider _Brad Black_____ Provider _____

Dispense As Written                         Substitution Permitted

---

Name: Q____, Daniel          DOB: ____ 1966                                    Date:

CARD-ASB0332190
0034

**Exhibit 17-34**

**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

**BRAD BLACK, M.D.**
DEA Reg. No. AB7624819

**MICHELLE BOLTZ, NP-C, APRN**
DEA Reg. No. MB2353364

NAME _Dan Q_____  AGE ___ DoB ___ '66

ADDRESS _____ Libby, MT  DATE 1-28-13

℞  Fentanyl Patch 75mcg/hr.
#15
Sig Apply q48h as direct
for pain.

Refill ____ Times

Provider _Brad Black MD____

Dispense As Written          Provider          Substitution Permitted

---

**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

**BRAD BLACK, M.D.**
DEA Reg. No. AB7624819

**MICHELLE BOLTZ, NP-C, APRN**
DEA Reg. No. MB2353364

NAME _Dan Q_____  AGE ___ DoB ___ '66

ADDRESS _____ Libby, MT  DATE 1-28-13

℞  Oxycodone 15mg
#300
Sig 1-2 tabs q4-6h
for breakthrough pain.

Refill ____ Times

Provider _Brad Black MD____

Dispense As Written          Provider          Substitution Permitted

---

Name: Q___, Daniel          DOB: ___1966          Date:

CARD-ASB0332191
0035

**Exhibit 17-35**

The Center for Asbestos Related Disease
214 E. 3rd St.  •  Libby, Montana 59923
Phone: (406) 293-9274

WHITEHOUSE, M.D.
Reg. No. AW1002675

BRAD BLACK, M.D.
DEA Reg. No. AB7824819

Dan Q_____

AGE _____

S _____   DATE 1/31/11

Fentanyl patch 75mcg/hr
Dep # 10
Apply q 72 h for pain

_____ Brad Black MD Dr.

Times
Substitution Permitted          Dispense As Written

Name: Q____, Daniel          DOB:____966          Date:

CARD-ASB0332192

0036

**Exhibit 17-36**

**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.
DEA Reg. No. AB7624819

MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. MB2353364

NAME Dan Q████   DOB ████   AGE ██ 66
ADDRESS ████████████ Libby MT   DATE 2-27-13

℞   Oxycodone 15 mg
Qty: #300 - must last 1 month
Sig: 1-2 tabs @ 4-6° PRN for
Breakthrough pain

Refill ___ Times
Provider Brad Black [signature]   Provider ____
Dispense As Written        Substitution Permitted

---

**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.
DEA Reg. No. AB7624819

MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. MB2353364

NAME Dan Q████   DOB ████   AGE ██ 66
ADDRESS ████████████ Libby MT   DATE 2-27-13

℞   Fentanyl Patch 75 mcg/hr
Qty: #15 (fifteen)
Sig: Apply ± @ 48° for pain

Refill ___ Times
Provider Brad Black [signature]   Provider ____
Dispense As Written        Substitution Permitted

Name: Q███, Daniel                    DOB: ████1966                    Date:

CARD-ASB0332193
0037

**Exhibit 17-37**

**The Center for A** stos **R**elated Disease
214 E. 3rd St • Libby. Montana 59923
Phone. (406) 293-9274

ALAN WHITEHOUSE, M.D.
DEA Reg No AW1002675

BRAD BLACK, M.D.
DEA Reg No. AB7624819

NAME Dan Q█████████  DOB ██ Col

ADDRESS_____ DATE 2-89-11

Rx   *Fentanyl Patch  75mcg/hr*

   *Disp # 10*

   *Sig: apply 1 q 72hrs for pain*

☐ Label

Refill_____ Times_____

Dr. *Brad Black M.D.*   Dr._____

Substitution Permitted      Dispense As Written

**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

**BRAD BLACK, M.D.**
DEA Reg. No. AB7824819

**MICHELLE BOLTZ, NP-C, APRN**
DEA Reg. No. MB2353364

NAME Daniel Q███████                    DOB ███ AGE 64

ADDRESS _____                 DATE 3-22-12

℞ OxyContin 20mg

Qty # 30

Sig: ℥ QHS as directed
for pain.    Brad Black MD

Refill ____ Times

Provider _____ Dispense As Written _____ Provider _____ Substitution Permitted

---

**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

**BRAD BLACK, M.D.**
DEA Reg. No. AB7824819

**MICHELLE BOLTZ, NP-C, APRN**
DEA Reg. No. MB2353364

NAME Daniel Q███████                    DOB ███ AGE 64

ADDRESS _____                 DATE 3-22-12

℞ Fentanyl Patch 75mcg/hr

Disp # 3

Sig: Apply ℥ Q72hrs as
directed for pain
Brad Black MD

Refill ____ Times

Provider _____ Dispense As Written _____ Provider _____ Substitution Permitted

---

CARD-ASB0332195
0039

**Exhibit 17-39**

The Center for Asbestos Related Disease
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.
DEA Reg. No. AB7624819

MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. MB2353364

NAME Dan Q███████   DOB ███   AGE ██ /66
ADDRESS ████████████████ Libby MT   DATE 3-26-13

℞ Fentanyl Patch 75 mcg/hr
Qty: 1# 15 (fifteen)
Sig: Apply 1 patch q 48° as directed
       for pain

Refill 0 Times
Provider _Brad Black_ Provider

Dispense As Written          Substitution Permitted

---

The Center for Asbestos Related Disease
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.
DEA Reg. No. AB7624819

MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. MB2353364

NAME Dan Q███████   DOB ███   AGE ██ /66
ADDRESS ████████████████ Libby M DATE 3-26-13

℞ Oxycodone 15 mg
Qty: # 300 (three hundred)
Sig: 1-2 tabs q 4-6° for breakthrough
       Pain - must last 1 month

Refill 0 Times
Provider _Brad Black_ Provider

Dispense As Written          Substitution Permitted

---

Name: Q███, Daniel                    DOB: ███1966                    Date:

CARD-ASB0332196
0040

**Exhibit 17-40**

**The Center for Asbestos Related Disease**
214 E. 3rd St. ● Libby, Montana 59923
Phone: (406) 293-9274

ALAN WHITEHOUSE, M.D.
DEA Reg. No. AW1002675

BRAD BLACK, M.D.
DEA Reg. No. AB7624819

NAME _Dan Q▮▮▮_         DOB ▮▮ 66

ADDRESS _____   DATE _4-6-11_

℞ Fentanyl Patch 75mcg/hr

Disp # 10

Sig: apply Ī q 72hrs for pain.

☐ Label

Refill _____ Times

Dr. _Brad Black, MD_     Dr. _____
Substitution Permitted              Dispense As Written

---

Name: G▮▮▮, Daniel          DOB: ▮▮1966          Date:

CARD-ASB0332197
0041

**Exhibit 17-41**

**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.
DEA Reg. No. AB7624839

MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. MB2953364

NAME: Druel G_____      AGE: 66

ADDRESS: _____      DATE: 4-6-12

Rx   Fentanyl Patch - 75 mcg/hr
disp #3
Sig: apply 1 Q72hrs. as
directed for pain
_Brad M Black M.D._

Refill ___ Times

Name: G_____, Daniel      DOB: _____      Date

**Exhibit 17-42**

**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.
DEA Reg. No. AB7624819

MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. MB2363364

NAME Daniel Q██████

DOB ██████ 66

ADDRESS

DATE 9-12-12

Rx Fentanyl Patch 75 mcg/hr
Disp # 3

Sig: Apply T. Q 72 hrs as
directed for pain.

Refill         Times

Provider Brad Black, M.D.    Provider

Dispense As Written          Substitution Permitted

**Exhibit 17-43**



**The Center for Asbestos Related Disease**

214 E. 3rd St. • Libby, Montana 59923
Phone: 406-___-9274

BRAD BLACK, M.D.                    MICHELLE BOLTZ, NP-C,
DEA Reg. No. AB7624819              DEA Reg. No. MB2353364

NAME Daniel Q.                    AGE 66

ADDRESS                           DATE 4-19-__

Rx Fentanyl Patch 75 mcg/hr
Disp #3
Sig: apply ↑ Q72hrs as directed
for pain.

Refill_____Times
Provider Brad Black (M.D.)        Provider
         Dispense As Written      Substitution Permitted

Name: Q___, Daniel                DOB: ___1966                Date:

CARD-ASB0332200
0044

**Exhibit 17-44**

**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.          ALISA M. KOVAL, M.D.          MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. Ab7624819    DEA No. FK3493993            DEA Reg. No. MB2353364

DOB ▮▮▮
NAME ▮▮▮ ▮▮▮▮▮  AGE ▮ 66
ADDRESS ▮▮▮▮▮▮▮ Libby, MT  DATE 4-25-13

℞ Oxycodone 15mg
Qty: #300 (Three Hundred)
Sig: 1-2 tabs q̄ 4-6° for Breakthrough
Pain - must last 1 mo

Refill ___ Times
Provider ▮▮▮▮▮▮▮ Provider ▮▮▮▮▮▮▮
Dispense As Written                    Substitution Permitted

---

**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.          ALISA M. KOVAL, M.D.          MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. Ab7624819    DEA No. FK3493993            DEA Reg. No. MB2353364

DOB ▮▮▮
NAME ▮▮▮ ▮▮▮▮▮  AGE ▮ -46
ADDRESS ▮▮▮▮▮▮▮ Libby-MT  DATE 4-25-13

℞ Fentanyl Patch 75mcg/hr
Qty: #15 (Fifteen
Sig: Apply 1 patch q̄ 48° as directed
for pain

Refill ___ Times
Provider ▮▮▮▮▮▮▮ Provider ▮▮▮▮▮▮▮
Dispense As Written                    Substitution Permitted

Name: ▮▮▮, Daniel          DOB: ▮▮▮1966          Date:

**Exhibit 17-45**

**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: (406) 293-9274

ALAN WHITEHOUSE, M.D.                    BRAD BLACK, M.D.
DEA Reg. No. AW1002676                   DEA Reg. No. AB7624819

NAME Dan ████                            AGE ██ 66

ADDRESS_____  DATE 1-28-11

℞   Fentenyl  Patch  75mig/hr
    Disp #15
    Apply  g 78°  for  pain

☐ Label
Refill_____Times
Dr._____    Dr. ████████████
      Substitution Permitted              Dispense As Written

DOB: ████ 1966

████ Daniel

CARD-ASB0332202
0046

**Exhibit 17-46**

The Center for ...bestos Related Disease
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.
DEA Reg. No. AB7624819

MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. MB2353364

NAME Daniel ▮

DOB ▮▮ Age ▮ ▮6

ADDRESS _____

DATE 4-30-12

Rx Fentanyl Patch   75mcg/hr
Disp #3
Sig: apply I @ 72hrs as directed

Refill ___ Time ___

Provider _____

Dispense As Written        Substitution Permitted

Handed to Pt
4-30-12
[signature]

**Exhibit 17-47**

**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

**BRAD BLACK, M.D.**
DEA Reg. No. Ab7624819

**ALISA M. KOVAL, M.D.**
DEA No. FK3493993

**MICHELLE BOLTZ, NP-C, APRN**
DEA Reg. No. MB2353364

NAME Dan Q███████     DOB ████ AGE ██ 66

ADDRESS ██████████████ Libby MT DATE 5-20-13

Rx   fentanyl Patch 75 mcg/hr
Qty: 15 (fifteen)
Sig: Apply 1 patch q 48° as directed

Refill ___ Times
Provider _Brad Black (Brus)_

☐ Dispense As Written     ☐ Substitution Permitted

---

**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

**BRAD BLACK, M.D.**
DEA Reg. No. Ab7624819

**ALISA M. KOVAL, M.D.**
DEA No. FK3493993

**MICHELLE BOLTZ, NP-C, APRN**
DEA Reg. No. MB2353364

NAME Dan Q███████     DOB ████ AGE ██ 66

ADDRESS ██████████████ Libby MT DATE 5-20-13

Rx  Oxycodone 15 mg
Qty: #300 (three hundred)
Sig: 1-12 tabs q 4-6° for break through
pain up to #10 q d - must last 1 mo

Refill Ø Times
Provider _Brad Black (Brus)_

☐ Dispense As Written     ☐ Substitution Permitted

---

Name: Q███, Daniel          DOB: ████ 1966          Date:

CARD-ASB0332204
0048

**Exhibit 17-48**

The Center for Asbestos Related Disease
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.                          MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. AB7824819                    DEA Reg. No. MB2353364

NAME   Dan C█████                              AGE

ADDRESS _____   DATE 5-25-11

℞     MS Contin 15 g
          # 120
      Sig ī-īī tabs bid pain
      cs directed for pain

Refill____Times

Provider _____   Provider Brad Black (signature)
        Dispense As Written                Substitution Permitted

Name: Q███, Daniel                  DOB: ███ 1966                   Date:

CARD-ASB0332205
0049

**Exhibit 17-49**



The Center for Asbestos Related Disease
214 E. 3rd St. • Libby, Montana 59923
Phone: 406/293-9274

BRAD BLACK, M.D.
DEA Reg. No. AB7624819

MICHELLE BOLTZ, N.P-C, APRN
DEA Reg. No. MB2353364

NAME Dan G___ AGE ___

ADDRESS ___ DATE 6-2-11

Rx    Oxy contin 20mg   T   PO   BID
        #20

Refill ___ Times

Provider ___

Dispense As Written

Provider Blad Black MD

Substitution Permitted

The Center for Asbestos Related Disease
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

**BRAD BLACK, M.D.**
DEA Reg. No. AB7624819

**MICHELLE BOLTZ, NP-C, APRN**
DEA Reg. No. MB2353364

NAME _Daniel K. C_____

DOB ___ 1966
AGE

ADDRESS _____

DATE _6-15-12_

Rx fentanyl Patch 75mcg/hr
        Disp # 3(three)
Sig: Apply 1 q 72 hrs as directed
              for pain

Refill_____Times

Provider_____

Provider _Brad Black_

Dispense As Written

Substitution Permitted

---

Name: C███, Daniel                    DOB: ███1966                    Date:

CARD-ASB0332207
0051

**Exhibit 17-51**

The Center for Asbestos Related Disease
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.
DEA Reg. No. AB7624819

MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. MB2353364

NAME Dan Q_____  AGE

ADDRESS _____  DATE 6-18-13

℞  Prednisone 10 mg
#30
↑ gd AM

Refill_____  Times_____

Provider _____Black Black NP_____  Provider _____

Dispense As Written  Substitution Permitted

---

The Center for Asbestos Related Disease
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.
DEA Reg. No. AB7624819

MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. MB2353364

NAME Dan Q_____  : Libby, MT  AGE

ADDRESS _____  DATE 6-18-13

℞  Oxycodone 15mg
#360
Sig: i-ii tabs q4h
for breakthrough pain.

Refill_____  Times_____

Provider _____Black Black NP_____  Provider _____

Dispense As Written  Substitution Permitted

---

The Center for Asbestos Related Disease
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.
DEA Reg. No. AB7624819

MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. MB2353364

NAME Dan Q_____  AGE

ADDRESS _____ Libby, MT  DATE 6-18-13

℞  Fentanyl patch 75mcg/hr
Disp #15
Sig: Apply q48h as
directed

Refill_____  Times_____

Provider _____Black Black NP_____  Provider _____

Dispense As Written  Substitution Permitted

---

Name: Q___, Daniel    DOB: ___1966    Date:

**Exhibit 17-52**

The Center for Asbestos Related Disease.
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.
DEA Reg. No. AB7624819

MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. MB2353364

NAME _Daniels Q_____    DOB ____ 66

ADDRESS _____    DATE 6-19 of 2

℞  Fentanyl Patch  75mcg/hr
   Disp # 15
   Sig: ↑ q 48hrs as directed
        for pain.  Brad Black, M.D.

Refill ___ Times

Provider _____    Provider Brad Black
       Dispense As Written        Substitution Permitted

**Exhibit 17-53**

**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.
DEA Reg. No. AB7624819

MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. MB2353364

NAME ▆▆ ▆▆  DOB ▆ 66
ADDRESS ▆▆▆ Libby MT  DATE 7-9-13

℞ Oxycodone 15mg
Qty: #360 (three hundred + sixty)
Sig: ℩ - 4 tabs ǭ 4° for breakthrough
                                    pain
Refill ___ Times
Provider _____
Dispense As Written    Substitution Permitted

---

**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.
DEA Reg. No. AB7624819

MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. MB2353364

NAME ▆▆ ▆▆  DOB ▆ 66
ADDRESS ▆▆▆ Libby MT  DATE 7-9-13

℞ Fentanyl Patch 75 mcg/hr
Qty: #15 (fifteen)
Sig: Apply ℩ patch ǭ 48° as directed
Refill ___
Provider _____
Dispense As Written    Substitution Permitted

---

**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.
DEA Reg. No. AB7624819

MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. MB2353364

NAME ▆▆ ▆▆  DOB ▆ 66
ADDRESS _____  DATE 7-9-13

℞ Prednisone 10mg
Qty: #30 (thirty)
Sig: ℩ po ǭ AM
Refill ___
Provider _____
Dispense As Written    Substitution Permitted

---

Name: ▆, Daniel          DOB: ▆1966          Date:

CARD-ASB0332210
0054

**Exhibit 17-54**

**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.
DEA Reg. No. AB7624819

MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. MB2353364

NAME Daniel Q███████ DOB ███ AGE ███ -66

ADDRESS_____ DATE 7-24-12

℞ Fentanyl Patch 75 mcg/hr
Qty: #15 (fifteen)
Sig: Apply ① patch q 48°

Refill Ø Times

Provider_____        Provider _M.Boltz_____
    Dispense As Written                      Substitution Permitted

Name: Q███, Daniel          DOB: ███ 1966          Date:

CARD-ASB0332211

0055

**Exhibit 17-55**

The Center for Asbestos Related Disease
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.
DEA Reg. No. Ab7624819

ALISA M. KOVAL, M.D.
DEA No. FK3493993

MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. MB2353364

NAME _Daniel Q___   DOB ___ AGE ___ 66
ADDRESS _____ Libby MT   DATE 8-6-13

℞   Oxycodone 15 mg
Qty: #360 (three hundred & sixty)
Sig: 1-1½ tabs q 4 hrs · breakthrough
                                        Pain

Refill Ø   Time ___
Provider _Brad Black MD_
Dispense As Written          Substitution Permitted

---

The Center for Asbestos Related Disease
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.
DEA Reg. No. Ab7624819

ALISA M. KOVAL, M.D.
DEA No. FK3493993

MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. MB2353364

NAME _Daniel Q___   DOB ___ AGE ___ 66
ADDRESS _____ Libby MT   DATE 8-6-13

℞   Fentanyl Patch 75 mcg/hr
Qty: #15 (fifteen)
Sig: Apply 1 patch q 48°

Refill Ø   Time ___
Provider _Brad Black MD_
Dispense As Written          Substitution Permitted

Name: Q___, Daniel          DOB: ___1966          Date:

CARD-ASB0332212
0056

**Exhibit 17-56**

**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

**BRAD BLACK, M.D.**
DEA Reg. No. AB7624819

**MICHELLE BOLTZ, NP-C, APRN**
DEA Reg. No. MB2353364

NAME _Dan Q▆▆▆_  AGE ___ DATE _8-28-12_

ADDRESS _____

℞  Oxy codone 15y
       # 360

1-ii ō f hr prn
breek fuvarsh.

Refill ___ Times

Provider _____   Provider _BLBlack_

Dispense As Written   Substitution Permitted

---

**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

**BRAD BLACK, M.D.**
DEA Reg. No. AB7624819

**MICHELLE BOLTZ, NP-C, APRN**
DEA Reg. No. MB2353364

NAME _Dan Q▆▆▆_  AGE ___ DATE _8-28-12_

ADDRESS _____

℞  Fen tany l/ptcl 75ug/hr
    DISP  # 15
    Sig : Apply q 72hr as
        directed
          prn.            _BLBlack_

Refill ___ Times

Provider _____   Provider _BLBlack_

Dispense As Written   Substitution Permitted

---

Name: Q▆▆▆, Daniel          DOB: ▆▆▆1966          Date:

CARD-ASB0332213
0057

**Exhibit 17-57**

**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.
DEA Reg. No. AB7824819

MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. MB2353364

NAME _Dan Q▇▇▇▇_          AGE _8-29-11_

ADDRESS_____ DATE _8-29-11_

Rx

Oxy contin  10 g
DISP  #30
ŧ  H.S.

Refill____Times

Provider_____
Dispense As Written

Prov___ _Brad Black MD_
Substitution Permitted

Name: Q▇▇, Daniel          DOB: ▇▇1966          Date:

CARD-ASB0332214
0058

**Exhibit 17-58**

**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.
DEA Reg. No. AB7624819

MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. MB2353364

NAME Daniel ░░░░░░  DOB ░ AGE ░░-66
ADDRESS ░░░░░░░ Libby, MT  DATE 9-3-13

Rx Fentanyl Patch  75 mcg/hr
Qty: # 15 (fifteen)
Sig: Apply: patch q̄ 48°

Refill ░ Times

Provider ░░░░░░  Provider ░░░░░░
Dispense As Written        Substitution Permitted

---

**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.
DEA Reg. No. AB7624819

MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. MB2353364

NAME Daniel ░░░░░░  DOB ░ AGE ░░-66
ADDRESS ░░░░░░ Libby MT  DATE 9-3-13

Rx Oxycodone  15 mg
Qty: # 360 (three hundred + sixty)
Sig: ░-░ tabs q̄ 4° - breakthrough pain

Refill ░ Times

Provider ░░░░░░  Provider ░░░░░░
Dispense As Written        Substitution Permitted

---

Name: Q░░, Daniel        DOB: ░░1966        Date:

CARD-ASB0332215
0059

**Exhibit 17-59**

The Center for Asbestos Related Disease
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

**BRAD BLACK, M.D.**
DEA Reg. No. AB7624810

**MICHELLE BOLTZ, NP-C, APRN**
DEA Reg. No. MB2353364

NAME Dan Q_____ AGE _____

ADDRESS _____ DATE 9-13-11

Rx   Oxycontin   20 mg
          #30
     T  H.S.   as directed
          for   pain

Refill _____  Times _____
Provider   Brad Black MD   Provider

Dispense-As Written          Substitution Permitted

Name: Q____, Daniel            DOB: ____1966            Date:

CARD-ASB0332216
0060

**Exhibit 17-60**

**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.
DEA Reg. No. AB7624819

MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. MB2353364

NAME Daniel Q█████                     DOB █████ AGE █ 46

ADDRESS ████████  Libby MT      DATE 10-2-12

Rx  OxyCodone  15 mg
Qty: # 360 (three hundred & sixty)
Sig: ∴ ÷ q̄ 4° PRN breakthrough pain

Refill____Times

Provider_____      Provider _Brad Black_
          Dispense As Written                Substitution Permitted

---

**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.
DEA Reg. No. AB7624819

MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. MB2353364

NAME Daniel Q█████              DOB █████ AGE -66

ADDRESS ████████  Libby MT    DATE 10-2-12

Rx  Fentanyl Patch  75 mcg/hr
Qty: #15 (fifteen)
Sig: Apply q̄ 48° as directed for severe
      pain

Refill____Times

Provider_____      Provider _Brad Black_
          Dispense As Written                Substitution Permitted

---

Name: Q█, Daniel                    DOB: ███1966                    Date:

**Exhibit 17-61**

**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.
DEA Reg. No. AB7624819

MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. MB2353364

NAME Dan Q███████  DOB AGE 66

ADDRESS  DATE 10-4-11

Rx Oxycontin 20mg
Qty # 30
Sig: T q HS as directed
for pain

Brad Black MD

Refill ____ Times

Provider _____   Provider _Brad Black MD_

Dispense As Written          Substitution Permitted

Name: Q███, Daniel          DOB: ███ 1966          Date:

CARD-ASB0332218
0062

**Exhibit 17-62**

**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.
DEA Reg. No. AB7624819

MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. MB2353364

NAME Daniel Q████     DOB ████ 1966

ADDRESS_____     DATE 10-24-12

℞ Oxycodone 15mg
Qty # 360
Sig: Ī to ĪĪ Q4hrs as needed
for breakthrough pain

Refill Ø Times

Provider_____     Provider _____
        Dispense As Written              Substitution Permitted

**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.                    MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. AB7624819             DEA Reg. No. MB2353364

NAME ▮▮▮▮ Daniel K    AGE ▮▮ 66

ADDRESS ▮▮▮                     DATE 11-1-12

℞ Fentanyl Patch 75mcg/hr
    Qty # 15
    Sig: apply 1 patch Q48hrs
         as directed for severe
                             pain

Refill ___ Time ___

Provider _Brad Black, MD_

Dispense As Written          Substitution Permitted

---

The Center for Asbestos Related Disease
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.                          MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. AB7624819                    DEA Reg. No. MB2363364

NAME Daniel Q█████                    DOB █████ 66

ADDRESS                                   DATE 11-15-12

℞ Oxycodone 15mg

Qty #360

Sig: ℳ to Ⅱ Q4hrs as needed
for breakthrough pain.

Refill        Times

Provider Brad Black MD        Provider

Dispense As Written        Substitution Permitted

**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.
DEA Reg. No. AB7624819

MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. MB2353364

NAME Daniel Q▮▮▮▮▮▮

ADDRESS _____ DATE 12-10-12

℞ Oxycodone 15mg
Qty # 360
Sig: Ɨ to ƗƗ Q4hrs as needed
for pain.

Refil ___ Times
Provider _Brad Black MD___ Provider _____

Dispense As Written          Substitution Permitted

Name: Q▮▮▮, Daniel        DOB: ▮▮▮▮1966        Date:

CARD-ASB0332222
0066

**Exhibit 17-66**

The Center for Asbestos Related Disease
214 E. 3rd St.  •  Libby, Montana 59923
Phone: (406) 293-9274

AN WHITEHOUSE, M.D.
DEA Reg. No. AW1002675

BRAD BLACK, M.D.
DEA Reg. No. AB7624819

Dan Q_____   AGE ____

RESS _____   DATE 12/21/10

Fentanyl patch 75mg/hr
Disp #5
Sig: Apply q 72h for
paru

Times

Substitution Permitted                    Dispense As Written

Name: Q___, Daniel          DOB: ____ 1966          Date:

CARD-ASB0332223
0067

**Exhibit 17-67**

The Center for Asbestos Related Disease
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

**BRAD BLACK, M.D.**
DEA Reg. No. Ab7624819

**ALISA M. KOVAL, M.D.**
DEA No. FK3493993

**MICHELLE BOLTZ, NP-C, APRN**
DEA Reg. No. MB2353364

NAME _Daniel K. Q_____ DOB ____ AGE ____ 66

ADDRESS _____ Libby MT 59923 DATE 12-26-12

℞ Oxycodone 15 mg

Qty: # 360 (Three hundred & sixty)

Sig: ⸬ : ⸬ tabs po q 4° PRN for pain

Refill ____ Times
Provider _Brad Black_____ Provider _____
         Dispense As Written              Substitution Permitted

Name: Q___, Daniel          DOB: ____1966          Date:

CARD-ASB0332224
0068

**Exhibit 17-68**

**Center For Asbestos Related Disease**
**Brad  Black, MD**
LIC #: 4055  •  DEA #: AB7624819
NPI #: 1356407902

214 E 3rd Street
Libby, MT  599232056
Tel: (406) 293-9274 • Fax: (406) 293-9280

| NAME | Daniel Q███ | | SEX Male | AGE 48 | DOB ███1966 |
| ADDRESS | ███████ Libby, MT  59923 | | | | DATE 10/01/2014 |

℞

**fentanyl 75 mcg/hr transdermal patch**
**Disp: 15 (fifteen) Patches**
**Sig: apply 1 patch by transdermal route  every 48 hours**

**Generic Substitution Permissible**

| | |
|---|---|
| ■ | 1-24 |
| ☐ | 25-49 |
| ☐ | 50-74 |
| ☐ | 75-100 |
| ☐ | 101-150 |
| ☐ | 151 and over |

Refill _____ times  PRN  (NR)

Signature: _____
Brad  Black, MD

Name: Q███, Daniel                    DOB: ███1966                    Date:

CARD-ASB0332225
0069

**Exhibit 17-69**

**Center For Asbestos Related Disease**
**Brad  Black, MD**
LIC #: 4055  •  DEA #: AB7624819
NPI #: 1356407902

214 E 3rd Street
Libby, MT  599232056
Tel: (406) 293-9274 • Fax: (406) 293-9280

---

| NAME | Daniel Q | | SEX  Male | AGE  48 | DOB | 1966 |
| ADDRESS | | Libby, MT  59923 | | | DATE | 10/01/2014 |

℞

**oxycodone 15 mg tablet**
**Disp: 180 (one hundred eighty) Tablet**
**Sig:** take 1 tablet by oral route  every 4 hours no more than 6 a day as needed

**Generic Substitution Permissible**

| | |
|---|---|
| ☐ | 1-24 |
| ☐ | 25-49 |
| ☐ | 50-74 |
| ☐ | 75-100 |
| ☐ | 101-150 |
| ☑ | 151 and over |

<u>COMMENTS</u>
        MUST last 1 month

Refill _____ times  PRN  (NR)

Signature: _____

Brad  Black, MD

---

| Name: Q____, Daniel | DOB: ____1966 | Date: |

CARD-ASB0332226
0070

**Exhibit 17-70**

**Center For Asbestos Related Disease**
**Brad  Black, MD**
LIC #: 4055  •  DEA #: AB7624819
NPI #: 1356407902

214 E 3rd Street
Libby, MT  599232056
Tel: (406) 293-9274 • Fax: (406) 293-9280

| NAME | Daniel Q█ | | SEX Male | AGE 48 | DOB | ██1966 |
| ADDRESS | ████████Libby, MT  59923 | | | | DATE | 05/15/2014 |

℞

**oxycodone 15 mg tablet**
Disp: 180 (one hundred eighty) Tablet
Sig: take 1 tablet by oral route  every 4 hours no more than 6 a day as needed

**Generic Substitution Permissible**

| | |
|---|---|
| ☐ | 1-24 |
| ☐ | 25-49 |
| ☐ | 50-74 |
| ☐ | 75-100 |
| ☐ | 101-150 |
| ■ | 151 and over |

Refill _____ times  PRN  (NR)

Signature: _____

Brad Black, MD

Name: Q███, Daniel                    DOB: ██████                    Date:

CARD-ASB0332227
0071

**Exhibit 17-71**

**Center For Asbestos Related Disease**
**Brad Black, MD**
LIC #: 4055 • DEA #: AB7624819
NPI #: 1356407902

214 E 3rd Street
Libby, MT 599232056
Tel: (406) 293-9274 • Fax: (406) 293-9280

| | | | | | |
|---|---|---|---|---|---|
| NAME | Daniel Qu███ | | SEX Male | AGE 48 | DOB ███966 |
| ADDRESS █████Libby, MT 59923 | | | | | DATE 05/14/2014 |

R︗

**fentanyl 75 mcg/hr transdermal patch**
Disp: 15 (fifteen) Patches
Sig: apply 1 patch by transdermal route  every 48 hours

| | |
|---|---|
| ■ | 1-24 |
| ☐ | 25-49 |
| ☐ | 50-74 |
| ☐ | 75-100 |
| ☐ | 101-150 |
| ☐ | 151 and over |

**Generic Substitution Permissible**

Refill _____ times  PRN  (NR)

Signature: _____

Brad  Black, MD

| | | |
|---|---|---|
| Name: Q███, Daniel | DOB: ███1966 | Date |

CARD-ASB0332228
0072

**Exhibit 17-72**

**Center For Asbestos Related Disease**
**Brad  Black, MD**
LIC #: 4055  •  DEA #: AB7624819
NPI #: 1356407902

214 E 3rd Street
Libby, MT  599232056
Tel: (406) 293-9274 • Fax: (406) 293-9280

| NAME | Daniel Q█ | | | SEX Male | AGE 48 | | DOB █1966 |
|------|-----------|--|--|----------|--------|--|----------|
| ADDRESS | █ Libby, MT 59923 | | | | | | DATE 09/03/2014 |

℞

**fentanyl 75 mcg/hr transdermal patch**
**Disp: 15 (fifteen) Patches**
**Sig:** apply 1 patch by transdermal route  every 48 hours

**Generic Substitution Permissible**

| | |
|--|--|
| ■ | 1-24 |
| ☐ | 25-49 |
| ☐ | 50-74 |
| ☐ | 75-100 |
| ☐ | 101-150 |
| ☐ | 151 and over |

Refill _____ times  PRN  (NR)

Signature: _____
Brad  Black, MD

| Name: Q█, Daniel | DOB: █1966 | Date: |
|------------------|-----------|-------|

CARD-ASB0332229
0073

**Exhibit 17-73**

**Center For Asbestos Related Disease**
**Brad  Black, MD**
LIC #: 4055  •  DEA #: AB7624819
NPI #: 1356407902

214 E 3rd Street
Libby, MT  599232056
Tel: (406) 293-9274 • Fax: (406) 293-9280

---

NAME    Daniel Q█████                    SEX  Male    AGE  48    DOB █████1966
ADDRESS  ████████  Libby, MT  59923                              DATE  09/03/2014

℞

**oxycodone 15 mg tablet**
**Disp: 180 (one hundred eighty) Tablet**
**Sig: take 1 tablet by oral route  every 4 hours no more than 6 a day as needed**

| | |
|---|---|
| ☐ | 1-24 |
| ☐ | 25-49 |
| ☐ | 50-74 |
| ☐ | 75-100 |
| ☐ | 101-150 |
| ■ | 151 and over |

**Generic Substitution Permissible**

**COMMENTS**
        MUST last 1 month

Refill _____ times  PRN  (NR)

Signature: _____
                    Brad  Black, MD

---

Name: Q█████, Daniel              DOB: █████1966                    Date:

CARD-ASB0332230
0074

**Exhibit 17-74**

**Center For Asbestos Related Disease**
**Brad Black, MD**
LIC #: 4055  •  DEA #: AB7624819
NPI #: 1356407902

214 E 3rd Street
Libby, MT  599232056
Tel: (406) 293-9274 • Fax: (406) 293-9280

| NAME | Daniel Q███ | | SEX Male | AGE 48 | DOB ███1966 |
|------|-------------|---|----------|--------|-------------|
| ADDRESS | ███████Libby, MT 59923 | | | | DATE 08/11/2014 |

℞

**fentanyl 75 mcg/hr transdermal patch**
**Disp: 15 (fifteen) Patches**
**Sig:** apply 1 patch by transdermal route  every 48 hours

**Generic Substitution Permissible**

| | |
|---|---|
| ▨ | 1-24 |
| ☐ | 25-49 |
| ☐ | 50-74 |
| ☐ | 75-100 |
| ☐ | 101-150 |
| ☐ | 151 and over |

Refill _____ times  PRN  (NR)

Signature: _____
Brad Black, MD

| Name: Q███, Daniel | DOB: ███1966 | Date: |

CARD-ASB0332231

0075

**Exhibit 17-75**

**Center For Asbestos Related Disease**
**Brad Black, MD**
LIC #: 4055 • DEA #: AB7624819
NPI #: 1356407902
214 E 3rd Street
Libby, MT 599232056
Tel: (406) 293-9274 • Fax: (406) 293-9280

| | | | |
|---|---|---|---|
| NAME   Daniel Q█ | SEX Male | AGE 48 | DOB ████ |
| ADDRESS ████████ Libby, MT 59923 | | | DATE  07/14/2014 |

℞

**fentanyl 75 mcg/hr transdermal patch**
**Disp: 15 (fifteen) Patches**
**Sig:** apply 1 patch by transdermal route  every 48 hours

**Generic Substitution Permissible**

| | |
|---|---|
| ■ | 1-24 |
| ☐ | 25-49 |
| ☐ | 50-74 |
| ☐ | 75-100 |
| ☐ | 101-150 |
| ☐ | 151 and over |

Refill _____ times  PRN (NR)

Signature: _____
Brad  Black, MD

CARD-ASB0332232
0076

**Exhibit 17-76**

**Center For Asbestos Related Disease**
Brad  Black, MD
LIC #: 4055  •  DEA #: AB7624819
NPI #: 1356407902

214 E 3rd Street
Libby, MT  599232056
Tel: (406) 293-9274 • Fax: (406) 293-9280

| NAME | Daniel Q█ | | SEX Male | AGE 48 | DOB █ |
|---|---|---|---|---|---|
| ADDRESS | █████ | Libby, MT 59923 | | | DATE 04/23/2014 |

℞

**oxycodone 15 mg tablet**
Disp: 270 (two hundred seventy) Tablet
Sig: Take 2 tabs po 1 dose, 1 tab po next dose, 2 tabs po next dose, 1 tab po
next dose and on through out the day - up to 9 tabs q day as needed

Generic Substitution Permissible

- [ ] 1-24
- [x] 25-49
- [ ] 50-74
- [ ] 75-100
- [ ] 101-150
- [x] 151 and over

Refill _____ times   PRN  (NR)   *Brad Black, MD*

Signature: _█████_  *Brad Black, MD*

Brad Black, MD

Name: Q█, Daniel          DOB: █1966          Date:

CARD-ASB0332233
0077

**Exhibit 17-77**

## Center For Asbestos Related Disease
### Brad Black, MD
LIC #: 4055 • DEA #: AB7624819
NPI #: 1356407902

214 E 3rd Street
Libby, MT 599232056
Tel: (406) 293-9274 • Fax: (406) 293-9280

**NAME** Daniel Q                          **SEX** Male   **AGE** 48        **DOB** ████ 1966
**ADDRESS** ████████ Libby, MT 59923                                       **DATE** 04/23/2014

## Rx

**oxycodone 15 mg tablet**
Disp: 270 (two hundred seventy) Tablet
**Sig:** Take 2 tabs po 1 dose, 1 tab po next dose, 2 tabs po next dose, 1 tab po
next dose and on through out the day - up to 9 tabs q day as needed

**Generic Substitution Permissible**

- [ ] 1-24
- [x] 25-49
- [ ] 50-74
- [ ] 75-100
- [ ] 101-150
- [ ] 151 and over

**Refill** _____ **times**   **PRN**  (NR)   *Brad Black, MD*

**Signature:** ████████  *Brad Black, MD*

Brad  Black, MD

CARD-ASB0332234
0078

**Exhibit 17-78**

**Center For Asbestos Related Disease**
Brad Black, MD
LIC #: 4055 • DEA #: AB7624819
NPI #: 1356407902

214 E 3rd Street
Libby, MT 599232056
Tel: (406) 293-9274 • Fax: (406) 293-9280

| NAME | Daniel Q█████ | | SEX Male | AGE 48 | DOB █████/1966 |
|------|---------------|---|----------|--------|------------------|
| ADDRESS | █████████ Libby, MT 59923 | | | | DATE 04/23/2014 |

℞

**fentanyl 75 mcg/hr transdermal patch**
**Disp: 15 (fifteen) Patches**
Sig: apply 1 patch by transdermal route  every 48 hours

**Generic Substitution Permissible**

- [ ] 1-24
- [ ] 25-49
- [ ] 50-74
- [ ] 75-100
- [ ] 101-150
- [ ] 151 and over

Refill _____ times   PRN  (NR)   *Brad Black MD*

Signature: █████████   *Brad Black MD*

Brad Black, MD

| Name: Q█████, Daniel | DOB: █████1966 | Date: |
|----------------------|---------------|-------|

CARD-ASB0332235
0079

**Exhibit 17-79**

**Center For Asbestos Related Disease**
Brad Black, MD
LIC #: 4055 • DEA #: AB7624819
NPI #: 1356407902

214 E 3rd Street
Libby, MT 599232056
Tel: (406) 293-9274 • Fax: (406) 293-9280

| NAME | Daniel Q▌ | | SEX Male | AGE 48 | | DOB ▌1966 |
|---|---|---|---|---|---|---|
| ADDRESS | ▌ Libby, MT 59923 | | | | | DATE 03/24/2014 |

R̲x̲

**oxycodone 15 mg tablet**
Disp: 360 (three hundred sixty) Tablet
**Sig:** take 1 - 2 tablet by oral route  every 4 - 6 hours as needed

**Generic Substitution Permissible**

| | |
|---|---|
| ☐ | 1-24 |
| ☐ | 25-49 |
| ☐ | 50-74 |
| ☐ | 75-100 |
| ☐ | 101-150 |
| ■ | 151 and over |

Refill _____ times  PRN  (NR)  _Brad Black, MD_

Signature: ▌ _Brad Black, MD_
Brad Black, MD

Name: Q▌, Daniel                    DOB: ▌1966                    Date:

**Exhibit 17-80**

**Center For Asbestos Related Disease**
**Brad Black, MD**
LIC #: 4055 • DEA #: AB7624819
NPI #: 1356407902

214 E 3rd Street
Libby, MT 599232056
Tel: (406) 293-9274 • Fax: (406) 293-9280

| NAME | Daniel ████ | | SEX Male | AGE 47 | DOB ████1966 |
|------|-------------|---|----------|--------|--------------|
| ADDRESS ████ | Libby, MT 59923 | | | | DATE 12/23/2013 |

℞

**fentanyl 75 mcg/hr Transderm Patch**
Disp: 15 (fifteen) Transdermal Patch
Sig: apply 1 patch by transdermal route every 48 hours

Generic Substitution Permissible

| | |
|---|---|
| ☒ | 1-24 |
| ☒ | 25-49 |
| ☐ | 50-74 |
| ☒ | 75-100 |
| ☐ | 101-150 |
| ☐ | 151 and over |

Refill _____ times   PRN   (NR)

Signature: _____

Brad Black, MD

Name: Q████, Daniel                    DOB: ████1966                    Date:

CARD-ASB0332237

0081

**Exhibit 17-81**

**Center For Asbestos Related Disease**
**Brad Black, MD**
LIC #: 4055 • DEA #: AB7624819
NPI #: 1356407902

214 E 3rd Street
Libby, MT 599232056
Tel: (406) 293-9274 • Fax: (406) 293-9280

| NAME | Daniel Q███ | | SEX Male | AGE 47 | ███████ | |
| ADDRESS | ███████ | Libby, MT 59923 | | | DATE 12/23/2013 | |

R̶

**oxycodone 15 mg tablet**
Disp: 360 (three hundred sixty) Tablet.
Sig: take 1 - 2 tablet by oral route  every 4 - 6 hours as needed

**Generic Substitution Permissible**

| | |
|---|---|
| ☐ | 1-24 |
| ☐ | 25-49 |
| ☐ | 50-74 |
| ☐ | 75-100 |
| ☐ | 101-150 |
| ☒ | 151 and over |

Refill _____ times  PRN  (NR)

Signature:

Brad Black, MD

| Name: Q███, Daniel | DOB: ███1966 | Date: |

CARD-ASB0332238
0082

**Exhibit 17-82**

**Center For Asbestos Related Disease**
**Brad Black, MD**
LIC #: 4055 • DEA #: AB7624819
NPI #: 1356407902

214 E 3rd Street
Libby, MT 599232056
Tel: (406) 293-9274 • Fax: (406) 293-9280

| | | | | | |
|---|---|---|---|---|---|
| **NAME** | Daniel Q | | **SEX** Male | **AGE** 48 | **DOB** ██ 1966 |
| **ADDRESS** | ███████ | Libby, MT 59923 | | | **DATE** 01/22/2014 |

℞

**fentanyl 75 mcg/hr Transderm Patch**
Disp: 15 (fifteen) Transdermal Patch
Sig: apply 1 patch by transdermal route every 48 hours

**Generic Substitution Permissible**

| | |
|---|---|
| ■ | 1-24 |
| ☐ | 25-49 |
| ☒ | 50-74 |
| ☒ | 75-100 |
| ☐ | 101-150 |
| ☐ | 151 and over |

Refill _____ times PRN (NR)

*Brad Black, md*

*Brad Black, md*

Signature: _____

Brad Black, MD

Name: Q Daniel                    DOB: ██ 1966                    Date: ____

CARD-ASB0332239
0083

**Exhibit 17-83**

**Center For Asbestos Related Disease**
Brad Black, MD
LIC #: 4055  •  DEA #: AB7624819
NPI #: 1356407902

214 E 3rd Street
Libby, MT  599232056
Tel: (406) 293-9274 • Fax: (406) 293-9280

| | | | | |
|---|---|---|---|---|
| NAME | Daniel Q▇▇ | SEX Male | AGE 48 | DOB ▇▇ 1966 |
| ADDRESS ▇▇▇▇ Libby, MT 59923 | | | | DATE 01/22/2014 |

**℞**

**oxycodone 15 mg tablet**
Disp: 360 (three hundred sixty) Tablet
Sig: take 1 - 2 tablet by oral route  every 4 - 6 hours as needed

**Generic Substitution Permissible**

- [ ] 1-24
- [ ] 25-49
- [x] 50-74
- [ ] 75-100
- [ ] 101-150
- [■] 151 and over

Refill _____ times  PRN ( NR )

Signature: _____
Brad Black, MD

Name: Q▇▇, Daniel                    DOB: ▇▇ 1966                    Date:

CARD-ASB0332240
0084

**Exhibit 17-84**

**Center For Asbestos Related Disease**
Brad  Black, MD
LIC #: 4055  •  DEA #: AB7624819
NPI #: 1356407902

214 E 3rd Street
Libby, MT 599232056
Tel: (406) 293-9274 • Fax: (406) 293-9280

| NAME | Daniel Q█████ | | SEX Male | AGE 48 | DOB █████ 1966 |
|---|---|---|---|---|---|
| ADDRESS | █████████ | Libby, MT  59923 | | | DATE 02/24/2014 |

# ℞

**fentanyl 75 mcg/hr transdermal patch**
Disp: 15 (fifteen) Patches
    Sig: apply 1 patch by transdermal route  every 48 hours

**Generic Substitution Permissible**

| | |
|---|---|
| ■ | 1-24 |
| ■ | 25-49 |
| □ | 50-74 |
| ■ | 75-100 |
| □ | 101-150 |
| □ | 151 and over |

Refill _____ times  PRN  (NR)       *Brad Black, MD*

                                      *Brad Black, MD*

Signature: _____

**Brad Black, MD**

Name: Q█████, Daniel          DOB: █████ 1966          Date:

CARD-ASB0332241
0085

**Exhibit 17-85**

**Center For Asbestos Related Disease**
**Brad Black, MD**
LIC #: 4055 • DEA #: AB7624819
NPI #: 1358407902

214 E 3rd Street
Libby, MT 599282056
Tel: (406) 293-9274 • Fax: (406) 293-9280

| | | | | |
|---|---|---|---|---|
| NAME | Daniel Q███ | | SEX Male | AGE 48 | DOB ███/1966 |
| ADDRESS | ████ Libby, MT 59923 | | | DATE 02/24/2014 |

℞

**oxycodone 15 mg tablet**
Disp: 360 (three hundred sixty) Tablet
Sig: take 1 - 2 tablet by oral route  every 4 - 6 hours as needed

**Generic Substitution Permissible**

- ☐ 1-24
- ☒ 25-49
- ☐ 50-74
- ☒ 75-100
- ☐ 101-150
- ☐ 151 and over

Refill _____ times PRN (NR)

Signature: _____
Brad Black, MD

Name: Q███, Daniel          DOB: ███ 1966          Date:

CARD-ASB0332242
0086

**Exhibit 17-86**





**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.
DEA Reg. No. AB7624619

MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. MB2353364

NAME Dan[redacted]
DOB [redacted]-66
ADDRESS [redacted] Libby, MT
DATE 10-3-13

℞ Fentanyl Patch 75 mcg/hr
Qty: #15 (fifteen)
Sig: Apply 1 patch q 48°

Refill 0 Times

Provider Dispense As Written

Provider Substitution Permitted

---

**The Center for Asbestos Related Disease**
214 E. 3rd St. • Libby, Montana 59923
Phone: 406-293-9274

BRAD BLACK, M.D.
DEA Reg. No. AB7624619

MICHELLE BOLTZ, NP-C, APRN
DEA Reg. No. MB2353364

NAME Daniel [redacted]
DOB [redacted]-66
ADDRESS [redacted] Libby, MT
DATE 10-3-13

℞ Oxycodone 15 mg
Qty: #360 (three hundred & sixty)
Sig: 1-1 tabs q 4° for breakthrough pain

Refill ___ Times

Provider Dispense As Written

Provider Substitution Permitted

D[redacted]

Name: Q[redacted], Daniel DOB: [redacted]1966 Date:

CARD-ASB0332243
0087

Exhibit 17-87

**Center For Asbestos Related Disease**
Brad Black, MD
LIC #: 4055 • DEA #: AB7624819
NPI #: 1356407902

214 E 3rd Street
Libby, MT 599232056
Tel: (406) 293-9274 • Fax: (406) 293-9280

| NAME | Daniel C████ | | SEX Male | AGE 47 | | DOB ████1966 |
|------|------|------|------|------|------|------|
| ADDRESS ████ | | Libby, MT 59923 | | | | DATE 10/29/2013 |

℞

**oxycodone 15 mg tablet**
Disp: 360 (three hundred sixty) Tablet
Sig: take 1 tablet by oral route  every 4 - 6 hours as needed

**Generic Substitution Permissible**

| | |
|---|---|
| ☑ | 1-24 |
| ☑ | 25-49 |
| ☐ | 50-74 |
| ☑ | 75-100 |
| ☐ | 101-150 |
| ■ | 151 and over |

Refill _____ times  PRN  (NR)

Signature:  *Brad Black, MD*

Brad Black, MD

Name: Q████, Daniel          DOB: ████1966          Date:

CARD-ASB0332244
0088

**Exhibit 17-88**

**Center For Asbestos Related Disease**
**Brad Black, MD**
LIC #: 4055 • DEA #: AB7624819
NPI #: 1356407902

214 E 3rd Street
Libby, MT 599232056
Tel: (406) 293-9274 • Fax: (406) 293-9280

| NAME | Daniel C | | | SEX Male | AGE 47 | DOB | 1966 |
| ADDRESS | | Libby, MT 59923 | | | | DATE | 10/29/2013 |

℞

**fentanyl 75 mcg/hr Transderm Patch**
Disp: 15 (fifteen) Transdermal Patch

Sig: apply 1 patch by transdermal route every 48 hours

| | |
|---|---|
| ☐ | 1-24 |
| ☐ | 25-49 |
| ☐ | 50-74 |
| ☑ | 75-100 |
| ☐ | 101-150 |
| ☐ | 151 and over |

**Generic Substitution Permissible**

Refill _____ times  PRN  (NR)

Signature: _Brad Black, MD_

Brad Black, MD

Name: Q____, Daniel                    DOB: ____1966                    Date:

CARD-ASB0332245
0089

**Exhibit 17-89**

**Center For Asbestos Related Disease**
Brad Black, MD
LIC #: 4055 • DEA #: AB7624819
NPI #: 1356407902
214 E 3rd Street
Libby, MT 599232056
Tel: (406) 293-9274 • Fax: (406) 293-9280

NAME  Daniel C████                    SEX  Male     AGE  47        DOB  ███/1966
ADDRESS  ████████  Libby, MT 59923                                DATE  11/25/2013

R

**fentanyl 75 mcg/hr Transderm Patch**          ☑ 1-24
Disp: 15 (fifteen) Transdermal Patch             ☐ 25-49
Slg: apply 1 patch by transdermal route  every 48 hours   ☐ 50-74
                                                 ☐ 75-100
**Generic Substitution Permissible**             ☐ 101-150
                                                 ☐ 151 and over

Refill _____ times  PRN  (NR)

Signature:  _Brad Black, M.D_____

                              Brad  Black, MD

Name: Q███, Daniel                DOB: ████1966                    Date:

CARD-ASB0332246
0090

**Exhibit 17-90**

**Center For Asbestos Related Disease**
Brad  Black, MD
LIC #: 4055  •  DEA #: AB7624819
NPI #: 1356407902

214 E 3rd Street
Libby, MT  599232056
Tel: (406) 293-9274 • Fax: (406) 293-9280

| | | | | |
|---|---|---|---|---|
| **NAME** | Daniel C | **SEX** Male | **AGE** 47 | **DOB** 1966 |
| **ADDRESS** | Libby, MT 59923 | | | **DATE** 11/25/2013 |

**℞**

**oxycodone 15 mg tablet**
Disp: 360 (three hundred sixty) Tablet
Sig: take 1 tablet by oral route  every 4 - 6 hours as needed

**Generic Substitution Permissible**

- ☐ 1-24
- ☐ 25-49
- ☑ 50-74
- ☑ 75-100
- ☐ 101-150
- ☑ 151 and over

Refill _____ times  PRN  (NR)

Signature: _Brad Black, M.D_

Brad Black, MD

| | | |
|---|---|---|
| Name: C, Daniel | DOB: 1966 | Date: |

CARD-ASB0332247
0091

**Exhibit 17-91**

MAY/22/2018/TUE 04:36 PM   CPHIM                    FAX No. 406 293 7770                    P. 006/031

| Thiamine HCl | 500 mg | 04/05/18 20:46 | |
| Vitamin B1 | IV | 04/05/18 20:47 | |
| | ONCE STA | | |

**Course:**

Attention EMR should be made suffice so the patient is not a thrombolytic candidate. Just because of the last known normal being this morning some time. And perhaps he was having symptoms of stroke as early as yesterday. The patient is given 500 mg of thiamine intravenously. He is maintained at 75 mL an hour normal saline monitored and placed on oxygen

**Depart**

**- Departure**
**Latest Vital Signs:**

| Temperature | 98.7 F | 04/05/18 19:12 |
| Temperature Source | Temporal Artery Scan | 04/05/18 19:12 |
| Pulse Rate | 78 | 04/05/18 20:30 |
| Respiratory Rate | 26 H | 04/05/18 20:30 |
| Blood Pressure | 134/82 | 04/05/18 20:30 |
| Blood Pressure Mean | 99 | 04/05/18 20:30 |
| O2 Sat | 99 | 04/05/18 20:30 |
| Oxygen Delivery Method | | 04/05/18 20:30 |
| Oxygen Flow Rate | 2 | 04/05/18 20:30 |

**Clinical Impression:**
**CVA (cerebral vascular accident)**
**Qualifiers:**
 **CVA mechanism:** embolism **Precerebral and cerebral artery:** other precerebral artery **Qualified Code(s):** I63.19 - Cerebral infarction due to embolism of other precerebral artery

**Condition: Poor**
**Disposition:** Xfer Other
**Core Measures Addressed: N/A**
**Critical Care Time: No**
Portions of this chart may have been created with Dragon voice recognition software. Efforts have been made to proof-read the chart, however, the wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software. Please read the chart carefully and recognize, using context, where the substitutions may have occurred.

Dictated By:        NICOLETTO,JOSEPH M.D.

Signed By:          <Electronically signed by JOSEPH NICOLETTO, M.D.>        04/06/18 0129
                    [

---

                    **Emergency Department Note   0405-0021**

**Patient Name:** Q███,Daniel K                  **Acct #:** C00001054925

---

Name: Q███, Daniel                  DOB: ████1966                  Date:

CARD-ASB0332162
0092

**Exhibit 17-92**

CARD CLINIC

NAME: C█████, DAN
DATE OF BIRTH: █████
DATE OF VISIT: 05.25.11

SUBJECTIVE: Dan comes to the clinic for follow up. He had problems with the fentanyl patch; he has had reduced appetite and some weight loss and has been concerned with the use of it. He quit five days ago and went back on his oxycodone at 15 mg, taking one to two every four to six hours, and gets up to ten to twelve of these a day to control pain. He has significant posterior thoracic pain, with less of the anterior chest discomfort on the right that he has had in the past, but the pain is there and pretty steady. He also has pain through much of his body involving joints and muscle. He has been through a rheumatologic workup without any evidence of identifiable autoimmune disease. Dan works in an autobody shop and is exposed to solvents in paint on a regular basis, along with particulates from car finishing. Dan has also experienced sexual dysfunction which has responded to Viagra. He attributes some of this to his pain medication, though he does admit the constant severe pain that he experiences may well contribute.

OBJECTIVE: Blood Pressure: Is 100/60. Pulse: Is 78 per minute. Pulse ox: Is 98% on room air. In general, Dan appears fatigued today. His affect is notably flat. HEENT: No acute abnormalities. Neck: Is supple, no adenopathy. Heart: Regular rhythm, no murmurs. Lungs: Breath sounds are clear, and equal bilaterally. Extremities: There is no obvious swelling of joints, no limitation to motion or peripheral edema. Neurologic: Is grossly intact.

ASSESSMENT:
1. Asbestos related disease with secondary posterior pleural pain.
2. Generalized musculoskeletal pain – this has been chronically disabling and I still suspect that he will manifest some autoimmune disease going forward.
3. Sexual dysfunction.

PLAN: We will add MS-Contin for long acting pain relief, and take 15-30 mg twice daily, and hopefully reduce his oxycodone consumption and get less short acting peak and cough affects, which he has not been comfortable with. We will follow up and see how he is doing with this by phone, and then he will be back for a routine reevaluation of his asbestos related disease.

BB/rl 

CARD CLINIC

NAME: Q█████ DAN
DATE OF BIRTH: █████
DATE OF VISIT: 08.29.11

SUBJECTIVE: Dan returns today for follow up of his asbestos related disease and left sided pleurisy. After he took his prednisone, his left chest pain subsided. He no longer had pain with breathing after being on the medicine for several days. He weaned off of the prednisone. He continues to have a lot of throbbing pain through his shoulders. He also gets a burning discomfort in both sides of his mid-back region. He notes when he has been laying down and moves to an upright position, sometimes he will get a crampy pain in the back. He is not short of breath. He does not have a cough. He has no pain limitation to movement of his hands.

OBJECTIVE: Blood Pressure: Is 100/58. Pulse: Is 66 per minute. Pulse ox: Is 96% on room air. In general, Dan appears unchanged clinically. He is not in any distress at rest. His affect is a little improved today. He does not appear quite as tired as he has in the past. HEENT: No acute abnormalities. Neck: Is supple, no adenopathy or masses. Heart: Regular rhythm. No murmur. Lungs: Clear. Extremities: No limitation to motion. He has full range of motion about the shoulders, elbows and hand joints. He has no difficulties of flexion of the spine. Neurologic: Is grossly intact.

RADIOLOGY: Chest x-ray from this past week shows no acute changes and no evidence of pleural or parenchymal fibrosis.

ASSESSMENT:
1. Asbestos related disease – secondary thoracic pain has subsided some. I think he is still having some posteriorly in the lower thorax, more so on the right than left. It is likely related to his pleural disease.
2. Chronic shoulder pain and fatigue – etiology remains unclear. He has been through a rheumatologic workup. I am still suspicious that there is still some relationship to his Libby amphibole exposure and these symptoms.

PLAN: We will recheck him in one month. I am going to try him on OxyContin 10 mg at nighttime to see if that carries over and provided greater relief in the morning when his pain is most difficult for him. Hopefully then he will not use the short acting oxycodone as much during the day. That is actually what he has currently been taking. We will follow up in one month.

BB/rl 

PATIENT:          Daniel Q███
DATE OF BIRTH:    ███1966
DATE:             06/17/2014 12:00 PM
VISIT TYPE:       Office Visit

This 48 year old male presents for Follow Up Visit.

## History of Present Illness:
1.  Follow Up Visit
 Patient with medication change request. - He hasn't taken any oxycodone for 2 weeks, and has been trying tramadol from a previous RX. He says it does help with back pain, but takes  8 tablets a day of 50 mg.

Dr. Black's note: Dan comes to the clinic today for follow-up. He had wanted to get off of the oxycodone and did so for 2 weeks ago. He had some tramadol prescription left over and was taking up to 8 of these a day, totaling about 400mg. He said he is still very tired. He thinks maybe it is taking the edge off the pain, but he is still using his fentanyl patch 75mcg/h. He really would like to get off of everything, but he still does not know how he is going to tolerate it. He is having a lot of pain in his back and shoulder, but less in his chest as well as the foot pain he had previously, is now receded. His breathing has not changed. He really complains mainly of fatigue and apathy he has experience. He has not responded to Cymbalta in the past.

### PROBLEM LIST:

| Problem Description | Onset Date | Chronic | Notes |
|---|---|---|---|
| Chronic pain syndrome | | Y | |
| Asbestos-induced pleural thickening | | Y | Mapped from KBM Chronic Conditions table on 04/24/2014 by the ICD9 to SNOMED Bulk Mapping Utility. The mapped diagnosis code was Pleural Thickening/Plaquing, 511.0, added by Ashley Day, with responsible provider Michelle L. Boltz NP C.  Onset date 09/23/2013. |

### Medications (active prior to today)

| Medication Name | Sig Desc | Start Date | Stop Date | Refilled | Elsewhere |
|---|---|---|---|---|---|
| multivitamin capsule | | // | | | Y |
| prednisone 10 mg tablet | take as directed | 03/25/2014 | | | N |
| fentanyl 75 mcg/hr transdermal patch | apply 1 patch by transdermal route  every 48 hours | 06/16/2014 | | 06/16/2014 | N |

### Patient Status
Completed with information received for patient transitioning into care.

### Medication Reconciliation
**Medications reconciled today.**

Q███, Daniel  K. 000000459312 ███1966 06/17/2014 12:00 PM 1/4

CARD-ASB0331888

0095

**Exhibit 17-95**

| Adherence | Medication Name | Sig Desc | Elsewhere | Status |
|---|---|---|---|---|
| taking as directed | multivitamin capsule | | Y | Verified |
| taking as directed | prednisone 10 mg tablet | take as directed | N | Verified |
| taking as directed | fentanyl 75 mcg/hr transdermal patch | apply 1 patch by transdermal route every 48 hours | N | Verified |

## Allergies

No known allergies.

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

Reviewed, no changes.

## VITAL SIGNS

### HEIGHT

| Time | ft | in | cm | Last Measured | Height Position | % |
|---|---|---|---|---|---|---|
| 12:35 PM | 5.0 | 10.60 | 179.32 | 09/24/2013 | | |

### WEIGHT/BSA/BMI

| Time | lb | oz | kg | Context | % | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|---|
| 12:35 PM | 180.00 | | 81.647 | dressed with shoes | | 25.39 | |

### BLOOD PRESSURE

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 12:35 PM | 100/80 | sitting | left | arm | manual | adult |

### TEMPERATURE/PULSE/RESPIRATION

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 12:35 PM | 97.7 | 36.5 | | 68 | regular | |

### PULSE OXIMETRY/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 LPM | Timing | FiO2 % | L/min | Delivery Method |
|---|---|---|---|---|---|---|---|---|
| 12:35 PM | 98 | | RA | | | | | |

### MEASURED BY

| Time | Measured by |
|---|---|
| 12:35 PM | Brad Black |

### Physical Exam

| Exam | Findings | Details |
|---|---|---|
| General Exam | Comments | General: Dan appears the same clinically. I do not sense any change. I do think he is interested in getting away from the stronger pain medication. He understands the cycle dependency that occurs, especially with short acting narcotics. |
| Constitutional | Normal | Well developed. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. Pupil - Right: Normal, Left: Normal. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. |

Q█████, Daniel K. 000000459312 █████1966 06/17/2014 12:00 PM 2/4

CARD-ASB0331889
0096

**Exhibit 17-96**

| Neck Exam | Normal | Inspection - Normal. Palpation - Normal. |
|---|---|---|
| Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Vascular | Normal | Pulses - Dorsalis pedis: Normal. |
| Skin | Normal | Inspection - Normal. |
| Musculoskeletal | Normal | Visual overview of all four extremities is normal. |
| Extremity | Normal | No edema. |
| Neurological | Normal | Memory - Normal. Cranial nerves - Cranial nerves II through XII grossly intact. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. Normal insight. Normal judgment. |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Pleural Thickening/Plaquing (511.0), chronic. |
| 2. | Assessment | CHRONIC PAIN SYNDROME (338.4), chronic. |
|  | Plan Orders | Today's instructions / counseling include(s) : I would like to have him continue the fentanyl patch at 75 mcg/hr and then he will use tramadol 50 mg take 2 q 6 hrs if needed.  He will be on ketoprofen 75 mg qid and only take tramadol if necessary for discomfort.  We will see how he does over the next 3 - 4 weeks with this regimen. |
| 3. | Assessment | Painful respiration (786.52). |

## Medications *(Added, Continued or Stopped this visit)*

| Started | Medication | Directions | Instruction | Stopped |
|---|---|---|---|---|
| 06/16/2014 | fentanyl 75 mcg/hr transdermal patch | apply 1 patch by transdermal route  every 48 hours | | |
| 06/17/2014 | ketoprofen 75 mg capsule multivitamin capsule | take 1 capsule by oral route every 6 hours | | |
| 03/25/2014 | prednisone 10 mg tablet | take as directed | | |
| 06/17/2014 | tramadol 50 mg tablet | take 2 tablet by oral route every 6 hours as needed | | |

## Diagnostic Services Completed this visit

| Test | Ordered | Status | Result |
|---|---|---|---|
| Thoracic Gas Volume | 09/24/2013 | completed | |
| CHEST X-RAY | | completed | Stable from prior |

The patient was checked out at 1:15 PM by Brad Black.

*Provider: Black MD, Brad 06/19/2014 09:16 AM*

*Document generated by: Tami Reatz 06/19/2014 09:16 AM*

Q█, Daniel  K. 000000459312 █████/1966 06/17/2014 12:00 PM 3/4

CARD-ASB0331890

0097

**Exhibit 17-97**

KRH Fax Server          5/22/2018 3:43:38 PM   PAGE   2/124   Fax Server

**Kalispell Regional Med Center**
310 Sunny View Lane
Kalispell, MT 59901
(406) 752-5111

Neurology: Consult Note
Signed  HIM 0406-0034

**Patient:** Q███, Daniel K          **MR #:** K000605605
**DOB:** ███ 1966              **Acct #:** V00020299434
**Age/Sex:** 52 / M            **Pt Location:** K.SUR / K.370-1
**Dictated by:** Marcus Wheeler, MD   **Admit Date:** 04/05/18
                              **Admitting MD:** Ochenrider, Mark G MD

cc: ~

**Assessment and plan**
**Assessment and plan:**

52yo man with acute alteration of mental status and vertigo likely due to accidental narcotic overdose, who has had complaints of recent onset left sided weakness with CT demonstrating multiple subacute strokes superimposed on some chronic areas of cerebral infarct as well in multiple vascular territories suggesting a central thromboembolic source for which I would recommend further stroke risk factor assessment with ECHO, carotid ultrasound, telemetry, HA1C, and lipid profile.  For stroke prophylaxis, the patient can be started on a daily dose of Aspirin.  Otherwise, physical therapy evaluation may be helpful to determine placement needs once he has returned to his cognitive baseline and once the above studies are completed.  Neurology will follow his progress for now. Please call with any further questions/concerns.

**History of Present Illness**

**- Consult Data**
**Requesting Physician:**
Mark G Ochenrider, MD

**Primary Care Provider:**
Brenda L Anderson, PA-C

**Family Provider:**
William Cuskelly

**- Consult Narrative**
**Reason for consult:** strokes, altered mental status
**History of present illness:**

Page 1 of 6

Name: Q███, Daniel                    DOB: ███ 1966                    Date:

CARD-ASB0332165

0098

**Exhibit 17-98**

CARD CLINIC

NAME: Q█████, DANIEL K.
DATE OF BIRTH: ████
DATE OF VISIT: 01.28.13

SUBJECTIVE: Dan comes to the clinic today for follow-up. He continues to have significant amounts of pain. He has his pain in the upper right chest, which he has had chronically related to his pleural irritation, but also has had generalized musculoskeletal pain through the shoulder, arms, and has not gotten much benefit from MS-Contin, even when we increased it to 60 mg at nighttime. He has also been using oxycodone 15-30 mg, and has been using those in increasing amounts because that is the only way he has had any significant relief. He did not have any of these so he used the fentanyl patches that he had, and found that the 75 mcg patch actually helped him quite a bit over the last three days. He did not have any other adverse effects. He says it leaves a taste in his mouth in the morning but that is the only thing that seems to bother him.

OBJECTIVE: Vital signs: Blood pressure: Is 122/78. Pulse: Is 69 per minute. Pulse Ox: Is 99% on room air. Temperature is 98 degrees. In general, Dan appears in reasonable spirits today. His color is good in room air. His weight is appropriate for height. No signs of dyspnea at rest. HEENT: No acute abnormality. Neck: Is supple, no masses or adenopathy. Heart: Regular rhythm, no murmur. Lungs: Clear. Extremities: He has good range of motion about the extremities. There are no limitations to his joints, and no swelling. Neurologic: Is intact with normal gait.

ASSESSMENT:
1. Asbestos-related disease.
2. Chronic musculoskeletal pain – This presence as a chronic inflammatory condition, but has been rheumatalgically negative. It has been severely impairing for Dan.
3. Pain management – This is an area we had do discuss quite a bit today, and efforts to help Dan understand that the short-acting pain medicines do give immediate relief in a few hours, but have limited long sustainability and cause withdrawal symptoms, and increasing usage. He understands this is not the direction that we would like to go, and in his best interest.

PLAN: I recommend he go with fentanyl patch at 75 mcg/h. and put on every 72h. He will have some oxycodone but I want him to limit these to no more than 10 a day, and hopefully he can use less with the right fentanyl patch dose. We will recheck him in a month to see how things are going.

BB/rl

*Brad Blue, MD*

FEB 0 4 2013

**Exhibit 17-99**

| | 04/05/18 19:12 | 04/05/18 19:51 | 04/05/18 20:30 |
|---|---|---|---|
| Temperature | 98.7 F | | |
| Temperature Source | Temporal Artery Scan | | |
| Pulse Rate | 73 | 78 | 78 |
| Respiratory Rate | 34 H | 15 | 26 H |
| Blood Pressure | 141/85 | 140/79 | 134/82 |
| Blood Pressure Mean | 103 | 99 | 99 |
| O2 Sat | 100 | 90 | 99 |
| Oxygen Delivery Method | | Nasal Cannula (NC) | Nasal Cannula (NC) |
| Oxygen Flow Rate | | 2 | 2 |

**Microbiology:**

**Microbiology**

04/05/18 19:15   Blood   Blood Culture - Preliminary
                 Culture in progress

**Imaging:**

See CT scan report multiple CVA of different ages

**- Course**

**Medications During ED Visit:**

| Generic Name Trade Name | Dose Route Freq  PRN Reason | Start Stop | Last Admin Dose Admin |
|---|---|---|---|
| Sodium Chloride Ns | 1,000 mls @ 125 mls/hr IV ONCE ONE | 04/05/18 19:11 04/06/18 03:10 | 04/05/18 19:19 125 mls/hr Administration |

Discontinued Medications

| Generic Name Trade Name | Dose Route Freq  PRN Reason | Start Stop | Last Admin Dose Admin |
|---|---|---|---|
| Naloxone HCl Narcan | Confirm Administered Dose 0.4 mg .ROUTE .STK-MED ONE | 04/05/18 19:17 04/05/18 19:18 | |
| Thiamine HCl Vitamin B1 | Confirm Administered Dose 200 mg .ROUTE .STK-MED ONE | 04/05/18 20:53 04/05/18 20:54 | |

**Emergency Department Note   0405-0021**

Patient Name: Q███ Daniel K                    Acct #: C00001054925

CARD-ASB0332161

**Exhibit 17-100**

**Neurology: Consult Note   HIM 0406-0034**

Patient Name: C███,Daniel K                          Acct #: V00020299434

---

HPI: Daniel is a 52 year old gentleman transferred from Libby last night due to altered mental status and abnormal neuroimaging demonstrating multiple subacute and chronic areas of cerebral infarct in multiple vascular territories suggesting a central thromboembolic source. Due to alteration in his mental status, he is a poor historian but reportedly has long history of chronic cervical and lumbar spine disease, has been on high-dose chronic narcotics for quite some time. He is currently taking around 480 morphine equivalents per day between the MS Contin and oxycodone. Outpatient notes also indicate the patient has noted intermittent brief episodes of a vertigo like sensation lasting a few seconds at a time for the last few weeks. Additionally, he states that over the last day or so, his left arm and left leg have not been working well.

According to the emergency room physician, the patient was brought in by his son and daughter, who are young adults, as the patient has been acting increasingly unusual over the last 24 hours. They stated that the patient had been having about 24 hours of nausea and vomiting, and increasing vertigo signs. When he later became obviously confused, his children
suspected that he had unintentionally taken up to 3 of his MS Contin 100 mg tabs at a time earlier yesterday. They felt he did this because he was confused and that this was not intentional. His usual dose of MS Contin is 100 mg tablet, one tablet every 8 hours. While in the ED in Libby, a CT scan of his head showed multiple subacute and chronic hypodense areas suggestive of subacute and chronic infarcts for which further stroke workup including ECHO and carotid ultrasound was recommended. Due to inability of Libby hospital to perform these tests and the unclear nature of his current state, it was felt that transfer to KRMC for further evaluation and management was prudent. Overnight, he has been stable clinically.

He has otherwise not had any fevers or chills, no new cough, shortness of breath, dyspnea or chest pain. He has not had any abdominal pain, though just the nausea and vomiting. No diarrhea. He has not had any urinary complaints. At the time of his emergency department evaluation, the patient remained very somnolent, though was able to be aroused and would
intermittently mumble and groan, but was able to cooperative with physical exam. This morning, he remains somnolent but is responsive and reports some mild weakness and numbness on the left along with bilateral dysmetria but otherwise no focal complaints.

At the time of his emergency department evaluation he was afebrile with a temperature of 98.7, and had otherwise unremarkable vital signs. Labs as reviewed below.

PAST HISTORY
MEDICAL:
1. Chronic cervical and lumbar spine disease.
2. Chronic high dose narcotics, most recently using a total of 480 morphine
   equivalents between the MS Contin and oxycodone that he takes.
3. Gout versus pseudogout.
4. Partial seizure versus TIA.
5. Osteoarthritis.
6. History of MVA.
7. Knee ACL injury.
8. Depression.
9. Asbestosis exposure with a negative chest x-ray and CT.
SURGICAL: Appendectomy.

ALLERGIES:
1. DULOXETINE
2. FENTANYL

---

Page 2 of 6

---

Name: C███, Daniel                    DOB: ████ 1966                    Date:

CARD-ASB0332166

0101

**Exhibit 17-101**

**Neurology: Consult Note  HIM 0406-0034**

Patient Name: C███, Daniel K                          Acct #: V00020299434

3. MORPHINE

MEDICATIONS:
1. MS Contin 100 mg one tab p.o. q. 8 hours.
2. Oxycodone 15 mg 1 tablet up to 7 times per day.
3. Viagra 100 mg p.o. p.r.n.

REVIEW OF SYSTEMS
Unable to obtain from patient.

SOCIAL HISTORY
Obtained from notes.  The patient has two young adult children.  Has
alcohol use, history that is at least moderate.  He works at Denny's
Autobody.  He is divorced.  The patient is a nonsmoker.

FAMILY HISTORY
Mother has severe scoliosis, maternal grandmother had alcoholism, maternal
grandfather had alcoholism and died from cirrhosis.  Paternal grandfather
had throat cancer and was a smoker.  One brother with osteoarthritis.
CC: Mark G Ochenrider, MD

**Medications and Allergies**
**Current Medications:**
                                       Current Medications

Acetaminophen (Tylenol)  650 mg PO Q6H PRN
        PRN Reason: PAIN/FEVER
Al Hydrox/Mg Hydrox/Simethicone (Maalox Extra Strength (Mag-Al Plus))  30 ml PO Q6H PRN
        PRN Reason: Dyspepsia
Aspirin ()  324 mg PO DAILY SCH
        Last Admin: 04/06/18 03:11 Dose:  324 mg
Bisacodyl (Dulcolax)  10 mg PR DAILY PRN
        PRN Reason: Constipation
Calcium Carbonate (Tums)  1,000 mg PO TIDWM PRN
        PRN Reason: Dyspepsia
Enoxaparin Sodium (Lovenox)  40 mg SUBQ DAILY SCH
Folic Acid ()  1 mg PO DAILY SCH
Glycerin ()  1 supp PR PRN PRN
        PRN Reason: Constipation
Dextrose/Sodium Chloride (Dextrose 5%-0.9% Nacl Iv Soln)  1,000 mls @ 100 mls/hr IV CONT SCH
        Last Infusion: 04/06/18 03:12 Dose:  Infused
Multivitamins 10 ml/ Thiamine HCl 100 mg/ Magnesium Sulfate 2 gm/ Folic Acid 1 mg/ Sodium
Chloride  1,015.2 mls @ 125 mls/hr IV ONCE ONE
        Stop: 04/06/18 11:07
        Last Admin: 04/06/18 03:11 Dose: 125 mls/hr
Lorazepam (Ativan)  0.5 - 2 mg IVP Q4H PRN; Protocol
        PRN Reason: Alcohol Withdrawal

Page 3 of 6

Name: C███, Daniel                    DOB: ███1966                          Date:

CARD-ASB0332167
0102

**Exhibit 17-102**

| Person ID | ID | Last Name | First Name | Middle Name | Visit Date | Birth Date | CXR Screening type | CT Screening type | Visit | Age | Age Category | Weight | Height | Race | Residency | New Pt? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2106 | | | | | 5/26/2010 | | | | 1 | 39 | | 158 | 61.5 | Caucasian | 3 | 1 |
| 2107 | 459312 | C | Daniel | K | 6/30/2010 | /1966 | | | 1 | 44 | | 187 | 70.5 | Caucasian | 1 | |
| 2108 | | | | | 4/14/2014 | | 1 | | | 49 | Between age 35-49 | 193 | 62 | Caucasian | 1 | |

**Exhibit 17-103**

| Person ID | ID | Last Name | First Name | Seen MD? | Recall Class (1, 3, or 5 yrs) | Smoker | Quit smoking since previous Screening | Diagnostic Track | Diagnosis Appt | FOBT |
|---|---|---|---|---|---|---|---|---|---|---|
| 2106 | | | | 2 | 1 | | | 0 CT | | N |
| 2107 | 459312 | Q | Daniel | 1 | 1 | | | 0 CT | | N |
| 2108 | | | | 3 | 1 | 2 | | 2 N/A | | N |

**Exhibit 17-104**

| Person ID | ID | Last Name | First Name | FOBT Mailed Date | FOBT Returned | FOBT Returned Date | FOBT Results | Pt Notified of FOBT | NCM phone f/u? | NCM phone notes | Grace A/D | Grace Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2106 | | | | | - | | | | | | | |
| 2107 | 459312 | Q | Daniel | | | | | | | | | |
| 2108 | | | | | | | | | | | | |

**Exhibit 17-105**

| Person ID | ID | Last Name | First Name | ATSDR | ARD | Pilot Interest | ARD Medicare Interest | ARD Medicare | CXR Date | CXR Set | 2nd Set | CARD (CXR) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2106 | | | | N | 2 | | | | 5/26/2010 | E5 | | E |
| 2107 | 459312 | | Daniel | N | 1 | | | | 6/30/2010 | F4 | | E |
| 2108 | | | | | 2 | | | 2 | 4/14/2014 | 3X055 | | |

**Exhibit 17-106**

| Person ID | ID | Last Name | First Name | CARD CXR (parenchymal) | CARD CXR (pleural) | B-Read1 (parenchymal) | B-Read1 (pleural) | B-Read2 (parenchymal) | B-Read2 (pleural) | CXR PR Set |
|-----------|-----|-----------|------------|------------------------|-------------------|-----------------------|-------------------|-----------------------|-------------------|------------|
| 2106 | | | | | | | | | | |
| 2107 | 459312 | | Daniel | | | | | | | |
| 2108 | | | | N | N | N | N | | | |

0107

**Exhibit 17-107**

| Person ID | ID | Last Name | First Name | PR1 B-Read (parenchymal) | PR1 B-Read (pleural) | PR1 B-Reader Name | PR2 B-Read (parenchymal) | PR2 B-Read (pleural) | PR2 B-Reader Name |
|---|---|---|---|---|---|---|---|---|---|
| 2106 | | | | | | | | | |
| 2107 | 459312 | G⬛ | Daniel | | | | | | |
| 2108 | | | | | | | | | |

**Exhibit 17-108**

| Person ID | ID | Last Name | First Name | PR3 B-Read (parenchymal) | PR3 B-Read (pleural) | PR3 B-Reader Name | PR4 B-Read (parenchymal) | PR4 B-Read (pleural) | PR4 B-Reader Name | PR1 B-Read SentDate |
|---|---|---|---|---|---|---|---|---|---|---|
| 2106 | | | | | | | | | | |
| 2107 | 459312 | | Daniel | | | | | | | |
| 2108 | | | | | | | | | | |

**Exhibit 17-109**

| Person ID | ID | Last Name | First Name | PR1 B-Read ReturnDate | PR1 B-Read InvoiceDate | PR1 B-Read InvoiceID | PR1 B-Read Notes | PR2 B-Read SentDate | PR2 B-Read ReturnDate |
|-----------|-----|-----------|------------|----------------------|------------------------|----------------------|------------------|--------------------|-----------------------|
| 2106 | | | | | | | | | |
| 2107 | 459312 | ▇▇ | Daniel | | | | | | |
| 2108 | | | | | | | | | |

**Exhibit 17-110**

| Person ID | ID | Last Name | First Name | PR2 B-Read InvoiceDate | PR2 B-Read InvoiceID | PR2 B-Read Notes | PR3 B-Read SentDate | PR3 B-Read ReturnDate | PR3 B-Read InvoiceDate |
|---|---|---|---|---|---|---|---|---|---|
| 2106 | | | | | | | | | |
| 2107 | 459312 | | Daniel | | | | | | |
| 2108 | | | | | | | | | |

**Exhibit 17-111**

| Person ID | ID | Last Name | First Name | PR3 B-Read InvoiceID | PR3 B-Read Notes | PR4 B-Read SentDate | PR4 B-Read ReturnDate | PR4 B-Read InvoiceDate | PR4 B-Read InvoiceID |
|---|---|---|---|---|---|---|---|---|---|
| 2106 | | | | | | | | | |
| 2107 | 459312 | | Daniel | | | | | | |
| 2108 | | | | | | | | | |

**Exhibit 17-112**

| Person ID | ID | Last Name | First Name | PR4 B-Read Notes |
|---|---|---|---|---|
| 2106 | | | | |
| 2107 | 459312 | | Daniel | |
| 2108 | | | | |

**Exhibit 17-113**

| Person ID | ID | Last Name | First Name | CT Date | CT Set | CARD CT (parenchymal) | CARD CT (pleural) | Outside CT (parenchymal) | Outside CT (pleural) | Outside CT Reader Name | CT PR Set | PR1 CT (parenchymal) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2106 | | | | | | N | N | N | N | Teel | | |
| 2107 | 459312 | | Daniel | | | N | Y | N | N | Teel | | |
| 2108 | | | | | N/A | | | | | | | | |

**Exhibit 17-114**

| Person ID | ID | Last Name | First Name | PR1 CT (pleural) | PR1 CT-Reader Name | PR2 CT (parenchymal) | PR2 CT (pleural) | PR2 CT-Reader Name | PR1 CT SentDate | PR1 CT ReturnDate | PR1 CT InvoiceDate |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2106 | | | | | | | | | | | |
| 2107 | 459312 | C | Daniel | | | | | | | | |
| 2108 | | | | | | | | | | | |

**Exhibit 17-115**

| Person ID | ID | Last Name | First Name | PR1 CT InvoiceID | PR1 CT Notes | PR2 CT SentDate | PR2 CT ReturnDate | PR2 CT InvoiceDate | PR2 CT InvoiceID | PR2 CT Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 2106 | | | | | | | | | | |
| 2107 | 459312 | C███████ | Daniel ██ | | | | | | | |
| 2108 | | | | | | | | | | |

**Exhibit 17-116**

| Person ID | ID | Last Name | First Name | Dx on Outside Read Only | Dx on Previous Outside Read | Entry into FLASH? | FLASH Date | Method of Entry | LAMP II |
|---|---|---|---|---|---|---|---|---|---|
| 2106 | | | | FALSE | FALSE | | | | |
| 2107 | 459312 | | Daniel | FALSE | FALSE | Effective | 11/29/2010 | Brad CT | |
| 2108 | | | | FALSE | FALSE | | | | |

**Exhibit 17-117**

| Person ID | ID | Last Name | First Name | Significant Findings |
|-----------|-----|-----------|------------|---------------------|
| 2106 | | | | Tessalon pearls given per pt request by Dr. Black.  Phenergan w/ codeine cough syrup. |
| 2107 | 459312 | | Daniel | Right chest pain, |
| 2108 | | | | |

**Exhibit 17-118**

| Person ID | ID | Last Name | First Name | Focal Opacity | Focal Opacity 4mm | Lung mass | Thyroid mass | Kidney mass | Spleen mass | Adrenal mass | Breast mass | Other mass | Other mass detail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2106 | | | | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | |
| 2107 | 459912 | | Daniel | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | |
| 2108 | | | | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | |

**Exhibit 17-119**

| Person ID | ID | Last Name | First Name | Symptomatic | Symptomatic Notes | Spirometry Read | Spirometry Results | ARDRM | ARDRMT | ARDRP |
|---|---|---|---|---|---|---|---|---|---|---|
| 2106 | | | | | | | | | 0 | 0 |
| 2107 | 459312 | | Daniel | | | | | 0 | 0 | 0 |
| 2108 | | | | 1 | | 1 | | 0 | | 0 |

**Exhibit 17-120**

| Person ID | ID | Last Name | First Name | ARDRPT | ARDRSW | ARDRHA | ARDRKT | ARDPREHAB | ARDNUTRI | ARDRO | ARDROT | ARDNONE | NARDRPC | NARDRC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2106 | | | | | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | |
| 2107 | 459312 | | Daniel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 2108 | | | | | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | |

**Exhibit 17-121**

| Person ID | ID | Last Name | First Name | NARDRH | NARDPAP | NARDRO | NARDROT | EdSmokingCess | EdDiet | EdBreathingTech | EdPhysioDM | EdPsychoDM | EdBenefits |
|-----------|-----|-----------|-----------|--------|---------|--------|---------|---------------|--------|-----------------|------------|------------|------------|
| 2106 | | | | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 2107 | 459312 | C█████ | Daniel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2108 | | | | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |

**Exhibit 17-122**

| Person ID | ID | Last Name | First Name | EdOther | EdOtherT | EdOutReadBenefits | EdOutReadSigFindingFU | NoPCP |
|---|---|---|---|---|---|---|---|---|
| 2106 | | | | 0 | | FALSE | FALSE | 0 |
| 2107 | 459312 | | Daniel | 0 | | FALSE | FALSE | 0 |
| 2108 | | | | 0 | | FALSE | FALSE | 0 |

**Exhibit 17-123**

| Person ID | ID | Last Name | First Name | PCPName | PCPTel | PCPAddress1 |
|-----------|-----|-----------|------------|---------|--------|-------------|
| 2106 | | | | | | |
| 2107 | 459312 | C▇▇ | Daniel | | | |
| 2108 | | | | | | |

**Exhibit 17-124**

| Person ID | ID | Last Name | First Name | PCPAddress2 | PCPCity | PCPState | PCPZip | PCPConsent | PCPConsentNew | ResultsLetterSentPCP |
|---|---|---|---|---|---|---|---|---|---|---|
| 2106 | | | | | | | | | | |
| 2107 | 459312 | | Daniel | | | | | | | |
| 2108 | | | | | | | | | 3 | |

**Exhibit 17-125**

| Person ID | ID | Last Name | First Name | PCPSentDate | PCPSentInitials | PCPpacketSentDate | ResultsLetterSentPt | PtSentDate | PtSentInitials | TARConsent | TARConsentNew |
|-----------|-----|-----------|------------|-------------|-----------------|-------------------|---------------------|------------|----------------|------------|---------------|
| 2106 | | | | | | | | | | | |
| 2107 | 459312 | Q■■ | Daniel | | | | | | | | |
| 2108 | | | | | | | | | | 0 | |

**Exhibit 17-126**

| Person ID | ID | Last Name | First Name | TARInfoSent | TARSentDate | TARSentInitials | 1st B-Read Sent | FedEx CXR | FedEx CXR Returned | CXR To Whom1 | CXR To Whom2 | 1st B-Read Returned |
|-----------|-----|-----------|------------|-------------|-------------|-----------------|-----------------|-----------|--------------------|--------------|--------------|---------------------|
| 2106 | | | | | | | 6/24/2010 | | | Petsonk | Parker | 8/19/2010 |
| 2107 | 459312 | | Daniel | | | | 9/27/2010 | | | Szelnuk | Petsonk | 11/8/2010 |
| 2108 | | | | | | | 6/12/2014 | | | Meyer | | 7/1/2014 |

**Exhibit 17-127**

| Person ID | ID | Last Name | First Name | 2nd B-Read Returned | B-reader Notes | Date CT Mailed | FedEx CT | FedEx CT Returned | CT to Whom1 | Date CT Returned |
|---|---|---|---|---|---|---|---|---|---|---|
| 2106 | | | | 7/13/2010 | | | | | | |
| 2107 | 459312 | G | Daniel | 1/12/2011 | | | | | | |
| 2108 | | | | | Gastric band | | | | NOT SENT | |

**Exhibit 17-128**

| Person ID | ID | Last Name | First Name | Post CT Notes |
|-----------|-----|-----------|------------|---------------|
| 2106 | | | | No ARD |
| 2107 | 459312 | G | Daniel | Pleural thickening |
| 2108 | | | | |

**Exhibit 17-129**

| Person ID | ID | Last Name | First Name | Outside Study? |
|-----------|-----|-----------|------------|----------------|
| 2106 | | | | |
| 2107 | 459312 | C▊ | Daniel | |
| 2108 | | | | |

**Exhibit 17-130**

| Person ID | ID | Last Name | First Name | Outside CT read notes |
|-----------|-----|-----------|------------|------------------------|
| 2106 | | | | |
| 2107 | 459312 | | Daniel | |
| 2108 | | | | |

**Exhibit 17-131**

| Person ID | ID | Last Name | First Name | Outside read reviewed | CXR Chk Num | CT Chk Num | PR1-X Chk Num | PR2-X Chk Num | PR3-X Chk Num | PR4-X Chk Num | PR1-CT Chk Num | PR2-CT Chk Num |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2106 | | | | | | | | | | | | |
| 2107 | 459312 | ▮ | Daniel | | | | | | | | | |
| 2108 | | | | | | 11074 | | | | | | |

**Exhibit 17-132**

| Person ID | ID | Last Name | First Name | Referrals made (to whom) | 1st B-reader diagnosis of ARD | 2nd B-reader diagnosis of ARD | 3rd Reader Mailed | ToWhom3 | 3rd B-read Returned |
|---|---|---|---|---|---|---|---|---|---|
| 2106 | | | | meds | N | N | | | |
| 2107 | 459312 | | Daniel | MC | N | N | | | |
| 2108 | | | | | | | | | |

**Exhibit 17-133**

| Person ID | ID | Last Name | First Name | 3rd B-reader diagnosis of ARD | JS (parenchymal) | JS (pleural) | EP (parenchymal) | EP (pleural) | JP (parenchymal) | JP (pleural) | B disposition (parenchymal) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2106 | | | | | - | | N | N | N | N | N |
| 2107 | 459312 | O | Daniel | | N | N | N ×+ii | N ×+ii | - | - | N |
| 2108 | | | | | | | | | | | |

**Exhibit 17-134**

| Person ID | ID | Last Name | First Name | B disposition (pleural) | LDS Referral | LDS Referral Name | LDS Referral Gift Sent | LDS Referral Gift Sent Date | Reader_Mailings_Hidden | Pcp_Results_Hidden |
|---|---|---|---|---|---|---|---|---|---|---|
| 2106 | | | | N | FALSE | | | | TRUE | FALSE |
| 2107 | 459312 | | Daniel | N | FALSE | | | | TRUE | FALSE |
| 2108 | | | | | FALSE | | | | TRUE | FALSE |

**Exhibit 17-135**

| Person ID | ID | Last Name | First Name | Pre_7_1_2011_Screening | CXR InvoiceDate | CXR InvoiceID | CT InvoiceDate | CT InvoiceID |
|---|---|---|---|---|---|---|---|---|
| 2106 | | | | TRUE | | | | |
| 2107 | 459312 | | Daniel | TRUE | | | | |
| 2108 | | | | FALSE | | | | |

**Exhibit 17-136**



# CARD
## Center for Asbestos Related Disease

PATIENT: Joey S████
DATE OF BIRTH: ████/1973
DATE: 08/27/2014 01:23 PM
VISIT TYPE: Patient Communication

This 40 year old male presents for Provider Note.

## History of Present Illness:
1. Provider Note
Called patient and discussed CT scan results. New DX of Asbestos related pleural disease was established, based on history of exposure, suggestive symptoms and diagnostic test results. Patient has read the information booklet provided on initial visit, and has no additional questions at this time.

PROBLEM LIST:

| Problem Description | Onset Date | Chronic | Notes |
|---|---|---|---|
| History of asbestos exposure | | N | |

## Medications (active prior to today)

| Medication Name | Sig Desc | Start Date | Stop Date | Refilled | Elsewhere |
|---|---|---|---|---|---|
| hydrocodone 7.5 mg-acetaminophen 325 mg tablet | take 1 tablet by oral route every 4 - 6 hours as needed for pain | // | | | Y |

## Allergies
No known allergies.

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

## Completed Orders (this encounter)

| Order | Details | Reason | Interpretation | Result |
|---|---|---|---|---|
| Continued physical activity, immunizations, chronic disease | | | | |

S████, Joey D. 000000820576 ████/1973 08/27/2014 01:23 PM 1/2

CARD-ASB0339325
0001



**Exhibit 23-1**

| | VisitID | VisitDate | Last | First | Middle | CXR Screening type | CT Screening type | Visit | Age | Age Category | Weight | Height |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 820576 | 82057620 140825 | 8/25/2014 | Sm█████ | Joey | D | 1 | 1 | | 40 | Between age 35-49 | 251 | 71 |

**Exhibit 23-2**

| Race | Residency | New Pt? | Seen MD? | Recall Class (1, 3, or 5 yrs) | Smoker | Quit smoking since previous Screening | Diagnostic Track | Diagnosis Appt | FOBT | FOBT Mailed Date | FOBT Returned | FOBT Returned Date |
|------|-----------|---------|----------|-------------------------------|--------|---------------------------------------|------------------|----------------|------|------------------|---------------|--------------------|
| Caucasian | 2 | 1 | 3 | 1 | 2 | 2 | CT | 8/27/2014 | N | | | |

**Exhibit 23-3**

| FOBT Results | Pt Notified of FOBT | NCM phone f/u? | NCM phone notes | Grace A/D | Grace Date | ATSDR | ARD | Exposure type | Pilot interest | ARD Medicare interest | ARD Medicare | CXR Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | 1 |  | . |  | 1 | 8/25/2014 |

**Exhibit 23-4**

| CXR Set | 2nd Set | CARD (CXR) | CARD CXR (parenchymal) | CARD CXR (pleural) | B-Read1 (parenchymal) | B-Read1 (pleural) | B-Read2 (parenchymal) | B-Read2 (pleural) | CXR PR Set | PR1 B-Read (parenchymal) | PR1 B-Read (pleural) | PR1 B-Reader Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4X017 | | | N | E | N | N | | | PRX17 | N | N | Kanne |

**Exhibit 23-5**

| PR2 B-Read (parenchy mal) | PR2 B-Read (pleural) | PR2 B-Reader Name | PR3 B-Read (parenchy mal) | PR3 B-Read (pleural) | PR3 B-Reader Name | PR4 B-Read (parenchy mal) | PR4 B-Read (pleural) | PR4 B-Reader Name | PR1 B-Read SentDate | PR1 B-Read ReturnDate | PR1 B-Read InvoiceDate | PR1 B-Read InvoiceID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | N | Meyer | N | N | Parker | N | N | Szeinuk | 10/30/2014 | 12/11/2014 | | |

**Exhibit 23-6**

| PR1 B-Read Notes | PR2 B-Read SentDate | PR2 B-Read ReturnDate | PR2 B-Read InvoiceDate | PR2 B-Read InvoiceID | PR2 B-Read Notes | PR3 B-Read SentDate | PR3 B-Read ReturnDate | PR3 B-Read InvoiceDate | PR3 B-Read InvoiceID | PR3 B-Read Notes | PR4 B-Read SentDate |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10/30/2014 | 12/9/2014 | | | | 10/30/2014 | 12/1/2014 | | | | 10/30/2014 |

**Exhibit 23-7**

| PR4 B-Read ReturnDate | PR4 B-Read InvoiceDate | PR4 B-Read InvoiceID | PR4 B-Read Notes | CT Date | CT Set | CARD CT (parenchymal) | CARD CT (pleural) | Outside CT (parenchymal) | Outside CT (pleural) | Outside CT Reader Name | CT PR Set | PR1 CT (parenchymal) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/1/2014 | | | | 8/25/2014 | 4T014 | N | Y | N | N | | PRCT14 | N |

**Exhibit 23-8**

| PR1 CT (pleural) | PR1 CT-Reader Name | PR2 CT (parenchymal) | PR2 CT (pleural) | PR2 CT-Reader Name | PR1 CT SentDate | PR1 CT ReturnDate | PR1 CT InvoiceDate | PR1 CT InvoiceID | PR1 CT Notes | PR2 CT SentDate | PR2 CT ReturnDate |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N | Kanne | N | N | Meyer | 10/30/2014 | 12/11/2014 | | | Scar in lingula | 10/30/2014 | 12/9/2014 |

**Exhibit 23-9**

| PR2 CT InvoiceDate | PR2 CT InvoiceID | PR2 CT Notes | Dx on Outside Read Only | Dx on Previous Outside Read | Entry into FLASH? | FLASH Date | Method of Entry | LAMP II | Significant Findings | Focal Opacity | Focal Opacity 4mm | Focal Opacity 6mm |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | Fatty liver. | FALSE | FALSE |  |  |  |  |  | FALSE | FALSE | FALSE |

Exhibit 23-10

| Lung mass | Thyroid mass | Kidney mass | Spleen mass | Adrenal mass | Breast mass | Other mass | Other mass detail | Symptom atic | Symptom atic Notes | Spirometr y Read | Spirometr y Results | ARDRM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | | 1 | | 1 | | 0 |

**Exhibit 23-11**

| ARDRMT | ARDRP | ARDRPT | ARDRSW | ARDRHA | ARDRRT | ARDPREHAB | ARDNUTRI | ARDRO | ARDROT | ARDNONE | NARDRPC | NARDRC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 0 |  | 0 | 0 | 0 | 0 | 0 | 0 |  | 0 | 0 | 0 |

**Exhibit 23-12**

| NARDRH | NARDPAP | NARDRO | NARDROT | TxMedication | TxMedicationCheck | TxImmunization | TxImmunizationCheck | EdExercise | EdDiet | EdBreathingTech | EdSmokingCess | EdImmunization |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | | | FALSE | | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |

**Exhibit 23-13**

| EdHighBlo odPressue | EdPhysioD M | EdPsycho DM | EdChronic DiseaseM onitoring | EdBenefits | EdCaseMg mt | EdOutRea dBenefits | EdOutRea dSigFindin gFU | EdOther | EdOtherT | NoPCP | PCPName | PCPTel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FALSE | FALSE | FALSE | FALSE | TRUE | FALSE | FALSE | FALSE | FALSE | | 0 | | |

**Exhibit 23-14**

| PCPAddress1 | PCPAddress2 | PCPCity | PCPState | PCPZip | PCPConsent | PCPConsentNew | ResultsLetterSentPCP | PCPSentDate | PCPSentInitials | PCPpacketSentDate | ResultsLetterSentPt | PtSentDate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | 2 |  |  |  |  |  |  |  |

**Exhibit 23-15**

| PtSentInitials | TARConsent | TARConsentNew | TARInfoSent | TARSentDate | TARSentInitials | 1st B-Read Sent | FedEx CXR | FedEx CXR Returned | CXR To Whom1 | CXR To Whom2 | 1st B-Read Returned | 2nd B-Read Returned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | | | | | 10/30/2014 | | | Lynch | | 1/5/2015 | |

**Exhibit 23-16**

| B-reader Notes | Date CT Mailed | FedEx CT | FedEx CT Returned | CT to Whom1 | Date CT Returned | Post CT Notes | Outside Study? | Outside CT read notes | Outside read reviewed | CXR Chk Num | CT Chk Num | PR1-X Chk Num |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10/30/2014 | | | Lynch | 1/5/2015 | | | | | 11983 | 11993 | 11457 |

**Exhibit 23-17**

| PR2-X Chk Num | PR3-X Chk Num | PR4-X Chk Num | PR1-CT Chk Num | PR2-CT Chk Num | Referrals made (to whom) | 1st B-reader diagnosis of ARD | 2nd B-reader diagnosis of ARD | 3rd Reader Mailed | ToWhom3 | 3rd B-read Returned | 3rd B-reader diagnosis of ARD | JS (parenchy mal) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | 11499 |  |  |  |  |  |  |  |  |  |

**Exhibit 23-18**

| JS (pleural) | EP (parenchymal) | EP (pleural) | JP (parenchymal) | JP (pleural) | B disposition (parenchymal) | B disposition (pleural) | LDS Referral | LDS Referral Name | LDS Referral Gift Sent | LDS Referral Gift Sent Date | Reader_Mailings_Hidden | Pcp_Results_Hidden |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | FALSE |  |  |  | TRUE | FALSE |

**Exhibit 23-19**

| Pre_7_1_2011_Screening | CXR InvoiceDate | CXR InvoiceID | CT InvoiceDate | CT InvoiceID | DOB | Gender | Address1 | Address2 | City | State | ZIP | Deceased |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FALSE | | | | | ███/1973 | M | ███████ | ˙ | Libby | MT | 59923 | N |

**Exhibit 23-20**

| Deceased date |
|---|
| |
| |

**Exhibit 23-21**



**CARD**
Center for Asbestos Related Disease

PATIENT:                 Kelli C██████
DATE OF BIRTH:     ██████/1963
DATE:                      11/30/2015 09:34 AM
VISIT TYPE:            Patient Communication

This 52 year old female presents for follow up Visit.

History of Present Illness:
1. Follow Up Visit
   Telephone followup rescreening CT scan obtained 10/26/2015.  Please see diagnostic report.

| Performed | Test | Interpretation | Result |
|---|---|---|---|
| 10/26/2015 | CT CHEST W/O CONTRAST | abnormal | Per Dr. Black, limited pleural thickening noted on right side mid chest.  No interstitial changes, no other abnormalities noted |

PROBLEM LIST:

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| H/O: asbestos exposure | | N | | |

**Allergies**

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SULFA (SULFONAMIDE ANTIBIOTICS) | | | |

**Completed Orders (this encounter)**

| Order | Details | Reason | Side | Interpretation | Result | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|
| Continued physical activity, immunizations, chronic disease monitoring | | | | | | | |

C██, Kelli ██████ 000000821181 ██████/1963 11/30/2015 09:34 AM 1/3

CARD-ASB0538990



EXHIBIT
24

0001

**Exhibit 24-1**

Patient to FU
with PCP on
incidental
findings

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | ARD lamellar pleural thickening (J94.1). |
| | Impression | New diagnosis of asbestos-related pleural disease in a high risk patient.  Patient is eligible for lung cancer screening.. |
| | Patient Plan | Encouraged followup with primary care provider Re: Symptoms unrelated to pleural disease. Pleural thickening is very limited and pulmonary function tests do not indicate sufficient restriction to produce her constellation of symptoms. |
| | Plan Orders | The patient is to have Benefits Counseling performed today. Today's instructions / counseling include(s) Continued physical activity, immunizations, chronic disease monitoring and Patient to FU with PCP on incidental findings. She is to schedule a follow-up visit with Miles Miller, PA for Chronic ARD F/U 1 Year. |
| 2. | Assessment | H/O Asbestos Exposure (Z77.090). |
| 3. | Assessment | H/O tobacco use (Z87.891). |
| | Plan Orders | Further diagnostic evaluations ordered today include(s) LOW-DOSE CHEST CT W/O CONTRAST  LCS to be performed in 1 Year. |

## Diagnostic History Entered Today

| Performed | Study | Interpretation | Result |
|---|---|---|---|
| 10/26/2015 | | abnormal | Per Dr. Black, limited pleural thickening noted on right side mid chest.  No interstitial changes, no other abnormalities noted |

## Medications *(Added, Continued or Stopped today)*

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|---|---|---|---|---|---|---|
| | lisinopril 10 mg tablet | take 1 tablet by oral route every day | N | | | |
| | omeprazole 20 mg capsule,delayed release | take 1 capsule by oral route every day 30 minutes to 1 hour before a meal | N | | | |
| | Supplements | | N | | | |

*Completed by:*
Miller, Miles  11/30/2015 9:40 AM

C▮▮, Kelli ▮▮▮ 000000821181 ▮▮▮/1963 11/30/2015 09:34 AM 2/3

CARD-ASB0538991

0002

**Exhibit 24-2**

*Document generated by:* Miles Miller 11/30/2015 09:40 AM

Center for Asbestos Related Disease
214 East 3rd Street | Libby, MT 59923

Electronically signed by Miles Miller PA on 11/30/2015 09:40 AM

Kelli ███ 000000821181 ███/1963 11/30/2015 09:34 AM 3/3

CARD-ASB0538992

0003

**Exhibit 24-3**

Electronically Signed By: Black, Brad MD 02/18/2016 02:43:46 PM

p. 2
Page 1 of 2

**Benewah Community Hospital**
**229 South 7th Street**
**Saint Maries, ID 83861**

C█████, KELLI A          DOB: ████ 1963   Age at exam: 52 Y, 9 M | Sex: F   MRN: SM00022258
ACC: A00031781BCH       Exam: CT Chest w/o Cont                               Org: BCH
10/26/2015 2:10 PM PDT   Ex. Sts: F   Report Status: Finalized                Perf. Resource: BCCT-1

**Signs and Symptoms:** Hx of asbestos exposure.
**Visit Pt Loc:** SM.CT  **Phone:**

**Attending:** MISCELLANEOUS, PROVIDER MD
**Requesting:** MISCELLANEOUS, PROVIDER MD

**Diagnostic report text**

Benewah Community Hospital
229 South 7th Street
St. Maries, ID 83861
Phone: 208-245-5551
Patient Name: C█████,KELLI A
DOB: ████ 1963
Ordering Provider: Unknown MD
Attending: Unknown MD

EXAM # DATE
A00031781BCH 10/26/15

TYPE / EXAM
CT Chest w/o Cont

CT CHEST

HISTORY: Asbestos exposure. History of COPD.

TECHNIQUE: A thin-section helical computed tomographic acquisition
was obtained through the thorax from the thoracic inlet through the
diaphragms without contrast enhancement.

COMPARISON: Chest x-ray 10/7/2015 and 9/19/2013.

FINDINGS:

Thoracic inlet: Unremarkable.

Cardiac/mediastinal: Normal heart size. No pericardial fluid. Mild
impact calcifications of a mildly ectatic thoracic aorta. The
noncontrast pulmonary arteries appear unremarkable.

Lymphadenopathy: No pathologic hilar or mediastinal lymphadenopathy.

821181

http://10.199.1.20/idxrad/ClinicalExamNotes/CENPrintReport.asp?ActivityHeaderID=186...   11/2/2015

Name: C█████ Kelli                          DOB: ████ 1963                    Date:

CARD-ASB0539117

0004

**Exhibit 24-4**

Nov 02 2015 8:49      HP LASERJET FAX                          p.3

There are stable calcified lymph nodes in the right supraclavicular region and in the right axilla.

Lungs and pleural spaces: There are no pulmonary masses, consolidation, pleural fluid, or pneumothorax. There are mild centrilobular emphysematous changes.

Bony structures: There are no destructive bone lesions identified.

Chest wall: Unremarkable.

Upper abdomen: Small hiatal hernia

IMPRESSION:
1. Mild emphysematous changes. No identified pleural plaque calcifications. No pathologic lymphadenopathy, consolidation, pleural fluid, or a pneumothorax.
2. Calcified supraclavicular and right axillary nodal structures similar to the comparison chest x-rays.

Dictated by: Michael G Melendez MD
<Electronically signed by Michael G Melendez MD> 10/26/15 1456

TD: 10/26/15 1456 T: P/S
RPT #: 1026-0029

CC: Terry E Davenport DO; Unknown MD ;

CONFIDENTIAL DOCUMENT - RELEASE ONLY WITH PROPER AUTHORIZATION

** LAST EDIT DATE: 10/26/15 1510 **
S: MT

**Responsible & Contributing Providers**
MELENDEZ, MICHAEL G, MD

**End of Report for ACC: A00031781BCH**

http://10.199.1.20/idxrad/ClinicalExamNotes/CENPrintReport.asp?ActivityHeaderID=186...   11/2/2015

Name: C███, Kelli                          DOB: ███1963                          Date:

CARD-ASB0539118

**Exhibit 24-5**

## Environmental Health Hazards Checklist
Medicare Coverage for Individuals Exposed to Environmental Health Hazards

| Step 1: Identify the individual. |
| --- |
| (Completed by the field office) |

| First Name – Middle Initial – Last Name | Kelli ▮ ▮ |
| --- | --- |
| Social Security Number ▮ ▮ | Date of Birth ▮ 1963 |

**Step 2:** Identify the asbestos-related condition(s) and its date of diagnosis.
(Completed by the provider.)

*Check the box next to the diagnosed impairment(s) and print the date of diagnosis.*

| | Impairment | Diagnosis Code | Minimum Medical Evidence Required |
| --- | --- | --- | --- |
| ☐ | Asbestosis | 5010 | Interpretation by a B reader qualified physician of a plain chest x-ray or interpretation of computed tomographic radiograph of the chest by a qualified physician |
| ☒ | Pleural thickening Pleural plaques | 5010 | Interpretation by a B reader qualified physician of a plain chest x-ray or interpretation of computed tomographic radiograph of the chest by a qualified physician |
| ☐ | Mesothelioma | 1630 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage or bronchoscopy report |
| ☐ | Malignancy of the lung | 1620 | Established by pathologic examination of biopsy tissue, cytology from bronchioalveolar lavage or bronchoscopy report |
| ☐ | Malignancy of the colon | 1530 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | Malignancy of the rectum | 1530 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | Malignancy of the larynx | 1950 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | Malignancy of the stomach | 1510 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | Malignancy of the esophagus | 1500 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | Malignancy of the pharynx | 1950 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | Malignancy of the ovary | 1830 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | *Individual does not have an impairment listed above* | | |

| Date of Diagnosis: | 11/30/2015 |
| --- | --- |

| Step 3: Identify presence in Lincoln County, Montana. |
| --- |
| (Completed by the provider.) |

| This individual was present in Lincoln County, Montana, during the following time period(s): | 1992 to 1979 |
| --- | --- |

Do your records dated prior to March 23, 2010, indicate the individual was present in Lincoln County, Montana, for a total of at least 6 months during a period ending 10 years or more before the date of his or her diagnosis of the impairment(s) checked above? ☐ Yes  ☒ No (SSA will develop presence.)

| Printed Name | Physician's Signature | Date |
| --- | --- | --- |
| Dr. Brad Black | Brad Black, MD | 12/10/2015 |

| Name: C▮, Kelli | DOB: ▮1963 | Date: |
| --- | --- | --- |

CARD-ASB0539072

0006

**Exhibit 24-6**

Form Approved
OMB No. 0960-D566

Social Security Administration
Consent for Release of Information

**TO: Social Security Administration**

_Kelli A. C___ ███ _1963_ ███
Name          Date of Birth    Social Security Number

I authorize the Social Security Administration to release information or records about me to:

| NAME | ADDRESS |
|------|---------|
| CARD Clinic | 214 East 3rd Street, Libby, MT  59923 |

I want this information released because:
The CARD Clinic is assisting me in getting my EHH status.

(There may be a charge for releasing information.)

Please release the following information:

_____ Social Security Number
_____ Identifying information (includes date and place of birth, parents' names)
_____ Monthly Social Security benefit amount
_____ Monthly Supplemental Security Income payment amount
_____ Information about benefits/payments I received from_____ to _____
_____ Information about my Medicare claim/coverage from_____ to _____
      (specify)
_____ Medical records
_____ Record(s) from my file (specify) _____

_X_ Other (specify)   EHH Status

I am the individual to whom the information/record applies or that person's parent (if a minor) or legal guardian. I declare under penalty of perjury that I have examined all the information on this form and it is true and correct to the best of my knowledge. I understand that anyone who knowingly gives a false or misleading statement about a material fact in this information, or causes someone else to do so, commits a crime and may be sent to prison, or may face other penalties, or both.

Signature: _Kelli  A. C___ ███
(Show signature, names, and addresses of two people if signed by mark.)
Date: _12-7-2015_      Relationship: _Self_

Form SSA-3288 (3-2005) EF (3-2005)

Name: C███, Kelli          DOB: ███1963          Date:

CARD-ASB0539073

0007

**Exhibit 24-7**

**WHOSE Records to be Disclosed**

Form Approved
OMB No. 0960-0623

NAME (First, Middle, Last, Suffix)

*Kelli A*

SSN █████

Birthday (mm/dd/yy) █████ / *1963*

# AUTHORIZATION TO DISCLOSE INFORMATION TO
## THE SOCIAL SECURITY ADMINISTRATION (SSA)
** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW **

I voluntarily authorize and request disclosure (including paper, oral, and electronic interchange):
**OF WHAT**  All my medical records; also education records and other information related to my ability to perform tasks. This includes specific permission to release:

1. All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) **including**, and **not limited to** :

   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   - Gene-related impairments (including genetic test results)

2. Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.
3. Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.
4. Information created within 12 months after the date this authorization is signed, as well as past information.

**FROM WHOM**

- All medical sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

THIS BOX TO BE COMPLETED BY SSA/DDS (as needed) Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:

**TO WHOM**   The Social Security Administration and to the State agency authorized to process my case (usually called "disability determination services"), including contract copy services, and doctors or other professionals consulted during the process. [Also, for international claims, the U.S. Department of State Foreign Service Post.]

**PURPOSE**   Determining my eligibility for benefits, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.

☐ Determining whether I am capable of managing benefits ONLY (check only if this applies)

**EXPIRES WHEN**   This authorization is good for 12 months from the date signed (below my signature).

- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosures above from the types of sources listed.

**PLEASE SIGN USING BLUE OR BLACK INK ONLY** | IF not signed by subject of disclosure, specify basis for authority to sign

INDIVIDUAL authorizing disclosure   ☐ Parent of minor ☐ Guardian ☐ Other personal representative (explain)

SIGN ▶ *Kelli A. C*

(Parent/guardian/personal representative sign here if two signatures required by State law) ▶

Date Signed *12-7-2015*   Street Address █████

Phone Number (with area code) *208-* █████   City *St. Maries*   State *Idaho*   ZIP *83861*

**WITNESS**  I know the person signing this form or am satisfied of this person's identity:

SIGN ▶   IF needed, second witness sign here (e.g., if signed with "X" above) SIGN ▶

Phone Number (or Address)   Phone Number (or Address)

This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.

Form SSA-827 (11-2012) ef (11-2012) Use 4-2009 and Later Editions Until Supply is Exhausted   Page 1 of 2



**Center for Asbestos Related Disease**

## **Benefits**

**Patient Name:** Kelli ⬛⬛
**Date of Birth:** ⬛⬛/1963
**Encounter Date:** 04/12/2016

---

**EHH:**        12/10/2015

**Pilot:**   enrolled         Effective Date:  01/02/2016

**Pulse Oximeter:  No**

**Improved Access:  Yes**

*Completed by:*
Black, Brad  04/12/2016 8:43 AM

Document Generated By:  Mary Karen Caraway  04/12/2016 08:42 AM

CARD-ASB0538993

0009

**Exhibit 24-9**

**WHOSE** *Records to be Disclosed*                           Form Approved
NAME *(First, Middle, Last, Suffix)*                          OMB No. 0960-0623

Kelli A    C▮▮▮▮▮

SSN ▮▮▮▮▮▮▮▮▮▮▮▮    ▮▮▮▮ day    1963
                    (mm/dd/yy)

# AUTHORIZATION TO DISCLOSE INFORMATION TO
# THE SOCIAL SECURITY ADMINISTRATION (SSA)
**\*\* PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW \*\***

**I voluntarily authorize and request disclosure** (including paper, oral, and electronic interchange):
**OF WHAT   All my medical records; also education records and other information related to my ability to perform tasks. This includes specific permission to release:**

1. All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) *including* , and **not limited to**:
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   - Gene-related impairments (including genetic test results)

2. Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.
3. Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.
4. Information created within 12 months after the date this authorization is signed, as well as past information.

**FROM WHOM**
- All medical sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

THIS BOX TO BE COMPLETED BY SSA/DDS **(as needed)** Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:

**TO WHOM**   The Social Security Administration and to the State agency authorized to process my case (usually called "disability determination services"), including contract copy services, and doctors or other professionals consulted during the process. [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE**   Determining my eligibility for benefits, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.

☐ Determining whether I am capable of managing benefits ONLY (check only if this applies)

**EXPIRES WHEN**   This authorization is good for 12 months from the date signed (below my signature).

- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosures above from the types of sources listed.

**PLEASE SIGN USING BLUE OR BLACK INK ONLY** If not signed by subject of disclosure, specify basis for authority to sign
**INDIVIDUAL** authorizing disclosure   ☐ Parent of minor  ☐ Guardian  ☐ Other personal representative (explain)

SIGN ▶ Kelli A. C▮▮▮▮        (Parent/guardian/personal representative sign here if two signatures required by State law) ▶

Date Signed  12 - 7- 2015          Street Address ▮▮▮▮▮▮▮▮▮▮

Phone Number (with area code)     City St. Marieo     State Idaho     ZIP 83861
20B~ ▮▮▮▮▮▮▮▮

**WITNESS** I know the person signing this form or am satisfied of this person's identity:
                                   If needed, second witness sign here (e.g., if signed with "X" above)
SIGN ▶                             SIGN ▶
Phone Number (or Address)          Phone Number (or Address)

This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.

Form SSA-827 (11-2012) ef (11-2012) Use 4-2009 and Later Editions Until Supply is Exhausted          Page 1 of 2

---

Name: C▮▮ Kelli          DOB: ▮▮▮ 1963          Date:

CARD-ASB0539074

0010

**Exhibit 24-10**

Electronically Signed By: Black, Brad MD 10/20/2015 08:57:50 AM

**Kootenai Outpatient Imaging**
700 Ironwood Drive, Suite 175
Coeur d Alene, ID 83814
Phone: 208-625-6300

Patient Name: C███ KELLI A
DOB: ███████1963
Ordering Provider: Charles B Black

EXAM #
A00697209KMC

DATE
10/07/15

TYPE / EXAM
XR Chest 1 View

Exam: XR Chest 1 View

Clinical History: History of asbestos exposure.

Technical data: AP upright view of the chest.

Comparison: 9/9/2013.

Findings: The lungs are well expanded and clear. The costophrenic recesses are
sharp. The heart and mediastinal contours are stable and within normal limits.
The pulmonary vasculature is nondistended. There are no skeletal
abnormalities. There are stable calcified nodes in the right axilla and right
supraclavicular region.

*Impression:*
*1. No acute cardiopulmonary disease.*

*2. Stable calcified right axillary and right supraclavicular nodes.*

*Electronically signed by Casey Fatz, M.D. on 10/7/2015 10:06 AM*

Dictated by: Casey J Fatz  MD
**< Electronically signed by Casey J Fatz  MD> 10/07/15 1002**

TD: 10/07/15 1002 T: P/S
RPT #: 1007-0145

CC: BRAD BLACK, MD; Charles B Black  ;~

CONFIDENTIAL DOCUMENT - RELEASE ONLY WITH PROPER AUTHORIZATION

** LAST EDIT DATE: 10/07/15 1024 **

Name: C███ KELLI A            Status: REG CLI        **RADIOLOGY**
Acct #: KM0014973770          Rm/Bed:
MR #: KM00057351              Provider: Casey J Fatz  MD        Page: 1

Name: C███, Kelli                         DOB: ███1963                         Date:

CARD-ASB0539119

0011

**Exhibit 24-11**

Electronically Signed By: Miller, Miles PA-C on 01/20/17 04:13:27 PM ileged and confidential and for the sole use of the intended recipient

CABINET PEAKS MEDICAL CENTER
209 HEALTH PARK DRIVE
LIBBY, MONTANA 59923

Page 1 of 1

## REPORT STATUS:  Signed

**Patient:** ____, KELLI A        **Date:** 12/01/16
**Patient BD:** __/1963        **Patient location:** L IMAGING   Rm #:
**Ordering Dr:** MILLER, MILES PC-A

cc:
MILLER,MILES PA-C

Exam Date and Time: 12/01/2016  12:17
PROCEDURE:    RADIOGRAPH: CHEST, SINGLE VIEW

INDICATIONS:    ?Pleural plaquing.?

FINDINGS:
There are no previous studies for comparison and the reason for the
history of pleural plaquing cannot be confirmed due to lack of previous
studies.

The heart size, mediastinum and pulmonary vascular markings appear
normal.  There is no evidence to suggest pleural thickening, pleural
plaquing or fibrosis.  There are calcified lymph nodes in the right
axilla and right supraclavicular region.

CONCLUSION:
No active cardiopulmonary process is identified.

There is no evidence to suggest asbestos related pleural or parenchymal
disease and there are no previous studies available for comparison.
The reason for the history of ?pleural plaquing? is unknown.

Calcified right axillary and supraclavicular lymph nodes.

There is what appears to be a fold in the right breast.  Assuming the
patient is unencumbered by and type of clothing, correlation with
physical exam findings is required (I do not see a history of
mammography on the patient?s imaging record and should be performed in
this age patient).

Dictated by: Hugh B. Cecil, M.D. on 12/01/2016 at 13:59
Transcribed by: PB on 12/02/2016 at 4:50
Electronically Signed by: Hugh B. Cecil, M.D. on 12/02/2016 at 9:11

IMAGING REPORT - MEDITOR

NAME: C____,KELLI A      MR#: M000110517   Rpt#: 1202-0006
ACCT#: AA0000905635

Name: C____, Kelli                            DOB: ____1963                            Date:

CARD-ASB0539116

0012

**Exhibit 24-12**

**KOOTENAI HEALTH**
Coeur d'Alene, ID 83814

Adult Echo
Report

Name: CA███ KELLI ANN          **Study Date: 05/15/2018**
MRN: KM00057351                Patient Location: KM.2E 2014
DOB: (████)1963                 Age: 55 yrs          Gender: Female
Height: 157 cm                 Weight: 70 kg        BSA: 1.7 m2
                          HR: 78          Rhythm: sinus
History: COPD, HTN
Reason For Study: CVA

**INTERPRETATION SUMMARY:**
The left ventricle is normal in size. There is mild concentric left ventricular
hypertrophy. Visually estimated ejection fraction = 65% No regional wall motion
abnormalities are noted.
There is trace mitral regurgitation.
There is trace tricuspid regurgitation.
No cardiac source of emboli noted.
No obvious atrial septal defect is seen with color Doppler.

**COMPARISON:**
No prior study for comparison.

**PROCEDURE / TECH COMMENTS:**
A complete two-dimensional transthoracic echocardiogram was performed (2D, M-mode,
Doppler and color flow Doppler). No cardiac source of emboli noted.

**LEFT VENTRICLE:**
The left ventricle is normal in size. There is mild concentric left ventricular
hypertrophy. Left ventricular systolic function is normal. Visually estimated
ejection fraction = 65%. No regional wall motion abnormalities are noted. There is no
ventricular septal defect visualized. Unable to accurately assess left ventricular
diastolic function due to indeterminate parameters. LA volume index is 26 ml/m2.
Averaged E/e' ratio is 12.75 .

**RIGHT VENTRICLE:**
The right ventricle is normal size. The mid RV diameter = 2.4cm. The right
ventricular systolic function is normal. TAPSE was measured at 2.2 cm. (Normal value
>1.7 cm).

**ATRIA:**
The left atrial size is normal. Left atrial area is '16' cm2. The Left atrial index
is 26 ml/m2. (mild = 35-41; mod = 42-48; severe >48). The right atrial size is
normal. Right atrial area is '8.0' cm2. No obvious septal defect is seen with color
Doppler. A microcavitation bubble study with valsalva was performed to evaluate for
interatrial shunting.

**MITRAL VALVE:**
The mitral valve leaflets appear thickened, but open well. There is trace mitral
regurgitation.

Name: CA███KELLI ANN           Status: ADM IN              ECHOCARDIOGRAM
Acct #: KM0022950878           Rm/Bed: 2014-01
MR #: KM00057351               Provider: Ronald M Fritz DO        Page: 1

---

Name: C██, Kelli                        DOB: ████1963                              Date:

CARD-ASB0539149

0013

**Exhibit 24-13**

**KOOTENAI HEALTH**
Coeur d'Alene, ID 83814

**TRICUSPID VALVE:**
The tricuspid valve leaflets are thin and pliable. There is trace tricuspid regurgitation. Unable to accurately assess RV systolic pressures in the absence of significant tricuspid regurgitation. The IVC measures normal and shows normal inspiratory collapse.

**AORTIC VALVE:**
The aortic valve is trileaflet. Aortic valve leaflets appear mildly thickened, but open normally. No aortic insufficiency is present. No aortic stenosis.

**PULMONIC VALVE:**
The pulmonic valve appears normal in structure and function. There is physiologic pulmonic insufficiency noted.

**GREAT VESSELS:**
The aortic root is normal size. Aortic root measures: 2.4 cm. The visualized portion of the ascending aorta is normal in appearance. Ascending aorta measures: 3.0 cm.

**PERICARDIUM/PLEURAL:**
There is no pericardial effusion. A small, anterior pericardial space is noted; suggestive of cardiac fat pad. No pleural effusions are seen.

**MMode/2D Measurements and Calculations**
LVIDd: 4.3 cm       LAV(MOD-bp): 44.4 ml       LV mass(C)d: 213.2 grams
IVSd: 1.3 cm        LAV(MOD-bp) index: 25.9 ml/m2   LV mass(C)dI: 124.3 grams/m2
LVPWd: 1.3 cm       Ao root diam: 2.4 cm
                    asc Aorta Diam: 3.0 cm

LAV(MOD-sp2): 46.3 ml  LAV(MOD-sp4): 42.2 ml

Diastology
MV E/A: 0.67
MV dec time: 0.19 sec
MV A dur: 0.08 sec
Med Peak E' Vel: 4.7 cm/sec
E/E' Medial: 13.3
Lat Peak E' Vel: 5.5 cm/sec
E/E' Lateral: 11.2

**Doppler Measurements and Calculations**
MV E max vel: 62.4 cm/sec    LV V1 max: 110.5 cm/sec   Ao V2 max: 169.4 cm/sec
MV A max vel: 92.4 cm/sec    LV V1 max PG: 4.9 mmHg    Ao V2 VTI: 27.3 cm
              LV V1 VTI: 20.6 cm       Ao max PG: 11.5 mmHg
                              Ao mean PG: 5.8 mmHg

PA V2 max: 102.1 cm/sec
PA max PG: 4.2 mmHg

Name: C███ KELLI ANN          Status: ADM IN          ECHOCARDIOGRAM
Acct #: KM0022950878          Rm/Bed: 2014-01
MR #: KM00057351              Provider: Ronald M Fritz DO      Page: 2

Name: C███, Kelli          DOB: ███1963          Date:

CARD-ASB0539150

0014

**Exhibit 24-14**

**KOOTENAI HEALTH**
Coeur d'Alene, ID 83814

**Interpreting Physician: Ronald _Fritz, M.D.**
electronically signed on 05/15/2018 08:59 PM
Ordering Physician: Schwintek, Jason
Referring Physician: Schwintek, Jason
Echocardiographer: Jamie Scott, RCS
335268ID:


Dictated by: Ronald M Fritz DO

**<Electronically signed by Ronald M Fritz DO in OV> 05/15/18 2059**


Rpt #:  0515-0026

CC: Catherine M Suriano, MD; Jason R Schwintek; Ronald M Fritz, DO;~

CONFIDENTIAL DOCUMENT - RELEASE ONLY WITH PROPER AUTHORIZATION


**Name: C▇▇,KELLI ANN**          **Status: ADM IN**          **ECHOCARDIOGRAM**
**Acct #: KM0022950878**        **Rm/Bed: 2014-01**
**MR #: KM00057351**            **Provider: Ronald M Fritz DO**          **Page: 3**

Name: C▇▇, Kelli                    DOB: ▇▇1963                    Date:

CARD-ASB0539151

0015

**Exhibit 24-15**

**Kootenai Health**
2003 Kootenai Health Way
Coeur d Alene, ID 83814
Phone: 208-625-6360

Patient Name: ███,KELLI ANN
DOB: ████1963
Ordering Provider: Thomas E Nickol MD

EXAM #                          DATE
A01176472KMC                    07/11/18

TYPE / EXAM
XR Chest 2 Views
PATIENT NAME: KELLI ANN ███.

EXAM: XR Chest 2 Views.

HISTORY PROVIDED BY ORDERING PROVIDER: dizzy.      Additional History: AMS.

COMPARISON: 6/25/2018.

FINDINGS: The lungs are clear. The heart size is normal. The pleural margins
are sharp. Arterial calcification is present. There is no vascular congestion.
Right axillary and supraclavicular calcified lymph nodes.

*IMPRESSION:*

*1.  No significant or acute cardiopulmonary abnormalities.*

*Electronically signed by Randon L Opp, M.D. on 7/11/2018 2:01 PM*

Dictated by: Randon L Opp MD
**<Electronically signed by Randon L Opp MD in OV> 07/11/18 1401**

TD: 07/11/18 1359 T: P/S
RPT #: 0711-0295

CC: Catherine M Suriano MD; Thomas E Nickol MD;~

CONFIDENTIAL DOCUMENT - RELEASE ONLY WITH PROPER AUTHORIZATION

** LAST EDIT DATE: 07/11/18 1404  **

Name: ███,KELLI ANN          Status: REG ER          **RADIOLOGY**
Acct #: KM0023486440          Rm/Bed:
MR #: KM00057351              Provider: Randon L Opp MD          Page: 1

Name: ███, Kelli                  DOB: ████                          Date:

CARD-ASB0539115

0016

**Exhibit 24-16**

Electronically Signed By: Payne, Kevin DO 10/11/2018 08:41:49 AM
```
     09/19/18  13:59   Cabinet Peaks Medical Center Laboratory Libby, Montana (406)283-7770        Page  1
```

## Cabinet Peaks Medical Center
209 Health Park Drive
Libby, MT 59923
(406)-283-7000

---

**Cat Scan Report**
Signed    0919-0039

| | |
|---|---|
| **Patient:** C▮ Kelli A | **MR #:** M000110517 |
| **DOB:** ▮1963 | **Acct #:** C00001074347 |
| **Age/Sex:** 55 / F | **Admit Date:** 09/17/18 |
| **Patient Location:** IMAG / | **Order Number:** 0917-0013 |
| **Attending Physician:** Black,Brad DR | **Accession Number(s):** A0000034842 |
| **Ordering Physician:** BLACK,BRAD M.D. | |

**cc:**
BLACK,BRAD M.D

---

PROCEDURE:    CT: ELCAP LUNG CANCER SCREENING - LOW DOSE CHEST WITHOUT
CONTRAST

COMPARISON:    None.

INDICATIONS:    Patient presents for lung cancer screening for history
of tobacco use.

TECHNIQUE:    Volumetric CT performed from the supraclavicular fossa
through the lung bases using low dose technique.  CT dose reduction
technique was utilized. Axial reconstructions, coronal MIPS, and
coronal and sagittal reformats were created at the time of image
acquisition.  Volumetric CTDI = 1.24 mGy.

FINDINGS:
LUNGS:    Lungs are clear.  No suspicious lung nodules or masses.  No
airspace or interstitial disease.  No bronchiectasis or endobronchial
opacities.
PLEURA:    Pleural spaces are clear. No pleural mass, fluid, or
pneumothorax is visible.
MEDIASTINUM:    No mediastinal mass or lymphadenopathy.

ADDITIONAL FINDINGS:    Large calcified right axillary lymph node.

CONCLUSION:    L-RADS Category 1 - Negative.  No nodules or definitely
benign nodules.  <1% probability of malignancy.  Estimated population
prevalence is 90%.  Recommendation.  Consider annual screening with
LDCT in 12 months.

Large calcified right axillary lymph node may be related to infectious
or noninfectious granulomatous disease or previous treated malignancy.

---

**Cat Scan Report    0919-0039**

| | |
|---|---|
| **Patient Name:** C▮ Kelli A | **Acct #:** C00001074347 |

---

| Name: C▮, Kelli | DOB: ▮1963 | Date: |
|---|---|---|

CARD-ASB0539113

0017

**Exhibit 24-17**

09/19/18  13:59   Cabinet Peaks Medical Center Laboratory Libby, Montana (406)283-7770          Page  2

Dictated by: Mike Henson, M.D. on 9/19/2018 at 13:30
Electronically Signed by: Mike Henson, M.D. on 9/19/2018 at 13:56

Dictated By.    HENSON,MICHAEL T M.D.
Signed By:

Dictated By:           HENSON,MICHAEL T M.D.

Signed By:                    09/19/18 1356

DD/DT: 09/19/18 1356
TD/TT: 09/19/18 1356
Transcriptionist: mth

---

**Cat Scan Report   0919-0039**

Patient Name: C█ Kelli A                    Acct #:  C00001074347

---

Name: C█, Kelli                    DOB: █ 1963                    Date:

CARD-ASB0539114

0018

**Exhibit 24-18**

///⋀⋀\
**Mount** *Faculty Practice*
**Sinai** P: 212-241-2813
**Doctors** F: 212-241-9655

*@ 10-4-18 by*
*Results given by*
*Dr. Payne 9-2018*

| | |
|---|---|
| **Patient:** | C███, Kelli |
| **ID:** | LMT0695 |
| **DOB:** | ███1963 |
| **Exam Date:** | 09/17/2018 |

**Clinical Information:** CT screening for asbestos exposure.

**Comparison CT Scans:** None

**Description:** CT examination of the entire thorax was performed at low-dose CT settings. Images were obtained at 1.25 mm slice thickness. Multiplanar reconstructions were performed.

**Lung nodules:**

No pulmonary nodules are seen.

**Emphysema:** None.

**Pleura:** No pleural effusions.

**Coronary Artery Calcifications:** None in left main, none in left anterior descending, minimal in circumflex, and none in right coronary. The Visual Coronary Artery Calcium (CAC) Score is 1.

**Aortic Calcifications:** Minimal.

**Cardiac Findings:** No pericardial effusion.

Widest main pulmonary artery diameter is 26.9 mm. Widest ascending aortic diameter at the same level is 27.6 mm. The ratio is 0.97.

**Mediastinum:** No abnormalities.

There are multiple calcified lymph nodes in the right axillary and supraclavicular regions, with the largest one measuring 25 mm x 20 mm.

Small left Bochdalek hernia is noted.

**Breast Density:** Heterogeneously dense.

**Abdomen:** Limited view of the upper abdomen reveals no abnormalities.

| | | |
|---|---|---|
| Name: C███, Kelli | DOB: ███1963 | Date: |

**Exhibit 24-19**

09/17/2018
C███, Kelli

**IMPRESSIONS:**
1.  No evidence of nodules.
2.  Multiple calcified lymph nodes in the right axillary and supraclavicular regions.
3.  The Visual Coronary Artery Calcium (CAC) Score is 1.

**RECOMMENDATON: Annual repeat CT in one year on September 17, 2019.**


Thank you for the courtesy of this referral.

Sincerely,


David F. Yankelevitz, MD

Electronically signed


**References:**
Recommendations for nodules and other findings are detailed in the I-ELCAP Protocol.
A summary and the full I-ELCAP protocol can be viewed at: http://ielcap.org/protocols.

| ORDINAL SCORE | AGATSTON SCORE | RISK | RECOMMENDATIONS* |
|---|---|---|---|
| 0 | 0 | Very low | • Healthy lifestyle |
| 1-3 | 1-100 | Mild to moderately increased | • Healthy lifestyle<br>• Moderate statin<br>• ASA |
| 4-12 | >100 | Moderate to severely increased | • Healthy lifestyle<br>• Very intensive statin + second drug as needed<br>• ASA<br>• Consider functional testing to r/o obstruction<br>• Aggressive BP lowering<br>• Referral to internist or preventive cardiologist |

1. Shemesh J, Henschke CI, Shaham D, et al. Ordinal scoring of coronary artery calcifications on low-dose CT scans of the chest is predictive of death from cardiovascular disease. Radiology. 2010; 257: 541-8.
2. Htwe Y, Cham MD, Henschke CI, et al. Coronary artery calcification on low-dose computed tomography: comparison of Agatston and Ordinal Scores. Clinical imaging. 2015; 39: 799-802.
*3. Expert Work Group Members. 2016 SCCT/STR Guidelines for Coronary Artery Calcium Scoring of Noncontrast Noncardiac CT Scans. A report of the Society of Cardiovascular Computed Tomography / Society of Thoracic Radiology.

| Name: C███, Kelli | DOB: ███1963 | Date: |
|---|---|---|

CARD-ASB0539112

0020

**Exhibit 24-20**

| Person ID | ID | Last Name | First Name | Middle Name | Visit Date | Birth Date | CXR Screening type | CT Screening type | Visit | Age | Age Category | Weight | Height |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5440 | | | | | 8/11/2016 | | 1 | 3 | | 41 | Between age 35-49 | 112 | 62.5 |
| 5441 | 821181 | Ca███ | Kelli | A | 10/19/2015 | ███/1963 | 2 | 2 | | 52 | Between age 50-64 | | |
| 5442 | | | | | 12/2/2015 | | 2 | 3 | | 44 | Between age 35-49 | | |

0021

**Exhibit 24-21**

| Person ID | ID | Last Name | First Name | Race | Residency | New Pt? | Seen MD? | Recall Class (1, 3, or 5 yrs) | Smoker | Quit smoking since previous Screening |
|---|---|---|---|---|---|---|---|---|---|---|
| 5440 | | | | Caucasian | 3 | 1 | 4 | 3-5 | 2 | 2 |
| 5441 | 821181 | | Kelli | Caucasian | 3 | 1 | 4 | | 1 | 1 | 2 |
| 5442 | | | | Caucasian | 3 | 1 | 4 | | 1 | 1 | 2 |

**Exhibit 24-22**

| Person ID | ID | Last Name | First Name | Diagnostic Track | Diagnosis Appt | FOBT | FOBT Mailed Date | FOBT Returned | FOBT Returned Date |
|---|---|---|---|---|---|---|---|---|---|
| 5440 | | | | Deferred | | N | | | |
| 5441 | 821181 | █████ | Kelii | CT | 11/30/2015 | Deferred | | | |
| 5442 | | | | Deferred | | N | | | |

0023

**Exhibit 24-23**

| Person ID | ID | Last Name | First Name | FOBT Results | Pt Notified of FOBT | NCM phone f/u? | NCM phone notes | Grace A/D | Grace Date | ATSDR | ARD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5440 | | | | | | | | | | | 2 |
| 5441 | 821181 | C | Kelli | | | | | | | | 1 |
| 5442 | | | | | | | | | | | 2 |

0024

**Exhibit 24-24**

| Person ID | ID | Last Name | First Name | Pilot Interest | ARD Medicare Interest | ARD Medicare | CXR Date | CXR Set | 2nd Set |
|---|---|---|---|---|---|---|---|---|---|
| 5440 | | | | | | 2 | 8/11/2016 | 5X077 | |
| 5441 | 821181▇ | | Kelli | | | 1 | 10/7/2015 | 5X012 | |
| 5442 | | | | | | 2 | 9/22/2015 | 5X016 | |

0025

**Exhibit 24-25**

| Person ID | ID | Last Name | First Name | CARD (CXR) | CARD CXR (parenchymal) | CARD CXR (pleural) | B-Read1 (parenchymal) | B-Read1 (pleural) |
|---|---|---|---|---|---|---|---|---|
| 5440 | | | | | N | | N | N |
| 5441 | 821181 | C█ | Kelli | | N | E | N | N |
| 5442 | | | | | N | N | N | N |

0026

**Exhibit 24-26**

| Person ID | ID | Last Name | First Name | B-Read2 (parenchymal) | B-Read2 (pleural) | CXR PR Set | PR1 B-Read (parenchymal) | PR1 B-Read (pleural) | PR1 B-Reader Name |
|---|---|---|---|---|---|---|---|---|---|
| 5440 | | | | | | | | | |
| 5441 | 821181 | | Keill | | | PRX51 | N | N | Kanne |
| 5442 | | | | | | | | | |

0027

**Exhibit 24-27**

| Person ID | ID | Last Name | First Name | PR2 B-Read (parenchymal) | PR2 B-Read (pleural) | PR2 B-Reader Name | PR3 B-Read (parenchymal) | PR3 B-Read (pleural) |
|---|---|---|---|---|---|---|---|---|
| 5440 | | | | | | | | |
| 5441 | 821181 | | Kelli | N | N | Meyer | N | N |
| 5442 | | | | | | | | |

0028

**Exhibit 24-28**

| Person ID | ID | Last Name | First Name | PR3 B-Reader Name | PR4 B-Read (parenchymal) | PR4 B-Read (pleural) | PR4 B-Reader Name | PR1 B-Read SentDate |
|-----------|-----|-----------|------------|-------------------|--------------------------|---------------------|-------------------|---------------------|
| 5440 | | | | | | | | |
| 5441 | 821181 | | Kelli | Parker | N | N | Szelnuk | 12/21/2015 |
| 5442 | | | | | | | | |

0029

**Exhibit 24-29**

| Person ID | ID | Last Name | First Name | PR1 B-Read ReturnDate | PR1 B-Read InvoiceDate | PR1 B-Read InvoiceID | PR1 B-Read Notes | PR2 B-Read SentDate |
|---|---|---|---|---|---|---|---|---|
| 5440 | | | | | | | | |
| 5441 | 821181 | Ca███ | Kelli | 1/11/2016 | | | Calcified lymph nodes right axilla. | 12/21/2015 |
| 5442 | | | | | | | | |

0030

**Exhibit 24-30**

| Person ID | ID | Last Name | First Name | PR2 B-Read ReturnDate | PR2 B-Read InvoiceDate | PR2 B-Read InvoiceID | PR2 B-Read Notes | PR3 B-Read SentDate |
|---|---|---|---|---|---|---|---|---|
| 5440 | | | | | | | | |
| 5441 | 821181 | Ca▓ | Kelli | 1/11/2016 | | | | 12/21/2015 |
| 5442 | | | | | | | | |

0031

**Exhibit 24-31**

| Person ID | ID | Last Name | First Name | PR3 B-Read ReturnDate | PR3 B-Read InvoiceDate | PR3 B-Read InvoiceID | PR3 B-Read Notes | PR4 B-Read SentDate |
|---|---|---|---|---|---|---|---|---|
| 5440 | | | | | | | | |
| 5441 | 821181 | ████ | Kelli | 1/11/2016 | | | Old lymphangioma shadows on PT right questionable. | 12/21/2015 |
| 5442 | | | | | | | | |

0032

**Exhibit 24-32**

| Person ID | ID | Last Name | First Name | PR4 B-Read ReturnDate | PR4 B-Read InvoiceDate | PR4 B-Read InvoiceID |
|-----------|-----|-----------|------------|------------------------|-------------------------|----------------------|
| 5440 | | | | | | |
| 5441 | 821181 | | Kelli | | 1/18/2016 | |
| 5442 | | | | | | |

0033

**Exhibit 24-33**

| Person ID | ID | Last Name | First Name | PR4 B-Read Notes |
|-----------|-----|-----------|------------|------------------|
| 5440 | | | | |
| 5441 | 821181 | C | Kelli | High density/calcified ?? at right axillary space and right acromion/supraclavicular area. Clinical correlation recommended. |
| 5442 | | | | |

0034

**Exhibit 24-34**

| Person ID | ID | Last Name | First Name | CT Date | CT Set | CARD CT (parenchymal) | CARD CT (pleural) | Outside CT (parenchymal) | Outside CT (pleural) |
|---|---|---|---|---|---|---|---|---|---|
| 5440 | | | | | Deferred | | | | |
| 5441 | 821181 | C█ | Kelli | 10/26/2015 | 5T007 | N | Y | N | N |
| 5442 | | | | | Deferred | | | | |

**Exhibit 24-35**

| Person ID | ID | Last Name | First Name | Outside CT Reader Name | CT PR Set | PR1 CT (parenchymal) | PR1 CT (pleural) | PR1 CT-Reader Name | PR2 CT (parenchymal) |
|---|---|---|---|---|---|---|---|---|---|
| 5440 | | | | | | | | | |
| 5441 | 821181 | C | Kelli | | PRCT51 | N | N | Kanne | N |
| 5442 | | | | | | | | | |

0036

**Exhibit 24-36**

| Person ID | ID | Last Name | First Name | PR2 CT (pleural) | PR2 CT-Reader Name | PR1 CT SentDate | PR1 CT ReturnDate | PR1 CT InvoiceDate | PR1 CT InvoiceID |
|-----------|-----|-----------|-----------|------------------|--------------------|-----------------|-------------------|---------------------|------------------|
| 5440 | | | | | | | | | |
| 5441 | 821181 | C███ | Kelli | N | Meyer | 12/11/2015 | 1/11/2016 | | |
| 5442 | | | | | | | | | |

0037

**Exhibit 24-37**

| Person ID | ID | Last Name | First Name | PR1 CT Notes | PR2 CT SentDate | PR2 CT ReturnDate | PR2 CT InvoiceDate | PR2 CT InvoiceID | PR2 CT Notes |
|---|---|---|---|---|---|---|---|---|---|
| 5440 | | | | | | | | | |
| 5441 | 821181 | C▆ | Kelli | Densely calcified right axillary lymph notes. | 12/11/2015 | 1/11/2016 | | | CATT right axillary lymph nodes. |
| 5442 | | | | | | | | | |

0038

**Exhibit 24-38**

| Person ID | ID | Last Name | First Name | Dx on Outside Read Only | Dx on Previous Outside Read | Entry Into FLASH? | FLASH Date | Method of Entry | LAMP II |
|---|---|---|---|---|---|---|---|---|---|
| 5440 | | | | FALSE | FALSE | | | | |
| 5441 | 821181 | C███ | Kelli | FALSE | FALSE | | | | |
| 5442 | | | | FALSE | FALSE | | | | |

0039

**Exhibit 24-39**

| Person ID | ID | Last Name | First Name | Significant Findings |
|-----------|-----|-----------|------------|---------------------|
| 5440 | | | | |
| 5441 | 821181 | C■ | Kelli | |
| 5442 | | | | |

0040

**Exhibit 24-40**

| Person ID | ID | Last Name | First Name | Focal Opacity | Focal Opacity 4mm | Lung mass | Thyroid mass | Kidney mass | Spleen mass | Adrenal mass | Breast mass |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5440 | | | | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| 5441 | 821181 | C█ | Kelli | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| 5442 | | | | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |

0041

**Exhibit 24-41**

| Person ID | ID | Last Name | First Name | Other mass | Other mass detail | Symptomatic | Symptomatic Notes | Spirometry Read |
|---|---|---|---|---|---|---|---|---|
| 5440 | | | | FALSE | | 2 | | 1 |
| 5441 | 821181 | C▉ | Kelli | FALSE | | 1 | | 2 |
| 5442 | | | | FALSE | | 1 | | 1 |

0042

**Exhibit 24-42**

| Person ID | ID | Last Name | First Name | Spirometry Results | ARDRM | ARDRMT | ARDRP | ARDRPT | ARDRSW |
|---|---|---|---|---|---|---|---|---|---|
| 5440 | | | | | 0 | | 0 | | 0 |
| 5441 | 821181 | C█████ | Kelli | | 0 | | 0 | | 0 |
| 5442 | | | | | 0 | | 0 | | 0 |

0043

**Exhibit 24-43**

| Person ID | ID | Last Name | First Name | ARDRHA | ARDRRT | ARDPREHAB | ARDNUTRI | ARDRO | ARDROT | | ARDNONE | NARDRPC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5440 | | | | 0 | 0 | 0 | 0 | 0 | | | 0 | 0 |
| 5441 | 821181 | C | Kelli | 0 | 0 | 0 | 0 | 0 | | | 0 | -1 |
| 5442 | | | | 0 | 0 | 0 | 0 | 0 | | | 0 | -1 |

0044

**Exhibit 24-44**

| Person ID | ID | Last Name | First Name | NARDRC | NARDRH | NARDPAP | NARDRO | NARDROT | EdSmokingCess | EdDiet |
|-----------|-----|-----------|------------|--------|--------|---------|--------|---------|---------------|--------|
| 5440 | | | | 0 | 0 | 0 | 0 | | 0 | 0 |
| 5441 | 821181 | | Kelli | 0 | 0 | 0 | 0 | | -1 | 0 |
| 5442 | | | | 0 | 0 | 0 | 0 | | -1 | 0 |

**Exhibit 24-45**

| Person ID | ID | Last Name | First Name | EdBreathingTech | EdPhysioDM | EdPsychoDM | EdBenefits | EdOther |
|---|---|---|---|---|---|---|---|---|
| 5440 | | | | 0 | 0 | 0 | 0 | 0 |
| 5441 | 821181 | C⬛ | Kelli | 0 | 0 | 0 | -1 | 0 |
| 5442 | | | | 0 | 0 | 0 | 0 | 0 |

**Exhibit 24-46**

| Person ID | ID | Last Name | First Name | EdOtherT | EdOutReadBenefits | EdOutReadSigFindingFU |
|---|---|---|---|---|---|---|
| 5440 | | | | | FALSE | FALSE |
| 5441 | 821181 | | Kelli | | FALSE | FALSE |
| 5442 | | | | | FALSE | FALSE |

0047

**Exhibit 24-47**

| Person ID | ID | Last Name | First Name | NoPCP | PCPName | PCPTel |
|---|---|---|---|---|---|---|
| 5440 | | | | 0 | Scott Sweeny MD | 1 7042895617 |
| 5441 | 821181 | C▆ | Kelli | 0 | Terry Davenport MD | 2082452591 |
| 5442 | | | | 0 | George Nicholas MD | 6053527711 |

0048

**Exhibit 24-48**

| Person ID | ID | Last Name | First Name | PCPAddress1 | PCPAddress2 |
|---|---|---|---|---|---|
| 5440 | | | | Union Primary Care | 5955 Monroe-Weddington Road |
| 5441 | 821181 | C▮ | Kelli | Saint Maries Family Medicine | 229 South Seventh Street |
| 5442 | | | | Huron Community Clinic | 530 Iowa Avenue Southeast Street, Suite 106 |

0049

**Exhibit 24-49**

| Person ID | ID | Last Name | First Name | PCPCity | PCPState | PCPZip | PCPConsent | PCPConsentNew | ResultsLetterSentPCP | PCPSentDate |
|---|---|---|---|---|---|---|---|---|---|---|
| 5440 | | | | Chapel | NC | 28104 | 8 | 2 | 1 | 8/31/2016 |
| 5441 | 821181 | C | Kelli | Saint Maries | ID | 83861 | 8 | 2 | 1 | 12/8/2015 |
| 5442 | | | | Huron | SD | 57350 | 8 | 2 | 1 | 12/30/2015 |

0050

**Exhibit 24-50**

| Person ID | ID | Last Name | First Name | PCPSentInitials | PCPpacketSentDate | ResultsLetterSentPt | PtSentDate | PtSentInitials | TARConsent |
|---|---|---|---|---|---|---|---|---|---|
| 5440 | | | | cf | 8/31/2016 | | | | 8 |
| 5441 | 821181 | C█████ | Kelli | cf | 12/8/2015 | | | | 8 |
| 5442 | | | | cf | 12/30/2015 | | | | 8 |

0051

**Exhibit 24-51**

| Person ID | ID | Last Name | First Name | TARConsentNew | TARInfoSent | TARSentDate | TARSentInitials | 1st B-Read Sent | FedEx CXR | FedEx CXR Returned |
|---|---|---|---|---|---|---|---|---|---|---|
| 5440 | | | | | | | | 9/16/2016 | | |
| 5441 | 821181 | C | Kelli | 1 | | | | 2/17/2016 | | |
| 5442 | | | | | | | | 12/30/2015 | | |

**Exhibit 24-52**

| Person ID | ID | Last Name | First Name | CXR To Whom1 | CXR To Whom2 | 1st B-Read Returned | 2nd B-Read Returned |
|---|---|---|---|---|---|---|---|
| 5440 | | | | Szelnuk | | 9/29/2016 | |
| 5441 | 821181 | | Kelli | Lynch | | 3/3/2016 | |
| 5442 | | | | Lynch | | 2/11/2016 | |

8/24/2018 from Attorney Bechtold - Response to CARD Subpoena                   93

0053

**Exhibit 24-53**

| Person ID | ID | Last Name | First Name | B-reader Notes | Date CT Mailed | FedEx CT | FedEx CT Returned | CT to Whom1 |
|-----------|-----|-----------|-----------|----------------|----------------|----------|-------------------|-------------|
| 5440 | | | | | | | | NOT SENT |
| 5441 | 821181 | C█████ | Kelli | Right axillary nodule calcification. | 12/11/2015 | | | Lynch |
| 5442 | | | | | | | | NOT SENT |

0054

**Exhibit 24-54**

| Person ID | ID | Last Name | First Name | Date CT Returned |
|---|---|---|---|---|
| 5440 | | | | |
| 5441 | 821181 | ■ | Kelli | 3/29/2016 |
| 5442 | | | | |

**Exhibit 24-55**

| Person ID | ID | Last Name | First Name | Post CT Notes |
|-----------|----|-----------|-----------|---------------|
| 5440 | | | | |
| 5441 | 821181 | C | Kelli | |
| 5442 | | | | |

**Exhibit 24-56**

| Person ID | ID | Last Name | First Name | Outside Study? |
|-----------|----|-----------|-----------|----------------|
| 5440 | | | | |
| 5441 | 821181 | C█ | Kelli | |
| 5442 | | | | |

**Exhibit 24-57**

| Person ID | ID | Last Name | First Name | Outside CT read notes |
|---|---|---|---|---|
| 5440 | | | | |
| 5441 | 821181 | C | Kelli | Right axillary nodule calcifications. |
| 5442 | | | | |

0058

**Exhibit 24-58**

| Person ID | ID | Last Name | First Name | Outside read reviewed | CXR Chk Num | CT Chk Num | PR1-X Chk Num | PR2-X Chk Num | PR3-X Chk Num | PR4-X Chk Num |
|-----------|-----|-----------|------------|----------------------|-------------|------------|---------------|---------------|---------------|---------------|
| 5440 | | | | | | 13112 | | | | |
| 5441 | 821181 | C▇ | Kelli | Previously Addressed | 12918 | 12918 | 12520 | 12520 | 12499 | 12499 |
| 5442 | | | | | 12918 | | | | | |

**Exhibit 24-59**

| Person ID | ID | Last Name | First Name | PR1-CT Chk Num | PR2-CT Chk Num | Referrals made (to whom) | 1st B-reader diagnosis of ARD |
|---|---|---|---|---|---|---|---|
| 5440 | | | | | | | |
| 5441 | 821181 | ▮▮▮ | Kelli | 12520 | 12520 | | |
| 5442 | | | | | | | |

0060

**Exhibit 24-60**

| Person ID | ID | Last Name | First Name | 2nd B-reader diagnosis of ARD | 3rd Reader Mailed | ToWhom3 | 3rd B-read Returned | 3rd B-reader diagnosis of ARD |
|---|---|---|---|---|---|---|---|---|
| 5440 | | | | | | | | |
| 5441 | 821181 | Ca███ | Kelli | | | | | |
| 5442 | | | | | | | | |

0061

**Exhibit 24-61**

| Person ID | ID | Last Name | First Name | JS (parenchymal) | JS (pleural) | EP (parenchymal) | EP (pleural) | JP (parenchymal) | JP (pleural) | B disposition (parenchymal) |
|---|---|---|---|---|---|---|---|---|---|---|
| 5440 | | | | | | | | | | |
| 5441 | 821181 | C▮ | Kelli | | | | | | | |
| 5442 | | | | | | | | | | |

**Exhibit 24-62**

| Person ID | ID | Last Name | First Name | B disposition (pleural) | LDS Referral | LDS Referral Name | LDS Referral Gift Sent | LDS Referral Gift Sent Date |
|---|---|---|---|---|---|---|---|---|
| 5440 | | | | | FALSE | | | |
| 5441 | 821181 | C█ | Kelli | | TRUE | Hufman, Stephen | Flashlight | 12/8/2015 |
| 5442 | | | | | FALSE | | | |

8/24/2018 from Attorney Bechtold - Response to CARD Subpoena          43

0063

**Exhibit 24-63**

| Person ID | ID | Last Name | First Name | Reader_Mailings_Hidden | Pcp_Results_Hidden | Pre_7_1_2011_Screening | CXR InvoiceDate | CXR InvoiceID | CT InvoiceDate |
|---|---|---|---|---|---|---|---|---|---|
| 5440 | | | | TRUE | TRUE | FALSE | | | |
| 5441 | 821181 | C█ | Kelli | TRUE | TRUE | FALSE | | | |
| 5442 | | | | TRUE | TRUE | FALSE | | | |

0064

**Exhibit 24-64**

| Person ID | ID | Last Name | First Name | CT InvoiceID |
|---|---|---|---|---|
| 5440 | | | | |
| 5441 | 821181███ | ████ | Kelli | |
| 5442 | | | | |

**Exhibit 24-65**



### CARD
Center for Asbestos Related Disease

PATIENT:          Sandy R█
DATE OF BIRTH:    █1964
DATE:             08/26/2014 01:00 PM
VISIT TYPE:       Office Visit

This 50 year old female presents for Screening Visit (New) and History of Asbestos Exposure.

**History of Present Illness:**
1.  Screening Visit (New)
  50-year-old, female, heavy smoker, is here for initial screening.  She has a greater than 20 pack year smoking history she switched to he cigarettes 7 months ago and has discontinued this 9 days ago.  She still smokes marijuana recreationally on a daily basis.
    She is concerned because of a persistent cough that began in December 2013 and continues today.  The cough is sometimes dry and sometimes productive of a clear to yellowish sputum.  She has not sought medical care for the cough secondary to having no insurance.  In addition there are complaints of chest pain in the posterior shoulder blade areas bilaterally.  This pain is mostly dull and constant with sharp components unrelated to position or activity.  She is not entirely certain but believes both feet chest pain and the cough have progressed over the past few months.  She initially thought to back pain was due to her large pendulous breasts that were poorly supported (40 DD).  She works as an office manager at a mostly sedentary job.  She has been doing some exercises for the past 6 months and claims to have lost 48 pounds in this time.  She claims to be short of breath with exertion but cannot quantify this specifically with time distance or degree of incline.  She has no formal exercise.
2.  History of Asbestos Exposure
  Moved to Libby in 1983 at 18 years of age, accompanied by her immediate family.  Her father worked as the scale house manager, weighing trucks loaded with vermiculite.  The patient worked as a home care giver in various homes throughout Libby and Troy areas.  Her husband later got employment at Asarco in Troy where they lived until 1990.  During her time in Lincoln County a remodeled several homes in the Libby area that were insulated with vermiculite.  He fished along the River especially near the rainy Creek and the Zonelite trestle.  She helped her father run Rohl in the rainy Creek drainage, they raised hay and local fields, and they had vermiculite in their family garden.  She does not recall specifically playing in vermiculite stockpiles but her children did.

PROBLEM LIST:

| Problem Description | Onset Date | Chronic | Notes |
|---|---|---|---|
| Asbestos-induced pleural thickening | | Y | |
| H/O: asbestos exposure | | N | |

**Medications (active prior to today)**

| Medication Name | Sig Desc | Start Date | Stop Date | Refilled | Elsewhere |
|---|---|---|---|---|---|
| topiramate 50 mg tablet | take 1 tablet by oral route | // | | | Y |

R█, Sandy   000000820606   █1964 08/26/2014 01:00 PM 1/4

CARD-ASB0328082

0001





**Exhibit 25-1**

| | | | | |
|---|---|---|---|---|
| | every day | | | |
| levothyroxine 150 mcg tablet | take 1 tablet by oral route every day | // | | Y |
| Cymbalta 60 mg capsule,delayed release | take 1 capsule by oral route every day | // | | Y |
| Advil PM 200 mg-38 mg tablet | | // | | Y |

## Medication Reconciliation
Medications reconciled today.

| Adherence | Medication Name | Sig Desc | Elsewhere | Status |
|---|---|---|---|---|
| taking as directed | topiramate 50 mg tablet | take 1 tablet by oral route  every day | Y | Verified |
| taking as directed | levothyroxine 150 mcg tablet | take 1 tablet by oral route  every day | Y | Verified |
| taking as directed | Cymbalta 60 mg capsule,delayed release | take 1 capsule by oral route  every day | Y | Verified |
| taking as directed | Advil PM 200 mg-38 mg tablet | | Y | Verified |

## Allergies
No known allergies.

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

### REVIEW OF SYSTEMS

| System | Neg/Pos | Details |
|---|---|---|
| Hema/Lymph | Positive | Easy bruising. |
| Eyes | Positive | Eye discharge, Eye pain, Vision changes. |
| ENMT | Positive | Ear drainage, Otalgia, Sinus pressure. |
| Cardio | Positive | Chest pain. |
| Psych | Positive | Anxiety, Depression, Insomnia. |
| Respiratory | Positive | Cough, Dyspnea, Wheezing. |
| Constitutional | Positive | Chills, Fatigue, Night sweats, Weight loss. |
| MS | Positive | Joint pain. |
| Constitutional | Negative | Weight gain. |
| Allergic/Immuno | Negative | Contact allergy, environmental allergies, food allergies and seasonal allergies. |
| Respiratory | Negative | Chronic cough. |
| ENMT | Negative | Hearing loss, nasal drainage and sore throat. |
| Hema/Lymph | Negative | Easy bleeding. |
| MS | Negative | Joint swelling. |
| Cardio | Negative | Edema and irregular heartbeat/palpitations. |

### VITAL SIGNS

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt kg | BMI kg/m2 | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2:32 PM | 150/80 | 86 | | | | 63.50 | 161.29 | 184.00 | 83.461 | 32.08 | | 99 |

R█, Sandy  000000820606  ████1964 08/26/2014 01:00 PM 2/4

CARD-ASB0328083
0002

**Exhibit 25-2**

MEASURED BY

| Time | Measured by |
|------|-------------|
| 2:32 PM | Linda Storkson |

## Physical Exam

| Exam | Findings | Details |
|------|----------|---------|
| General Exam | Comments | large pendulous breasts poorly supported in undergarments, slouched posture, no acute distress |
| Constitutional | Normal | Well developed. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. Pupil - Right: Normal, Left: Normal. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. Hearing - Right: Normal, Left: Normal. |
| Respiratory | Comments | FVC 97%, FEV1 103%, FEV1/FVC 84%, BASE LINE wnl |
| Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Regular rhythm.  No murmurs, gallops, or rubs. |
| Extremity | Normal | No edema. |
| Neurological | Normal | Memory - Normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. Normal insight. Normal judgment. |

## Completed Orders (this encounter)

| Order | Details | Reason | Interpretation | Result |
|-------|---------|--------|----------------|--------|
| Pulse Oximetry, Resting Screening | | | normal | |
| Spirometry Screening | | | | |
| CHEST X-RAY, PA | | | equivocal | Questionable pleural thickening |
| Continued physical activity, immunizations, chronic disease monitoring | | | | |
| Smoking Cessation Counseling, 3-5 minutes, MT Quitline info given | | | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|-------------|-------------|
| 1. | Assessment | History of asbestos exposure (V15.84). |
| | Plan Orders | The patient had the following procedure(s) completed today Spirometry Screening.  The patient had the following test(s) completed today Pulse Oximetry, Resting Screening. |
| 2. | Assessment | Pleural Thickening (511.0). |
| | Impression | New DX based on CT results.  Patient scheduled to follow up suspicious nodules elsewhere but prefers to follow up here.. |
| | Plan Orders | Further diagnostic evaluations ordered today include(s) Chest CT WITHOUT Contrast to be performed in 3 Months.   The patient is to have ARD Educational Booklet and Benefits Counseling performed in 3 Months.   Today's instructions / counseling include(s) Continued physical activity, immunizations, chronic disease monitoring and Smoking Cessation Counseling, 3-5 minutes, MT Quitline info given.  She is to schedule a follow-up visit with Miles Miller, PA for Diagnosed CT F/U 3 Months |

## Medications *(Added, Continued or Stopped this visit)*

| Started | Medication | Directions | Instruction | Stopped |
|---------|-----------|------------|-------------|---------|
| R██, Sandy | 000000820606 ████ | 1964 08/26/2014 01:00 PM 3/4 | | |

CARD-ASB0328084

0003

**Exhibit 25-3**

Advil PM 200
mg-38 mg tablet

| | |
|---|---|
| Cymbalta 60 mg capsule,delayed release | take 1 capsule by oral route every day |
| levothyroxine 150 mcg tablet | take 1 tablet by oral route every day |
| topiramate 50 mg tablet | take 1 tablet by oral route every day |

**Diagnostic Services Completed this visit**

| Test | Ordered | Status | Result |
|---|---|---|---|
| CT CHEST W/ CONTRAST | | completed | per Dr. Black, numerous nodes 2-4 mm, moderate pleural thickening noted, |
| Chest CT WITHOUT Contrast | 08/26/2014 | ordered | |

The patient was checked out at 4:26 PM by Linda Storkson.

*Provider: Miles Miller PA 08/26/2014 05:23 PM*

*Document generated by:* Miles Miller 08/26/2014 05:23 PM

R███, Sandy   000000820606 ████/1964 08/26/2014 01:00 PM 4/4

CARD-ASB0328085

0004

**Exhibit 25-4**

Electronically Signed DBA Miller,Miles PA-C 08/30/2017 02:28 PM privileged and confidential and for the sole use of the intended recipient

CABINET PEAKS MEDICAL CENTER
209 HEALTH PARK DRIVE
LIBBY, MONTANA 59923

Page 1 of 1

**REPORT STATUS:**   Signed

Patient: R██,SANDY        Date:  08/26/14
Patient BD: ███1964       Patient location: L.IMAGING    Rm #:
Ordering Dr: MILLER, MILES PC-A

cc:
MILLER,MILES PA-C

Exam Date and Time: 08/26/2014  12:25
PROCEDURE:    CHEST RADIOGRAPH - SINGLE VIEW (AP or PA)

COMPARISON:    Previous chest x-ray from 07/08/2011 and 07/06/2011.

INDICATIONS:    Asbestos exposure.

FINDINGS:
No pleural-based thickening or plaquing is noted.  Tenting of the left
hemidiaphragm has the appearance of scarring from previous
inflammation.  No interstitial fibrosis.  No pleural fluid.  The heart
is normal in size.

CONCLUSION:
No evidence for previous asbestos exposure.

Dictated by: Stephen Becker, M.D. on 8/26/2014 at 13:38
Transcribed by: JW on 8/26/2014 at 16:30
Electronically Signed by: Stephen Becker, M.D. on 8/26/2014 at 15:52

Dictated by: STEPHEN BECKER , M.D.

Electronically signed by: BECKER, STEPHEN , M.D.
08/26/14 1554

BECST/jw6
08/26/14 1338

IMAGING REPORT - MEDITOR

NAME: R██,SANDY    MR#: M000058020    Rpt#: 0826-0054
ACCT#: AA0000822938

Name: R██, Sandy                    DOB: ███1964                    Date:

CARD-ASB0328187

0005

**Exhibit 25-5**

## Environmental Health Hazards Checklist
### Medicare Coverage for Individuals Exposed to Environmental Health Hazards

| Step 1: Identify the Individual. |
|---|
| (Completed by the field office.) |

| First Name – Middle Initial – Last Name | *Sandy L █████ R█* | |
|---|---|---|
| Social Security Number | | ate of Birth █████ - 64 |

**Step 2: Identify the asbestos-related condition(s) and its date of diagnosis.**
(Completed by the provider.)

*Check the box next to the diagnosed impairment(s) and print the date of diagnosis.*

| | Impairment | Diagnosis Code | Minimum Medical Evidence Required |
|---|---|---|---|
| ☐ | Asbestosis | 5010 | Interpretation by a B reader qualified physician of a plain chest x-ray or interpretation of computed tomographic radiograph of the chest by a qualified physician |
| ☒ | Pleural thickening Pleural plaques | 5010 | Interpretation by a B reader qualified physician of a plain chest x-ray or interpretation of computed tomographic radiograph of the chest by a qualified physician |
| ☐ | Mesothelioma | 1630 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage or bronchoscopy report |
| ☐ | Malignancy of the lung | 1620 | Established by pathologic examination of biopsy tissue, cytology from bronchioalveolar lavage or bronchoscopy report |
| ☐ | Malignancy of the colon | 1530 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | Malignancy of the rectum | 1530 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | Malignancy of the larynx | 1950 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | Malignancy of the stomach | 1510 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | Malignancy of the esophagus | 1500 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | Malignancy of the pharynx | 1950 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | Malignancy of the ovary | 1830 | Established by pathologic examination of biopsy tissue or cytology from bronchioalveolar lavage |
| ☐ | *Individual does not have an impairment listed above* | | |

| Date of Diagnosis: | *08/26/2014* |
|---|---|

| Step 3: Identify presence in Lincoln County, Montana. |
|---|
| (Completed by the provider.) |

| This individual was present in Lincoln County, Montana, during the following time period(s): | *1983 to Present* |
|---|---|

Do your records dated prior to March 23, 2010, indicate the individual was present in Lincoln County, Montana, for a total of at least 6 months during a period ending 10 years or more before the date of his or her diagnosis of the impairment(s) checked above?   ☐ Yes   ☒ No (SSA will develop presence.)

| Printed Name | Physician's Signature | Date |
|---|---|---|
| *Dr. Brad Black* | *Brad Black, MD* | *08/26/2014* |

Name: R█, Sandy          DOB: ████ 1964          Date:

CARD-ASB0328119

0006

**Exhibit 25-6**


Center for Asbestos Related Disease

## **Benefits**

**Patient Name:** Sandy R█
**Date of Birth:** ████1964
**Encounter Date:** 06/14/2016

**EHH:**        08/26/2014

**Pulse Oximeter:  No**

**Improved Access:  Yes**

*Completed by:*
Miller, Miles  06/14/2016 4:25 PM

Document Generated By:  Timothy Stuckey  06/14/2016 04:25 PM

Form Approved
OMB No. 0960-0623

WHOSE *Records to be Disclosed*
NAME *(First, Middle, Last, Suffix)*

Sandy

SSN ▮▮▮ | Birthdate *(mm/dd/yy)* ▮▮-64

# AUTHORIZATION TO DISCLOSE INFORMATION TO
# THE SOCIAL SECURITY ADMINISTRATION (SSA)
**\*\* PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW \*\***

I voluntarily authorize and request disclosure (including paper, oral, and electronic interchange):
**OF WHAT** _All my medical records; also education records and other information related to my ability to perform tasks. This includes specific permission to release:_

1. All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) *Including*, and **not limited to**:
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   - Gene-related impairments (including genetic test results)

2. Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.

3. Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.

4. Information created within 12 months after the date this authorization is signed, as well as past information.

**FROM WHOM**

- All medical sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

| THIS BOX TO BE COMPLETED BY SSA/DDS (as needed) Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed: |
| --- |
|  |

**TO WHOM** The Social Security Administration and to the State agency authorized to process my case (usually called "disability determination services"), including contract copy services, and doctors or other professionals consulted during the process. [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE** Determining my eligibility for benefits, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.
☐ Determining whether I am capable of managing benefits ONLY (check only if this applies)

**EXPIRES WHEN** This authorization is good for 12 months from the date below (my signature).
- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosures above from the types of sources listed.

**PLEASE SIGN USING BLUE OR BLACK INK ONLY** | IF not signed by subject of disclosure, specify basis for authority to sign
**INDIVIDUAL** authorizing disclosure | ☐ Parent of minor ☐ Guardian ☐ Other personal representative (explain)

SIGN ▶ Sandy ▮

(Parent/guardian/personal representative sign here if two signatures required by State law)

Date Signed 8-26-14 | Street Address ▮▮▮

Phone Number (with area code) ▮6.6▮ | City Libby | State MT | ZIP 59923

**WITNESS** I know the person signing this form or am satisfied of this person's identity:

SIGN ▶ | IF needed, second witness sign here (e.g., if signed with "X" above)
SIGN ▶

Phone Number (or Address) | Phone Number (or Address)

This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.

Form SSA-827 (11-2012) ef (11-2012) Use 4-2009 and Later Editions Until Supply is Exhausted | Page 1 of 2

Name: R▮, Sandy | DOB: ▮▮1964 | Date:

CARD-ASB0328120

0008

**Exhibit 25-8**

Patient Name
SANDY R

Site Name
SJLH

| Account No | Medical Record Number | DOB | Age | Sex | Date | Time |
|---|---|---|---|---|---|---|
| AA0000822010 | LM00058020 | ▓/1964 | 50 | F | 8/14/2014 | 15:55 |

At the Request Of:
JAY MALONEY

**PROCEDURE:** CT: CHEST WITH CONTRAST FOR PE

**COMPARISON:** No prior CT examinations are available for comparison purposes. CT of the abdomen and pelvis 01/02/2013 and 07/21/2011 are present.

**INDICATIONS:** 50-year-old female with history of pleuritic right-sided chest pain. The patient has a prior history of pulmonary emboli.

**TECHNIQUE:** Helical axial imaging was performed of the chest with the administration of contrast using a 16-slice multidetector CT.

**CONTRAST:**

**FINDINGS:**
Contrast opacification of the pulmonary arterial tree is adequate for interpretation. No focal filling defects are present within the pulmonary arterial tree to suggest acute pulmonary emboli. There is truncation of a right lower lobe subsegmental pulmonary artery branch with surrounding hyper lucency present, best identified on image 65 of the lung windows. There is a similar focal hyper lucency present involving the right middle lobe on image 49 of the lung windows. These two findings are unchanged in appearance when compared to the previous examination of 07/21/2011 and likely represent a sequela of previous pulmonary emboli. There are numerous bilateral small pulmonary nodules scattered throughout the lungs. These pulmonary nodules are not clearly evident on the 07/21/2011 CT of the abdomen or within the visualized lung bases on the 01/02/2013 examination. The numerous pulmonary nodules present throughout the lungs range between 2 mm and 4 mm in size and demonstrated on the montage. Borderline right hilar lymph nodes measure up to 10 mm in short axis diameter. No significant mediastinal or axillary adenopathy is present.

Diminished attenuation anteriorly within the left hepatic lobe most likely represents focal fatty infiltration given the location. Intrahepatic and extrahepatic biliary dilatation is present with the common bile duct measuring 13 mm. Postoperative changes of prior cholecystectomy are present. Mild fullness of the bilateral adrenal glands may represent a component of adrenal hyperplasia.

**CONCLUSION:**
1. No evidence of acute pulmonary embolism.
2. There are subtle findings which are compatible with the patient's history of chronic pulmonary embolism with attenuation of subsegmental pulmonary artery branches within the right lower lobe and medial right middle lobe.
3. Numerous bilateral pulmonary nodules are present on the order of 2-4 mm in diameter. Borderline right hilar lymph node measures up to 10 mm short axis diameter.
4. Findings are nonspecific and can be seen with an atypical infectious process (granulomatous disease). Other etiologies such as pulmonary metastatic disease would be difficult to exclude and short interval follow up is recommended. Has this patient had a history of a primary malignancy?
5. Intrahepatic and extrahepatic biliary dilatation is present with a common bile duct of 13 mm in diameter. This most likely represents post cholecystectomy changes in a patient without a significant elevation in LFTs.
6. Probable focal fatty infiltration along the falciform ligament.
7. Incidental note of an aberrant right subclavian artery origin.

Dictated by: Nick Cantrell, M.D. on 8/14/2014 at 16:50
Transcribed by: JW on 8/14/2014 at 18:08

Name: R▓, Sandy                    DOB: ▓1964                    Date:

CARD-ASB0328185
0009

**Exhibit 25-9**

Continued Report - Page 2 of 2

Patient Name
SANDY R██

Site Name
SJLH

| Account No | Medical Record Number | DOB | Age | Sex | Date | Time |
|---|---|---|---|---|---|---|
| AA0000822010 | LM00058020 | ██1964 | 50 | F | 8/14/2014 | 15:55 |

At the Request Of
JAY MALONEY

Electronically Signed by: Nick Cantrell, M.D. on 8/15/2014 at 17:34

Name: R██, Sandy                    DOB: ██1964                    Date:

**Exhibit 25-10**

Electronically Signed By: Miller, Miles PA 11/20/2017 03:46:49 PM

FAX: SUB (406)293-0176   The info contained in this fax is privileged and confidential and for the sole use of the intended recipient

CABINET PEAKS MEDICAL CENTER
209 HEALTH PARK DRIVE
LIBBY, MONTANA 59923

Page 1 of 1

**REPORT STATUS:** **Signed**

**Patient:** R█ SANDY L    **Date:** 12/09/15
**Patient BD:** █1964    **Patient location:** L IMAGING   Rm #:
**Ordering Dr:** MILLER, MILES PC-A

cc:
MILLER,MILES PA-C

Exam Date and Time: 12/09/2015  12:30
PROCEDURE:   RADIOGRAPH: CHEST, SINGLE VIEW

COMPARISON:   Cabinet Peaks Medical Center, CT, CT CHEST W/O,
10/03/2014, 13:59.  ST JOHN'S LUTHERAN HOSPITAL, RAD, XR CHEST 1 VIEW,
8/26/2014, 12:25.

INDICATIONS:   Pleural plaquing.

FINDINGS:
Lung volumes are normal.  There is no pneumothorax.  Cardiac and
mediastinal contours are normal.  Ventricular opacity at the left lower
lobe is consistent with epicardial fat pad and scarring.  No pleural
effusion.  No consolidation.  No visible pleural calcifications.
Surgical clips in the right upper quadrant of the abdomen.

CONCLUSION:   Appearance the chest is unchanged from prior.  No
visible calcified pleural plaques.

Dictated by: Nicholas Satovick, M.D. on 12/09/2015 at 13:05
Electronically Signed by: Nicholas Satovick, M.D. on 12/09/2015 at
13:07

Dictated by: NICHOLAS J SATOVICK M.D., M.D.

Electronically signed by: SATOVICK, NICHOLAS J M.D., M.D.
12/09/15 1307

IMAGING REPORT - MEDITOR

NAME: R█ SANDY L    MR#: M000058020   Rpt#: 1209-0036
ACCT#: AA0000865775

Name: R█, Sandy    DOB: █1964    Date:

CARD-ASB0328184
0011

**Exhibit 25-11**

## Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| topiramate 50 mg tablet | take 1 tablet by oral route every day | // | 12/10/2015 | | Y |
| levothyroxine 150 mcg tablet | take 1 tablet by oral route every day | // | 12/10/2015 | | Y |
| Cymbalta 60 mg capsule,delayed release | take 1 capsule by oral route every day | // | | | Y |
| Advil PM 200 mg-38 mg tablet | | // | | | Y |
| Advair Diskus 500 mcg-50 mcg/dose powder for inhalation | inhale 1 puff by inhalation route 2 times every day in the morning and evening approximately 12 hours apart | 11/25/2014 | 12/10/2015 | | N |
| Advair Diskus 500 mcg-50 mcg/dose powder for inhalation | inhale 1 puff by inhalation route 2 times every day in the morning and evening approximately 12 hours apart | 11/25/2014 | 06/07/2016 | 06/07/2016 | N |
| hydrocodone 7.5 mg-acetaminophen 325 mg/15 mL oral solution | take 10 milliliter by oral route every 4 - 6 hours as needed for pain | 11/25/2014 | 12/10/2015 | | N |
| levothyroxine 50 mcg tablet | take 1 tablet by oral route every day | // | | | Y |
| clonidine HCl | take 1 tablet by oral route every day | // | | | Y |
| omeprazole | take 1 capsule by oral route every day before a meal | // | | | Y |

## Medication Reconciliation

Medications reconciled today.

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| ESZOPICLONE | | Lunesta | |

Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Night sweats. |
| Constitutional | Negative | Fatigue, fever, weight gain and weight loss. |
| Respiratory | Positive | Chronic cough, Dyspnea, Known TB exposure, Wheezing. |
| Cardio | Positive | Chest pain. |
| Psych | Positive | Anxiety, Depression, Insomnia. |
| MS | Positive | Back pain, Joint pain, Joint swelling. |
| Hema/Lymph | Positive | Easy bleeding, Easy bruising. |
| Allergic/Immuno | Negative | Contact allergy, environmental allergies, food allergies and seasonal allergies. |

R█, Sandy   000000820606 ████ 1964 12/10/2015 08:00 AM 2/6

CARD-ASB0328097

0012

**Exhibit 25-12**

| | | |
|---|---|---|
| Extremity | Normal | No edema. |
| Neurological | Normal | Memory - Normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. Normal insight. Normal judgment. |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Pleural Thickening (511.0), chronic. |
| | Impression | ARD with chest pain. |
| | Patient Plan | NPO before bed. |
| | Plan Orders | She is to schedule a follow-up visit with Miles Miller, PA for Chronic ARD F/U 1 Year |
| | | |
| 2. | Assessment | Cough (786.2). |
| | Impression | Etiology unclear, high suspicion of bronchial irritation.  Associated chest pain does not seem to be pleuritic in nature, but musculoskeletal.. |
| | Patient Plan | Discontinue all irritants including recreational marijuana, noxious perfumes or scents, dust and mold exposures.etc.  Discontinue smoking at earliest convenience.  Consider reflux esophagitis.  Provided hydrocodone elixir for use just prior to bedtime and Advair discus (500/50) |
| | | |
| 3. | Assessment | Tobacco Use (V15.82). |

### Medications *(Added, Continued or Stopped this visit)*

| Started | Medication | Directions | Instruction | Stopped |
|---|---|---|---|---|
| 11/25/2014 | Advair Diskus 500 mcg-50 mcg/dose powder for inhalation | inhale 1 puff by inhalation route 2 times every day in the morning and evening approximately 12 hours apart | | |
| 11/25/2014 | Advair Diskus 500 mcg-50 mcg/dose powder for inhalation | inhale 1 puff by inhalation route 2 times every day in the morning and evening approximately 12 hours apart | | |
| | Advil PM 200 mg-38 mg tablet | | | |
| | Cymbalta 60 mg capsule,delayed release | take 1 capsule by oral route every day | | |
| | levothyroxine 150 mcg tablet | take 1 tablet by oral route every day | | |
| 11/25/2014 | Lortab Elixir 7.5 mg-500 mg/15 mL oral solution | take 10 milliliter by oral route every 4 - 6 hours as needed for pain | | |
| | topiramate 50 mg tablet | take 1 tablet by oral route every day | | |

### Diagnostic Services Completed this visit

| Test | Ordered | Status | Result |
|---|---|---|---|
| CHEST X-RAY, PA | | completed | Questionable pleural thickening |
| CT CHEST W/ CONTRAST | | completed | per Dr. Black, numerous nodes 2-4 mm, moderate pleural thickening noted, |

R█, Sandy   000000820606   █████ 1964 11/25/2014 09:00 AM 3/4

CARD-ASB0328091

0013

**Exhibit 25-13**

| Person ID | ID | Last Name | First Name | Middle Name | Visit Date | Birth Date | CXR Screening type | CT Screening type | Visit | Age | Age Category | Weight | Height | Race | Residency | New Pt? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4944 | | | | | 9/9/2014 | | 1 | 1 | | 24 | Under age 35 | 140 | 65.5 | Caucasian | 1 | |
| 4945 | B20606 | ███ | Sandy | | 8/26/2014 | 1964 | | 1 | | 50 | Between age 50-64 | 184 | 63.5 | Caucasian | 1 | |
| 4946 | | | | | 9/11/2014 | | 1 | 1 | | 57 | Between age 50-64 | 173 | 69.5 | Caucasian | 1 | |

**Exhibit 25-14**

| Person ID | ID | Last Name | First Name | Seen MD? | Recall Class (1, 3, or 5 yrs) | Smoker | Quit smoking since previous Screening | Diagnostic Track | Diagnosis Appt | FOBT |
|---|---|---|---|---|---|---|---|---|---|---|
| 4944 | | | | 4 | 1 | 2 | | 2 CT | 9/22/2014 | N |
| 4945 | 820606 | █ | Sandy | 4 | 3 mo | 1 | | 2 CT | 8/26/2014 | Deferred |
| 4946 | | | | 4 | 1 | 2 | | 2 CT | 9/15/2014 | Y |

**Exhibit 25-15**

| Person ID | ID | Last Name | First Name | FOBT Mailed Date | FOBT Returned | FOBT Returned Date | FOBT Results | Pt Notified of FOBT | NCM phone f/u? | NCM phone notes | Grace A/D | Grace Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4944 | | | | | | | | | | | | |
| 4945 | 820606 | ■ | Sandy | | | | | | | | | |
| 4946 | | | | | | | | | | | | |

**Exhibit 25-16**

| Person ID | ID | Last Name | First Name | ATSDR | ARD | Pilot Interest | ARD Medicare interest | ARD Medicare | CXR Date | CXR Set | 2nd Set | CARD (CXR) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4944 | | | | | 2 | | | 2 | 9/9/2014 | 4X018 | | |
| 4945 | 820606 | | Sandy | | 1 | | | 1 | 8/26/2014 | 4X017 | | |
| 4946 | | | | | 1 | | | 1 | 9/11/2014 | 4X019 | | |

**Exhibit 25-17**

| Person ID | ID | Last Name | First Name | CARD CXR (parenchymal) | CARD CXR (pleural) | B-Read1 (parenchymal) | B-Read1 (pleural) | B-Read2 (parenchymal) | B-Read2 (pleural) | CXR PR Set |
|---|---|---|---|---|---|---|---|---|---|---|
| 4944 | | | | N | E | N | N | | | PRX18 |
| 4945 | B20606 | | Sandy | N | E | N | N | | | PRX17 |
| 4946 | | | | N | E | N | N | | | PRX19 |

**Exhibit 25-18**

| Person ID | ID | Last Name | First Name | PR1 B-Read (parenchymal) | PR1 B-Read (pleural) | PR1 B-Reader Name | PR2 B-Read (parenchymal) | PR2 B-Read (pleural) | PR2 B-Reader Name |
|---|---|---|---|---|---|---|---|---|---|
| 4944 | | | | N | N | Kanne | N | N | Meyer |
| 4945 | 82.0606 | | Sandy | N | N | Kanne | N | N | Meyer |
| 4946 | | | | N | Y | Kanne | N | Y | Meyer |

**Exhibit 25-19**

| Person ID | ID | Last Name | First Name | PR3 B-Read (parenchymal) | PR3 B-Read (pleural) | PR3 B-Reader Name | PR4 B-Read (parenchymal) | PR4 B-Read (pleural) | PR4 B-Reader Name | PR1 B-Read SentDate |
|---|---|---|---|---|---|---|---|---|---|---|
| 4944 | | | | N | N | Parker | N | N | Szelnuk | 10/30/2014 |
| 4945 | 820606 | | Sandy | N | Y | Parker | N | N | Szelnuk | 10/30/2014 |
| 4946 | | | | N | N | Parker | N | N | Szelnuk | 10/30/2014 |

**Exhibit 25-20**

| Person ID | ID | Last Name | First Name | PR1 B-Read ReturnDate | PR1 B-Read InvoiceDate | PR1 B-Read InvoiceID | PR1 B-Read Notes | PR2 B-Read SentDate | PR2 B-Read ReturnDate |
|---|---|---|---|---|---|---|---|---|---|
| 4944 | | | | 12/11/2014 | | | | 10/30/2014 | 12/9/2014 |
| 4945 | 820606 | R█ | Sandy | 12/11/2014 | | | | 10/30/2014 | 12/9/2014 |
| 4946 | | | | 12/11/2014 | | | | 10/30/2014 | 12/9/2014 |

**Exhibit 25-21**

| Person ID | ID | Last Name | First Name | PR2 B-Read InvoiceDate | PR2 B-Read InvoiceID | PR2 B-Read Notes | PR3 B-Read SentDate | PR3 B-Read ReturnDate | PR3 B-Read InvoiceDate |
|---|---|---|---|---|---|---|---|---|---|
| 4944 | | | | | | | 10/30/2014 | 12/1/2014 | |
| 4945 | 820606 | | Sandy | | | Scarring left diaphragm, clips in thyroid bed, s... | 10/30/2014 | 12/1/2014 | |
| 4946 | | | | | | | 10/30/2014 | 12/1/2014 | |

**Exhibit 25-22**

| Person ID | ID | Last Name | First Name | PR3 B-Read InvoiceID | PR3 B-Read Notes | PR4 B-Read SentDate | PR4 B-Read ReturnDate | PR4 B-Read InvoiceDate | PR4 B-Read InvoiceID |
|---|---|---|---|---|---|---|---|---|---|
| 4944 | | | | | Gallbladder clips. | 10/30/2014 | 12/1/2014 | | |
| 4945 | 820606 | ███ | Sandy | | Neck surgical clips. parathyroid/thyroid questionable surgery. | 10/30/2014 | 12/1/2014 | | |
| 4946 | | | | | | 10/30/2014 | 12/1/2014 | | |

**Exhibit 25-23**

| Person ID | ID | Last Name | First Name | PR4 B-Read Notes |
|---|---|---|---|---|
| 4944 | | | | |
| 4945 | 820606 | R███ | Sandy | Metallic clips at neck; right upper chest. |
| | | | | |
| 4946 | | | | Localized non-segmented infiltate in left mid lung field. Clinical correlation recommended to rule out infectious or other etiology. |

**Exhibit 25-24**

| Person ID | ID | Last Name | First Name | CT Date | CT Set | CARD CT (parenchymal) | CARD CT (pleural) | Outside CT (parenchymal) | Outside CT (pleural) | Outside CT Reader Name | CT PR Set | PR1 CT (parenchymal) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4944 | | | | 9/10/2014 | 4T015 | N | N | N | N | | PRCT15 | N |
| 4945 | 820606 | R▉ | Sandy | 8/14/2014 | 4T014 | N | Y | N | N | | PRCT14 | N |
| 4946 | | | | 9/11/2014 | 4T016 | N | Y | N | Y | | PRCT16 | N |

**Exhibit 25-25**

| Person ID | ID | Last Name | First Name | PR1 CT (pleural) | PR1 CT-Reader Name | PR2 CT (parenchymal) | PR2 CT (pleural) | PR2 CT-Reader Name | PR1 CT SentDate | PR1 CT ReturnDate | PR1 CT InvoiceDate |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4944 | | | | N | Kanne | N | N | Meyer | 10/30/2014 | 12/11/2014 | |
| 4945 | 820606 | | Sandy | N | Kanne | N | N | Meyer | 10/30/2014 | 12/11/2014 | |
| 4946 | | | | Y | Kanne | N | Y | Meyer | 10/30/2014 | 12/11/2014 | |

**Exhibit 25-26**

| Person ID | ID | Last Name | First Name | PR1 CT InvoiceID | PR1 CT Notes | PR2 CT SentDate | PR2 CT ReturnDate | PR2 CT InvoiceDate | PR2 CT InvoiceID | PR2 CT Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 4944 | | | | | | 10/30/2014 | 12/9/2014 | | | |
| 4945 | B20606 | R | Sandy | | Aberrant right subclavian artery, multiple small scattered nodules, mild right hilar lymph node enlargement. | 10/30/2014 | 12/9/2014 | | | Aberrant right subclavian artery, biliary ductal dilation. |
| 4946 | | | | | | 10/30/2014 | 12/9/2014 | | | |

**Exhibit 25-27**

| Person ID | ID | Last Name | First Name | Dx on Outside Read Only | Dx on Previous Outside Read | Entry into FLASH? | FLASH Date | Method of Entry | LAMP II |
|---|---|---|---|---|---|---|---|---|---|
| 4944 | | | | FALSE | FALSE | | | | |
| 4945 | 820606 | ■ | Sandy | FALSE | FALSE | | | | |
| 4946 | | | | FALSE | FALSE | | | | |

**Exhibit 25-28**

| Person ID | ID | Last Name | First Name | Significant Findings |
|---|---|---|---|---|
| 4944 | | | | |
| 4945 | B20606 | ■ | Sandy | |
| 4946 | | | | |

**Exhibit 25-29**

| Person ID | ID | Last Name | First Name | Focal Opacity | Focal Opacity 4mm | Lung mass | Thyroid mass | Kidney mass | Spleen mass | Adrenal mass | Breast mass | Other mass | Other mass detail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4944 | | | | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | |
| 4945 | 820606 | R | Sandy | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | |
| 4946 | | | | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | |

**Exhibit 25-30**

| Person ID | ID | Last Name | First Name | Symptomatic | Symptomatic Notes | Spirometry Read | Spirometry Results | ARDRM | ARDRMT | ARDRP |
|---|---|---|---|---|---|---|---|---|---|---|
| 4944 | | | | 1 | | 2 | | 0 | | 0 |
| 4945 | 820606 | R | Sandy | 1 | | 1 | | 0 | | 0 |
| 4946 | | | | 1 | | 1 | | 0 | | 0 |

**Exhibit 25-31**

| Person ID | ID | Last Name | First Name | ARDRPT | ARDRSW | ARDRHA | ARDRRT | ARDPREHAB | ARDNUTRI | ARDRO | ARDROT | ARDNONE | NARDRPC | NARDRC |
|-----------|-----|-----------|-----------|--------|--------|--------|--------|-----------|----------|-------|--------|---------|---------|--------|
| 4944 | | | | | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 4945 | 820606 | R | Sandy | | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 4946 | | | | | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |

**Exhibit 25-32**

| Person ID | ID | Last Name | First Name | NARDRH | NARDPAP | NARDRO | NARDROT | EdSmokingCess | EdDiet | EdBreathingTech | EdPhysioDM | EdPsychoOM | EdBenefits |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4944 | | | | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 4945 | B20606 | | Sandy | 0 | 0 | 0 | | -1 | 0 | 0 | 0 | 0 | -1 |
| 4946 | | | | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | -1 |

**Exhibit 25-33**

| Person ID | ID | Last Name | First Name | EdOther | EdOtherT | EdOutReadBenefits | EdOutReadSigFindingFU | NoPCP |
|---|---|---|---|---|---|---|---|---|
| 4944 | | | | 0 | | FALSE | FALSE | 0 |
| 4945 | B20606 | ▇▇▇ | Sandy | 0 | | FALSE | FALSE | 0 |
| 4946 | | | | 0 | | FALSE | FALSE | 0 |

**Exhibit 25-34**

| Person ID | ID | Last Name | First Name | PCPName | PCPTel | PCPAddress1 |
|---|---|---|---|---|---|---|
| 4944 | | | | Gregory Rice MD | 4062938711 | Libby Clinic |
| 4945 | 820606 | Ry█ | Sandy | Charles T Lagoy | 4062933755 | NWCHC |
| 4946 | | | | William A Cuskelley MD | 4062938711 | Libby Clinic |

**Exhibit 25-35**

| Person ID | ID | Last Name | First Name | PCPAddress2 | PCPCity | PCPState | PCPZip | PCPConsent | PCPConsentNew | ResultsLetterSentPCP |
|---|---|---|---|---|---|---|---|---|---|---|
| 4944 | | | | 211 East Second Street | Libby | MT | 59923 | 1 | | |
| 4945 | 820606 | | Sandy | 320 East Second Street | Libby | MT | 59923 | 1 | | |
| 4946 | | | | 211 East Second Street | Libby | MT | 59923 | 1 | | |

**Exhibit 25-36**

| Person ID | ID | Last Name | First Name | PCPSentDate | PCPSentInitials | PCPpacketSentDate | ResultsLetterSentPt | PtSentDate | PtSentInitials | TARConsent | TARConsentNew |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4944 | | | | | | | | | | 1 | |
| 4945 | 820606 | ▇ | Sandy | | | | | | | 1 | |
| 4946 | | | | | | | | | | 1 | |

**Exhibit 25-37**

| Person ID | ID | Last Name | First Name | TARInfoSent | TARSentDate | TARSentInitials | 1st B-Read Sent | FedEx CXR | FedEx CXR Returned | CXR To Whom1 | CXR To Whom2 | 1st B-Read Returned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4944 | | | | | | | 10/30/2014 | | | Lynch | | 1/5/2015 |
| 4945 | 820606 | R | Sandy | | | | 10/30/2014 | | | Lynch | | 12/31/2014 |
| 4946 | | | | | | | 10/30/2014 | | | Lynch | | 1/5/2015 |

**Exhibit 25-38**

| Person ID | ID | Last Name | First Name | 2nd B-Read Returned | B-reader Notes | Date CT Mailed | FedEx CT | FedEx CT Returned | CT to Whom1 | Date CT Returned |
|---|---|---|---|---|---|---|---|---|---|---|
| 4944 | | | | | | 10/30/2014 | | | Lynch | 1/5/2015 |
| 4945 | 820606 | R | Sandy | | Lingular opacity - questionable pneumonia. Recommend 1) compare with older images, 2) if none available, CXR PA/LA. | 10/30/2014 | | | Lynch | 1/5/2015 |
| 4946 | | | | | Linear scar. | 10/30/2014 | | | Lynch | 1/5/2015 |

**Exhibit 25-39**

| Person ID | ID | Last Name | First Name | Post CT Notes |
|-----------|------|-----------|------------|---------------|
| 4944 | | | | |
| 4945 | 820606 | ▮ | Sandy | |
| 4946 | | | | |

**Exhibit 25-40**

| Person ID | ID | Last Name | First Name | Outside Study? |
|---|---|---|---|---|
| 4944 | | | | |
| 4945 | 820606 | ▮ | Sandy | |
| 4946 | | | | |

**Exhibit 25-41**

| Person ID | ID | Last Name | First Name | Outside CT read notes |
|---|---|---|---|---|
| 4944 | | | | Esophageal wall thickening, questionable esophagitis. |
| 4945 | 820608 | R█ | Sandy | Numerous poorly defined nodules, questionable infection, compare with old images, or repeat CT in two to three months. |
| 4946 | | | | Right renal calculus, esophageal wall thickening. |

**Exhibit 25-42**

| Person ID | ID | Last Name | First Name | Outside read reviewed | CXR Chk Num | CT Chk Num | PR1-X Chk Num | PR2-X Chk Num | PR3-X Chk Num | PR4-X Chk Num | PR1-CT Chk Num | PR2-CT Chk Num |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4944 | | | | No Action | 11983 | 11993 | 11457 | | | | 11499 | |
| 4945 | 820606 | | Sandy | Previously Addressed | 11983 | 11993 | 11457 | | | | 11499 | |
| 4946 | | | | No Action | 11983 | 11993 | 11457 | | | | 11499 | |

**Exhibit 25-43**

| Person ID | ID | Last Name | First Name | Referrals made (to whom) | 1st B-reader diagnosis of ARD | 2nd B-reader diagnosis of ARD | 3rd Reader Mailed | ToWhom3 | 3rd B-read Returned |
|---|---|---|---|---|---|---|---|---|---|
| 4944 | | | | | | | | | |
| 4945 | 820606 | R | Sandy | | | | | | |
| 4946 | | | | | | | | | |

**Exhibit 25-44**

| Person ID | ID | Last Name | First Name | 3rd B-reader diagnosis of ARD | JS (parenchymal) | JS (pleural) | EP (parenchymal) | EP (pleural) | JP (parenchymal) | JP (pleural) | B disposition (parenchymal) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4944 | | | | | | | | | | | |
| 4945 | 82D606 | R | Sandy | | | | | | | | |
| 4946 | | | | | | | | | | | |

**Exhibit 25-45**

| Person ID | ID | Last Name | First Name | B disposition (pleural) | LDS Referral | LDS Referral Name | LDS Referral Gift Sent | LDS Referral Gift Sent Date | Reader_Mailings_Hidden | Pcp_Results_Hidden |
|---|---|---|---|---|---|---|---|---|---|---|
| 4944 | | | | | FALSE | | | | TRUE | FALSE |
| 4945 | 820606 | | Sandy | | FALSE | | | | TRUE | FALSE |
| 4946 | | | | | FALSE | | | | TRUE | FALSE |

**Exhibit 25-46**

| Person ID | ID | Last Name | First Name | Pre_7_1_2011_Screening | CXR InvoiceDate | CXR InvoiceID | CT InvoiceDate | CT InvoiceID |
|---|---|---|---|---|---|---|---|---|
| 4944 | | | | FALSE | | | | |
| 4945 | 820606 | | Sandy | FALSE | | | | |
| 4946 | | | | FALSE | | | | |

**Exhibit 25-47**