Chad M. Knight
James E. Roberts
W. Adam Duerk
Seamus Molloy
KNIGHT NICASTRO MACKAY, LLC
283 W. Front Street, Suite 203
Missoula, Montana 59802
Telephone:  (406) 206-7052
Facsimile: (816) 396-6233
knight@knightnicastro.com
roberts@knightnicastro.com
duerk@knightnicastro.com
molloy@knightnicastro.com
     *Attorneys for BNSF Railway Company*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY, on behalf of THE UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>THE CENTER FOR ASBESTOS RELATED DISEASE, INC.,<br><br>Defendant. | Civil Action No.: CV-19-40-M-DLC<br><br>**NOTICE OF INTENT TO REQUEST REDACTION OF PERSONAL IDENTIFIERS** |

Notice is hereby given by Relator, BNSF Railway Company ("BNSF"), by and through its attorneys of record, Knight Nicastro MacKay, LLC, that a Redaction Request of Personal Identifiers will be submitted to JoAnn Jett Corson, Official Court Reporter, within 21 days from the filing of *Transcript of Jury Trial, Volume 8*

*Excerpt, Testimony of Charles Bradford Black, M.D.,* held on June 22, 2023, before Judge Dana L. Christensen (Doc. 222).

DATED this 12th day of July, 2023.

                        KNIGHT NICASTRO MACKAY, LLC

                        By: */s/ W. Adam Duerk*
                             W. Adam Duerk
                             *Attorneys for BNSF Railway Company*

# **CERTIFICATE OF SERVICE**

I certify on this 12th day of July, 2023, a copy of the foregoing document was served upon the following persons by the following means:

| | |
|---|---|
| 1-3 | CM/ECF |
| ____ | Mail |
| ____ | Hand Delivery |
| ____ | Overnight Delivery Service |
| ____ | Fax |
| ____ | Email |

1. Clerk, U.S. District Court

2. Michael Kakuk
   Assistant U.S. Attorney
   U.S. Attorney's Office
   901 Front Street, Suite 1100
   Helena, MT 59626
   michael.kakuk@usdoj.gov

3. Timothy Bechtold
   Bechtold Law Firm, PLLC
   PO Box 7051
   Missoula, MT 59807
   Facsimile: 406-830-3085
   tim@bechtoldlaw.net

KNIGHT NICASTRO MACKAY, LLC

By: */s/ W. Adam Duerk*
   W. Adam Duerk
   *Attorneys for BNSF Railway Company*