Chad M. Knight
James E. Roberts
W. Adam Duerk
Seamus Molloy
KNIGHT NICASTRO MACKAY, LLC
283 W. Front Street, Suite 203
Missoula, Montana 59802
Telephone: (406) 206-7052
Facsimile: (816) 396-6233
knight@knightnicastro.com
roberts@knightnicastro.com
duerk@knightnicastro.com
molloy@knightnicastro.com
    *Attorneys for BNSF Railway Company*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY, on behalf of THE UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>vs.<br><br>THE CENTER FOR ASBESTOS RELATED DISEASE, INC.,<br><br>    Defendant. | Civil Action No.: CV-19-40-M-DLC<br><br>**RELATOR'S MOTION FOR FEES AND COSTS** |

Relator, BNSF Railway Company ("BNSF"), by and through its attorneys of record, Knight Nicastro MacKay, LLC, respectfully moves this Court for attorney's fees and other costs/expenses of litigation. A brief and declaration in support are filed with this motion.

1

DATED this 1st day of August, 2023.

                KNIGHT NICASTRO MACKAY, LLC

                By: */s/ W. Adam Duerk*
                     W. Adam Duerk
                     *Attorneys for BNSF Railway Company*

# **CERTIFICATE OF SERVICE**

I certify on this 1st day of August, 2023, a copy of the foregoing document was served upon the following persons by the following means:

| | |
|---|---|
| 1-3 | CM/ECF |
| _____ | Mail |
| _____ | Hand Delivery |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | Email |

1. Clerk, U.S. District Court

2. Michael Kakuk
   Assistant U.S. Attorney
   U.S. Attorney's Office
   901 Front Street, Suite 1100
   Helena, MT 59626
   michael.kakuk@usdoj.gov

3. Timothy Bechtold
   Bechtold Law Firm, PLLC
   PO Box 7051
   Missoula, MT 59807
   Facsimile: 406-830-3085
   tim@bechtoldlaw.net

                    KNIGHT NICASTRO MACKAY, LLC

                    By: */s/ W. Adam Duerk*
                         W. Adam Duerk
                         *Attorneys for BNSF Railway Company*