Chad M. Knight
James E. Roberts
W. Adam Duerk
Seamus Molloy
KNIGHT NICASTRO MACKAY, LLC
283 W. Front Street, Suite 203
Missoula, Montana 59802
Telephone:  (406) 206-7052
Facsimile: (816) 396-6233
knight@knightnicastro.com
roberts@knightnicastro.com
duerk@knightnicastro.com
molloy@knightnicastro.com
    *Attorneys for BNSF Railway Company*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY, on behalf of THE UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>THE CENTER FOR ASBESTOS RELATED DISEASE, INC.,<br><br>Defendant. | Civil Action No.: CV-19-40-M-DLC<br><br>**DECLARATION OF W. ADAM DUERK** |

Pursuant to 28 U.S.C. § 1746, I, W. Adam Duerk, declare as follows:

1. I make this declaration in support of the motion for attorney fees and other expenses filed by Realtor BNSF in this case. I am competent to make this Declaration.

1

    I received a J.D. from the University of Montana in the Spring of 2004. I was admitted to the Montana bar on October 5, 2004.

2. Since that time, I have tried cases to verdict before juries in state and federal courts, for plaintiffs and defendants, representing corporations and individuals in civil and criminal trials.

3. In many of those trials, I served as either a Prosecutor or a Special Prosecutor in various roles with the state or federal government from 2011-2023.

4. Prior to my recent position with my current private law firm, I served as a federal prosecutor in several different capacities – as an Assistant United States Attorney (AUSA), a Special Assistant United States Attorney (SAUSA), and by appointment as a Special Attorney to the United States Attorney General. While employed by the Department of Justice, I was a prosecutor in the criminal division and a trial attorney in civil cases. My duties included prosecuting complex criminal fraud and environmental cases to jury verdict, assisting with Affirmative Civil Enforcement actions and defending cases brought against the United States under the Federal Tort Claims Act.

5. In addition to prosecuting cases on behalf of the United States, I have been appointed as a Special Prosecutor by the State of Montana as well. These matters have included appointments by the Montana Attorney General, the Montana State Auditor, the Montana Commissioner on Political Practice, and as a Special Deputy County Attorney for various counties within the State of Montana.

6. In each of the foregoing appointments, part of my duty was to prosecute individuals or corporate entities for matters involving fraud.

7. I have been admitted to practice in the State of Montana; the United States District Court for the District of Montana; the United States District Court for the District of Colorado; the Ninth Circuit Court of Appeals; and the United States Tax Court.

9. In 2014, I was admitted to the American Board of Trial Advocates (ABOTA) as a member.

10. The area of federal fraud litigation is complex and specialized. It requires an understanding of the complexities of federal case law, statutes, and regulations.

11. Because fraud litigation has been an area of my specialty, I was able to litigate this matter efficiently and effectively. In this case, I obtained a favorable result for the Relator, BNSF, in this *Qui Tam* matter expending reasonable hours.

12. Based on my experience, I am requesting to be compensated for 2019-2023 at an hourly rate explained in Exhibit 1 hereto. As explained in the brief in support of attorney's fees in this case, these rates are based on the rates that are consistent with rates I have been awarded in other courts in Montana.

13. I am personally familiar with our firm's attorneys who worked on this case, Chad Knight, James Roberts, Nadia Patrick and Seamus Molloy. They are of sterling repute, and I have consistently found their legal counsel, analysis, judgment and work product to be of excellent quality, as it has been in regard to their work on this case.

14. I am also personally familiar with our firm's paralegals who worked on this case, and I have consistently found their judgment and work product to be of excellent quality, as it has been in regard to the work on this case.

15. In preparing this Declaration, I have reviewed our firm's records and attach hereto as Exhibit 1 a summary of the hours which we reasonably and productively expended on this matter.

16. Each timekeeper maintained detailed, contemporaneous daily records for each tenth of an hour of work time. The daily records of my work and the work of other professionals on this matter are available upon request.

17. In reviewing the daily time records for work performed in connection with this case, I have exercised billing judgment and eliminated excess and duplicative entries.

18. In my opinion, the professional hours detailed in our daily records, a summary of which I am submitting to the Court in Exhibit 1, were reasonable and necessarily expended for the preparation and successful presentation of this case. In my opinion, these hours represent time that

would properly be charged to a commercial client. The total number of hours expended is 7,333.7. At the rates explained in Exhibit 1, our firm's total fee request at this time is $1,468,372.50.

19. I have maintained records of costs and other expenses incurred in this matter. These costs include expert witness fees, deposition expenses, travel and other costs incurred in this litigation. The total amount of these costs amounts to $322,657.20.

20. I declare under penalty of perjury that the foregoing is true and correct.

DATED this 1st day of August, 2023.

                KNIGHT NICASTRO MACKAY, LLC


                By:  */s/ W. Adam Duerk*
                     W. Adam Duerk
                     *Attorneys for BNSF Railway Company*

# **CERTIFICATE OF SERVICE**

I certify on this 1st day of August, 2023, a copy of the foregoing document was served upon the following persons by the following means:

| | |
|---|---|
| __1-3__ | CM/ECF |
| _____ | Mail |
| _____ | Hand Delivery |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | Email |

1. Clerk, U.S. District Court

2. Michael Kakuk
   Assistant U.S. Attorney
   U.S. Attorney's Office
   901 Front Street, Suite 1100
   Helena, MT 59626
   michael.kakuk@usdoj.gov

3. Timothy Bechtold
   Bechtold Law Firm, PLLC
   PO Box 7051
   Missoula, MT 59807
   Facsimile: 406-830-3085
   tim@bechtoldlaw.net

KNIGHT NICASTRO MACKAY, LLC

By: __/s/ W. Adam Duerk__
   W. Adam Duerk
   *Attorneys for BNSF Railway Company*

# EXHIBIT 1

Knight Nicastro MacKay, LLC - Summary of Fees
BNSF v. CARD - No. CV-19-40-M-DLC

| 2019 | | | | |
|---|---|---|---|---|
| **Timekeeper** | **Position** | **Rate** | **Hours** | **Total Fees** |
| Adam Duerk | Attorney | $ 205.00 | 71.9 | $ 14,739.50 |
| Adam Duerk | Attorney | $ 215.00 | 392.4 | $ 84,366.00 |
| Chad Knight | Attorney | $ 275.00 | 8.9 | $ 2,447.50 |
| Jim Roberts | Attorney | $ 245.00 | 10.8 | $ 2,646.00 |
| Jim Roberts | Attorney | $ 275.00 | 11.7 | $ 3,217.50 |
| Nadia Patrick | Attorney | $ 180.00 | 24.1 | $ 4,338.00 |
| Nadia Patrick | Attorney | $ 215.00 | 11.5 | $ 2,472.50 |
| Athena Patrick | Paralegal | $ 130.00 | 25.6 | $ 3,328.00 |
| Adria Kassion | Paralegal | $ 95.00 | 59.3 | $ 5,633.50 |
| Adria Kassion | Paralegal | $ 105.00 | 31.3 | $ 3,286.50 |
| Jenifer Rosario | Paralegal | $ 105.00 | 112.9 | $ 11,854.50 |
| Karen Frisbie | Paralegal | $ 95.00 | 1.7 | $ 161.50 |
| **TOTALS** | | | **762.1** | **$ 138,491.00** |

| 2020 | | | | |
|---|---|---|---|---|
| **Timekeeper** | | **Rate** | **Hours** | **Total Fees** |
| Adam Duerk | Attorney | $ 215.00 | 507.0 | $ 109,005.00 |
| Chad Knight | Attorney | $ 275.00 | 25.1 | $ 6,902.50 |
| Jim Roberts | Attorney | $ 275.00 | 26.6 | $ 7,315.00 |
| Nadia Patrick | Attorney | $ 215.00 | 38.9 | $ 8,363.50 |
| Seamus Molloy | Attorney | $ 190.00 | 37.1 | $ 7,049.00 |
| Athena Patrick | Paralegal | $ 130.00 | 60.8 | $ 7,904.00 |
| Adria Kassion | Paralegal | $ 105.00 | 36.9 | $ 3,874.50 |
| Brian Gulden | Paralegal | $ 105.00 | 88.4 | $ 9,282.00 |
| Jenifer Rosario | Paralegal | $ 105.00 | 30.8 | $ 3,234.00 |
| Julie Gibson | Paralegal | $ 105.00 | 35.4 | $ 3,717.00 |
| Kimberly Witt | Paralegal | $ 105.00 | 103.9 | $ 10,909.50 |
| Suzanne Hester | Paralegal | $ 105.00 | 66.7 | $ 7,003.50 |
| **TOTALS** | | | **1,057.6** | **$ 184,559.50** |

| 2021 | | | | |
|---|---|---|---|---|
| **Timekeeper** | | **Rate** | **Hours** | **Total Fees** |
| Adam Duerk | Attorney | $ 215.00 | 948.9 | $ 204,013.50 |
| Chad Knight | Attorney | $ 275.00 | 38.7 | $ 10,642.50 |
| Jim Roberts | Attorney | $ 275.00 | 56.6 | $ 15,565.00 |
| Nadia Patrick | Attorney | $ 215.00 | 29.2 | $ 6,149.00 |
| Athena Patrick | Paralegal | $ 130.00 | 86.6 | $ 11,258.00 |
| Adria Kassion | Paralegal | $ 105.00 | 84.7 | $ 8,893.50 |
| Cindy Hanenburg | Paralegal | $ 105.00 | 272.6 | $ 28,623.00 |
| Kimberly Witt | Paralegal | $ 105.00 | 10.3 | $ 1,081.50 |
| **TOTALS** | | | **1,527.6** | **$ 286,226.00** |

**Exhibit 1-1**

Knight Nicastro MacKay, LLC - Summary of Fees
*BNSF v. CARD* - No. CV-19-40-M-DLC
Page 2

| 2022 | | | | |
|---|---|---|---|---|
| Timekeeper | | Rate | Hours | Total Fees |
| Adam Duerk | Attorney | $ 215.00 | 1,453.7 | $ 312,545.50 |
| Chad Knight | Attorney | $ 275.00 | 14.5 | $ 3,987.50 |
| Jim Roberts | Attorney | $ 275.00 | 117.1 | $ 32,202.50 |
| Nadia Patrick | Attorney | $ 215.00 | 174.6 | $ 37,539.00 |
| Seamus Molloy | Attorney | $ 190.00 | 257.6 | $ 48,944.00 |
| Athena Patrick | Paralegal | $ 130.00 | 11.3 | $ 1,469.00 |
| Adria Kassion | Paralegal | $ 105.00 | 9.2 | $ 966.00 |
| Cindy Hanenburg | Paralegal | $ 105.00 | 759.0 | $ 79,695.00 |
| **TOTALS** | | | **2,017.5** | **$ 517,348.50** |

| 2023 | | | | |
|---|---|---|---|---|
| Timekeeper | | Rate | Hours | Total Fees |
| Adam Duerk | Attorney | $ 215.00 | 893.3 | $ 192,059.50 |
| Chad Knight | Attorney | $ 275.00 | 0.6 | $ 165.00 |
| Chad Knight | Attorney | $ 325.00 | 0.7 | $ 227.50 |
| Jim Roberts | Attorney | $ 275.00 | 0.6 | $ 165.00 |
| Nadia Patrick | Attorney | $ 215.00 | 0.7 | $ 150.50 |
| Seamus Molloy | Attorney | $ 190.00 | 392.8 | $ 74,632.00 |
| Adria Kassion | Paralegal | $ 115.00 | 7.9 | $ 908.50 |
| Cindy Hanenburg | Paralegal | $ 105.00 | 402.0 | $ 42,210.00 |
| Cindy Hanenburg | Paralegal | $ 115.00 | 264.5 | $ 30,417.50 |
| Yana Legatos | Paralegal | $ 140.00 | 5.8 | $ 812.00 |
| **TOTALS** | | | **1,968.9** | **$ 341,747.50** |

| **TOTAL FEES** | | | **7,333.7** | **$1,468,372.50** |

**Exhibit 1-2**

# EXHIBIT 2
## Knight Nicastro MacKay, LLC – Summary of Costs
*BNSF v. CARD* – No. CV-19-40-M-DLC

| TOTAL COSTS | | |
|---|---|---|
| 1. | Filing Fees | $    662.00 |
| 2. | Deposition Costs | 22,714.63 |
| 3. | Expert Witness Fees and Costs | 288,970.80 |
| 4. | Witness Fees and Costs | 5,241.14 |
| 5. | Process Server / Investigator Fees | 1,150.00 |
| 6. | Exhibit Fees | 1,275.28 |
| 7. | Transcript Fees | 2,643.35 |
|  | **TOTAL** | **$322,657.20** |

**1.     Filing Fees**

| Document Filed | Amount |
|---|---|
| Complaint | $400.00 |
| Pro Hac Appearance Fee – Nadia Patrick | 262.00 |
| **TOTAL** | **$662.00** |

**2.     Deposition Costs**

| Name of Deponent(s) | Date(s) | Amount |
|---|---|---|
| Mark Heppe, MD | 12/15/2021 | $    927.60 |
| Stephanie Shaw, Kayla Friss, Tracy McNew, Kerensa Handly | 10/19/2021 – 10/20/2021 | 2,308.00 |
| Liz Voorhies, Tami Reatz | 12/22/2021 | 913.00 |
| Lee Morrissette, MD and Charles Brad Black, MD | 1/18/2022 – 1/19/2022 | |
| Jordan Kuhn | 03/30/2022 | 633.00 |
| CARD 30(b)(6) | 5/18/2022 | 685.00 |
| Arthur L. Frank, MD, PHD | 7/6/2022 | 916.00 |
| Charles Brad Black, MD | 7/21/2022 | 1,642.00 |
| Albert Miller, MD | 7/25/2022 | 1,343.00 |
| Cristopher Meyer, MD | 8/17/2022 | 1,253.50 |
| Senator Max Baucus | 7/19/2022 | 1,182.40 |
| Jeffrey Kanne, MD | 2/24/2023 | 575.70 |
| Gary H., Marsha M., Cathie C., Jason C., and Gina H. | 3/13/2023 – 3/14/2023 | 3,570.00 |
| Alisa Koval, MD and David A. Lynch, MD | 4/21/2023 | 1,564.00 |
| Theordore Larson, ATSDR | 5/9/2023 | 1,209.66 |
| Heather Hillman, SSA 30(b)(6) | 5/16/2023 | 2,764.97 |
| Senator Max Baucus | 5/25//2023 | 821.40 |
| Christopher Hermes, RPh | 6/5/2023 | 715.00 |
| Monica Nolan, SSA 30(b)(6) | 6/8/2023 | 3,839.00 |
| **TOTAL** | | **$22,714.63** |

**Exhibit 2-1**

*Knight Nicastro MacKay, LLC – Summary of Costs*
BNSF v. CARD – No. CV-19-40-M-DLC
Page 2

3. **Expert Witness Fees and Costs**

| Expert | Amount |
|---|---:|
| Steven Becker, MD | $ 8,720.40 |
| Respiratory Medicine Consultants | 51,031.71 |
| StoneTurn | 184,928.50 |
| Pain & Disability Management Consultants | 44,290.19 |
| **TOTAL** | **$288,970.80** |

4. **Witness Fees and Costs**

| Witness | Amount |
|---|---:|
| Michelle Boltz, DNP (Depositions – Nov. 18, 2021 & Dec. 6, 2021) | $1,750.00 |
| Arthur L. Frank, MD, PHD (Deposition – July 6, 2022) | 900.00 |
| Hotel Accommodations for Trial Witnesses: Stephen Becker, MD, Thomas S., Connie Sweet | 1,430.73 |
| Travel and Hotel Accommodations: Michelle Boltz, DNP (Trial) | 472.69 |
| Mary Maynard: Review, appear and read deposition of Tanis Hernandez at trial | 419.50 |
| Kristine Wakefield: Review, appear and read deposition of Jordan Kuhn at trial | 268.22 |
| **TOTAL** | **$5,241.14** |

5. **Process Server / Investigator Fees**

| Party / Witness | Amount |
|---|---:|
| Mark Heppe, MD – Trial Subpoena | $ 75.00 |
| Scripted Interviews | 1,075.00 |
| **TOTAL** | **$1,150.00** |

6. **Fees for Printed or Electronically Stored Materials Used at Deposition / Trial**

| Records | Amount |
|---|---:|
| Granite Pharmacy records responsive to subpoena | $300.00 |
| OCR services of 7,046 pages from CARD of EHH Forms and associated documents | 500.00 |
| Trial Exhibits | 475.28 |
| **TOTAL** | **$1,275.28** |

7. **Fees for Printed or Electronically Recorded Transcripts**

| Transcript | Amount |
|---|---:|
| Transcript of Summary Judgment Hearing (Sept. 12, 2022) | $355.75 |
| Real Time Trial Excerpts | 1,613.45 |
| Excerpt of Trial Testimony of Charles Brad Black, MD | 674.15 |
| **TOTAL** | **$2,643.35** |

**Exhibit 2-2**