James A. Patten
**PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.**
2817 Second Ave. North, Suite 300
P.O. Box 1239
Billings, MT  59103-1239
Telephone (406) 252-8500
Fax (406) 294-9500
E-mail: apatten@ppbglaw.com

*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### MISSOULA DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY, on Behalf of THE UNITED STATES OF AMERICA, | Civil Action No.: CV-19-40-M-DLC |
| Plaintiff, | |
| vs. | **NOTICE OF BANKRUPTCY FILING** |
| THE CENTER FOR ASBESTOS RELATED DISEASE, INC., | |
| Defendants. | |

TO:   PLAINTIFF, BNSF RAILWAY COMPANY AND ITS ATTORNEYS OF RECORD, CHAD M. KNIGHT, JAMES E. ROBERTS, W. ADAM DUERK, SEAMUS MOLLOY, KNIGHT, NICASTRO, MACKEY, LLC 283 W. FRONT STREET, SUITE 203, MISSOULA, MONTANA 59802

PLEASE TAKE NOTICE that the Defendant above named, THE CENTER FOR

ASBESTOS RELATED DISEASE, INC., has filed for relief under Chapter 11 of the U.S.

Bankruptcy Code through a voluntary petition filed on August 8, 2023.  The Case Number for

the Defendant is 9:23-bk-90135-BPH.  The Petition was filed with the U.S. Bankruptcy Court for

the District of Montana.

The Defendant believes that the proceeding in the above-entitled matter is subject to the

automatic stay.

DATED this 8th day of August, 2023.

**PATTEN, PETERMAN, BEKKEDAHL
 & GREEN, P.L.L.C.**
2817 2ND Avenue, Ste. 300
P.O. Box 1239
Billings, Montana 59103


By:    /s/JA Patten
            James A. Patten
            Attorney for Defendant

**CERTIFICATE OF SERVICE**

I certify on this 8th day of August, 2023, a copy of the foregoing document was served upon the following person by the following means:

| | |
|---|---|
| 1,2,3,4 | CM/ECF |
| | Mail |
| | Hand Delivery |
| | Overnight Delivery Service |
| | Fax |
| | Email |

1. Clerk of U.S. District Court

2. Michael Kakuk
   Assistant U.S. Attorney
   U.S. Attorney's Office
   901 Front Street, Suite 1100
   Helena, MT 5962
   michael.kakuk@usdoj.gov

3. Timothy Bechtold
   Bechtold Law Firm, PLLC
   P.O. Box 7051
   Missoula, MT 59807
   Facsimile: 406-830-3085
   time@bechtoldlaw.net

4. Chad M. Knight
   James E. Roberts
   W. Adam Duerk
   Seamus Molloy
   KNIGHT NICASTRO MACKAY, LLC
   283 W. Front Street, Suite 203
   Missoula, MMT 59802
   knight@knightnicastro.com
   roberts@knightnicastro.com
   duerk@knightnicastro.com
   molloy@knightnicastro.com

/s/JA Patten
For Patten, Peterman, Bekkedahl & Green, PLLC