IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY, on behalf of THE UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>vs.<br><br>THE CENTER FOR ASBESTOS RELATED DISEASE, INC.,<br><br>　　Defendant. | CV 19–40–M–DLC<br><br><br>ORDER |

Before the Court is Relator's Motion to Redact Transcript. (Doc. 237.) The motion requests that the document "Transcript of Jury Trial, Volume 8 Excerpt, Testimony of Charles Bradford Black, M.D." (Doc. 222) filed on July 5, 2023, be redacted to remove certain confidential information in accordance with the Protective Order (Doc. 62) in this case. The redacted transcript has already been filed. (Doc. 238).

Accordingly, IT IS ORDERED that the motion (Doc. 237) is DENIED as moot.

DATED this 9th day of August, 2023.

_Dana L. Christensen_
Dana L. Christensen, District Judge
United States District Court

1