IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY, on behalf of THE UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>THE CENTER FOR ASBESTOS RELATED DISEASE,<br><br>  Defendant. | CV 19–40–M–DLC<br><br><br>ORDER |

It appears to the Court that there have been significant developments related to this case since the Judgment was entered on June 29, 2023, (Doc. 217) and Plaintiffs filed their Motion for Attorney Fees on December 2, 2024 (Doc. 271).

Accordingly, IT IS ORDERED that counsel for both Parties shall advise the Court by Monday, May 19 2025, whether the Court needs to rule on the Motion for Attorney Fees.

DATED this 13th day of May, 2025.

_____
Dana L. Christensen, District Judge
United States District Court